**Agenus Inc. (AGEN)** **Byron Olsen**

List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Account 1 | | | |
| Purchase/Acquisition | 5/5/2023 | 500 | $1.5800 |
| Purchase/Acquisition | 6/6/2023 | 3,500 | $1.8600 |
| Purchase/Acquisition | 6/8/2023 | 3,816 | $1.9095 |
| Purchase/Acquisition | 6/8/2023 | 84 | $1.9100 |
| Purchase/Acquisition | 6/8/2023 | 100 | $1.9050 |
| Purchase/Acquisition | 6/9/2023 | 1,600 | $2.0500 |
| Purchase/Acquisition | 6/13/2023 | 5,400 | $1.9700 |
| Purchase/Acquisition | 6/14/2023 | 350 | $1.8000 |
| Purchase/Acquisition | 6/15/2023 | 1,650 | $1.8200 |
| Purchase/Acquisition | 6/20/2023 | 10,000 | $1.8295 |
| Purchase/Acquisition | 6/20/2023 | 5,130 | $1.8295 |
| Purchase/Acquisition | 6/20/2023 | 2,970 | $1.8390 |
| Purchase/Acquisition | 6/20/2023 | 400 | $1.8350 |
| Purchase/Acquisition | 6/20/2023 | 600 | $1.8400 |
| Purchase/Acquisition | 6/20/2023 | 8,500 | $1.8600 |
| Purchase/Acquisition | 6/20/2023 | 3,900 | $1.8400 |
| Purchase/Acquisition | 6/20/2023 | 4,870 | $1.8295 |
| Purchase/Acquisition | 6/20/2023 | 15,130 | $1.8400 |
| Purchase/Acquisition | 6/21/2023 | 1,500 | $1.8800 |
| Purchase/Acquisition | 6/21/2023 | 10,000 | $1.8800 |
| Purchase/Acquisition | 6/21/2023 | 3,000 | $1.8800 |
| Purchase/Acquisition | 6/21/2023 | 27,000 | $1.8685 |
| Purchase/Acquisition | 6/22/2023 | 10,000 | $1.8200 |
| Purchase/Acquisition | 6/22/2023 | 25,000 | $1.8200 |
| Purchase/Acquisition | 6/22/2023 | 5,000 | $1.8200 |
| Purchase/Acquisition | 6/22/2023 | 2,000 | $1.7900 |
| Purchase/Acquisition | 6/22/2023 | 3,000 | $1.7900 |
| Purchase/Acquisition | 6/22/2023 | 5,000 | $1.8200 |
| Purchase/Acquisition | 6/29/2023 | 20,000 | $1.6785 |
| Purchase/Acquisition | 6/29/2023 | 12,000 | $1.6800 |
| Purchase/Acquisition | 6/30/2023 | 5,000 | $1.6100 |
| Purchase/Acquisition | 7/5/2023 | 27,000 | $1.5300 |
| Purchase/Acquisition | 7/5/2023 | 23,000 | $1.5695 |
| Purchase/Acquisition | 7/5/2023 | 37,000 | $1.5395 |
| Purchase/Acquisition | 7/5/2023 | 27,000 | $1.5695 |
| Purchase/Acquisition | 7/5/2023 | 23,000 | $1.5395 |
| Purchase/Acquisition | 7/5/2023 | 2,000 | $1.5300 |
| Purchase/Acquisition | 7/5/2023 | 21,000 | $1.5300 |
| Purchase/Acquisition | 7/6/2023 | 10,000 | $1.5590 |
| Purchase/Acquisition | 7/6/2023 | 1,000 | $1.5800 |
| Purchase/Acquisition | 7/6/2023 | 5,000 | $1.5800 |
| Purchase/Acquisition | 7/6/2023 | 7,000 | $1.5800 |
| Purchase/Acquisition | 7/6/2023 | 15,000 | $1.5800 |
| Purchase/Acquisition | 7/6/2023 | 20,000 | $1.5800 |
| Purchase/Acquisition | 7/6/2023 | 2,611 | $1.5750 |
| Purchase/Acquisition | 7/6/2023 | 22,389 | $1.5800 |
| Purchase/Acquisition | 7/6/2023 | 10,000 | $1.5800 |
| Purchase/Acquisition | 7/7/2023 | 14,000 | $1.6400 |
| Purchase/Acquisition | 7/7/2023 | 14,457 | $1.5900 |

**Agenus Inc. (AGEN)**                                                                                                    **Byron Olsen**

