**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| BRYAN OLSEN, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 24-CV-12299-AK |
| AGENUS INC., GARO H. ARMEN, CHRISTINE M. KLASKIN, and STEVEN J. O'DAY, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER ON JOINT STIPULATION**
**FOR RESPONDING TO PLAINTIFF'S COMPLAINT**

**ANGEL KELLEY, D.J.**

WHEREAS, this proposed federal securities class action was filed on September 6, 2024 by Plaintiff Bryan Olsen, individually and on behalf of all others similarly situated (the "Olsen Action");

WHEREAS, Defendants' counsel has agreed to accept service of the Complaint in this action on behalf of Defendants;

WHEREAS, because the claims in this action arise under the Securities Exchange Act of 1934 ("Exchange Act") and this action is brought as a putative class action pursuant to Rule 23 of the Federal Rules of Civil Procedure, Section 21D of the Exchange Act (15 U.S.C. § 78u-4) applies, including the provisions governing the appointment of the Lead Plaintiff and its counsel, which are set forth in Section 21D(a)(3) of the Exchange Act;

1

WHEREAS, 15 U.S.C. § 78u-4(a)(3)(A)–(B) provide that not later than twenty (20) days after the date on which the first complaint is filed, (i) the plaintiff shall publish a notice advising members of the purported plaintiff class, (ii) that not later than sixty (60) days after the date on which the notice is published any member of the purported class may move the court to serve as Lead Plaintiff, and (iii) that not later than ninety (90) days after the date on which a notice is published the Court shall appoint the "most adequate plaintiff" as Lead Plaintiff for the class;

WHEREAS, on September 6, 2024, counsel for Plaintiff caused such notice to be published, pursuant to 15 U.S.C. § 78u-4(a)(3)(A)(i)(I-II), advising class members that any member of the putative class may move the Court to serve as Lead Plaintiff no later than November 5, 2024;

WHEREAS, in order to avoid the unnecessary expenditure of effort by the parties and the Court prior to the appointment of Lead Plaintiff and the filing of an amended complaint (if any), the parties have agreed, subject to the Court's approval, to the following:

1. All Defendants have accepted service of the Complaint and agree that no further process is necessary.

2. Plaintiff shall designate the existing Complaint as operative or file an Amended Complaint within sixty (60) days following the appointment of Lead Plaintiff.

3. Defendants' obligation to answer, move, or otherwise respond to the Complaint is hereby suspended and shall be due sixty (60) days from the filing of the designation of the existing Complaint or the filing of an Amended Complaint.

4. If Defendants' response is a motion to dismiss, Lead Plaintiff's opposition shall be due sixty (60) days after service of the motion to dismiss, and Defendants' reply brief shall be due thirty (30) days after service of the opposition.

5. The parties seek the Court's approval of this Order on the basis that it would be an inefficient use of the Court's time to consider motions to dismiss prior to the resolution of Lead Plaintiff motions and the filing of an Amended Complaint.

**SO ORDERED.**

Dated: October 25, 2024                      /s/ Angel Kelley
                                             Hon. Angel Kelley
                                             United States District Judge