**UNITED STATES OF DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE AGENUS INC.<br>SECURITIES LITIGATION<br><br><br><br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No.: 1:24-cv-12299-AK<br><br>(CLASS ACTION) |

**DECLARATION OF DANIEL V. MCCAUGHEY IN SUPPORT OF DEFENDANTS'**
**MOTION TO DISMISS THE AMENDED COMPLAINT**

I, Daniel V. McCaughey, hereby declare as follows:

1.      I am member of the Bar of the Commonwealth of Massachusetts, and a Partner of the law firm of Ropes & Gray LLP that represents Defendants Agenus Inc. ("Agenus"), Garo H. Armen, Christine M. Klaskin, Steven J. O'Day, and Todd Yancey.

2.      I have personal knowledge of the facts set forth herein.  I respectfully submit this declaration in support of Defendants' Motion to Dismiss the Amended Complaint, filed concurrently herewith.

3.      Attached hereto as Exhibit 1 is a true and correct copy of Agenus's Form 10-K filed with the United States Securities & Exchange Commission ("SEC") on March 16, 2023.

4.      Attached hereto as Exhibit 2 is a true and correct copy of an article titled "Immunotherapy for Microsatellite Stable Colorectal Cancers: Challenges and Novel Therapeutic Avenues" published in the American Society of Clinical Oncology Educational Book on June 3, 2022.

-2-

5.      Attached hereto as <u>Exhibit 3</u> is a true and correct copy of Agenus's January 23, 2023 press release titled "Agenus Presents Clinical Data Demonstrating Durable Responses of Botensilimab/Balstilimab Combination in Metastatic Microsatellite Stable Colorectal Cancer at ASCO GI."

6.      Attached hereto as <u>Exhibit 4</u> is a true and correct copy of Agenus's June 30, 2023 press release titled "ESMO GI Data: Agenus' Botensilimab/Balstilimab Combination Achieves Unprecedented Survival in Advanced Colorectal Cancer."

7.      Attached hereto as <u>Exhibit 5</u> is a true and correct copy of draft guidance issued by the United States Food & Drug Administration ("FDA") titled "Demonstrating Substantial Evidence of Effectiveness for Human Drug and Biological Products," published in December 2019 and available at https://www.fda.gov/media/133660/download.

8.      Attached hereto as <u>Exhibit 6</u> is a true and correct copy of draft guidance issued by the FDA titled "Expedited Program for Serious Conditions – Accelerated Approval of Drugs and Biologics," published in December 2024 and available at https://www.fda.gov/media/184120/download.

9.      Attached hereto as <u>Exhibit 7</u> is a true and correct copy of draft guidance issued by the FDA titled "Clinical Trial Considerations to Support Accelerated Approval of Oncology Therapeutics," published in March 2023 and available at https://www.fda.gov/media/166431/download.

10.      Attached hereto as <u>Exhibit 8</u> is a true and correct copy of Agenus's Form 10-K filed with the SEC on March 14, 2024.

11.     Attached hereto as Exhibit 9 is a true and correct copy of Agenus's April 17, 2023 press release titled "Agenus Receives Fast Track Designation for Botensilimab and Balstilimab in Colorectal Cancer."

12.     Attached hereto as Exhibit 10 is a true and correct copy of guidance issued by the FDA titled "Guidance for Industry: Expedited Program for Serious Conditions – Accelerated Approval of Drugs and Biologics," published in May 2014 and available at https://www.fda.gov/media/86377/download.

13.     Attached hereto as Exhibit 11 is a true and correct copy of Agenus's August 8, 2023 press release titled "Agenus Reports Second Quarter 2023 Results."

14.     Attached hereto as Exhibit 12 is a true and correct copy of a transcript prepared by S&P Global Market Intelligence of Agenus's Q1 2024 Earnings Call on May 7, 2024.

15.     Attached hereto as Exhibit 13 is a true and correct copy of Agenus's May 16, 2024 press release titled "FDA Grants Agenus Type B End-of-Phase 2 Meeting to Discuss BOT/BAL Therapy for Relapsed or Refractory Metastatic Colorectal Cancer."

16.     Attached hereto as Exhibit 14 is a true and correct copy of Agenus's July 18, 2024 press release titled "Agenus Announces End-of-Phase 2 Meeting Outcomes and Topline Interim Phase 2 Data for BOT/BAL in MSS Colorectal Cancer."

17.     Attached hereto as Exhibit 15 is a true and correct copy of Agenus's Form 10-K filed with the SEC on March 17, 2025.

18.     Attached hereto as Exhibit 16 is a true and correct copy of Agenus's January 22, 2025 press release titled "Agenus Presents Data at ASCO GI Demonstrating Impact of BOT/BAL in Colorectal Cancer Across Neoadjuvant and Advanced Disease."

19.    Attached hereto as <u>Exhibit 17</u> is a true and correct copy of a transcript prepared by S&P Global Market Intelligence of Agenus's Q4 2022 Earnings Call on March 14, 2023.

20.    Attached hereto as <u>Exhibit 18</u> is a true and correct copy of Agenus's August 23, 2023 press release titled "Agenus Prioritizes Resources to Accelerate Registration and Commercialization of BOT/BAL Program in Multiple Cancers."

21.    Attached hereto as <u>Exhibit 19</u> is a true and correct copy of Agenus's April 12, 2024 press release titled "Agenus Announces Updated Phase 1 Data and Progress on BOT/BAL Development in Metastatic MSS Colorectal Cancer."

22.    Attached hereto as <u>Exhibit 20</u> is a true and correct copy of Agenus's May 7, 2024 press release titled "Agenus Reports First Quarter 2024 Results."

23.    Attached hereto as <u>Exhibit 21</u> is a true and correct copy of a transcript prepared by S&P Global Market Intelligence of Agenus's Q4 2023 Earnings Call on March 14, 2024.

24.    Attached hereto as <u>Exhibit 22</u> is a true and correct copy of a transcript prepared by S&P Global Market Intelligence of Agenus's Q3 2023 Earnings Call on November 7, 2023.

25.    Attached hereto as <u>Exhibit 23</u> is a true and correct copy of Agenus's March 14, 2023 press release titled "Agenus Reports First Quarter and Full Year 2022 Financial Results and Outlines 2023 Objectives."

26.    Attached hereto as <u>Exhibit 24</u> is a true and correct copy of a transcript prepared by S&P Global Market Intelligence of Agenus's Q1 2023 Earnings Call on May 9, 2023.

27.    Attached hereto as <u>Exhibit 25</u> is a true and correct copy of Agenus's October 22, 2023 press release titled "Agenus Unveils New and Updated Botensilimab Data in Colorectal, Pancreatic, Lung, Melanoma, and Sarcoma."

-5-

28.    Attached hereto as <u>Exhibit 26</u> is a true and correct copy of Agenus's Form 10-Q filed with the SEC on May 9, 2023.

29.    Attached hereto as <u>Exhibit 27</u> is a true and correct copy of Agenus's Form 10-Q filed with the SEC on August 8, 2023.

30.    Attached hereto as <u>Exhibit 28</u> is a true and correct copy of Agenus's Form 10-Q filed with the SEC on November 9, 2023.

31.    Attached hereto as <u>Exhibit 29</u> is a true and correct copy of Agenus's Form 10-Q filed with the SEC on May 7, 2024.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.  This declaration was executed on April 8, 2025.

<u>/s/ *Daniel V. McCaughey*</u>
Daniel V. McCaughey

-6-

## CERTIFICATE OF SERVICE

I, Daniel V. McCaughey, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Daniel V. McCaughey*
Daniel V. McCaughey