List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 7/7/2023 | 9,300 | $1.6100 |
| Purchase/Acquisition | 7/7/2023 | 9,555 | $1.5850 |
| Purchase/Acquisition | 7/7/2023 | 2,688 | $1.6100 |
| Purchase/Acquisition | 7/7/2023 | 3,300 | $1.5890 |
| Purchase/Acquisition | 7/7/2023 | 20,700 | $1.6100 |
| Purchase/Acquisition | 7/7/2023 | 31,000 | $1.6200 |
| Purchase/Acquisition | 7/7/2023 | 5,000 | $1.6200 |
| Purchase/Acquisition | 7/17/2023 | 5 | $1.7500 |
| Purchase/Acquisition | 7/24/2023 | 15,000 | $1.5700 |
| Purchase/Acquisition | 7/28/2023 | 2,695 | $1.5300 |
| Purchase/Acquisition | 8/3/2023 | 300 | $1.4600 |
| Purchase/Acquisition | 8/9/2023 | 440 | $1.2700 |
| Purchase/Acquisition | 8/14/2023 | 560 | $1.3000 |
| Purchase/Acquisition | 8/15/2023 | 45 | $1.3200 |
| Purchase/Acquisition | 8/16/2023 | 235 | $1.2865 |
| Purchase/Acquisition | 8/24/2023 | 320 | $1.3670 |
| Purchase/Acquisition | 8/30/2023 | 19 | $1.3555 |
| Purchase/Acquisition | 9/1/2023 | 351 | $1.4070 |
| Purchase/Acquisition | 9/5/2023 | 2 | $1.3000 |
| Purchase/Acquisition | 9/5/2023 | 80 | $1.3500 |
| Purchase/Acquisition | 9/7/2023 | 1 | $1.2500 |
| Purchase/Acquisition | 9/8/2023 | 40 | $1.2455 |
| Purchase/Acquisition | 9/14/2023 | 10 | $1.3470 |
| Purchase/Acquisition | 9/14/2023 | 7 | $1.3500 |
| Purchase/Acquisition | 9/20/2023 | 180 | $1.2500 |
| Purchase/Acquisition | 9/27/2023 | 5 | $1.1400 |
| Purchase/Acquisition | 10/3/2023 | 405 | $1.0700 |
| Purchase/Acquisition | 10/6/2023 | 2,500 | $1.0700 |
| Purchase/Acquisition | 10/6/2023 | 5 | $1.0300 |
| Purchase/Acquisition | 10/17/2023 | 1,000 | $1.1100 |
| Purchase/Acquisition | 10/17/2023 | 100 | $1.1095 |
| Purchase/Acquisition | 10/17/2023 | 95 | $1.1100 |
| Purchase/Acquisition | 10/20/2023 | 13,500 | $0.8915 |
| Purchase/Acquisition | 10/20/2023 | 175 | $0.8880 |
| Purchase/Acquisition | 10/23/2023 | 10 | $0.9140 |
| Purchase/Acquisition | 10/24/2023 | 1,451 | $0.7500 |
| Purchase/Acquisition | 10/24/2023 | 14,154 | $0.7500 |
| Purchase/Acquisition | 10/24/2023 | 6,310 | $0.7775 |
| Purchase/Acquisition | 10/24/2023 | 10,690 | $0.7775 |
| Purchase/Acquisition | 10/24/2023 | 50 | $0.7500 |
| Purchase/Acquisition | 10/24/2023 | 300 | $0.7800 |
| Purchase/Acquisition | 10/24/2023 | 700 | $0.7500 |
| Purchase/Acquisition | 10/24/2023 | 10 | $0.7800 |
| Purchase/Acquisition | 10/25/2023 | 18,250 | $0.8015 |
| Purchase/Acquisition | 10/25/2023 | 9,000 | $0.8015 |
| Purchase/Acquisition | 10/26/2023 | 30 | $0.8290 |
| Purchase/Acquisition | 10/26/2023 | 675 | $0.8290 |
| Purchase/Acquisition | 10/30/2023 | 95 | $0.7825 |
| Purchase/Acquisition | 11/1/2023 | 20 | $0.7900 |
| Purchase/Acquisition | 11/7/2023 | 40 | $0.8285 |

**Agenus Inc. (AGEN)**                                                                                                              **Byron Olsen**

## List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 11/8/2023 | 110 | $0.7770 |
| Purchase/Acquisition | 11/9/2023 | 7 | $0.8400 |
| Purchase/Acquisition | 11/14/2023 | 23 | $0.6895 |
| Purchase/Acquisition | 11/14/2023 | 60 | $0.6895 |
| Purchase/Acquisition | 11/14/2023 | 300 | $0.6895 |
| Purchase/Acquisition | 11/15/2023 | 10 | $0.7690 |
| Purchase/Acquisition | 11/20/2023 | 5 | $0.7180 |
| Purchase/Acquisition | 11/20/2023 | 30 | $0.7260 |
| Purchase/Acquisition | 11/30/2023 | 10 | $0.7100 |
| Purchase/Acquisition | 12/1/2023 | 5 | $0.7740 |
| Purchase/Acquisition | 12/12/2023 | 30 | $0.8170 |
| Purchase/Acquisition | 12/12/2023 | 5 | $0.8160 |
| Purchase/Acquisition | 12/14/2023 | 10 | $0.8200 |
| Purchase/Acquisition | 1/2/2024 | 5 | $0.8360 |
| Purchase/Acquisition | 1/4/2024 | 30 | $0.7710 |
| Purchase/Acquisition | 1/8/2024 | 350 | $0.7415 |
| Purchase/Acquisition | 1/9/2024 | 5 | $0.7560 |
| Purchase/Acquisition | 1/10/2024 | 5 | $0.7000 |
| Purchase/Acquisition | 1/12/2024 | 5 | $0.6640 |
| Purchase/Acquisition | 1/16/2024 | 10 | $0.6200 |
| Purchase/Acquisition | 1/16/2024 | 35 | $0.6855 |
| Purchase/Acquisition | 1/18/2024 | 40 | $0.5430 |
| Purchase/Acquisition | 1/18/2024 | 375 | $0.6055 |
| Purchase/Acquisition | 1/22/2024 | 75 | $0.5845 |
| Purchase/Acquisition | 1/22/2024 | 3 | $0.5835 |
| Purchase/Acquisition | 1/22/2024 | 250 | $0.5845 |
| Purchase/Acquisition | 1/25/2024 | 7 | $0.5970 |
| Purchase/Acquisition | 1/29/2024 | 2 | $0.6650 |
| Purchase/Acquisition | 1/30/2024 | 33 | $0.6490 |
| Purchase/Acquisition | 2/1/2024 | 1 | $0.6700 |
| Purchase/Acquisition | 2/6/2024 | 60 | $0.7070 |
| Purchase/Acquisition | 2/9/2024 | 10 | $0.7510 |
| Purchase/Acquisition | 2/9/2024 | 44 | $0.7515 |
| Purchase/Acquisition | 2/15/2024 | 165 | $0.5995 |
| Purchase/Acquisition | 2/16/2024 | 5 | $0.6760 |
| Purchase/Acquisition | 2/20/2024 | 120 | $0.7445 |
| Purchase/Acquisition | 2/26/2024 | 40 | $0.7290 |
| Purchase/Acquisition | 2/28/2024 | 18 | $0.7660 |
| Purchase/Acquisition | 3/1/2024 | 2 | $0.6850 |
| Purchase/Acquisition | 3/5/2024 | 20 | $0.6910 |
| Purchase/Acquisition | 3/13/2024 | 15 | $0.6620 |
| Purchase/Acquisition | 3/18/2024 | 9 | $0.5000 |
| Purchase/Acquisition | 3/28/2024 | 15 | $0.5555 |
| Purchase/Acquisition | 4/2/2024 | 60 | $0.5365 |
| Purchase/Acquisition | 4/3/2024 | 1 | $0.5500 |
| Purchase/Acquisition | 4/8/2024 | 140 | $0.4200 |
| Purchase/Acquisition | 4/15/2024 | 1 | $7.8800 |
| Purchase/Acquisition | 6/3/2024 | 1 | $17.5200 |

**Agenus Inc. (AGEN)**                                                                                          **Byron Olsen**

## List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| *Account 2* | | | |
| Purchase/Acquisition | 6/20/2023 | 11,000 | $1.8600 |
| Purchase/Acquisition | 6/20/2023 | 10,000 | $1.8200 |
| Purchase/Acquisition | 6/20/2023 | 5,000 | $1.8200 |
| Purchase/Acquisition | 6/20/2023 | 660 | $1.9030 |
| Purchase/Acquisition | 6/30/2023 | 4,660 | $1.6050 |
| Purchase/Acquisition | 6/30/2023 | 15,340 | $1.6100 |
| Purchase/Acquisition | 6/30/2023 | 500 | $1.6055 |
| Purchase/Acquisition | 6/30/2023 | 1,660 | $1.6100 |
| Purchase/Acquisition | 6/30/2023 | 17,840 | $1.6050 |
| Purchase/Acquisition | 6/30/2023 | 13,660 | $1.6050 |
| Purchase/Acquisition | 6/30/2023 | 500 | $1.6050 |
| Purchase/Acquisition | 6/30/2023 | 3,500 | $1.6050 |
| Purchase/Acquisition | 6/30/2023 | 19,340 | $1.6050 |
| Purchase/Acquisition | 6/30/2023 | 2,840 | $1.6050 |
| Purchase/Acquisition | 6/30/2023 | 17,160 | $1.6050 |
| Purchase/Acquisition | 7/5/2023 | 26,340 | $1.5200 |
| Purchase/Acquisition | 7/5/2023 | 3,258 | $1.5750 |
| Purchase/Acquisition | 7/5/2023 | 11,742 | $1.5800 |
| Purchase/Acquisition | 7/5/2023 | 11,340 | $1.5800 |
| Purchase/Acquisition | 7/5/2023 | 4,501 | $1.5750 |
| Purchase/Acquisition | 7/5/2023 | 14,600 | $1.5800 |
| Purchase/Acquisition | 7/5/2023 | 899 | $1.5800 |
| Purchase/Acquisition | 7/5/2023 | 3,660 | $1.5200 |
| Purchase/Acquisition | 7/5/2023 | 25,000 | $1.5900 |
| Purchase/Acquisition | 7/5/2023 | 6,660 | $1.5800 |
| Purchase/Acquisition | 7/6/2023 | 18,340 | $1.6400 |
| Purchase/Acquisition | 7/6/2023 | 10,000 | $1.5600 |
| Purchase/Acquisition | 7/6/2023 | 11,660 | $1.6400 |
| Purchase/Acquisition | 7/7/2023 | 18,340 | $1.6200 |
| Purchase/Acquisition | 7/7/2023 | 5,380 | $1.6200 |
| Purchase/Acquisition | 7/7/2023 | 29,620 | $1.6400 |
| Purchase/Acquisition | 7/7/2023 | 20,000 | $1.6180 |
| Purchase/Acquisition | 7/7/2023 | 20,000 | $1.6400 |
| Purchase/Acquisition | 7/7/2023 | 6,620 | $1.6400 |
| Purchase/Acquisition | 7/7/2023 | 3,509 | $1.6300 |
| Purchase/Acquisition | 7/7/2023 | 19,871 | $1.6400 |
| Purchase/Acquisition | 7/7/2023 | 16,620 | $1.6400 |
| Purchase/Acquisition | 7/7/2023 | 900 | $1.6400 |
| Purchase/Acquisition | 7/7/2023 | 21,280 | $1.6400 |
| Purchase/Acquisition | 7/7/2023 | 1,200 | $1.6350 |
| Purchase/Acquisition | 7/7/2023 | 13,380 | $1.6400 |
| Purchase/Acquisition | 7/7/2023 | 4,280 | $1.6200 |
| Purchase/Acquisition | 7/12/2023 | 40,000 | $1.8600 |
| Purchase/Acquisition | 7/12/2023 | 1,380 | $1.8600 |
| Purchase/Acquisition | 7/12/2023 | 6,620 | $1.8600 |
| Purchase/Acquisition | 8/1/2023 | 700 | $1.4750 |
| Purchase/Acquisition | 8/1/2023 | 4,300 | $1.4795 |
| Purchase/Acquisition | 8/9/2023 | 600 | $1.2700 |
| Purchase/Acquisition | 8/15/2023 | 10 | $1.3270 |

**Agenus Inc. (AGEN)**  **Byron Olsen**

List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 8/18/2023 | 10 | $1.5500 |
| Purchase/Acquisition | 8/18/2023 | 20 | $1.5500 |
| Purchase/Acquisition | 8/21/2023 | 220 | $1.4385 |
| Purchase/Acquisition | 8/24/2023 | 290 | $1.3700 |
| Purchase/Acquisition | 9/5/2023 | 65 | $1.3350 |
| Purchase/Acquisition | 9/5/2023 | 3 | $1.2965 |
| Purchase/Acquisition | 9/14/2023 | 242 | $1.3500 |
| Purchase/Acquisition | 9/25/2023 | 5,250 | $1.1400 |
| Purchase/Acquisition | 9/28/2023 | 20 | $1.1100 |
| Purchase/Acquisition | 10/2/2023 | 100 | $1.1300 |
| Purchase/Acquisition | 10/5/2023 | 7 | $1.0600 |
| Purchase/Acquisition | 10/6/2023 | 2,063 | $1.0675 |
| Purchase/Acquisition | 10/10/2023 | 3,900 | $1.0795 |
| Purchase/Acquisition | 10/11/2023 | 1,200 | $1.0780 |
| Purchase/Acquisition | 10/17/2023 | 1,000 | $1.1090 |
| Purchase/Acquisition | 10/18/2023 | 200 | $1.1200 |
| Purchase/Acquisition | 10/24/2023 | 10,500 | $0.7795 |
| Purchase/Acquisition | 10/24/2023 | 25 | $0.7795 |
| Purchase/Acquisition | 10/24/2023 | 2,755 | $0.7600 |
| Purchase/Acquisition | 10/24/2023 | 700 | $0.7800 |
| Purchase/Acquisition | 10/24/2023 | 20 | $0.7500 |
| Purchase/Acquisition | 10/25/2023 | 15 | $0.7980 |
| Purchase/Acquisition | 10/26/2023 | 1,785 | $0.8280 |
| Purchase/Acquisition | 11/1/2023 | 7 | $0.7900 |
| Purchase/Acquisition | 11/2/2023 | 1 | $0.8600 |
| Purchase/Acquisition | 11/3/2023 | 75 | $0.8425 |
| Purchase/Acquisition | 11/3/2023 | 700 | $0.8445 |
| Purchase/Acquisition | 11/3/2023 | 1 | $0.8900 |
| Purchase/Acquisition | 11/8/2023 | 35 | $0.7675 |
| Purchase/Acquisition | 11/9/2023 | 1 | $0.7600 |
| Purchase/Acquisition | 11/13/2023 | 1,180 | $0.6685 |
| Purchase/Acquisition | 11/28/2023 | 5 | $0.7000 |
| Purchase/Acquisition | 11/28/2023 | 5 | $0.7040 |
| Purchase/Acquisition | 12/1/2023 | 15 | $0.7760 |
| Purchase/Acquisition | 12/7/2023 | 45 | $0.8125 |
| Purchase/Acquisition | 12/8/2023 | 10 | $0.8030 |
| Purchase/Acquisition | 12/12/2023 | 580 | $0.7785 |
| Purchase/Acquisition | 12/14/2023 | 10 | $0.8200 |
| Purchase/Acquisition | 12/15/2023 | 5 | $0.6840 |
| Purchase/Acquisition | 12/15/2023 | 360 | $0.6845 |
| Purchase/Acquisition | 12/29/2023 | 585 | $0.8270 |
| Purchase/Acquisition | 12/29/2023 | 380 | $0.8270 |
| Purchase/Acquisition | 1/10/2024 | 60 | $0.6910 |
| Purchase/Acquisition | 1/12/2024 | 1 | $0.6600 |
| Purchase/Acquisition | 1/12/2024 | 33 | $0.6595 |
| Purchase/Acquisition | 1/12/2024 | 1 | $0.6600 |
| Purchase/Acquisition | 1/17/2024 | 10 | $0.5920 |
| Purchase/Acquisition | 1/22/2024 | 550 | $0.6020 |
| Purchase/Acquisition | 1/24/2024 | 5 | $0.5980 |
| Purchase/Acquisition | 1/29/2024 | 3 | $0.6900 |

**Agenus Inc. (AGEN)**                                                                                              **Byron Olsen**

## List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 2/1/2024 | 15 | $0.6720 |
| Purchase/Acquisition | 2/9/2024 | 32 | $0.7670 |
| Purchase/Acquisition | 2/13/2024 | 4 | $0.7525 |
| Purchase/Acquisition | 2/15/2024 | 5 | $0.5980 |
| Purchase/Acquisition | 2/15/2024 | 340 | $0.5980 |
| Purchase/Acquisition | 2/16/2024 | 21 | $0.6750 |
| Purchase/Acquisition | 3/11/2024 | 15 | $0.6655 |
| Purchase/Acquisition | 3/14/2024 | 5 | $0.6700 |
| Purchase/Acquisition | 3/18/2024 | 500 | $0.5000 |
| Purchase/Acquisition | 3/21/2024 | 12 | $0.5690 |
| Purchase/Acquisition | 3/27/2024 | 1 | $0.5500 |
| Purchase/Acquisition | 4/8/2024 | 460 | $0.4165 |
| Purchase/Acquisition | 4/8/2024 | 167 | $0.4185 |