| | 12/31/2017 | 12/31/2018 | 12/31/2019 | 12/31/2020 | 12/31/2021 | 12/31/2022 |
|---|---|---|---|---|---|---|
| Agenus Inc. | 100.00 | 73.01 | 124.85 | 97.55 | 98.77 | 73.62 |
| Nasdaq Stock Market (U.S. Companies) Index | 100.00 | 96.12 | 129.97 | 186.69 | 226.63 | 151.61 |
| Nasdaq Biotechnology Index | 100.00 | 90.68 | 112.81 | 141.78 | 140.88 | 125.52 |

**Item 6.**       *[Reserved]*

68

**Item 7.**     ***Management's Discussion and Analysis of Financial Condition and Results of Operations***

**Overview**

Agenus Inc. (including its subsidiaries, collectively referred to as "Agenus," the "Company," "we," "us," and "our") is a clinical-stage immuno-oncology ("I-O") company advancing an extensive pipeline of immune modulatory antibodies, adoptive cell therapies (through our subsidiary MiNK Therapeutics, Inc. ("MiNK")) and vaccine adjuvants (through our subsidiary SaponiQx, Inc. ("SaponiQx")), to fight cancer and infections. Our business is designed to drive success in I-O through speed, innovation and effective combination therapies. We believe that combination therapies and a deep understanding of each patient's cancer will drive substantial expansion of the patient population benefiting from current I-O therapies. In addition to a diverse pipeline, we have assembled fully integrated end-to-end capabilities including novel target discovery, antibody generation, cell line development and current good manufacturing practice ("cGMP") clinical manufacturing. We believe that these fully integrated capabilities enable us to produce novel candidates on timelines that are shorter than the industry standard. Leveraging our science and capabilities, we have forged important partnerships to advance our innovation.

We are developing a comprehensive I-O portfolio driven by the following platforms and programs, which we intend to utilize individually and in combination:

- our multiple antibody discovery platforms, including our proprietary display technologies, designed to drive the discovery of future antibody candidates;

- our antibody candidate programs, such as our lead candidate botensilimab (AGEN1181);

- our saponin-based vaccine adjuvant platform under our subsidiary SaponiQx, principally including our QS-21 STIMULON adjuvant ("QS-21 STIMULON"); and

- our subsidiary, MiNK, which has a pipeline of novel allogeneic invariant natural killer T cell ("iNKT") therapies to treat cancer and other immune-mediated diseases.

We assess development, commercialization and partnering strategies for each of our product candidates periodically based on several factors, including pre-clinical and clinical trial results, competitive positioning and funding requirements and resources. Our lead program, botensilimab (AGEN1181), is advancing in multiple clinical programs which we have designed to support regulatory pathways for accelerated development with botensilimab as a monotherapy and in combination with balstilimab. We initiated worldwide trials for botensilimab in microsatellite stable colorectal cancer, melanoma and pancreatic cancer in 2022.

In October 2021, we announced the withdrawal of our biologics license application ("BLA") for balstilimab monotherapy to treat second-line cervical cancer. Our decision came at the recommendation of the United States Food and Drug Administration ("FDA") following the full approval of pembrolizumab, four months earlier than the FDA goal date. The BLA submission for balstilimab was accepted for filing and received Fast Track and Priority Review designation from the FDA, with a target action date of December 16, 2021. As part of the BLA review process, we successfully completed three FDA inspections, with no cited issues, concerns, or Form-483s. Based on this change to the treatment landscape with another company's full approval, we are no longer pursuing U.S. registration for the combination of balstilimab and zalifrelimab in second-line cervical cancer.

We have formed collaborations with companies such as Bristol-Myers Squibb Company ("BMS"), Betta Pharmaceuticals Co., Ltd. ("Betta"), Gilead Sciences, Inc. ("Gilead"), Incyte Corporation ("Incyte") and Merck Sharpe & Dohme ("Merck"). Through these alliances, as well as our own internal programs, we currently have more than a dozen antibody programs in pre-clinical or clinical development.

Pursuant to our collaboration agreement with Incyte, we have exclusively licensed to Incyte monospecific antibodies targeting GITR, OX40, TIM-3 and LAG-3, which Incyte is currently advancing in various clinical trials, as well as an additional undisclosed target that Incyte is advancing in preclinical studies. Under the terms of our agreement, Incyte is responsible for all future development expenses, and we are eligible to receive up to an additional $450.0 million in potential milestone payments plus royalties on any future sales. In October 2022, Incyte notified us of their intent to terminate the OX40 program, effective October 2023. On termination the rights to the OX40 program revert back to us. Pursuant to our collaboration and license agreement with Merck, we exclusively licensed to Merck a monospecific antibody targeting ILT4, which Merck is advancing in a Phase 2 clinical trial. Under the terms of our agreement, Merck is responsible for all future development expenses, and we are eligible to receive up to an additional $85.0 million in potential milestone payments plus royalties on any future sales. In September 2018, we, through our wholly-owned subsidiary, Agenus Royalty Fund, LLC, entered into a royalty purchase agreement (the "XOMA Royalty Purchase Agreement") with XOMA (US) LLC ("XOMA"). Pursuant to the terms of the XOMA Royalty Purchase Agreement, XOMA purchased 33% of all future royalties and 10% of all future milestone payments that we are entitled to receive from Incyte and Merck, net of certain of our

69

obligations to a third party. After taking into account our obligations under the XOMA Royalty Purchase Agreement, as of December 31, 2022, we remain eligible to receive up to $405.0 million and $76.5 million in potential development, regulatory and commercial milestones from Incyte and Merck, respectively.

In December 2018, we entered into a series of agreements with Gilead to collaborate on the development and commercialization of up to five novel I-O therapies (the "Gilead Collaboration Agreements"). Pursuant to the Gilead Collaboration Agreements, Gilead received worldwide exclusive rights to our bispecific antibody, AGEN1423, as well as the exclusive option to exclusively license AGEN1223, a bispecific antibody, and AGEN2373, a monospecific antibody. All three assets have entered clinical development. In November 2020, Gilead elected to return AGEN1423 to us and to voluntarily terminate the license agreement effective as of February 4, 2021. In the third quarter of 2021, we ceased development of AGEN1223 and in October 2021 the AGEN1223 option and license agreement was formally terminated. The AGEN2373 option agreement remains in place, and we are responsible for developing the program up to the option decision point, at which time Gilead may acquire exclusive rights to the program on option exercise. We have the right to opt-in to share Gilead's development and commercialization costs in the United States in exchange for a profit (loss) share on a 50:50 basis and revised milestone payments. In March 2022, we received a $5.0 million clinical milestone under the AGEN2373 option agreement. Pursuant to the terms of the AGEN2373 option agreement, we remain eligible to receive a $50.0 million option exercise fee and, if exercised, up to an additional $520.0 million in aggregate milestone payments, as well as royalties on any future sales.

In June 2020, we entered into a license and collaboration agreement (the "Betta License Agreement") with Betta, pursuant to which we granted Betta an exclusive license to develop, manufacture and commercialize balstilimab and zalifrelimab in Republic of China, Hong Kong, Macau and Taiwan ("Greater China"). Under the terms of the Betta License Agreement, we received $15.0 million upfront and are eligible to receive up to $100.0 million in milestone payments plus royalties on any future sales in Greater China.

In May 2021, we entered into a License, Development and Commercialization Agreement ("BMS License Agreement") with BMS to collaborate on the development and commercialization of our pre-clinical proprietary anti-TIGIT bispecific antibody program AGEN1777. Under the BMS License Agreement, we granted BMS an exclusive worldwide license under certain of our intellectual property rights to develop, manufacture and commercialize AGEN1777 and its derivatives in all fields; provided, we retained an option to access the licensed antibodies for use in clinical studies in combination with certain of our other pipeline assets subject to certain restrictions. Pursuant to the BMS License Agreement, we received a non-refundable upfront cash payment of $200.0 million in July 2021 and are eligible to receive up to $1.36 billion in aggregate development, regulatory and commercial milestone payments plus tiered royalties. In exchange, BMS is responsible for all of the development, regulatory approval, manufacturing and commercialization costs with respect to products containing AGEN1777. We have the option, but not the obligation, to co-fund a minority of the global development costs of products containing AGEN1777 or its derivatives, in exchange for increased tiered royalties. Finally, we also have the option to co-promote AGEN1777 in the U.S. In October 2021, we announced that the first patient was dosed in the AGEN1777 Phase 1 clinical trial, triggering the achievement of a $20.0 million milestone.

In September 2021, we announced the launch of SaponiQx to spearhead innovation in novel adjuvant discovery and vaccine design, including in relation to our saponin-based adjuvants. We also announced our partnership with Ginkgo Bioworks, Inc. to develop SaponiQx's novel saponin products from sustainably sourced raw materials, with a goal to meet the current demands placed on the vaccine industry for pandemic vaccines. Our QS-21 STIMULON adjuvant is partnered with GlaxoSmithKline ("GSK") and is a key component in multiple GSK vaccine programs. These programs are in various stages, with the most advanced being GSK's approved shingles vaccine, Shingrix, which was approved in the United States by the FDA in October 2017. In January 2018, we entered into a Royalty Purchase Agreement with Healthcare Royalty Partners III, L.P. and certain of its affiliates (together, "HCR"), pursuant to which HCR purchased 100% of our worldwide rights to receive royalties from GSK on GSK's sales of vaccines containing our QS-21 STIMULON adjuvant. We do not incur clinical development costs for products partnered with GSK. We were also entitled to receive up to $40.35 million in milestone payments from HCR based on sales of GSK's vaccines as follows: (i) $15.1 million upon reaching $2.0 billion last-twelve-months net sales any time prior to 2024 (the "First HCR Milestone") and (ii) $25.25 million upon reaching $2.75 billion last-twelve-months net sales any time prior to 2026 (the "Second HCR Milestone"). We received the First HCR Milestone after GSK's net sales of Shingrix for the twelve months ended December 31, 2019 exceeded $2.0 billion. The Second HCR Milestone was received in 2022 after GSK's net sales of Shingrix for the twelve months ended June 30, 2022 exceeded $2.75 billion.

Our business activities include product research and preclinical and clinical development, intellectual property prosecution, manufacturing, regulatory and clinical affairs, corporate finance and development activities, and support of our collaborations. Our product candidates require successful clinical trials and approvals from regulatory agencies, as well as acceptance in the marketplace. Part of our strategy is to develop and commercialize some of our product candidates by continuing our existing arrangements with academic and corporate collaborators and licensees and by entering into new collaborations.

70

MiNK is focused on the development of unmodified iNKT cell therapies for the treatment of cancer and other life-threatening immune-mediated diseases. MiNK's most advanced product candidate, agenT-797, is an off-the-shelf, allogeneic, native iNKT cell therapy. MiNK has commenced and enrolled a Phase 1 clinical trial for the treatment of solid tumors as a monotherapy and in combination with commercially approved checkpoint inhibitors (KEYTRUDA® and OPDIVO®). MiNK is also evaluating agenT-797 as a variant-agnostic therapy for patients with viral acute respiratory distress syndrome ("ARDS") and published top-line data from this Phase 1 clinical trial in the fourth quarter of 2021, reporting a 77% survival rate in older, mechanically ventilated patients with COVID-19 respiratory failure. In October 2021, MiNK completed an initial public offering of 3,333,334 shares of its common stock, trading on the Nasdaq Capital Market under the ticker symbol "INKT", at a public offering price of $12.00 per share. The gross proceeds from the offering, before deducting underwriting discounts and commissions and other offering expenses, were approximately $40.0 million. Subsequently, the underwriters in the initial public offering exercised their option to acquire an additional 500,000 shares at the public offering price and such shares were delivered on November 3, 2021. MiNK has exclusively licensed the INKT technology from Agenus and retains the rights to develop and expand a proprietary pipeline of engineered CAR-INKTs, TCRs, and INKT bispecific engagers.

Our common stock is currently listed on The Nasdaq Capital Market under the symbol "AGEN."

Our research and development expenses for the years ended December 31, 2022, 2021, and 2020, were $186.7 million, $178.6 million, and $142.6 million, respectively. We have incurred significant losses since our inception. As of December 31, 2022, we had an accumulated deficit of $1.71 billion. We are likely to continue to incur losses until we become a commercial company generating profits.

During the past five years, we have successfully financed our operations through income and revenues generated from corporate partnerships, advance royalty sales and issuance of equity. Based on our current plans and projections, we believe our year end cash resources of $193.4 million as of December 31, 2022, will be sufficient to satisfy our liquidity requirements for more than one year from when these financial statements were issued. Management continues to monitor the Company's liquidity position and has the flexibility to adjust spending as needed in order to preserve and extend liquidity. We continuously evaluate the likelihood of success of our programs. As such, our decisions to continue to fund or eliminate funding of each of our programs are predicated on these determinations, on an ongoing basis. We are prepared to discontinue funding of any activities that do not impact our core priorities if they do not prove to be feasible, and to restrict capital expenditures and/or reduce the scale of our operations.  We expect our potential sources of funding to include: (1) collaborations, out-licensing and/or partnering opportunities for our portfolio programs and product candidates with multiple parties, (2) milestone payments from our existing partnerships, (3) consummating additional third-party agreements, (4) selling assets, (5) securing project financing and/or (6) selling equity securities.

**Historical Results of Operations**

The comparison of 2021 to 2020 results has been omitted from this Form 10-K but can be found in our Form 10-K for the year ended December 31, 2021 – "Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations" filed on March 1, 2022.

***Year Ended December 31, 2022 Compared to the Year Ended December 31, 2021***

*Research and development revenue*

We recognized research and development ("R&D") revenue of approximately $17.0 million and $244.4 million during the years ended December 31, 2022 and 2021, respectively. R&D revenues for the year ended December 31, 2022, primarily consisted of a $5.0 million milestone and $9.5 million related to the recognition of deferred revenue, both earned under our Gilead Collaboration Agreements. R&D revenues for the year ended December 31, 2021, primarily consisted of $220.0 million related to a non-refundable upfront license fee and milestone earned under our BMS License Agreement and $22.4 million related to the recognition of deferred revenue earned under our Gilead Collaboration Agreements.

*Non-cash royalty revenue related to the sale of future royalties*

In January 2018, we sold 100% of our worldwide rights to receive royalties from GSK on sales of GSK's vaccines containing our QS-21 STIMULON adjuvant to HCR. As described in Note 19 to our Consolidated Financial Statements, this transaction has been recorded as a liability that amortizes over the estimated life of our Royalty Purchase Agreement with HCR. As a result of this liability accounting, even though the royalties are remitted directly to HCR, we will record these royalties from GSK as revenue. Non-cash royalty revenue related to our agreement with GSK increased $0.9 million, to approximately $45.3 million for the year ended

71

December 31, 2022, from $44.4 million for the year ended December 31, 2021, due to increased net sales of GSK's vaccines containing our QS-21 STIMULON adjuvant.

*Royalty sales milestone revenue*

We recognized royalty sales milestone revenue of approximately $25.3 million for the year ended December 31, 2022, related to the achievement of the final milestone under our Royalty Purchase Agreement with HCR. This $25.3 million milestone was achieved when sales of GSK's vaccines containing our QS-21 STIMULON exceeded $2.75 billion for the 12 months ended June 30, 2022.

*Research and development expense*

R&D expense include the costs associated with our internal research and development activities, including compensation and benefits, occupancy costs, clinical manufacturing costs, contract research organization costs, costs of consultants, and related administrative costs. R&D expense increased 5% to $186.7 million for the year ended December 31, 2022 from $178.6 million for the year ended December 31, 2021. Increased expenses in the year ended December 31, 2022 primarily relate to a $5.4 million increase in personnel related expenses, primarily due to increased headcount and increased share based compensation expense, a $13.8 million increase in expenses attributable to the activities of our subsidiaries and a $0.8 million increase in other research and development expenses. These increases were partially offset by a $11.9 million decrease in third-party services and other expenses, largely due to the timing of expenses related to the advancement of our antibody programs.

*General and administrative expense*

General and administrative ("G&A") expense consists primarily of personnel costs, facility expenses, and professional fees. G&A expense increased 6% to $81.0 million for the year ended December 31, 2022 from $76.4 million for the year ended December 31, 2021. Increased general and administrative expense expenses in the year ended December 31, 2022 primarily relate to a $8.4 million increase in expenses attributable to the activities of our subsidiaries and a $2.7 million increase in other general and administrative expenses. These increases were partially offset by a $4.1 million decrease in professional fees, primarily due to reduced commercial readiness activities, and a $2.3 million decrease in personnel related expenses, primarily due to decreased share-based compensation expense.

*Contingent purchase price consideration fair value adjustment*

Contingent purchase price consideration fair value adjustment represents the change in the fair value of our contingent purchase price consideration during the year ended December 31, 2022, which mainly resulted from changes in our share price and changes in the credit spread since each reporting period end. The fair value of our contingent purchase price considerations is mainly based on estimates from a Monte Carlo simulation of our share price.

*Non-operating income (expense)*

Non-operating income increased $7.5 million for the year ended December 31, 2022, from income of $5.1 million for the year ended December 31, 2021, to income of $12.6 million for the year ended December 31, 2022, primarily due to the recognition of a $16.3 million gain on the sale of property, plant and equipment and a $2.8 million gain on the partial forgiveness of a liability, partially offset by a $6.1 million loss on the impairment of lease ROU assets in 2022, compared to the recognition of a $3.4 million gain on the sale of property, plant and equipment and foreign currency exchange gains in 2021.

*Interest expense, net*

Interest expense, net decreased to $61.9 million for the year ended December 31, 2022 from $65.7 million for the year ended December 31, 2021, mainly due to decreased non-cash interest recorded in connection with our Royalty Purchase Agreement with HCR and increased interest income earned on our cash equivalents and short-term investments.

## Inflation

We believe that inflation has not had a material adverse effect on our business, results of operations, or financial condition to date.

72

**Research and Development Programs**

For the year ended December 31, 2022, our R&D programs consisted largely of our CPM antibody programs as indicated in the following table (in thousands).

| Research and Development Program | Product | For the Year Ended December 31, | | | Prior to 2020 | Total |
|---|---|---|---|---|---|---|
| | | 2022 | 2021 | 2020 | | |
| Antibody programs* | Various | $ 133,108 | $ 141,266 | $ 118,200 | $ 479,699 | $ 872,273 |
| Vaccine adjuvant | QS-21 Stimulon | 10,789 | 5,912 | 304 | 15,181 | 32,186 |
| Cell therapies | Various | 24,300 | 15,507 | 11,022 | 34,600 | 85,429 |
| Other research and development programs | Various | 18,494 | 15,923 | 13,091 | 448,077 | 495,585 |
| Total research and development expenses | | $ 186,691 | $ 178,608 | $ 142,617 | $ 977,557 | 1,485,473 |

* Prior to 2014, costs were incurred by 4-AB, which we acquired in February 2014.

Research and development program costs include compensation and other direct costs plus an allocation of indirect costs, based on certain assumptions and our review of the status of each program. Our product candidates are in various stages of development and significant additional expenditures will be required if we start new clinical trials, encounter delays in our programs, apply for regulatory approvals, continue development of our technologies, expand our operations, and/or bring our product candidates to market. The total cost of any particular clinical trial is dependent on a number of factors such as trial design, length of the trial, number of clinical sites, number of patients, and trial sponsorship. The process of obtaining and maintaining regulatory approvals for new therapeutic products is lengthy, expensive, and uncertain. Because of the current stage of our product candidates, among other factors, we are unable to reliably estimate the cost of completing our research and development programs or the timing for bringing such programs to various markets or substantial partnering or out-licensing arrangements, and, therefore, when, if ever, material cash inflows are likely to commence.

***Product Development Portfolio***

*Antibody Discovery Platforms and Immunotherapy Programs*

Immunotherapies regulate the body's immune response to cancer, and have achieved positive outcomes in a number of cancers that were considered untreatable only a few years ago. Our pipeline includes several classes of immunotherapies:

1. checkpoint inhibitors, which remove the tumor's defenses that evade and suppress the immune system;

2. immune activators, which train and activate a patient's own immune cells for a potent and durable anti-cancer response; and

3. tumor microenvironment ("TME") conditioning agents, which reduce local immune-suppression and attract immune cells to the cancer site.

We possess a suite of antibody discovery platforms that are designed to drive the discovery of future antibody candidates.  We are planning to employ a variety of techniques to identify and optimize monospecific and multispecific antibody candidates, internally.

We and our partners currently have more than fifteen antibody programs in pre-clinical or clinical development, which include our next generation anti-CTLA-4 antibody, botensilimab, an IgG1 anti-CTLA-4 antagonist, our anti-PD-1, balstilimab, and anti-CTLA-4, zalifrelimab, programs (both partnered with Betta in Greater China), our anti-CD137 (AGEN2373), which Gilead has an exclusive option to license exclusively, an anti-TIGIT bispecific antibody, AGEN1777, exclusively licensed to BMS, AGEN1571, an ILT2 monospecific antibody, and the following antibody programs all partnered with Incyte: anti-GITR (INCAGN1876), anti-LAG3 (INCAGN2385) and anti-TIM3 (INCAGN2390). For additional information regarding our antibody discovery platforms and immunotherapy programs, please read Part I-Item 1. "Business" of this Annual Report on Form 10-K.

*QS-21 STIMULON Adjuvant*

QS-21 STIMULON is an adjuvant, which is a substance added to a vaccine or other immunotherapy that is intended to enhance an immune response to the target antigens. QS-21 STIMULON is a natural product, a triterpene glycoside, or saponin, purified from

the bark of the Chilean soapbark tree, Quillaja saponaria. QS-21 STIMULON has the ability to stimulate an antibody-mediated immune response and has also been shown to activate cellular immunity. It has become a key component in the development of investigational preventive vaccine formulations across a wide variety of diseases. These studies have been carried out by academic institutions and pharmaceutical companies in the United States and internationally. A number of these studies have shown QS-21 STIMULON to be significantly more effective in stimulating immune responses than aluminum hydroxide or aluminum phosphate, the adjuvants most commonly used in approved vaccines in the United States today. In January 2019, we announced that the Bill & Melinda Gates Foundation awarded us a grant to develop an alternative, plant cell culture-based manufacturing process to ensure the continuous future supply of QS-21 STIMULON adjuvant, which we are pursuing in partnership with Phyton Biotech and Ginkgo Bioworks. For additional information regarding QS-21 STIMULON, please read Part I-Item 1. "Business" of this Annual Report on Form 10-K.

*Cell Therapies*

Our majority owned subsidiary, MiNK, is a focused on developing allogeneic invariant natural killer T ("iNKT") cell therapies to treat cancer and other life-threatening immune diseases.  iNKTs have a dual-mechanism of action with an internal targeting and homing device that modulates both arms of immunity, innate and adaptive. iNKTs combine the killing features of natural killer cells with the durable memory response of T cells. iNKT cells have been demonstrated to be highly effective in treating solid tumor cancers in their native form and MiNK has demonstrated that these cells can be further engineered or edited for super-targeting. For additional information regarding iNKT cell therapies, please read Part I-Item 1. "Business" of this Annual Report on Form 10-K.

**Liquidity and Capital Resources**

We have incurred annual operating losses since inception, and we had an accumulated deficit of $1.71 billion as of December 31, 2022. We expect to incur significant losses over the next several years as we continue development of our technologies and product candidates, manage our regulatory processes, initiate and continue clinical trials, and prepare for potential commercialization of products. To date, we have financed our operations primarily through corporate partnerships, advance royalty sales and the issuance of equity. From our inception through December 31, 2022, we have raised aggregate net proceeds of approximately $1.74 billion through the sale of common and preferred stock, the exercise of stock options and warrants, proceeds from our Employee Stock Purchase Plan, royalty monetization transactions, and the issuance of convertible and other notes.

We maintain an effective registration statement (the "Registration Statement"), covering common stock, preferred stock, warrants, debt securities and units. The Registration Statement includes prospectuses covering the offer, issuance and sale of up to 200 million shares of our common stock from time to time in "at-the-market offerings" pursuant to an At Market Issuance Sales Agreement (the "Sales Agreement") with B. Riley Securities, Inc. as our sales agent. We sold approximately 45.1 million and 26.3 million shares of our common stock pursuant to the Sales Agreement during the year ended December 31, 2022 and the period of January 1, 2023 through March 10, 2023, respectively, and received aggregate net proceeds totaling $147.8 million. As of March 10, 2023, approximately 66.7 million shares remained available for sale under the Sales Agreement.

Historically we have funded our operations largely from 1) cash received from partners and royalty financing transactions and 2) equity offerings. We transact at-the-market sales from time to time in order to manage our cash balances to make sure cash balances do not drop below a certain level based on our anticipated uses of cash. We execute at-the-market offerings based on market conditions and our stock price. We do not have in place a program whereby at-the-market offerings are executed automatically based on our trading volume.

As of December 31, 2022, we had debt outstanding of $13.6 million in principal. In November 2022, we amended all of the outstanding 2015 Subordinated Notes, extending the due date by two years to February 2025.

Our cash, cash equivalents and short-term investments at December 31, 2022 were $193.4 million, a decrease of $113.6 million from December 31, 2021. Cash and cash equivalents of our subsidiary, MiNK, at September 30, 2022, were $24.2 million. MiNK cash can only be accessed by Agenus through a declaration of a dividend by the MiNK Board of Directors or through settlement of intercompany balances.

During the past five years, we have successfully financed our operations through income and revenues generated from corporate partnerships, advance royalty sales and issuance of equity. Based on our current plans and projections, we believe our year end cash resources of $193.4 million as of December 31, 2022, will be sufficient to satisfy our liquidity requirements for more than one year from when the financial statements included in this Annual Report on Form 10-K were issued.

74

Management continues to monitor the Company's liquidity position and has the flexibility to adjust spending as needed in order to preserve and extend liquidity. We continuously evaluate the likelihood of success of our programs. As such, our decisions to continue to fund or eliminate funding of each of our programs are predicated on these determinations, on an ongoing basis. We are prepared to discontinue funding of any activities that do not impact our core priorities if they do not prove to be feasible, and to restrict capital expenditures and/or reduce the scale of our operations. We expect our potential sources of funding to include: (1) collaborations, out-licensing and/or partnering opportunities for our portfolio programs and product candidates with multiple parties, (2) milestone payments from our existing partnerships, (3) consummating additional third-party agreements, (4) selling assets, (5) securing project financing and/or (6) selling equity securities.

Our future cash requirements include, but are not limited to, supporting clinical trial and regulatory efforts and continuing our other research and development programs. Since inception, we have entered into various cancellable agreements with contract manufacturers, institutions, and clinical research organizations (collectively "third party providers") to perform pre-clinical activities and to conduct and monitor our clinical studies. Under these agreements, subject to the enrollment of patients and performance by the applicable third-party provider, we have estimated our total payments to be $566.6 million over the term of the related activities. Through December 31, 2022, we have expensed $457.8 million as research and development expenses and $439.1 million has been paid under these agreements. The timing of expense recognition and future payments related to these agreements is subject to the enrollment of patients and performance by the applicable third-party provider. We plan to enter into additional agreements with third party providers and we anticipate significant additional expenditures will be required to initiate and advance our various programs.

Part of our strategy is to develop and commercialize some of our product candidates by continuing our existing collaboration arrangements with academic and collaboration partners and licensees and by entering into new collaborations. As a result of our collaboration agreements, we will not completely control the efforts to attempt to bring those product candidates to market. For example, our collaboration with Incyte for the development, manufacture and commercialization of checkpoint antibodies against certain targets is managed by a joint steering committee, which is controlled by Incyte.

Net cash (used in) provided by operating activities for the years ended December 31, 2022 and 2021 was ($175.4) million and $10.1 million, respectively. Our future ability to generate cash from operations will depend on achieving regulatory approval and market acceptance of our product candidates, achieving benchmarks as defined in existing collaboration agreements, and our ability to enter into new collaborations. Please see the "Note Regarding Forward-Looking Statements" of this Annual Report on Form 10-K and the risks highlighted under Part I-Item 1A. "Risk Factors" of this Annual Report on Form 10-K.

The table below summarizes our material cash requirements from known contractual and other obligations as of December 31, 2022 (in thousands).

| | Total | | Less than 1 Year | | 1-3 Years | | 3-5 Years | | More than 5 Years |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Payments by Period** | | | | | |
| Long-term debt (1) | $ | 15,853 | $ | 1,671 | $ | 14,182 | $ | — | $ | — |
| Operating leases (2) | | 129,280 | | 10,130 | | 19,858 | | 19,952 | | 79,340 |
| Finance leases (3) | | 27,721 | | 11,004 | | 16,717 | | — | | — |
| Total | $ | 172,854 | $ | 22,805 | $ | 50,757 | $ | 19,952 | $ | 79,340 |

(1) Includes fixed interest payments. See Note 18 of the notes to our consolidated financial statements contained elsewhere in this Annual Report on Form 10-K for further description of our debt.
(2) The leases for our properties expire at various times between 2023 and 2036.
(3) The amounts include payments for a lease that was signed but had not yet commenced as of December 31, 2022. See Note 17 of the notes to our consolidated financial statements contained elsewhere in this Annual Report on Form 10-K for further description of our leases.

**Critical Accounting Policies and Estimates**

The SEC defines "critical accounting policies" as those that require the application of management's most difficult, subjective, or complex judgments, often as a result of the need to make estimates about the effect of matters that are inherently uncertain and may change in subsequent periods.

The preparation of consolidated financial statements in conformity with U.S. generally accepted accounting principles requires us to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosures of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. We

base those estimates on historical experience and on various assumptions that are believed to be reasonable under the circumstances. Actual results could differ from those estimates.

The following listing is not intended to be a comprehensive list of all of our accounting policies. Our significant accounting policies are described in Note 2 of the notes to our consolidated financial statements contained elsewhere in this Annual Report on Form 10-K. In many cases, the accounting treatment of a particular transaction is dictated by U.S. generally accepted accounting principles, with no need for our judgment in its application. There are also areas in which our judgment in selecting an available alternative would not produce a materially different result. We have identified the following as a critical accounting policy.

### *Non-cash Interest Expense on Liability Related to Sale of Future Royalties*

In January 2018 we entered into the HCR Royalty Purchase Agreement with HCR. Pursuant to the terms of the HCR Royalty Purchase Agreement, we sold to HCR 100% of our worldwide rights to receive royalties from GSK on sales of GSK's vaccines containing our QS-21 STIMULON adjuvant. Although we sold all of our rights to receive royalties on sales of GSK's vaccines containing QS-21, as a result of our obligation to HCR, we recorded the proceeds from this transaction as a liability on our consolidated balance sheet that will be amortized using the interest method over the estimated life of the HCR Royalty Purchase Agreement. As a result, we impute interest on the transaction and record non-cash interest expense at the estimated interest rate. Our estimate of the interest rate under the agreement is based on the amount of royalty payments to be received by HCR over the life of the arrangement. We periodically assess the expected royalty payments to HCR from GSK using a combination of historical results and forecasts from market data sources. To the extent such payments are greater or less than our initial estimates or the timing of such payments is materially different than our original estimates, we will prospectively adjust the amortization of the liability. There are a number of factors that could materially affect the amount and timing of royalty payments from GSK, all of which are not within our control. Such factors include, but are not limited to, changing standards of care, the introduction of competing products, manufacturing or other delays, biosimilar competition, patent protection, adverse events that result in governmental health authority imposed restrictions on the use of the drug products, significant changes in foreign exchange rates, and other events or circumstances that could result in reduced royalty payments from GSK, all of which would result in a reduction of non-cash royalty revenues and the non-cash interest expense over the life of the HCR Royalty Purchase Agreement. Conversely, if sales of GSK's vaccines containing QS-21 are more than expected, the non-cash royalty revenues and the non-cash interest expense recorded by us would be greater over the life of the HCR Royalty Purchase Agreement.

### Recent Accounting Pronouncements

Refer to Note 2 to our consolidated financial statements included within Item 8 of this Annual Report on Form 10-K for a description of recent accounting pronouncements applicable to our business.

**Item 7A.**      *Quantitative and Qualitative Disclosures About Market Risk*

Our primary market risk exposure is foreign currency exchange rate risk. International revenues and expenses are generally transacted by our foreign subsidiary and are denominated in local currency. Less than 0.1% of our cash used in operations for the both the years ended December 31, 2022 and 2021, was from a foreign subsidiary. Additionally, in the normal course of business, we are exposed to fluctuations in interest rates as we seek debt financing and invest excess cash. We are also exposed to foreign currency exchange rate fluctuation risk related to our transactions denominated in foreign currencies. We do not currently employ specific strategies, such as the use of derivative instruments or hedging, to manage these exposures. Our currency exposures vary but are primarily concentrated in the British Pound, Euro, and Swiss Franc, in large part due to our subsidiaries, Agenus UK Limited and AgenTus Therapeutics Limited, both with operations in England, AgenTus Therapeutics SA, a company formerly with operations in Belgium, and Agenus Switzerland a company formerly with operations in Switzerland. During the year ended December 31, 2022, there has been no material change with respect to our approach toward those exposures.

We had cash, cash equivalents and short-term investments at December 31, 2022 of $193.4 million, which are exposed to the impact of interest and foreign currency exchange rate changes, and our interest income fluctuates as interest rates change. Due to the short-term nature of our investments in money market funds and U.S. Treasury Bills, our carrying value approximates the fair value of these investments at December 31, 2022, however, we are subject to investment risk.

We invest our cash, cash equivalents and short-term investments in accordance with our investment policy. The primary objectives of our investment policy are to preserve principal, maintain proper liquidity to meet operating needs, and maximize yields. We review our investment policy annually and amend it as deemed necessary. Currently, the investment policy prohibits investing in any structured investment vehicles and asset-backed commercial paper. Although our investments are subject to credit risk, our investment policy specifies credit quality standards for our investments and limits the amount of credit exposure from any single issue, issuer, or type of investment. We do not invest in derivative financial instruments. Accordingly, we do not believe that there is currently any material market risk exposure with respect to derivatives or other financial instruments that would require disclosure under this item.

**Item 8.**        *Financial Statements and Supplementary Data*

**INDEX TO FINANCIAL STATEMENTS**

| | |
|---|---|
| Report of Independent Registered Public Accounting Firm | 79 |
| Consolidated Balance Sheets | 81 |
| Consolidated Statements of Operations and Comprehensive Loss | 82 |
| Consolidated Statements of Convertible Preferred Stock and Stockholders' Equity (Deficit) | 83 |
| Consolidated Statements of Cash Flows | 86 |
| Notes to Consolidated Financial Statements | 89 |

78

**Report of Independent Registered Public Accounting Firm**

To the Stockholders and Board of Directors
Agenus Inc.:

*Opinion on the Consolidated Financial Statements*

We have audited the accompanying consolidated balance sheets of Agenus Inc. and subsidiaries (the Company) as of December 31, 2022 and 2021, the related consolidated statements of operations and comprehensive loss, convertible preferred stock and stockholders' equity (deficit), and cash flows for each of the years in the three-year period ended December 31, 2022, and the related notes (collectively, the consolidated financial statements). In our opinion, the consolidated financial statements present fairly, in all material respects, the financial position of the Company as of December 31, 2022 and 2021, and the results of its operations and its cash flows for each of the years in the three-year period ended December 31, 2022, in conformity with U.S. generally accepted accounting principles.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States) (PCAOB), the Company's internal control over financial reporting as of December 31, 2022, based on criteria established in *Internal Control – Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission, and our report dated March 16, 2023 expressed an unqualified opinion on the effectiveness of the Company's internal control over financial reporting.

*Basis for Opinion*

These consolidated financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these consolidated financial statements based on our audits. We are a public accounting firm registered with the PCAOB and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free of material misstatement, whether due to error or fraud. Our audits included performing procedures to assess the risks of material misstatement of the consolidated financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the consolidated financial statements. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the consolidated financial statements. We believe that our audits provide a reasonable basis for our opinion.

*Critical Audit Matter*

The critical audit matter communicated below is a matter arising from the current period audit of the consolidated financial statements that was communicated or required to be communicated to the audit committee and that: (1) relates to accounts or disclosures that are material to the consolidated financial statements and (2) involved our especially challenging, subjective, or complex judgments. The communication of a critical audit matter does not alter in any way our opinion on the consolidated financial statements, taken as a whole, and we are not, by communicating the critical audit matter below, providing a separate opinion on the critical audit matter or on the accounts or disclosures to which it relates.

*Going concern analysis*

As discussed in Note 1 to the consolidated financial statements, the Company has incurred significant losses since its inception. As of December 31, 2022, the Company had an accumulated deficit of $1.71 billion. The Company finances its operations through income and revenues generated from corporate partnerships, advance royalty sales and issuance of equity. Management has concluded that, based on its current plans and projections, the Company will be able to satisfy its liquidity requirements for more than one year from when these financial statements were issued. The Company continuously evaluates the likelihood of success of its programs. As such, its decisions to continue to fund or eliminate funding of each of its programs are predicated on these determinations, on an ongoing basis. The Company is prepared to discontinue funding of any activities that do not impact core priorities if they do not prove to be feasible, among other actions.

79

We identified the assessment of liquidity and the Company's ability to continue as a going concern as a critical audit matter. A high degree of subjective auditor judgment was required to evaluate the Company's forecasted cash flows used in its liquidity analysis due to uncertainty in certain assumptions used to estimate the cash flows. Specifically, auditor judgment was required to evaluate management's plans to control spending.

The following are the primary procedures we performed to address this critical audit matter. We evaluated the design and tested the operating effectiveness of certain internal controls related to the Company's going concern assessment. These included controls related to the inputs and assumptions used to forecast cash flows in the liquidity analysis. We compared the Company's historical forecasted cash flows to actual results to assess the Company's ability to accurately forecast. We evaluated the Company's liquidity analysis by assessing the feasibility of management's spending plans. We also evaluated whether the information used in management's analysis was consistent with information presented to the Board of Directors and other public information disseminated by the Company.

/s/ KPMG LLP

We have served as the Company's auditor since 1997.

Boston, Massachusetts
March 16, 2023

80

**AGENUS INC. AND SUBSIDIARIES**
**CONSOLIDATED BALANCE SHEETS**
**(Amounts in thousands, except share and per share amounts)**

| | December 31, 2022 | December 31, 2021 |
|---|---|---|
| **ASSETS** | | |
| Cash and cash equivalents | $ 178,674 | $ 291,931 |
| Short-term investments | 14,684 | 14,992 |
| Accounts Receivable | 2,741 | 1,518 |
| Prepaid expenses | 13,829 | 20,362 |
| Other current assets | 3,194 | 3,171 |
| Total current assets | 213,122 | 331,974 |
| Property, plant and equipment, net of accumulated amortization and depreciation of $54,075 and $50,539 at December 31, 2022 and 2021, respectively | 133,017 | 60,029 |
| Operating lease right-of-use assets | 31,269 | 31,054 |
| Goodwill | 25,467 | 24,876 |
| Acquired intangible assets, net of accumulated amortization of $16,148 and $13,955 at December 31, 2022 and 2021, respectively | 6,228 | 8,488 |
| Other long-term assets | 4,453 | 9,537 |
| Total assets | $ 413,556 | $ 465,958 |
| **LIABILITIES, CONVERTIBLE PREFERRED STOCK AND STOCKHOLDERS' EQUITY (DEFICIT)** | | |
| Current portion, long-term debt | $ 575 | $ 728 |
| Current portion, liability related to sale of future royalties and milestones | 83,510 | 62,040 |
| Current portion, deferred revenue | 12,269 | 12,425 |
| Current portion, operating lease liabilities | 1,943 | 2,627 |
| Accounts payable | 40,939 | 30,486 |
| Accrued liabilities | 38,259 | 42,091 |
| Other current liabilities | 11,457 | 6,546 |
| Total current liabilities | 188,952 | 156,943 |
| Long-term debt, net of current portion | 12,584 | 12,823 |
| Liability related to sale of future royalties and milestones, net of current portion | 187,753 | 191,708 |
| Deferred revenue, net of current portion | 1,143 | 11,200 |
| Operating lease liabilities, net of current portion | 63,326 | 42,109 |
| Contingent purchase price consideration | 874 | 1,689 |
| Other long-term liabilities | 13,826 | 1,577 |
| Commitments and contingencies (Note 21) | | |
| STOCKHOLDERS' EQUITY (DEFICIT) | | |
| Preferred stock, par value $0.01 per share; 5,000,000 shares authorized: | | |
| Series A-1 convertible preferred stock; 31,620 shares designated, issued, and outstanding at December 31, 2022 and 2021; liquidation value of $33,673 and $33,460 at December 31, 2022, and 2021, respectively | 0 | 0 |
| Common stock, par value $0.01 per share; 800,000,000 and 400,000,000 shares authorized at December 31, 2022 and 2021, respectively; 305,573,397 shares and 256,897,910 shares issued at December 31, 2022 and 2021, respectively | 3,056 | 2,569 |
| Additional paid-in capital | 1,644,658 | 1,520,212 |
| Accumulated other comprehensive income | 915 | 1,492 |
| Accumulated deficit | (1,709,907) | (1,489,833) |
| Total stockholders' equity (deficit) attributable to Agenus Inc. | (61,278) | 34,440 |
| Non-controlling interest | 6,376 | 13,469 |
| Total stockholders' equity (deficit) | (54,902) | 47,909 |
| Total liabilities, convertible preferred stock and stockholders' equity (deficit) | $ 413,556 | $ 465,958 |

See accompanying notes to consolidated financial statements.

81

**AGENUS INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF OPERATIONS AND COMPREHENSIVE LOSS**
**For the Years Ended December 31, 2022, 2021, and 2020**
**(Amounts in thousands, except per share amounts)**

| | | 2022 | | 2021 | | 2020 |
|---|---|---|---|---|---|---|
| Revenue: | | | | | | |
| Research and development | $ | 16,975 | $ | 244,422 | $ | 35,915 |
| Service revenue | | 10,514 | | 6,704 | | 4,619 |
| Royalty sales milestone | | 25,250 | | — | | — |
| Other revenue | | — | | 184 | | 91 |
| Non-cash revenue related to the sale of future royalties and milestones | | 45,285 | | 44,355 | | 47,545 |
|    Total revenues | | 98,024 | | 295,665 | | 88,170 |
| Operating expenses: | | | | | | |
| Cost of service revenue | | (10,568) | | (3,470) | | (2,349) |
| Research and development | | (186,691) | | (178,608) | | (142,617) |
| General and administrative | | (81,007) | | (76,359) | | (59,218) |
| Contingent purchase price consideration fair value adjustment | | 815 | | (11,481) | | (1,221) |
| Operating income (loss) | | (179,427) | | 25,747 | | (117,235) |
| Other income (expense): | | | | | | |
| Gain on extinguishment of debt | | — | | 6,197 | | — |
| Loss on modification of debt | | (1,937) | | — | | (2,720) |
| Non-operating income (expense) | | 12,571 | | 5,051 | | (1,858) |
| Interest expense, net | | (61,863) | | (65,719) | | (61,078) |
| Net loss | | (230,656) | | (28,724) | | (182,891) |
| Dividends on Series A-1 convertible preferred stock | | (212) | | (211) | | (209) |
| Less: net loss attributable to non-controlling interest | | (10,582) | | (4,798) | | (1,977) |
| Net loss attributable to Agenus Inc. common stockholders | $ | (220,286) | $ | (24,137) | $ | (181,123) |
| Per common share data: | | | | | | |
| Basic and diluted net loss attributable to Agenus Inc. common stockholders | $ | (0.78) | $ | (0.11) | $ | (1.05) |
| Weighted average number of Agenus Inc. common shares outstanding: | | | | | | |
| Basic and diluted | | 281,743 | | 228,919 | | 172,504 |
| Other comprehensive income (loss): | | | | | | |
| Foreign currency translation gain (loss) | $ | (577) | $ | (1,280) | $ | 4,096 |
| Other comprehensive income (loss) | | (577) | | (1,280) | | 4,096 |
| Comprehensive loss | $ | (220,863) | $ | (25,417) | $ | (177,027) |

See accompanying notes to consolidated financial statements.

82

**AGENUS INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF CONVERTIBLE PREFERRED STOCK AND STOCKHOLDERS' EQUITY (DEFICIT)**
**For the Years Ended December 31, 2022, 2021, and 2020**
**(Amounts in thousands)**

| | Series C-1 Convertible Preferred Stock | | Series A-1 Convertible Preferred Stock | | Common Stock | | Additional Paid-In Capital | Treasury Stock | | Accumulated Other Comprehensive Income (Loss) | Non-controlling Interest | Accumulated Deficit | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number of Shares | Amount | Number of Shares | Par Value | Number of Shares | Par Value | | Number of Shares | Amount | | | | |
| Balance at December 31, 2019 | 12 | $ 26,917 | 32 | $ 0 | 137,819 | $ 1,378 | $ 1,059,583 | — | $ — | $ (1,324) | $ (5,981) | $ (1,284,993) | $ (231,337) |
| Net loss | — | — | — | — | — | — | — | — | — | — | (1,977) | (180,914) | (182,891) |
| Other comprehensive income | — | — | — | — | — | — | — | — | — | 4,096 | — | — | 4,096 |
| Share-based compensation | — | — | — | — | — | — | 10,121 | — | — | — | — | — | 10,121 |
| Vesting of nonvested shares | — | — | — | — | 166 | 2 | (2) | — | — | — | — | — | — |
| Shares sold at the market | — | — | — | — | 50,947 | 509 | 155,912 | — | — | — | — | — | 156,421 |
| Shares sold under stock purchase agreement | — | — | — | — | 4,963 | 50 | 19,950 | — | — | — | — | — | 20,000 |
| Issuance of subsidiary shares to noncontrolling interest | — | — | — | — | — | — | 2,242 | — | — | — | 132 | — | 2,374 |
| Issuance of shares for business acquisition | — | — | — | — | 405 | 4 | 896 | — | — | — | — | — | 900 |
| Amendment of 2015 warrants and issuance of 2020 warrants | — | — | — | — | — | — | 3,145 | — | — | — | — | — | 3,145 |
| Payment of CEO payroll in shares | — | — | — | — | 86 | 1 | 295 | — | — | — | — | — | 296 |
| Issuance of shares for services | — | — | — | — | 208 | 2 | 906 | — | — | — | — | — | 908 |
| Exercise of stock options and employee share purchases | — | — | — | — | 1,499 | 15 | 4,454 | — | — | — | — | — | 4,469 |
| Balance at December 31, 2020 | 12 | $ 26,917 | 32 | $ 0 | 196,093 | $ 1,961 | $ 1,257,502 | — | $ — | $ 2,772 | $ (7,826) | $ (1,465,907) | $ (211,498) |

See accompanying notes to consolidated financial statements.

83

**AGENUS INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF CONVERTIBLE PREFERRED STOCK AND STOCKHOLDERS' EQUITY (DEFICIT)**
**(Continued)**
**For the Years Ended December 31, 2022, 2021, and 2020**
**(Amounts in thousands)**

| | Series C-1 Convertible Preferred Stock | | Series A-1 Convertible Preferred Stock | | Common Stock | | Additional Paid-In Capital | Treasury Stock | | Accumulated Other Comprehensive Income (Loss) | Non-controlling Interest | Accumulated Deficit | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number of Shares | Amount | Number of Shares | Par Value | Number of Shares | Par Value | | Number of Shares | Amount | | | | |
| Net loss | — | $ — | — | $ — | — | $ — | $ — | — | $ — | $ — | $ (4,798) | $ (23,926) | $ (28,724) |
| Other comprehensive loss | — | — | — | — | — | — | — | — | — | (1,280) | — | — | (1,280) |
| Share-based compensation | — | — | — | — | — | — | 17,514 | — | — | — | 1,620 | — | 19,134 |
| Vesting of nonvested shares | — | — | — | — | 246 | 2 | (2) | — | — | — | — | — | — |
| Shares sold at the market | — | — | — | — | 44,234 | 442 | 197,206 | — | — | — | — | — | 197,648 |
| Conversion of series C-1 convertible preferred stock | (12) | (26,917) | — | — | 12,459 | 125 | 26,792 | — | — | — | — | — | 26,917 |
| Issuance of subsidiary shares to noncontrolling interest | — | — | — | — | — | — | 6,757 | — | — | — | 3,243 | — | 10,000 |
| Sale of subsidiary shares in an initial public offering | — | — | — | — | — | — | 1,767 | — | — | — | 21,230 | — | 22,997 |
| Issuance of warrants | — | — | — | — | — | — | 70 | — | — | — | — | — | 70 |
| Payment of CEO payroll in shares | — | — | — | — | 46 | 1 | 170 | — | — | — | — | — | 171 |
| Issuance of shares for services | — | — | — | — | 47 | 1 | 215 | — | — | — | — | — | 216 |
| Exercise of stock options and employee share purchases | — | — | — | — | 2,744 | 27 | 9,105 | — | — | — | — | — | 9,132 |
| Issuance of shares for employee bonuses | — | — | — | — | 1,580 | 16 | 3,116 | (550) | (1,654) | — | — | — | 1,478 |
| Retirement of treasury shares | — | — | — | — | (550) | (6) | - | 550 | 1,654 | — | — | — | 1,648 |
| Balance at December 31, 2021 | — | $ — | 32 | $ 0 | 256,899 | $ 2,569 | $ 1,520,212 | — | $ — | $ 1,492 | $ 13,469 | $ (1,489,833) | $ 47,909 |

See accompanying notes to consolidated financial statements.

84

**AGENUS INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF CONVERTIBLE PREFERRED STOCK AND STOCKHOLDERS' EQUITY (DEFICIT)**
**(Continued)**
**For the Years Ended December 31, 2022, 2021, and 2020**
**(Amounts in thousands)**

| | Series C-1 Convertible Preferred Stock | | Series A-1 Convertible Preferred Stock | | Common Stock | | Additional Paid-In Capital | Treasury Stock | | Accumulated Other Comprehensive Income (Loss) | Non-controlling Interest | Accumulated Deficit | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number of Shares | Amount | Number of Shares | Par Value | Number of Shares | Par Value | | Number of Shares | Amount | | | | |
| Net loss | — | $ — | — | $ — | — | $ — | $ — | — | $ — | $ — | $ (10,582) | $ (220,074) | $ (230,656) |
| Other comprehensive loss | — | — | — | — | — | — | — | — | — | (577) | — | — | (577) |
| Share-based compensation | — | — | — | — | — | — | 15,200 | — | — | — | 3,195 | — | 18,395 |
| Vesting of nonvested shares | — | — | — | — | 230 | 2 | (2) | — | — | — | — | — | — |
| Shares sold at the market | — | — | — | — | 45,142 | 451 | 98,760 | — | — | — | — | — | 99,211 |
| Issuance of warrants | — | — | — | — | — | — | 2,332 | — | — | — | — | — | 2,332 |
| Issuance of shares for services | — | — | — | — | 45 | 1 | 137 | — | — | — | — | — | 138 |
| Issuance of director deferred shares | — | — | — | — | 5 | — | 19 | — | — | — | — | — | 19 |
| Exercise of stock options and employee share purchases | — | — | — | — | 430 | 4 | 894 | — | — | — | — | — | 898 |
| Issuance of shares for milestone achievement | — | — | — | — | 180 | 2 | 498 | — | — | — | — | — | 500 |
| Issuance of subsidiary shares for employee bonus | — | — | — | — | — | — | — | — | — | — | 294 | — | 294 |
| Issuance of shares for employee bonuses | — | — | — | — | 4,090 | 41 | 6,608 | (1,447) | (3,632) | — | — | — | 3,017 |
| Retirement of treasury shares | — | — | — | — | (1,447) | (14) | — | 1,447 | 3,632 | — | — | — | 3,618 |
| Balance at December 31, 2022 | — | $ — | 32 | $ 0 | 305,574 | $ 3,056 | $ 1,644,658 | — | $ — | $ 915 | $ 6,376 | $ (1,709,907) | $ (54,902) |

See accompanying notes to consolidated financial statements.

85

**AGENUS INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**For the Years Ended December 31, 2022, 2021, and 2020**
**(Amounts in thousands, except per share amounts)**

86

| | | 2022 | | 2021 | | 2020 |
|---|---|---|---|---|---|---|
| Cash flows from operating activities: | | | | | | |
| Net loss | $ | (230,656) | $ | (28,724) | $ | (182,891) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | | | | | |
| Depreciation and amortization | | 6,946 | | 6,788 | | 7,179 |
| Share-based compensation | | 18,337 | | 19,577 | | 10,417 |
| Non-cash royalty and milestone revenue | | (45,285) | | (44,355) | | (47,545) |
| Non-cash interest expense | | 62,955 | | 64,619 | | 60,029 |
| Donation of assets | | — | | — | | 622 |
| (Gain) loss on sale or disposal of assets | | (16,196) | | (3,301) | | 198 |
| Loss on impairment of assets | | 6,111 | | — | | — |
| Gain on partial forgiveness of liability | | (2,791) | | — | | — |
| Loss on modification of debt | | 1,937 | | — | | 2,720 |
| Gain on extinguishment of debt | | — | | (6,197) | | — |
| Change in fair value of contingent obligations | | (815) | | 11,481 | | 1,221 |
| Changes in operating assets and liabilities: | | | | | | |
| Accounts receivable | | 122 | | (394) | | 16,187 |
| Prepaid expenses | | 11,865 | | (5,129) | | (187) |
| Accounts payable | | 6,494 | | 10,824 | | 2,767 |
| Deferred revenue | | (10,368) | | (21,832) | | (11,464) |
| Accrued liabilities and other current liabilities | | 2,034 | | (1,062) | | 3,826 |
| Other operating assets and liabilities | | 13,937 | | 7,850 | | (2,175) |
| Net cash provided by (used in) operating activities | | (175,373) | | 10,145 | | (139,096) |
| Cash flows from investing activities: | | | | | | |
| Proceeds from sale of property, plant and equipment | | 21,998 | | 5,656 | | — |
| Purchases of property, plant and equipment | | (53,062) | | (33,814) | | (3,466) |
| Purchases of available-for-sale securities | | (24,629) | | (14,992) | | — |
| Proceeds from sale of available-for-sale securities | | 25,000 | | — | | — |
| Cash paid for business acquisition, net | | (2,917) | | — | | (975) |
| Net cash used in investing activities | | (33,610) | | (43,150) | | (4,441) |
| Cash flows from financing activities: | | | | | | |
| Net proceeds from sale of equity | | 99,211 | | 197,648 | | 176,421 |
| Net proceeds from sale of subsidiary shares in an initial public offering | | — | | 22,997 | | — |
| Proceeds from employee stock purchases and option exercises | | 898 | | 9,132 | | 4,469 |
| Purchase of treasury shares to satisfy tax withholdings | | (3,789) | | (1,654) | | — |
| Proceeds from issuance of long-term debt | | — | | — | | 6,197 |
| Payment of contingent purchase price consideration | | — | | (1,542) | | — |
| Repayments of debt | | — | | (462) | | (1,462) |
| Payment of finance lease obligation | | (490) | | (855) | | (1,770) |
| Net cash provided by financing activities | | 95,830 | | 225,264 | | 183,855 |
| Effect of exchange rate changes on cash | | (104) | | (164) | | 379 |
| Net (decrease) increase in cash, cash equivalents and restricted cash | | (113,257) | | 192,095 | | 40,697 |
| Cash, cash equivalents and restricted cash, beginning of period | | 294,600 | | 102,505 | | 61,808 |
| Cash, cash equivalents and restricted cash, end of period | $ | 181,343 | $ | 294,600 | $ | 102,505 |
| Supplemental cash flow information: | | | | | | |
| Cash paid for interest | $ | 1,143 | $ | 1,152 | $ | 1,176 |
| Supplemental disclosures - non-cash activities: | | | | | | |
| Purchases of plant and equipment in accounts payable and accrued liabilities | $ | 4,580 | $ | 5,363 | $ | 289 |
| Conversion of series C-1 convertible preferred stock to common stock, $0.01 par value | | — | | 26,917 | | — |
| Issuance of common stock, $0.01 par value, for payment of certain employee bonuses | | 6,635 | | 3,126 | | — |
| Issuance of common stock, $0.01 par value, in connection with payment for services | | 138 | | 216 | | 908 |
| Issuance of common stock, $0.01 par value, for milestone achievement | | 500 | | — | | — |
| Issuance of common stock, $0.01 par value, in connection with business acquisition | | — | | — | | 900 |
| Contingent purchase price consideration in connection with business acquisition | | — | | — | | 144 |
| Issuance of subsidiary shares for employee bonus | | 294 | | — | | — |
| Issuance of subsidiary shares to noncontrolling interest | | — | | 10,000 | | 2,374 |
| Insurance financing agreements | | 1,377 | | 1,630 | | — |
| Lease right-of-use assets obtained in exchange for new operating lease liabilities | | 9,206 | | 1,649 | | 28,184 |
| Lease right-of-use assets obtained in exchange for new finance lease liabilities | | 25,027 | | 762 | | 2,434 |

See accompanying notes to consolidated financial statements.

88

**AGENUS INC. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**(1) Description of Business**

Agenus Inc. (including its subsidiaries, collectively referred to as "Agenus," the "Company," "we," "us," and "our") is a clinical-stage company with a pipeline of therapies designed to activate the body's immune system to fight cancer and infections, including immune-modulatory antibodies, adoptive cell therapies (through our subsidiary MiNK Therapeutics, Inc. ("MiNK")) and vaccine adjuvants (through our subsidiary SaponiQx, Inc. ("SaponiQx")). Our business is designed to drive success in Immuno-oncology ("I-O") through speed, innovation and effective combination therapies. We believe that combination therapies and a deep understanding of each patient's cancer will drive substantial expansion of the patient population benefiting from current and potential new I-O therapies. In addition to a diverse pipeline, we have assembled fully integrated end-to-end capabilities including novel target discovery, antibody generation, cell line development and current good manufacturing practice ("cGMP") clinical manufacturing. We believe that these fully integrated capabilities enable us to produce novel candidates on timelines that are shorter than the industry standard. Leveraging our science and capabilities, we have forged important partnerships to advance our innovation.

We are developing a comprehensive I-O portfolio driven by the following platforms and programs, which we intend to utilize individually and in combination:

- our multiple antibody discovery platforms, including our proprietary display technologies, designed to drive the discovery of future antibody candidates;

- our antibody candidate programs, including our lead asset, botensilimab, an Fc-enhanced CTLA-4, for which data was presented at the 2022 ESMO World Congress on Gastrointestinal Cancer demonstrating in combination with balstilimab (PD-1) significant activity in "cold tumors," such as microsatellite stable colorectal cancer ("MSS CRC"), and for which we initiated worldwide studies in 2022 in MSS CRC, in combination with balstilimab, melanoma and pancreatic cancer;

- our saponin-based vaccine adjuvant platform under our subsidiary SaponiQx, principally including our QS-21 STIMULON adjuvant ("QS-21 STIMULON"); and

- a pipeline of novel allogeneic invariant natural killer T cell ("iNKT") therapies to treat cancer and other immune-mediated diseases controlled by our subsidiary, MiNK.

Our business activities include product research, preclinical and clinical development, intellectual property prosecution, manufacturing, regulatory and clinical affairs, corporate finance and development activities, and support of our collaborations. Our product candidates require successful clinical trials and approvals from regulatory agencies, as well as acceptance in the marketplace. Part of our strategy is to develop and commercialize some of our product candidates by continuing our existing arrangements with academic and corporate collaborators and licensees and by entering into new collaborations.

Our cash, cash equivalents and short-term investments at December 31, 2022 were $193.4 million, a decrease of $113.6 million from December 31, 2021. Cash and cash equivalents of our subsidiary, MiNK, at September 30, 2022, were $24.2 million. MiNK cash can only be accessed by Agenus through a declaration of a dividend by the MiNK Board of Directors or through settlement of intercompany balances.

We have incurred significant losses since our inception. As of December 31, 2022, we had an accumulated deficit of $1.71 billion.

Historically we have successfully financed our operations through income and revenues generated from corporate partnerships, advance royalty sales and issuance of equity. Based on our current plans and projections, we believe our year end cash resources of $193.4 million at December 31, 2022, will be sufficient to satisfy our liquidity requirements for more than one year from when these financial statements were issued.

Management continues to monitor the Company's liquidity position and has the flexibility to adjust spending as needed in order to preserve and extend liquidity. We continuously evaluate the likelihood of success of our programs. As such, our decisions to continue to fund or eliminate funding of each of our programs are predicated on these determinations, on an ongoing basis. We are prepared to discontinue funding of any activities that do not impact our core priorities if they do not prove to be feasible, and to restrict capital expenditures and/or reduce the scale of our operations. We expect our potential sources of funding to include: (1) collaborations, out-licensing and/or partnering opportunities for our portfolio programs and product candidates with multiple parties, (2) milestone payments from our existing partnerships, (3) consummating additional third-party agreements, (4) selling assets, (5) securing project financing and/or (6) selling equity securities.

89

Research and development program costs include compensation and other direct costs plus an allocation of indirect costs, based on certain assumptions, and our review of the status of each program. Our product candidates are in various stages of development and significant additional expenditures will be required if we start new trials, encounter delays in our programs, apply for regulatory approvals, continue development of our technologies, expand our operations, and/or bring our product candidates to market. The eventual total cost of each clinical trial is dependent on a number of factors such as trial design, length of the trial, number of clinical sites, and number of patients. The process of obtaining and maintaining regulatory approvals for new therapeutic products is lengthy, expensive, and uncertain. Because many of our antibody programs are early stage, and because any further development is dependent on clinical trial results, among other factors, we are unable to reliably estimate the cost of completing our research and development programs or the timing for bringing such programs to various markets or substantial partnering or out-licensing arrangements, and, therefore, when, if ever, material cash inflows are likely to commence. We will continue to adjust our spending as needed in order to preserve liquidity.

**(2) Summary of Significant Accounting Policies**

**(a) Basis of Presentation and Principles of Consolidation**

The consolidated financial statements have been prepared in accordance with U.S. generally accepted accounting principles and include the accounts of Agenus and our subsidiaries. All significant intercompany transactions and accounts have been eliminated in consolidation. Non-controlling interest in the consolidated financial statements represents the portion of two of our subsidiaries not 100% owned by Agenus. Refer to Note 12 for additional detail.

**(b) Segment Information**

We are managed and currently operate as five segments. However, we have concluded that our operating segments meet the criteria required by Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") 280, *Segment Reporting* to be aggregated into one reportable segment. Our operating segments have similar economic characteristics and are similar with respect to the five qualitative characteristics specified in ASC 280. Accordingly, we do not have separately reportable segments as defined by ASC 280.

**(c) Use of Estimates**

The preparation of consolidated financial statements in conformity with U.S. generally accepted accounting principles requires us to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosures of contingent assets and liabilities at the date of the consolidated financial statements and the reported amounts of revenues and expenses during the reporting period. We base those estimates on historical experience and on various assumptions that are believed to be reasonable under the circumstances. Actual results could differ from those estimates.

**(d) Cash and Cash Equivalents**

We consider all highly liquid investments purchased with maturities at acquisition of three months or less to be cash equivalents. Cash equivalents consist primarily of money market funds and U.S. Treasury Bills.

**(e) Concentrations of Credit Risk**

Financial instruments that potentially subject us to concentrations of credit risk are primarily cash equivalents, investments, and accounts receivable. We invest our cash, cash equivalents and short-term investments in accordance with our investment policy, which specifies high credit quality standards and limits the amount of credit exposure from any single issue, issuer, or type of investment. We carry balances in excess of federally insured levels; however, we have not experienced any losses to date from this practice.

**(f) Accounts Receivable**

Accounts receivable are amounts due from our collaboration partners and customers as a result of research and development and other services provided, as well as the shipment of clinical product. We considered the need for an allowance for doubtful accounts and have concluded that no allowance was needed as of December 31, 2022 and 2021, as the estimated risk of loss on our accounts receivable was determined to be minimal.

90

*(g) Property, Plant and Equipment*

Property, plant and equipment, including software developed for internal use, are carried at cost. Depreciation is computed using the straight-line method over the estimated useful lives of the assets. Amortization of leasehold improvements is computed over the shorter of the lease term or estimated useful life of the asset. Additions and improvements are capitalized, while repairs and maintenance are charged to expense as incurred. Amortization and depreciation of plant and equipment was $4.7 million, $4.6 million, and $5.1 million, for the years ended December 31, 2022, 2021, and 2020, respectively.

Construction in progress represents direct and indirect construction costs for leasehold improvements and costs of acquisition and installation of equipment. Amounts classified as construction in progress are transferred to their respective property and equipment account when the activities necessary to prepare the assets for their intended use are completed and the assets are placed in service. Depreciation is not recorded for assets classified as construction in progress.

*(h) Fair Value of Financial Instruments*

The estimated fair values of all our financial instruments approximate their carrying amounts in the consolidated balance sheets. The fair value of our outstanding debt is based on a present value methodology. The outstanding principal amount of our debt, including the current portion, was $13.6 million and $13.8 million at December 31, 2022 and 2021, respectively.

*(i) Revenue Recognition*

We account for revenue in accordance with ASC 606, *Revenue from Contracts with Customers* ("ASC 606").

For the years ended December 31, 2022, 2021 and 2020, 72%, 74% and 16%, respectively, of our revenue was earned from one collaboration partner.

In accordance with ASC 606, revenue is recognized when a customer obtains control of promised goods or services. The amount of revenue recognized reflects the consideration to which we expect to be entitled to receive in exchange for these goods and services. To achieve this core principle, we apply the following five steps:

*1) Identify the contract with the customer*

A contract with a customer exists when (i) the Company enters into an enforceable contract with a customer that defines each party's rights regarding the goods or services to be transferred and identifies the related payment terms, (ii) the contract has commercial substance, and (iii) the Company determines that collection of substantially all consideration for goods and services that are transferred is probable based on the customer's intent and ability to pay the promised consideration. The Company applies judgment in determining the customer's intent and ability to pay, which is based on a variety of factors including the customer's historical payment experience, or in the case of a new customer, published credit and financial information pertaining to the customer.

*2) Identify the performance obligations in the contract*

Performance obligations promised in a contract are identified based on the goods and services that will be transferred to the customer that are both capable of being distinct, whereby the customer can benefit from the good or service either on its own or together with other available resources, and are distinct in the context of the contract, whereby the transfer of the good or service is separately identifiable from other promises in the contract. To the extent a contract includes multiple promised goods and services, the Company must apply judgment to determine whether promised goods and services are capable of being distinct and are distinct in the context of the contract. If these criteria are not met, the promised goods and services are accounted for as a combined performance obligation.

*3) Determine the transaction price*

The transaction price is determined based on the consideration to which the Company will be entitled in exchange for transferring goods and services to the customer. To the extent the transaction price includes variable consideration, the Company estimates the amount of variable consideration that should be included in the transaction price utilizing either the expected value method or the most likely amount method depending on the nature of the variable consideration. Variable consideration is included in the transaction price if, in the Company's judgment, it is probable that a significant future reversal of cumulative revenue under the contract will not occur. Any estimates, including the effect of the constraint on variable consideration, are evaluated at each reporting period for any changes. Determining the transaction price requires significant judgment, which is discussed in further detail for each of the Company's contracts with customers in Note 15.

*4) Allocate the transaction price to performance obligations in the contract*

If the contract contains a single performance obligation, the entire transaction price is allocated to the single performance obligation. Contracts that contain multiple performance obligations require an allocation of the transaction price to each performance obligation on a relative stand-alone selling price basis unless the transaction price is variable and meets the criteria to be allocated entirely to a performance obligation or to a distinct service that forms part of a single performance obligation. The consideration to be received is allocated among the separate performance obligations based on relative stand-alone selling prices. Determining the amount of the transaction price to allocate to each separate performance obligation requires significant judgement, which is discussed in further detail for each of the Company's contracts with customers in Note 15.

*5) Recognize revenue when or as the Company satisfies a performance obligation*

The Company satisfies performance obligations either over time or at a point in time. Revenue is recognized over time if either 1) the customer simultaneously receives and consumes the benefits provided by the entity's performance, 2) the entity's performance creates or enhances an asset that the customer controls as the asset is created or enhanced, or 3) the entity's performance does not create an asset with an alternative use to the entity and the entity has an enforceable right to payment for performance completed to date. If the entity does not satisfy a performance obligation over time, the related performance obligation is satisfied at a point in time by transferring the control of a promised good or service to a customer. Examples of control are using the asset to produce goods or services, enhance the value of other assets, settle liabilities, and holding or selling the asset. ASC 606 requires the Company to select a single revenue recognition method for the performance obligation that faithfully depicts the Company's performance in transferring control of the goods and services. The guidance allows entities to choose between two methods to measure progress toward complete satisfaction of a performance obligation:

1. Output methods - recognize revenue on the basis of direct measurements of the value to the customer of the goods or services transferred to date relative to the remaining goods or services promised under the contract (e.g. surveys of performance completed to date, appraisals of results achieved, milestones reached, time elapsed, and units of produced or units delivered); and

2. Input methods - recognize revenue on the basis of the entity's efforts or inputs to the satisfaction of a performance obligation (e.g., resources consumed, labor hours expended, costs incurred, or time elapsed) relative to the total expected inputs to the satisfaction of that performance obligation.

*Licenses of intellectual property:* If the license to the Company's intellectual property is determined to be distinct from the other performance obligations identified in the arrangement, the Company recognizes revenue from non-refundable, up-front fees allocated to the license when the license is transferred to the customer and the customer is able to use and benefit from the license. For licenses that are bundled with other promises, the Company utilizes judgment to assess the nature of the combined performance obligation to determine whether the combined performance obligation is satisfied over time or at a point in time and, if over time, the appropriate method of measuring progress for purposes of recognizing revenue from non-refundable, up-front fees. The Company evaluates the measure of progress each reporting period and, if necessary, adjusts the measure of performance and related revenue recognition.

*Milestone payments:* At the inception of each arrangement that includes development, regulatory or commercial milestone payments, the Company evaluates whether the milestones are considered probable of being reached and estimates the amount to be included in the transaction price. ASC 606 suggests two alternatives to use when estimating the amount of variable consideration: the expected value method and the most likely amount method. Under the expected value method, an entity considers the sum of probability-weighted amounts in a range of possible consideration amounts. Under the most likely amount method, an entity considers the single most likely amount in a range of possible consideration amounts. Whichever method is used, it should be consistently applied throughout the life of the contract; however, it is not necessary for the Company to use the same approach for all contracts. The Company uses the most likely amount method for development and regulatory milestone payments. If it is probable that a significant revenue reversal would not occur, the associated milestone value is included in the transaction price. The transaction price is then allocated to each performance obligation on a relative stand-alone selling price basis. The Company recognizes revenue as or when the performance obligations under the contract are satisfied. At the end of each subsequent reporting period, the Company re-evaluates the probability or achievement of each such milestone and any related constraint, and if necessary, adjusts its estimates of the overall transaction price. Any such adjustments are recorded on a cumulative catch-up basis, which would affect revenues and earnings in the period of adjustment.

*Royalties:* For arrangements that include sales-based royalties, including milestone payments based on the level of sales, and the license is deemed to be the predominant item to which the royalties relate, the Company recognizes revenue at the later of (i) when the related sales occur, or (ii) when the performance obligation to which some or all of the royalty has been allocated has been satisfied (or partially satisfied).

92

*Up-front Fees:* Depending on the nature of the agreement, up-front payments and fees may be recorded as deferred revenue upon receipt or when due and may require deferral of revenue recognition to a future period until the Company performs its obligations under these arrangements. Amounts payable to the Company are recorded as accounts receivable when the Company's right to consideration is unconditional. The Company does not assess whether a contract has a significant financing component if the expectation at contract inception is such that the period between payment by the customer and the transfer of the promised goods or services to the customer will be one year or less.

### (j) Foreign Currency Transactions

Gains and losses from our foreign currency-based accounts and transactions, such as those resulting from the translation and settlement of receivables and payables denominated in foreign currencies, are included in the consolidated statements of operations within other income (expense). We recorded a foreign currency loss of $0.4 million for the year ended December 31, 2022, a foreign currency gain of $1.0 million for the year ended December 31, 2021, and a foreign currency loss of $3.1 million for the year ended December 31, 2020.

### (k) Research and Development

Research and development expenses include the costs associated with our internal research and development activities, including salaries and benefits, share-based compensation, occupancy costs, clinical manufacturing costs, related administrative costs, and research and development conducted for us by outside advisors, such as sponsored university-based research partners and clinical study partners. We account for our internally managed clinical study costs by estimating the total cost to treat a patient in each clinical trial and recognizing this cost based on estimates of when the patient receives treatment, beginning when the patient enrolls in the trial. Research and development expenses also include the cost of clinical trial materials shipped to our research partners. Research and development costs are expensed as incurred.

### (l) Share-Based Compensation

We account for share-based compensation in accordance with the provisions of ASC 718, *Compensation—Stock Compensation.* Share-based compensation expense is recognized based on the estimated grant date fair value. Compensation cost for awards with time-base vesting is recognized on a straight-line basis over the requisite service period of the award. Forfeitures are recognized as they occur. See Note 13 for a further discussion on share-based compensation.

### (m) Income Taxes

Income taxes are accounted for under the asset and liability method with deferred tax assets and liabilities recognized for the future tax consequences attributable to differences between the financial statement carrying amounts of existing assets and liabilities and their respective tax basis and net operating loss and tax credit carryforwards. Deferred tax assets and liabilities are measured using enacted tax rates expected to apply to taxable income in the years in which such items are expected to be reversed or settled. The effect on deferred tax assets and liabilities of a change in tax rates is recognized in the consolidated statement of operations in the period that includes the enactment date. Deferred tax assets which are not more likely than not to be realized are subject to valuation allowance.

93

*(n) Net Loss Per Share*

Basic income and loss per common share are calculated by dividing the net loss attributable to common stockholders by the weighted average number of common shares outstanding (including common shares issuable under our Directors' Deferred Compensation Plan). Diluted income per common share is calculated by dividing net income attributable to common stockholders by the weighted average number of common shares outstanding (including common shares issuable under our Directors' Deferred Compensation Plan) plus the dilutive effect of outstanding instruments such as warrants, stock options, non-vested shares, convertible preferred stock, and convertible notes. Because we reported a net loss attributable to common stockholders for all periods presented, diluted loss per common share is the same as basic loss per common share, as the effect of utilizing the fully diluted share count would have reduced the net loss per common share. Therefore, the following potentially dilutive securities have been excluded from the computation of diluted weighted average shares outstanding as of December 31, 2022, 2021, and 2020, as they would be anti-dilutive:

|  | Year Ended | | |
|---|---|---|---|
|  | **2022** | **2021** | **2020** |
| Warrants | 1,980 | 1,980 | 1,950 |
| Stock options | 35,985 | 32,764 | 28,916 |
| Nonvested shares | 356 | 1,018 | 887 |
| Series A-1 convertible preferred stock | 333 | 333 | 333 |
| Series C-1 convertible preferred stock | — | — | 12,459 |

*(o) Goodwill*

Goodwill represents the excess of cost over the fair value of net assets of businesses acquired. Goodwill is not amortized, but instead tested for impairment at least annually. Annually we assess whether there is an indication that goodwill is impaired, or more frequently if events and circumstances indicate that the asset might be impaired during the year. We perform our annual impairment test as of October 31 of each year. The first step of our impairment analysis compares the fair value of our reporting units to their net book value to determine if there is an indicator of impairment. We operate as five reporting units. ASC 350, *Intangibles, Goodwill and Other* states that if the carrying value of a reporting unit is negative, the second step of the impairment test shall be performed to measure the amount of impairment loss, if any, if qualitative factors indicate that it is more likely than not that a goodwill impairment exists. No goodwill impairment has been recognized for the periods presented.

*(p) Long-lived Assets*

If required based on certain events and circumstances, recoverability of assets to be held and used, other than goodwill and intangible assets not being amortized, is measured by a comparison of the carrying amount of an asset to the undiscounted future net cash flows expected to be generated by the asset or asset group. If the carrying amount of an asset exceeds its estimated future undiscounted cash flows, an impairment charge is recognized for the amount by which the carrying amount of the asset exceeds the fair value of the asset. Authoritative guidance requires companies to separately report discontinued operations and extends that reporting to a component of an entity that either has been disposed of (by sale, abandonment, or in a distribution to owners) or is classified as held for sale. Assets to be disposed of are reported at the lower of the carrying amount or fair value less costs to sell.

*(q) Leases*

We account for leases in accordance with ASC 842, *Leases* ("ASC 842").

At the inception of an agreement, we determine whether the contract contains a lease. If a lease is identified in such arrangement, we recognize a right-of-use asset and liability on our consolidated balance sheet and determine whether the lease should be classified as a finance or operating lease. We have elected not to recognize assets or liabilities for leases with lease terms of 12 months or less.

A lease qualifies as a finance lease if any of the following criteria are met at the inception of the lease: (i) there is a transfer of ownership of the leased asset by the end of the lease term, (ii) we hold an option to purchase the leased asset that we are reasonably certain to exercise, (iii) the lease term is for a major part of the remaining economic life of the leased asset, (iv) the present value of the sum of lease payments equals or exceeds substantially all of the fair value of the leased asset, or (v) the nature of the leased asset is specialized to the point that it is expected to provide the lessor no alternative use at the end of the lease term. All other leases are recorded as operating leases.

Our leases commence when the lessor makes the asset available for our use. Finance and operating lease right-of-use assets and liabilities are recognized at the lease commencement date. Lease liabilities are recognized as the present value of the lease payments

94

over the lease term, net of any future lease incentives to be received, using the discount rate implicit in the lease. If the implicit rate is not readily determinable, as is the case with all our current leases, we utilize our incremental borrowing rate at the lease commencement date. Right-of-use assets are recognized based on the amount of the lease liability, adjusted for any advance lease payments paid, initial direct costs incurred, or lease incentives received prior to commencement. Right-of-use assets are subject to evaluation for impairment or disposal on a basis consistent with other long-lived assets.

Operating lease payments are expensed using the straight-line method as an operating expense over the lease term, unless the right-of-use asset reflects impairment. We will then recognize the amortization of the right-of-use asset on a straight-line basis over the remaining lease term with rent expense still included in operating expense in our consolidated statement of operations.

Finance lease assets are amortized to depreciation expense using the straight-line method over the shorter of the useful life of the related asset or the lease term, unless the lease includes a provision that either (i) results in the transfer of ownership of the underlying asset at the end of the lease term or (ii) includes a purchase option whose exercise is reasonably certain. In either of these instances, the right-of-use asset is amortized over the useful life of the underlying asset. Finance lease payments are bifurcated into (i) a portion that is recorded as imputed interest expense and (ii) a portion that reduces the finance lease liability.

We do not separate lease and non-lease components for any of our current asset classes when determining which lease payments to include in the calculation of its lease assets and liabilities. Variable lease payments are expensed in the period incurred. If a lease includes an option to extend or terminate the lease, we reflect the option in the lease term if it is reasonably certain the option will be exercised. Our right of use assets and lease liabilities generally exclude periods covered by renewal options and include periods covered by early termination options (based on our conclusion that it is not reasonably certain that we will exercise such options).

We accounted for the sublease of space in our main Lexington, Massachusetts facility from the perspective of a lessor. Our sublease was classified as an operating lease. We recorded sublease income as a reduction of operating expense.

Operating leases are recorded in "Operating lease right-of-use assets", "Current portion, operating lease liabilities" and "Operating lease liabilities, net of current portion", while finance leases are recorded in "Property, plant and equipment, net", "Other current liabilities" and "Other long-term liabilities" on our consolidated balance sheets.

#### *(r) Recent Accounting Pronouncements*

#### *Recently Issued, Not Yet Adopted*

In January 2017, the FASB issued ASU 2017-04, Intangibles – Goodwill and Other (Topic 350) that will eliminate the requirement to calculate the implied fair value of goodwill to measure a goodwill impairment charge. Instead, an impairment charge will be based on the excess of a reporting unit's carrying amount over its fair value. The guidance is effective for the Company in the first quarter of fiscal 2023. Early adoption is permitted. We do not anticipate the adoption of this guidance to have a material impact on our consolidated financial statements, absent any goodwill impairment.

No other new accounting pronouncement issued or effective during the year ended December 31, 2022 had or is expected to have a material impact on our consolidated financial statements or disclosures.

### (3) Business Acquisitions

#### *4-Antibody*

On January 10, 2014, we entered into a Share Exchange Agreement (the "Share Exchange Agreement") providing for our acquisition of all of the outstanding capital stock of Agenus Switzerland Inc. (formerly known as 4-Antibody AG) ("4-AB"), from the shareholders of 4-AB (the "4-AB Shareholders"). Contingent milestone payments of up to $40.0 million (the "contingent purchase price consideration"), payable in cash or shares of our common stock at our option, are due to the 4-AB Shareholders as follows: (i) $20.0 million upon our market capitalization exceeding $300.0 million for 10 consecutive trading days prior to the earliest of (a) the fifth anniversary of the Closing Date (b) the sale of the 4-AB or (c) the sale of Agenus; (ii) $10.0 million upon our market capitalization exceeding $750.0 million for 30 consecutive trading days prior to the earliest of (a) the tenth anniversary of the Closing Date (b) the sale of 4-AB, or (c) the sale of Agenus, and (iii) $10.0 million upon our market capitalization exceeding $1.0 billion for 30 consecutive trading days prior to the earliest of (a) the tenth anniversary of the Closing Date, (b) the sale of 4-AB, or (c) the sale of Agenus. During January 2015, the first milestone noted above was achieved and, during 2021, the remaining two milestones were achieved.

*PhosImmune Inc.*

On December 23, 2015 (the "PhosImmune Closing Date"), we entered into a Purchase Agreement with PhosImmune Inc., a privately-held Virginia corporation ("PhosImmune"), the securityholders of PhosImmune (the "PhosImmune Securityholders") and Fanelli Haag PLLC, as representative of the PhosImmune Securityholders providing for the acquisition of all outstanding securities of PhosImmune. Contingent milestone payments up to $35.0 million payable in cash and/or stock at our option are due as follows: (i) $5.0 million upon the closing trading price of our common stock equals or exceeds $8.00 for 60 consecutive trading days prior to the earlier of (a) the fifth anniversary of the PhosImmune Closing Date (this milestone expired unachieved on December 23, 2020) or (b) the sale of Agenus; (ii) $15.0 million if the closing trading price of our common stock equals or exceeds $13.00 for 60 consecutive trading days prior to the earlier of (a) the tenth anniversary of the PhosImmune Closing Date or (b) the sale of Agenus; and (iii) $15.0 million if the closing trading price of our common stock equals or exceeds $19.00 for 60 consecutive trading days prior to the earlier of (a) the tenth anniversary of the PhosImmune Closing Date or (b) the sale of Agenus.

**(4) Goodwill and Acquired Intangible Assets**

The following table sets forth the changes in the carrying amount of goodwill for year ended December 31, 2022 (in thousands):

| | | |
|---|---|---:|
| Balance, December 31, 2021 | $ | 24,876 |
| Addition of goodwill related to business acquisition | | 831 |
| Effect of foreign currency | | (240) |
| Balance, December 31, 2022 | $ | 25,467 |

Acquired intangible assets consisted of the following at December 31, 2022 and 2021 (in thousands):

| | Amortization period (years) | Gross carrying amount | | Accumulated amortization | | Net carrying amount | |
|---|---|---|---|---|---|---|---|
| | | | **As of December 31, 2022** | | | | |
| Intellectual Property | 7-15 years | $ | 16,790 | $ | (13,782) | $ | 3,008 |
| Trademarks | 4-4.5 years | | 1,272 | | (1,139) | | 133 |
| Other | 2-7 years | | 2,278 | | (1,227) | | 1,051 |
| In-process research and development | Indefinite | | 2,036 | | — | | 2,036 |
| Total | | $ | 22,376 | $ | (16,148) | $ | 6,228 |

| | Amortization period (years) | Gross carrying amount | | Accumulated amortization | | Net carrying amount | |
|---|---|---|---|---|---|---|---|
| | | | **As of December 31, 2021** | | | | |
| Intellectual Property | 7-15 years | $ | 16,850 | $ | (11,927) | $ | 4,923 |
| Trademarks | 4.5 years | | 1,277 | | (1,047) | | 230 |
| Other | 2-7 years | | 2,255 | | (981) | | 1,274 |
| In-process research and development | Indefinite | | 2,061 | | — | | 2,061 |
| Total | | $ | 22,443 | $ | (13,955) | $ | 8,488 |

The weighted average amortization period of our finite-lived intangible assets is approximately 9 years. Amortization expense for the years ended December 31, 2022, 2021, and 2020 was $2.2 million, $2.1 million and $2.4 million, respectively. Amortization expense related to acquired intangibles is estimated at $1.7 million for 2023, $0.6 million for each of 2024, 2025 and 2026 and $0.4 million for 2027.

IPR&D acquired in a business combination is capitalized at fair value until the underlying project is completed and is subject to impairment testing. Once the project is completed, the carrying value of IPR&D is amortized over the estimated useful life of the asset. Post-acquisition research and development expenses related to the acquired IPR&D are expensed as incurred.

96

**(5) Investments**

*Cash Equivalents and Short-term Investments*

Cash equivalents and short-term investments consisted of the following as of December 31, 2022 and 2021 (in thousands):

| | December 31, 2022 | | | | December 31, 2021 | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Cost | | Estimated Fair Value | | Cost | | Estimated Fair Value | |
| Institutional Money Market Funds | $ | 149,856 | $ | 149,856 | $ | 219,903 | $ | 219,903 |
| U.S. Treasury Bills | | 29,522 | | 29,522 | | 34,989 | | 34,989 |
| Total | $ | 179,378 | $ | 179,378 | $ | 254,892 | $ | 254,892 |

As a result of the short-term nature of our investments, there were minimal unrealized holding gains or losses for the years ended December 31, 2022, 2021 and 2020.

Of the investments listed above, $164.7 million and $239.9 million were classified as cash equivalents and $14.7 million and $15.0 million as short-term investments on our consolidated balance sheets as of December 31, 2022 and 2021.

**(6) Restricted Cash**

As of both December 31, 2022 and 2021, we maintained non-current restricted cash of $2.7 million and as of December 31, 2020 we maintained restricted cash of $2.6 million. These amounts are included within "Other long-term assets" in our consolidated balance sheets and are comprised of deposits under letters of credit required under two of our facility leases.

The following table provides a reconciliation of cash, cash equivalents and restricted cash that agrees to the total of the aforementioned amounts shown in our consolidated statements of cash flows as of December 31, 2022, 2021 and 2020, respectively (in thousands):

| | 2022 | | 2021 | | 2020 | |
| --- | --- | --- | --- | --- | --- | --- |
| Cash and cash equivalents | $ | 178,674 | $ | 291,931 | $ | 99,871 |
| Restricted cash | | 2,669 | | 2,669 | | 2,634 |
| Cash, cash equivalents and restricted cash | $ | 181,343 | $ | 294,600 | $ | 102,505 |

**(7) Property, Plant and Equipment**

Property, plant and equipment, net as of December 31, 2022 and 2021 consist of the following (in thousands):

| | | 2022 | | 2021 | Estimated Depreciable Lives |
| --- | --- | --- | --- | --- | --- |
| Land | $ | 12,286 | $ | 17,969 | Indefinite |
| Building and building improvements | | 5,654 | | 5,630 | 35 years |
| Furniture, Fixtures, and other | | 5,872 | | 4,874 | 3 to 10 years |
| Laboratory, manufacturing and transportation equipment | | 58,914 | | 27,095 | 4 to 15 years |
| Leasehold improvements | | 28,758 | | 28,659 | 2 to 12 years |
| Software and computer equipment | | 9,144 | | 9,504 | 3 years |
| Construction in progress | | 66,464 | | 16,837 | |
| | | 187,092 | | 110,568 | |
| Less accumulated depreciation and amortization | | (54,075 ) | | (50,539 ) | |
| Total | $ | 133,017 | $ | 60,029 | |

During the years ended December 31, 2022 and 2021, we sold land with a recorded value of $5.7 and $2.3 million, respectively, and recorded gains on the sales of $16.3 million and $3.4 million, respectively, in "other income" in our consolidated statements of operations and comprehensive loss.

**(8) Income Taxes**

We are subject to taxation in the U.S. and in various state, local, and foreign jurisdictions. We remain subject to examination by U.S. Federal, state, local, and foreign tax authorities for tax years 2019 through 2022. With a few exceptions, we are no longer subject to U.S. Federal, state, local, and foreign examinations by tax authorities for the tax year 2018 and prior. However, net operating losses

97

from the tax year 2018 and prior would be subject to examination if and when used in a future tax return to offset taxable income. Our policy is to recognize income tax related penalties and interest, if any, in our provision for income taxes and, to the extent applicable, in the corresponding income tax assets and liabilities, including any amounts for uncertain tax positions.

As of December 31, 2022, we had available net operating loss carryforwards of $690.1 million and $263.6 million for Federal and state income tax purposes, respectively, which are available to offset future Federal and state taxable income, if any, $140.8 million of these Federal net operating loss carryforwards do not expire, while the remaining net operating loss carryforwards expire between 2023 and 2042. Our ability to use these net operating losses may be limited by change of control provisions under Internal Revenue Code Section 382 and may expire unused. In addition, we have $8.4 million and $1.9 million of Federal and state research and development credits, respectively, available to offset future taxable income. These Federal and state research and development credits expire between 2023 and 2034 and 2023 and 2030, respectively. Additionally, we have $136,000 of state investment tax credits, available to offset future taxable income that expire between 2023 and 2026. We also have foreign net operating loss carryforwards, which do not expire, available to offset future foreign taxable income of $14.3 million in the United Kingdom, $9.0 million in Belgium, $715,000 in Ireland, and $289,000 in Hong Kong, $3.3 million in Germany and $1.6 million in Russia. The potential impacts of these provisions are among the items considered and reflected in management's assessment of our valuation allowance requirements.

Beginning January 1, 2022, the Tax Cuts and Jobs Act (the "Tax Act") eliminated the option to deduct research and development expenditures in the current year and requires taxpayers to capitalize such expenses pursuant to Internal Revenue Code ("IRC") Section 174. The capitalized expenses are amortized over a 5-year period for domestic expenses and a 15-year period for foreign expenses. We have included the impact of this provision, which results in additional deferred tax assets of approximately $41.5 million as of December 31, 2022.

The tax effect of temporary differences and net operating loss and tax credit carryforwards that give rise to significant portions of the deferred tax assets and deferred tax liabilities as of December 31, 2022 and 2021 are presented below (in thousands).

| | 2022 | 2021 |
|---|---|---|
| Deferred tax assets: | | |
| U.S. Federal and State net operating loss carryforwards | $ 175,058 | $ 171,848 |
| Foreign net operating loss carryforwards | 7,203 | 6,608 |
| Research and development tax credits | 9,979 | 10,577 |
| Share-based compensation | 6,163 | 5,383 |
| Intangible Assets | 31,070 | 33,511 |
| Interest expense carryforward | 16,140 | 11,319 |
| Deferred Revenue | 51,959 | 51,256 |
| Lease Liability | 19,429 | 9,945 |
| Capitalized research expenditures | 41,513 | — |
| Other | 6,301 | 5,285 |
| Total deferred tax assets | 364,815 | 305,732 |
| Less: valuation allowance | (347,869) | (297,831) |
| Net deferred tax assets | 16,946 | 7,901 |
| Foreign intangible assets | (854) | (940) |
| Right of use asset | (7,490) | (6,946) |
| Depreciable assets | (8,479) | — |
| Other | (1,034) | (1,017) |
| Deferred tax liabilities | (17,857) | (8,903) |
| Net deferred tax liability | $ (911) | $ (1,002) |

In assessing the realizability of deferred tax assets, we consider whether it is more likely than not that some portion or all of the deferred tax assets will not be realized. The ultimate realization of deferred tax assets is dependent upon the generation of future taxable income during the periods in which the net operating loss and tax credit carryforwards can be utilized or the temporary differences become deductible. We consider projected future taxable income and tax planning strategies in making this assessment. In order to fully realize the deferred tax asset, we will need to generate future taxable income sufficient to utilize net operating losses prior to their expiration. Based upon our history of not generating taxable income due to our business activities focused on product development, we believe that it is more likely than not that deferred tax assets will not be realized through future earnings. Accordingly, a valuation allowance has been established for deferred tax assets which will not be offset by the reversal of deferred tax liabilities. The valuation allowance on the deferred tax assets increased by $50.0 million during the year ended December 31, 2022 and decreased by $5.9 million during the year ended December 31, 2021.

98

Income tax expense was nil for the years ended December 31, 2022, 2021 and 2020. Income taxes recorded differed from the amounts computed by applying the U.S. Federal income tax rate of 21% to loss before income taxes as a result of the following (in thousands).

| | 2022 | 2021 | 2020 |
|---|---|---|---|
| Computed "expected" Federal tax benefit | $ (48,438) | $ (5,976) | $ (38,706) |
| (Increase) reduction in income taxes benefit resulting from: | | | |
| Change in valuation allowance | 50,039 | (5,916) | 41,519 |
| (Decrease) increase due to uncertain tax positions | — | 1,674 | (764) |
| Foreign income inclusion | — | — | 3,570 |
| Loan forgiveness | 1,206 | (1,301) | — |
| State and local income benefit, net of Federal income tax benefit | (12,533) | 9,242 | (4,675) |
| Equity based compensation | 3,000 | 2,290 | 1,883 |
| Foreign rate differential | (267) | (277) | 629 |
| Change in fair value contingent consideration | (171) | 2,343 | 287 |
| Expiration of tax attributes | 10,428 | 571 | — |
| Other, net | (3,264) | (2,650) | (3,743) |
| Income tax benefit | $ — | $ — | $ — |

A reconciliation of the beginning and ending amount of gross unrecognized tax benefits is as follows (in thousands):

| | 2022 | 2021 | 2020 |
|---|---|---|---|
| Balance, January 1 | $ 3,148 | $ 3,614 | $ 4,292 |
| Increase (decrease) related to current year positions | 3 | (484) | 88 |
| Increase (decrease) related to previously recognized positions | 140 | 18 | (766) |
| Balance, December 31 | $ 3,291 | $ 3,148 | $ 3,614 |

These unrecognized tax benefits would all impact the effective tax rate if recognized. There are no positions which we anticipate could change within the next twelve months.

**(9) Accrued Liabilities**

Accrued liabilities consist of the following as of December 31, 2022 and 2021 (in thousands):

| | December 31, 2022 | December 31, 2021 |
|---|---|---|
| Payroll | $ 15,872 | $ 14,206 |
| Professional fees | 6,946 | 6,433 |
| Contract manufacturing costs | 1,848 | 5,824 |
| Research services | 7,074 | 8,550 |
| Other | 6,519 | 7,078 |
| Total | $ 38,259 | $ 42,091 |

**(10) Equity**

Effective August 5, 2022, our certificate of incorporation was amended to increase the number of authorized shares of common stock from 400,000,000 to 800,000,000.

Under the terms and conditions of the Certificate of Designation creating the Series A-1 Preferred Stock, this stock is convertible by the holder at any time into our common stock, is non-voting, has an initial conversion price of $94.86 per common share, subject to adjustment, and is redeemable by us at its face amount ($31.6 million), plus any accrued and unpaid dividends. The Certificate of Designation does not contemplate a sinking fund. The Series A-1 Preferred Stock ranks senior to our common stock. In a liquidation, dissolution, or winding up of the Company, the Series A-1 Preferred Stock's liquidation preference must be fully satisfied before any distribution could be made to the holders of the common stock. Other than in such a liquidation, no terms of the Series A-1 Preferred Stock affect our ability to declare or pay dividends on our common stock as long as the Series A-1 Preferred Stock's dividends are accruing. The liquidation value of this Series A-1 Preferred stock is equal to $1,000 per share outstanding plus any accrued unpaid dividends. Dividends in arrears with respect to the Series A-1 Preferred Stock were approximately $2.1 million or $64.92 per share, and $1.8 million or $58.21 per share, at December 31, 2022 and 2021, respectively.

On July 22, 2020, we filed an Automatic Shelf Registration Statement on Form S-3ASR (file no. 333-240006) (the "Registration Statement"). The Registration Statement included both a base prospectus that covered the potential offering, issuance and sale from

time to time of common stock, preferred stock, warrants, debt securities and units of Agenus and a prospectus covering the offering, issuance and sale of up to 100 million shares of our common stock from time to time in "at-the-market offerings" pursuant to an At Market Issuance Sales Agreement (the "Sales Agreement") entered into with B. Riley on July 22, 2020. On March 1, 2022, we filed a prospectus supplement in connection with the potential offer and sale of up to an additional 100 million shares of common stock pursuant to the Sales Agreement. Pursuant to the Sales Agreement, sales will be made only upon instructions by us to B. Riley.

During the year ended December 31, 2022, we received net proceeds of approximately $99.2 million from the sale of approximately 45.1 million shares of our common stock at an average price per share of approximately $2.27, in at-the-market offerings under the Sales Agreement.

In June 2020, in connection with the Betta License Agreement, we entered into a stock purchase agreement with Betta and Betta HK, pursuant to which we agreed to sell to Betta HK approximately 5.0 million shares of our common stock for an aggregate purchase price of approximately $20.0 million, or $4.03 per share. The closing under the stock purchase agreement occurred in July 2020.

## (11) Series C-1 Convertible Preferred Stock

In October 2018, we entered into a Stock Purchase Agreement with certain institutional investors (the "Purchasers"), pursuant to which we issued and sold an aggregate of 18,459 shares of Series C-1 Convertible Preferred Stock (the "C-1 Preferred Shares"), at a purchase price of $2,167 per share. Each C-1 Preferred Share is convertible into 1,000 shares of our common stock at an initial conversion price of $2.167 per share of common stock, which represents a 10% premium over the prior day's closing price on Nasdaq. The aggregate purchase price paid by the Purchasers C-1 Preferred Shares was approximately $40,000,000. We received net proceeds of $39.9 million after offering expenses.

### Conversion

The C-1 Preferred Shares were convertible at the option of the stockholder into the number of shares of Common Stock determined by dividing the stated value of the C-1 Preferred Shares being converted by the conversion price of $2.167, subject to adjustment for stock splits, reverse stock splits and similar recapitalization events.

During the year ended December 31, 2021, holders of shares of Series C-1 Preferred Stock converted such shares into 12.5 million shares of our common stock. As of December 31, 2021 and 2022, no shares of Series C-1 Convertible Preferred Stock remained outstanding.

## (12) Non-controlling Interest

Non-controlling interest recorded in our consolidated financial statements for the years ended December 31, 2022, 2021 and 2020, relates to the following approximate interests in certain consolidated subsidiaries, which we do not own.

|  | 2022 | 2021 | 2020 |
|---|---|---|---|
| MiNK Therapeutics, Inc. | 22% | 21% | 19% |
| SaponiQx, Inc. | 30% | 27% | 6% |

Changes in non-controlling interest for the years ended December 31, 2022, 2021 and 2020 were as follows (in thousands):

|  | 2022 | 2021 | 2020 |
|---|---|---|---|
| Beginning balance | $ 13,469 | $ (7,826) | $ (5,981) |
| Net loss attributable to non-controlling interest | (10,582) | (4,798) | (1,977) |
| Other items: |  |  |  |
| Sale of subsidiary shares in an initial public offering | — | 21,230 | — |
| Issuance of subsidiary shares to non-controlling interest | — | 3,243 | 132 |
| Issuance of subsidiary shares for employee bonus | 294 | — | — |
| Subsidiary share-based compensation | 3,195 | 1,620 | — |
| Total other items | 3,489 | 26,093 | 132 |
|  |  |  |  |
| Ending balance | $ 6,376 | $ 13,469 | $ (7,826) |

100

*Sale of Subsidiary Shares in an Initial Public Offering*

In the fourth quarter of 2021, the MiNK Therapeutics initial public offering was completed, resulting in an increase to non-controlling interest of $21.2 million as of December 31, 2021.

*Issuance of Subsidiary Shares to Non-controlling Interest*

Shares of SaponiQx were issued in exchange for future services, resulting in an increase to non-controlling interest of $3.2 million and $0.1 million as of December 31, 2021 and 2020, respectively.

*Subsidiary Share-based Compensation*

Subsidiary share-based compensation attributed to non-controlling interest represents share-based compensation expense for awards issued by both MiNK Therapeutics and SaponiQx.

## (13) Share-based Compensation Plans

On April 10, 2019, our Board of Directors adopted, and on June 19, 2019, our stockholders approved, our 2019 Equity Incentive Plan (the "2019 EIP"). On June 8, 2022 and June 15, 2021, our stockholders approved amendments to the 2019 EIP, increasing the number of shares available for issuance. The 2019 EIP provides for the grant of incentive stock options intended to qualify under Section 422 of the Code, nonstatutory stock options, restricted stock, unrestricted stock and other equity-based awards, such as stock appreciation rights, phantom stock awards, and restricted stock units, which we refer to collectively as Awards, for up to 70.2 million shares of our common stock (subject to adjustment in the event of stock splits and other similar events).

The Board of Directors appointed the Compensation Committee to administer the 2019 EIP. No awards will be granted under the 2019 EIP after June 19, 2029.

In the second quarter of 2019, our Board of Directors adopted, and on June 16, 2020, our stockholders approved the 2019 Employee Stock Purchase Plan (the "2019 ESPP") to provide eligible employees the opportunity to acquire our common stock in a program designed to comply with Section 423 of the Code. On June 15, 2021, our stockholders approved an amendment to the 2019 ESPP, increasing the number of shares available for issuance. There are 1.0 million shares reserved for issuance under the 2019 ESPP.

Our Directors' Deferred Compensation Plan, as amended, permits each outside director to defer all, or a portion of, their cash compensation until their service as a director ends or until a specified date into a cash account or a stock account. On June 8, 2022, our stockholders approved an amendment to this plan, increasing the number of shares available for issuance. There are 775,000 shares of our common stock reserved for issuance under this plan. As of December 31, 2022, 77,173 shares had been issued. Amounts deferred to a cash account will earn interest at the rate paid on one-year Treasury bills with interest added to the account annually. Amounts deferred to a stock account will be converted on a quarterly basis into a number of units representing shares of our common stock equal to the amount of compensation which the participant has elected to defer to the stock account divided by the applicable price for our common stock. The applicable price for our common stock has been defined as the average of the closing price of our common stock for all trading days during the calendar quarter preceding the conversion date as reported by The Nasdaq Capital Market. Pursuant to this plan, a total of 641,458 units, each representing a share of our common stock at a weighted average common stock price of $4.03, had been credited to participants' stock accounts as of December 31, 2022. The compensation charges for this plan were immaterial for all periods presented.

On November 4, 2015, our Board of Directors adopted and approved our 2015 Inducement Equity Plan (the "2015 IEP") in compliance with and in reliance on NASDAQ Listing Rule 5635(c)(4), which exempts inducement grants from the general requirement of the NASDAQ Listing Rules that equity-based compensation plans and arrangements be approved by stockholders. There are 1,500,000 shares of our common stock reserved for issuance under the 2015 IEP.

We primarily use the Black-Scholes option pricing model to value options granted to employees and non-employees, as well as options granted to members of our Board of Directors. All stock option grants have 10-year terms and generally vest ratably over a 3 or 4-year period.

101

The fair value of each option granted during the periods was estimated on the date of grant using the following weighted average assumptions:

|  | 2022 | 2021 | 2020 |
|---|---|---|---|
| Expected volatility | 68% | 49% | 66% |
| Expected term in years | 6 | 4 | 6 |
| Risk-free interest rate | 1.8% | 0.8% | 0.8% |
| Dividend yield | 0% | 0% | 0% |

Expected volatility is based exclusively on historical volatility data of our common stock. The expected term of stock options granted is based on historical data and other factors and represents the period of time that stock options are expected to be outstanding prior to exercise. The risk-free interest rate is based on U.S. Treasury strips with maturities that match the expected term on the date of grant.

A summary of option activity for 2022 is presented below:

|  | Options | Weighted Average Exercise Price | Weighted Average Remaining Contractual Term (in years) | Aggregate Intrinsic Value |
|---|---|---|---|---|
| Outstanding at December 31, 2021 | 32,764,087 | $ 3.66 | | |
| Granted | 8,037,869 | 2.93 | | |
| Exercised | (103,339) | 2.22 | | |
| Forfeited | (3,445,844) | 3.27 | | |
| Expired | (1,267,806) | 4.42 | | |
| Outstanding at December 31, 2022 | 35,984,967 | 3.51 | 6.90 | $ 1,170,051 |
| Vested or expected to vest at December 31, 2022 | 35,984,967 | 3.51 | 6.90 | $ 1,170,051 |
| Exercisable at December 31, 2022 | 21,575,514 | $ 3.73 | 5.77 | $ 820,816 |

The weighted average grant-date fair values of options granted during the years ended December 31, 2022, 2021, and 2020, was $1.75, $2.81, and $2.04, respectively.

The aggregate intrinsic value in the table above represents the difference between our closing stock price on the last trading day of fiscal 2022 and the exercise price, multiplied by the number of in-the-money options that would have been received by the option holders had all option holders exercised their options on December 31, 2022 (the intrinsic value is considered to be zero if the exercise price is greater than the closing stock price). This amount changes based on the fair market value of our stock. The total intrinsic value of options exercised during the years ended December 31, 2022, 2021, and 2020, determined on the dates of exercise, was $70,000, $4.2 million, and $1.2 million, respectively.

During 2022, 2021, and 2020, all options were granted with exercise prices equal to the market value of the underlying shares of common stock on the grant date other than certain awards dated December 24, 2019, December 17, 2020 and December 31, 2020. In December 2019, our Board of Directors approved certain awards. However, the awards were not communicated until February 2020. Accordingly, these awards have a grant date of February 2020 with an exercise price as of the date the Board of Director's approved the awards in December 2019. On December 17, 2020 our Board of Directors approved certain awards. However, the awards were not communicated until March 2021. Accordingly, these awards have a grant date of March 2021 with an exercise price as of the date the Board of Director's approved the awards in December 2020. On December 31, 2020, our Board of Directors approved certain awards subject to forfeiture in the event stockholder approval was not obtained for an increase in shares available for issuance under our 2019 EIP. This approval was obtained in June 2021. Accordingly, these awards have a grant date of June 2021, with an exercise price as of the date the Board of Director's approved the awards in December 2020.

As of December 31, 2022, there was $29.0 million of unrecognized share-based compensation expense related to these stock options and stock options granted under a subsidiary plan which, if all milestones are achieved, will be recognized over a weighted average period of 2.1 years.

Certain employees and consultants have been granted non-vested stock. The fair value of non-vested market-based awards is calculated based on a Monte Carlo simulation as of the date of issuance. The fair value of other non-vested stock is calculated based on the closing sale price of our common stock on the date of issuance.

A summary of non-vested stock activity for 2022 is presented below:

| | Nonvested Shares | | Weighted Average Grant Date Fair Value |
|---|---|---|---|
| Outstanding at December 31, 2021 | 1,018,051 | $ | 2.39 |
| Granted | 4,442,830 | | 2.49 |
| Vested | (4,320,579) | | 2.58 |
| Forfeited | (784,500) | | 2.15 |
| Outstanding at December 31, 2022 | 355,802 | $ | 2.50 |

As of December 31, 2022, there was $1.5 million of unrecognized share-based compensation expense related to these non-vested shares and non-vested shares granted under a subsidiary plan which, if all milestones are achieved, will be recognized over a weighted average period of 1.4 years. The total intrinsic value of shares vested during the years ended December 31, 2022, 2021, and 2020, was $10.9 million, $5.8 million, and $621,000, respectively.

Cash received from option exercises and purchases under our 2019 ESPP for the years ended December 31, 2022, 2021, and 2020, was $0.9 million, $9.1 million, and $4.5 million, respectively.

We issue new shares upon option exercises, purchases under our 2019 ESPP, vesting of non-vested stock and under the Directors' Deferred Compensation Plan. During the years ended December 31, 2022, 2021, and 2020, 103,339 shares, 2,502,716 shares, and 1,161,757 shares, respectively, were issued as a result of stock option exercises. During the years ended December 31, 2022, 2021, and 2020, 326,203 shares, 241,507 shares, and 236,855 shares, were issued under the 2019 ESPP, respectively. During the years ended December 31, 2022, 2021, and 2020, 230,499 shares, 246,481 shares, and 165,632 shares, respectively, were issued as a result of the vesting of non-vested stock. Additionally, during the years ended December 31, 2022 and 2021, 4,090,080 shares and 1,579,651 shares were issued as payment for certain employee bonuses, with 1,446,849 and 550,087 of those shares being withheld to cover taxes, resulting in a net share issuance of 2,643,231 and 1,029,564.

The impact on our results of operations from share-based compensation for the years ended December 31, 2022, 2021, and 2020, was as follows (in thousands).

| | Year Ended | | | | | |
|---|---|---|---|---|---|---|
| | 2022 | | 2021 | | 2020 | |
| Research and development | $ | 4,847 | $ | 4,528 | $ | 3,758 |
| General and administrative | | 13,391 | | 14,606 | | 6,363 |
| Total share-based compensation expense | $ | 18,238 | $ | 19,134 | $ | 10,121 |

## (14) License, Research, and Other Agreements

On December 5, 2014, Agenus Switzerland, entered into a license agreement with the Ludwig Institute for Cancer Research Ltd., or Ludwig, which replaced and superseded a prior agreement entered into between the parties in May 2011. Pursuant to the terms of the license agreement, Ludwig granted Agenus Switzerland an exclusive, worldwide license under certain intellectual property rights of Ludwig and Memorial Sloan Kettering Cancer Center arising from the prior agreement to further develop and commercialize GITR, OX40 and TIM-3 antibodies. On January 25, 2016, we and Agenus Switzerland entered into a second license agreement with Ludwig, on substantially similar terms, to develop CTLA-4 and PD-1 antibodies. Pursuant to the December 2014 license agreement, Agenus Switzerland made an upfront payment of $1.0 million to Ludwig. The December 2014 license agreement also obligates Agenus Switzerland to make potential milestone payments of up to $20.0 million for events prior to regulatory approval of licensed GITR, OX40 and TIM-3 products, and potential milestone payments in excess of $80.0 million if such licensed products are approved in multiple jurisdictions, in more than one indication, and certain sales milestones are achieved. Under the January 2016 license agreement, we are obligated to make potential milestone payments of up to $12.0 million for events prior to regulatory approval of CTLA-4 and PD-1 licensed products, and potential milestone payments of up to $32.0 million if certain sales milestones are achieved. Under each of these license agreements, we and/or Agenus Switzerland will also be obligated to pay low to mid-single digit royalties on all net sales of licensed products during the royalty period, and to pay Ludwig a percentage of any sublicensing income, ranging from a low to mid-double digit percentage depending on various factors. The license agreements may each be terminated as follows: (i) by either party if the other party commits a material, uncured breach; (ii) by either party if the other party initiates bankruptcy, liquidation or similar proceedings; or (iii) by Agenus Switzerland or us (as applicable) for convenience upon 90 days' prior written notice. The license agreements also contain customary representations and warranties, mutual indemnification, confidentiality and arbitration provisions. Effective December 31, 2022, the license was assigned to Agenus.

We have entered into various cancellable agreements with contract manufacturers, institutions, and clinical research organizations (collectively "third party providers") to perform pre-clinical activities and to conduct and monitor our clinical studies. Under these agreements, subject to the enrollment of patients and performance by the applicable third-party provider, we have estimated our total payments to be $566.6 million over the term of the studies. For the years ended December 31, 2022, 2021, and 2020, $66.3 million, $72.8 million, and $64.7 million, respectively, have been expensed in the accompanying consolidated statements of operations related to these third-party providers. Through December 31, 2022, we have expensed $457.8 million as research and development expenses and $439.1 million of this amount has been paid. The timing of expense recognition and future payments related to these agreements is subject to the enrollment of patients and performance by the applicable third-party provider.

**(15) Revenue from Contracts with Customers**

### *Bristol Myers Squibb Company License Agreement*

On May 17, 2021, we entered into a License, Development and Commercialization Agreement ("BMS License Agreement") with Bristol Myers Squibb Company ("BMS") to collaborate on the development and commercialization of our proprietary anti-TIGIT bispecific antibody program AGEN1777. Pursuant to the BMS License Agreement, we received a non-refundable upfront cash payment of $200.0 million and are eligible to receive up to $1.36 billion in aggregate development, regulatory and commercial milestone payments plus the tiered royalties described below. In July 2021, the BMS License Agreement closed, and we received the $200.0 million upfront payment.

In October 2021, we announced that the first patient was dosed in the AGEN1777 Phase 1 clinical trial, triggering the achievement of a $20.0 million milestone. We received this milestone in December 2021 and as of December 31, 2022, remain eligible to receive up to an additional $1.34 billion in aggregate development, regulatory and commercial milestone payments.

Under the BMS License Agreement, we granted BMS an exclusive worldwide license under certain of our intellectual property rights to develop, manufacture and commercialize AGEN1777 and its derivatives in all fields; provided, we retained an option to access the licensed antibodies for use in clinical studies in combination with certain of our other pipeline assets subject to certain restrictions. In exchange, BMS is responsible for all of the development, regulatory approval, manufacturing and commercialization costs with respect to products containing AGEN1777. In addition to the upfront and potential milestone payments described above, we will receive tiered double-digit royalties on worldwide net sales of products containing AGEN1777 ranging from the low double-digit to mid-teens percent. Additionally, we have the option, but not the obligation, to co-fund a minority of the global development costs of products containing AGEN1777 or its derivatives, in exchange for increased tiered royalties on U.S. net sales of co-funded products ranging from the mid-teens to low twenties percent and ex-U.S. net sales of co-funded products ranging from the low double digits to mid-teens percent. All royalties are subject to certain reductions under certain circumstances as described in the BMS License Agreement. Finally, we also have the option to co-promote AGEN1777 in the U.S.

The royalty term shall terminate on a product-by-product and country-by-country basis on the latest of (i) 10 year anniversary of the first commercial sale of such product in such country, (ii) the expiration of any regulatory exclusivity period that covers such product in such country, and (iii) the expiration of the last-to-expire licensed patent that covers such product in such country.

The BMS License Agreement includes customary representations and warranties, covenants, indemnification obligations for a transaction of this nature. Under the terms of the BMS License Agreement, we and BMS each have the right to terminate the agreement for material breach by, or insolvency of, the other party following notice, and if applicable, a cure period. BMS may also terminate the BMS License Agreement in its entirety, or on a product-by-product or country-by-country basis, for convenience upon 180 days' notice.

### *License Revenue*

We identified a single performance obligation under the BMS License Agreement, the license of AGEN1777 ("AGEN1777 License"). All other promised goods/services were deemed immaterial in the context of the contract. We determined that the AGEN1777 License was both capable of being distinct and distinct within the context of the contract as the AGEN1777 License has significant stand-alone functionality as of contract inception and BMS can begin deriving benefit from the AGEN1777 License without consideration of the immaterial services.

We determined that there were no significant financing components, noncash consideration, or amounts that may be refunded to the customer, and as such the total upfront fixed consideration of the AGEN1777 License totaling $200.0 million would be included in the total transaction price. We concluded that the standalone selling price of the AGEN1777 License approximated the $200.0 million upfront fee and as such the full amount would be recognized at a point-in-time, upon delivery of the AGEN1777 License to BMS at contract inception.

For the year ended December 31, 2022, no revenue was recognized. For the year ended December 31, 2021, under the BMS License Agreement, we recognized $200.0 million in research and development revenue related to the transfer of the AGEN1777 License and $20.0 million in research and development revenue related to the achievement of a milestone.

### Betta License Agreement

In June 2020, we entered into a license and collaboration agreement (the "Betta License Agreement") with Betta Pharmaceuticals Co., Ltd. ("Betta"), pursuant to which we granted Betta an exclusive license to develop, manufacture and commercialize balstilimab and zalifrelimab in Greater China. Under the terms of the Betta License Agreement, we received $15.0 million upfront in July 2020 and are eligible to receive up to $100.0 million in milestone payments plus royalties on any future sales in Greater China.

We also entered into a stock purchase agreement with Betta and a wholly-owned subsidiary of Betta ("Betta HK"). Refer to Note 10 – Equity for additional detail.

We identified the following performance obligations under the Betta License Agreement: (1) the license of balstilimab and zalifrelimab and (2) our obligation to complete manufacturing technology transfer activities to Betta (the "Technology Transfer") for balistilimab and zalifrelimab.

We determined that the license of balstilimab and zalifrelimab was both capable of being distinct and distinct within the context of the contract as the license has significant stand-alone functionality as of contract inception based on the advanced development stage of balstilimab and zalifrelimab. Betta can begin deriving benefit from the license prior to the Technology Transfer being completed. The Technology Transfer is completed over time and is separate from the transfer of the balstilimab and zalifrelimab license, which occurred at contract inception. As a result, we concluded that the balstilimab and zalifrelimab license and Technology Transfer are separate performance obligations.

We determined that there were no significant financing components, noncash consideration, or amounts that may be refunded to the customer, and as such the total upfront fixed consideration of $15.0 million would be included in the total transaction price and be allocated to the identified performance obligations using the relative standalone selling price method.

We determined the estimated standalone selling price of the balstilimab and zalifrelimab license by applying a risk adjusted, net present value, estimate of future cash flow approach. We determined the estimated standalone selling price of the Technology Transfer by using the estimated costs of satisfying the performance obligation, plus an appropriate margin for such services.

Revenue attributable to the balstilimab and zalifrelimab license was recognized at a point-in-time, upon delivery of the license to Betta at contract inception. The Technology Transfer is satisfied over time and revenue attributable to this performance obligation will be recognized as the related services are being performed using the input of costs incurred over total costs expected to be incurred. We believe this is the best measure of progress because other measures do not reflect how we transfer the performance obligation to Betta.

For the years ended December 31, 2022, 2021 and 2020, we recognized $0.7 million, $0.6 million and $13.9 million, respectively, of research and development revenue related to the Betta License Agreement.

### UroGen License Agreement

In November 2019, we entered into a License Agreement with UroGen Pharma Ltd. (the "UroGen License Agreement") in which we granted a license of AGEN1884 for use with UroGen's sustained release technology for intravesical delivery in patients with urinary tract cancers. Pursuant to the terms of the UroGen License Agreement, we received an upfront cash payment from UroGen of $10.0 million. We are eligible to receive up to $200.0 million in potential development, regulatory and commercial milestones, as well as 14-20% royalties on net sales of the products containing AGEN1884.

We identified the following performance obligations under the UroGen License Agreement: (1) the license of AGEN1884 that we granted UroGen, and (2) the clinical supply of AGEN1884 that we agreed to supply to UroGen. We determined that the license of AGEN1884 was both capable of being distinct and distinct within the context of the contract as the license has significant stand-alone functionality as of contract inception based on the advanced development stage of AGEN1884. We also determined that the clinical supply of AGEN1884 was both capable of being distinct and distinct within the context of the contract as it was considered a readily available resource in the market.

We determined that there were no significant financing components, noncash consideration, or amounts that may be refunded to the customer, and as such the total upfront fixed consideration of the license totaling $10.0 million would be included in the total transaction price. We concluded that the combined standalone selling price of the license approximated the $10.0 million upfront fee and as such the full amount will be recognized at a point-in-time, upon delivery of the license to UroGen at contract inception. We

will not estimate the transaction price in order to recognize the revenue related to the AGEN1884 supply due to the "as invoiced" practical expedient.

For the years ended December 31, 2022, 2021 and 2020, we recognized approximately $0.2 million, $0.3 million and $63,000, respectively, of research and development revenue related to the UroGen License Agreement.

### Gilead Collaboration Agreement

On December 20, 2018, we entered into a series of agreements with Gilead focused on the development and commercialization of up to five novel immuno-oncology therapies. Pursuant to the terms of the license agreement, the option and license agreements and the stock purchase agreement we entered into with Gilead (collectively, the "Gilead Collaboration Agreements"), at the closing of the transaction on January 23, 2019 (the "Effective Date"), we received an upfront cash payment from Gilead of $120.0 million and Gilead made a $30.0 million equity investment in Agenus.

#### License Agreement

Pursuant to the terms of a license agreement between the parties (the "License Agreement"), we granted Gilead an exclusive, worldwide license under certain of our intellectual property rights to develop, manufacture and commercialize our preclinical bispecific antibody, AGEN1423, in all fields of use. We filed an investigational new drug ("IND") application for AGEN1423 in February 2019, and the IND was accepted by the FDA in March 2019. On November 6, 2020, we received notice from Gilead that it would return AGEN1423 back to us and voluntarily terminate the License Agreement, effective as of February 4, 2021.

#### Option and License Agreements

Pursuant to the terms of two separate option and license agreements between the parties (each, an "Option and License Agreement" and together, the "Option and License Agreements"), we granted Gilead exclusive options to license exclusively ("License Option") our bispecific antibody, AGEN1223, and our monospecific antibody, AGEN2373 (together, the "Option Programs"), during the respective Option Periods (defined below). Pursuant to the terms of the Option and License Agreements, we agreed to grant Gilead an exclusive, worldwide license under our intellectual property rights to develop, manufacture and commercialize AGEN1223 or AGEN2373, as applicable, in all fields of use upon Gilead's exercise of the applicable License Option. Gilead is entitled to exercise its License Option for either or both Option Programs at any time up until ninety (90) days following Gilead's receipt of a data package with respect to the first complete Phase 1b clinical trial for each Option Program (the "Option Period"). During the Option Period, we are responsible for the costs and expenses related to the development of the Option Programs. After Gilead's exercise of a License Option, if at all, Gilead would be responsible for all development, manufacturing and commercialization activities relating to the relevant Option Program at Gilead's cost and expense. In the third quarter of 2021 we ceased development of AGEN1223 and in October 2021 the AGEN1223 option and license agreement was formally terminated. The AGEN2373 Option and License Agreement and the Stock Purchase Agreement remain in full force and effect.

If Gilead exercises the AGEN2373 License Option, it would be required to pay an upfront license exercise fee of $50.0 million. Following the exercise of the AGEN2373 License Option, we would be eligible to receive additional development and commercial milestones of up to $520.0 million in the aggregate, as well as tiered royalty payments on aggregate net sales. We will have the right to opt-in to share Gilead's development and commercialization costs in the United States for the AGEN2373 Option Program in exchange for a profit (loss) share on a 50:50 basis and revised milestone payments. We filed an IND for AGEN2373 in 2019, and it is now in clinical development.

Unless earlier terminated, the AGEN2373 Option and License Agreement will continue until the earlier of (i) the expiration of the Option Period, without Gilead's exercise of the License Option; and (ii) the date all of Gilead's applicable payment obligations under the Option and License Agreement have been performed or have expired. Under the terms of the AGEN2373 Option and License Agreement, we and Gilead each have the right to terminate the agreement for material breach by, or insolvency of, the other party. Gilead may also terminate the AGEN2373 Option License Agreement in its entirety, or on a product-by-product or country-by-country basis for convenience upon ninety (90) days' notice.

#### Research and Development Revenue

For the year ended December 31, 2022, we recognized research and development revenue of $5.0 million related to the achievement of a milestone and $9.5 million based on the partial satisfaction of the over time performance obligations as of period end. For the years ended December 31, 2021 and 2020, we recognized $22.4 million and $12.3 million, respectively, of research and development revenue related to the Gilead Collaboration Agreements based on the partial satisfaction of the over time performance obligations as of period end. For the year ended December 31, 2021, the amount also includes deferred revenue recognized in connection with the termination of AGEN1223 development.

We expect to recognize deferred research and development revenue of $12.2 million in 2023, related to performance obligations that are unsatisfied or partially unsatisfied as of December 31, 2022.

106

***Incyte Collaboration Agreement***

On January 9, 2015 and effective February 19, 2015, we entered into a global license, development and commercialization agreement (the "Collaboration Agreement") with Incyte pursuant to which the parties plan to develop and commercialize novel immuno-therapeutics using our antibody discovery platforms. The Collaboration Agreement was initially focused on four checkpoint modulator programs directed at GITR, OX40, LAG-3 and TIM-3. In addition to the four identified antibody programs, the parties have an option to jointly nominate and pursue the development and commercialization of antibodies against additional targets during a five-year discovery period which, upon mutual agreement of the parties for no additional consideration, can be extended for an additional three years. In November 2015, we and Incyte jointly nominated and agreed to pursue the development and commercialization of three additional checkpoint targets. In February 2017, we amended the Collaboration Agreement by entering into a First Amendment to License, Development and Commercialization Agreement (the "First Amendment"). In October 2019, we further amended the Collaboration Agreement by entering into a Second Amendment to License, Development and Commercialization Agreement (the "Second Amendment"). See "Amendments" section below.

Pursuant to the XOMA Royalty Purchase Agreement, we sold to XOMA 33% of the future royalties and 10% of the future milestones that we were entitled to receive from Incyte, excluding the $5.0 million milestone that we recognized in the three months ended September 30, 2018. As of December 31, 2022, we remain eligible to receive up to $405.0 million in future potential development, regulatory and commercial milestones across all programs in the collaboration, as well as 67% of all future royalties on worldwide product sales.

*Agreement Structure*

Under the terms of the Collaboration Agreement, we received non-creditable, nonrefundable upfront payments totaling $25.0 million. In addition, until the Amendment, the parties shared all costs and profits for the GITR, OX40 and two of the additional antibody programs on a 50:50 basis (profit-share products), and we were eligible to receive up to $20.0 million in future contingent development milestones under these programs. Incyte is obligated to reimburse us for all development costs that we incur in connection with the TIM-3, LAG-3 and one of the additional antibody programs (royalty-bearing products) and we are eligible to receive (i) up to $155.0 million in future contingent development, regulatory, and commercialization milestone payments and (ii) tiered royalties on global net sales at rates generally ranging from 6% to 12%. For each royalty-bearing product, we will also have the right to elect to co-fund 30% of development costs incurred following initiation of pivotal clinical trials in return for an increase in royalty rates. Additionally, we had the option to retain co-promotion participation rights in the United States on any profit-share product. Through the direction of a joint steering committee, until the Amendment, the parties anticipated that, for each program, we would serve as the lead for pre-clinical development activities through investigational new drug ("IND") application filing, and Incyte would serve as the lead for clinical development activities. The parties initiated the first clinical trials of antibodies arising from these programs in 2016. For each additional program beyond GITR, OX40, TIM-3 and LAG-3 that the parties elect to bring into the collaboration, we will have the option to designate it as a profit-share product or a royalty-bearing product.

The Collaboration Agreement will continue as long as (i) any product is being developed or commercialized or (ii) the discovery period remains in effect. Incyte may terminate the Collaboration Agreement or any individual program for convenience upon 12 months' notice. The Collaboration Agreement may also be terminated by either party upon the occurrence of an uncured material breach of the other party or by us if Incyte challenges patent rights controlled by us. In addition, either party may terminate the Collaboration Agreement as to any program if the other party is acquired and the acquiring party controls a competing program.

*Amendments*

Pursuant to the terms of the First Amendment, the GITR and OX40 programs immediately converted from profit-share programs to royalty-bearing programs and we became eligible to receive a flat 15% royalty on global net sales should any candidates from either of these two programs be approved. Incyte is now responsible for global development and commercialization and all associated costs for these programs. In addition, the profit-share programs relating to TIGIT and one undisclosed target were removed from the collaboration, with the undisclosed target reverting to Incyte and TIGIT to Agenus. Should any of those programs be successfully developed by a party, the other party will be eligible to receive the same milestone payments as the royalty-bearing programs and royalties at a 15% rate on global net sales. The terms for the remaining three royalty-bearing programs targeting TIM-3, LAG-3 and one undisclosed target remain unchanged, with Incyte being responsible for global development and commercialization and all associated costs. The Amendment gives Incyte exclusive rights and all decision-making authority for manufacturing, development, and commercialization with respect to all royalty-bearing programs.

In connection with the First Amendment, Incyte paid us $20.0 million in accelerated milestones related to the clinical development of the antibody candidates targeting GITR and OX40.

Pursuant to the terms of the Second Amendment, we transitioned preclinical development and IND preparation of the undisclosed target to Incyte.

107

In October 2022, Incyte notified us of their intent to terminate the OX40 program, effective October 2023. Upon termination, the rights to the OX40 program revert back to us.

*Research and Development Revenue*

For the years ended December 31, 2022, 2021 and 2020, we recognized approximately $1.6 million, $1.2 million and $0.7 million, respectively, of research and development revenue for research and development services provided.

**Merck Collaboration and License Agreement**

During the quarter ended June 30, 2014, we entered into a collaboration and license agreement with Merck to discover and optimize fully-human antibodies against two undisclosed cancer targets using the Retrocyte Display®. Under this agreement, Merck is responsible for the clinical development and commercialization of antibodies generated under the collaboration. There are no unsatisfied performance obligations relating to this contract. Pursuant to the XOMA Royalty Purchase Agreement (see Note 19), we sold to XOMA 33% of the future royalties and 10% of the future milestones that we are entitled to receive from Merck, and we remain eligible to receive from Merck approximately $76.5 million in potential payments associated with the completion of certain clinical, regulatory and commercial milestones, as well as 67% of all future royalties on worldwide product sales.

For the years ended December 31, 2022 and 2021, no revenue was recognized. For the year ended December 31, 2020, we recognized $9.0 million in research and development revenue and $1.0 million in non-cash milestone revenue related to the achievement of a milestone.

**GSK License and Amended GSK Supply Agreements**

In July 2006, we entered into a license agreement and a supply agreement with GSK for the use of QS-21 STIMULON (the "GSK License Agreement" and the "GSK Supply Agreement", respectively). In January 2009, we entered into an Amended and Restated Manufacturing Technology Transfer and Supply Agreement (the "Amended GSK Supply Agreement") under which GSK has the right to manufacture all of its requirements of commercial grade QS-21 STIMULON. GSK is obligated to supply us (or our affiliates, licensees, or customers) certain quantities of commercial grade QS-21 STIMULON for a stated period of time. Under these agreements, GSK paid an upfront license fee of $3.0 million and agreed to pay aggregate milestones of $5.0 million. In July 2007, the Amended GSK Supply Agreement was further amended, and we were paid an additional fixed fee of $7.3 million. In March 2012 we entered into a First Right to Negotiate and Amendment Agreement amending the GSK License Agreement and the Amended GSK Supply Agreement to clarify and include additional rights for the use of our QS-21 STIMULON (the "GSK First Right to Negotiate Agreement"). In addition, we granted GSK the first right to negotiate for the purchase of the Company or certain of our assets, which such rights expired in March 2017. As consideration for entering into the GSK First Right to Negotiate Agreement, GSK paid us an upfront, non-refundable payment of $9.0 million, $2.5 million of which is creditable toward future royalty payments. As of December 31, 2017, we had received all of the potential $24.3 million in upfront and milestone payments related to the GSK Agreements. We were also generally entitled to receive 2% royalties on net sales of prophylactic vaccines for a period of 10 years after the first commercial sale of a resulting GSK product. We sold these royalty rights to HCR in January 2018 pursuant to the HCR Royalty Purchase Agreement but continue to recognize revenue under the GSK Agreements because the sale to HCR was accounted for as a borrowing arrangement (See Note 19).

The GSK License and Amended GSK Supply Agreements may be terminated by either party upon a material breach if the breach is not cured within the time specified in the respective agreement. The termination or expiration of the GSK License Agreement does not relieve either party from any obligation which accrued prior to the termination or expiration. Among other provisions, the license rights granted to GSK survive expiration of the GSK License Agreement. The license rights and payment obligations of GSK under the Amended GSK Supply Agreement survive termination or expiration, except that GSK's license rights and future royalty obligations do not survive if we terminate due to GSK's material breach unless we elect otherwise.

For the year ended December 31, 2022, we recognized $25.3 million in royalty sales milestone revenue, which was cash-settled based on the terms of the arrangement with HCR, and $45.3 million in non-cash royalty revenue. For the years ended December 31, 2021 and 2020, we recognized $44.4 million and $46.5 million, respectively, in non-cash royalty revenue.

**Disaggregation of Revenue**

The following table presents revenue (in thousands) for years ended December 31, 2022, 2021 and 2020, disaggregated by geographic region and revenue type. Revenue by geographic region is allocated based on the domicile of our respective business operations.

108

| Revenue Type | United States | Rest of World | Total |
|---|---|---|---|
| | Year ended December 31, 2022 | | |
| License fees and milestones | $ 5,000 | $ — | $ 5,000 |
| Royalty sales milestone | 25,250 | — | 25,250 |
| Clinical product revenue | 762 | — | 762 |
| Research and development services | 1,676 | — | 1,676 |
| Other services | — | 10,514 | 10,514 |
| Recognition of deferred research and development revenue | 9,537 | — | 9,537 |
| Non-cash royalties | 45,285 | — | 45,285 |
| | $ 87,510 | $ 10,514 | $ 98,024 |

| Revenue Type | United States | Rest of World | Total |
|---|---|---|---|
| | Year ended December 31, 2021 | | |
| License fees and milestones | $ 220,000 | $ — | $ 220,000 |
| Clinical product revenue | 587 | — | 587 |
| Research and development services | 1,476 | — | 1,476 |
| Other services | — | 6,704 | 6,704 |
| Recognition of deferred research and development revenue | 22,359 | — | 22,359 |
| Recognition of deferred grant revenue | 184 | — | 184 |
| Non-cash royalties | 44,355 | — | 44,355 |
| | $ 288,961 | $ 6,704 | $ 295,665 |

| Revenue Type | United States | Rest of World | Total |
|---|---|---|---|
| | Year ended December 31, 2020 | | |
| License fees and milestones | $ 22,857 | $ — | $ 22,857 |
| Research and development services | 754 | — | 754 |
| Other services | — | 4,619 | 4,619 |
| Recognition of deferred research and development revenue | 12,304 | — | 12,304 |
| Recognition of deferred grant revenue | 91 | — | 91 |
| Non-cash royalties and milestones | 47,545 | — | 47,545 |
| | $ 83,551 | $ 4,619 | $ 88,170 |

*Contract Balances*

Contract assets primarily relate to our rights to consideration for work completed in relation to our research and development services performed but not billed at the reporting date. Contract assets are transferred to receivables when the rights become unconditional. Currently, we do not have any contract assets which have not transferred to a receivable. We had no asset impairment charges related to contract assets in the period. Contract liabilities primarily relate to contracts where we received payments but have not yet satisfied the related performance obligations. The advance consideration received from customers for research and development services or licenses bundled with other promises is a contract liability until the underlying performance obligations are transferred to the customer.

The following table provides information about contract liabilities from contracts with customers (in thousands):

| Year ended December 31, 2022 | Balance at beginning of period | Additions | Deductions | Balance at end of period |
|---|---|---|---|---|
| Contract liabilities: | | | | |
| Deferred revenue | $ 23,625 | $ 214 | $ (10,427) | $ 13,412 |

The change in contract liabilities is primarily related to the recognition of $9.5 million of revenue related to the Gilead Collaboration Agreements during the year ended December 31, 2022. Deferred revenue related to the Gilead Collaboration Agreements of $12.2 million as of December 31, 2022, which was comprised of the $142.5 million initial transaction price, less $130.3 million of research and development revenue recognized from the effective date of the contract, will be recognized as the combined performance obligation is satisfied.

We also recorded a $2.1 million receivable as of December 31, 2022 for research and development and other services provided.

In the year ended December 31, 2022, we did not recognize any revenue from amounts included in the contract asset or the contract liability balances from performance obligations satisfied in previous periods. None of the costs to obtain or fulfill a contract were capitalized.

## (16) Related Party Transactions

During the years ended December 31, 2022 and 2021, our Audit and Finance Committee approved the performance of research and development manufacturing services totaling $106,000 and $291,000 for Protagenic Therapeutics, Inc ("Protagenic"). We will be reimbursed for these services on an actual time and materials basis. During the year ended December 31, 2022, our Audit and Finance Committee approved a contract between a wholly-owned subsidiary of Agenus and Protagenic for the performance of clinical trial services totaling approximately $1.1 million. For the year ended December 31, 2022, approximately $171,000 of service revenue was recognized related to these services. The remainder of these services are expected to be completed over the next year. Dr. Garo H. Armen, our CEO, is Executive Chairman of and has a greater than 10% equity interest in Protagenic.

## (17) Leases

The majority of our operating lease agreements are for the office, research and development and manufacturing space we use to conduct our operations.

We lease space in Lexington, Massachusetts for our manufacturing, research and development, and corporate offices, office space in New York, New York for use as corporate offices, facilities in Berkeley, California, for manufacturing and corporate offices, a facility in Emeryville, California for the development of a cGMP manufacturing facility and a facility in Cambridge, United Kingdom for research and development and corporate offices. We had subleased a small portion of the space in our main Lexington facility for part of the associated head lease. This sublease expired in 2022. These agreements expire at various times between 2023 and 2036, with options to extend certain of the leases.

We also have finance lease agreements for research and manufacturing equipment that expire at various times between 2023 and 2025. The terms of one of our finance lease agreements require us to maintain a specified minimum cash balance.

The components of lease cost recorded in our consolidated statement of operations were as follows (in thousands):

| | Year ended December 31, | | | | | |
| | 2022 | | 2021 | | 2020 | |
|---|---|---|---|---|---|---|
| Operating lease cost | $ | 9,351 | $ | 8,878 | $ | 4,698 |
| Finance lease cost | | 309 | | 407 | | 375 |
| Variable lease cost | | 3,108 | | 1,826 | | 1,887 |
| Sublease income | | (613 ) | | (595 ) | | (578 ) |
| Net lease cost | $ | 12,155 | $ | 10,516 | $ | 6,382 |

Variable lease cost for the years ended December 31, 2022, 2021 and 2020, primarily related to common area maintenance, taxes, utilities and insurance associated with our operating leases. Short-term lease cost for the years ended December 31, 2022, 2021 and 2020 was immaterial.

Cash paid for amounts included in the measurement of operating lease liabilities for the years ended December 31, 2022, 2021 and 2020 was approximately $2.6 million, $2.1 million and $1.6 million, respectively. Cash paid for amounts included in the measurement of finance lease liabilities for the years ended December 31, 2022, 2021 and 2020 was approximately $0.5 million, $0.9 million and $1.8 million, respectively.

110

The following table presents supplemental balance sheet information related to our leases as of December 31, 2022 and 2021 (in thousands):

|  | As of December 31, 2022 | | As of December 31, 2021 | |
|---|---|---|---|---|
| **Operating Leases** | | | | |
| Operating lease right-of-use assets | $ | 31,269 | $ | 31,054 |
| Total operating lease right-of-use assets | | 31,269 | | 31,054 |
| | | | | |
| Current portion, operating lease liabilities | | 1,943 | | 2,627 |
| Operating lease liabilities, net of current portion | | 63,326 | | 42,109 |
| Total operating lease liabilities | | 65,269 | | 44,736 |
| | | | | |
| **Finance Leases** | | | | |
| Property, plant and equipment, net | | 31,764 | | 2,663 |
| Total finance lease right-of-use assets | | 31,764 | | 2,663 |
| | | | | |
| Other current liabilities | | 7,952 | | 335 |
| Other long-term liabilities | | 12,270 | | 318 |
| Total finance lease liabilities | $ | 20,222 | $ | 653 |

During the year ended December 31, 2022, we recognized an operating lease right-of-use asset impairment loss of approximately $6.1 million resulting from the abandonment of two facility leases. This impairment loss is recorded in "other expense" in our consolidated statements of operations and comprehensive loss.

Maturities of our operating lease liabilities as of December 31, 2022 were as follows (in thousands):

| Year | Operating Leases | | Finance leases | | Total future lease commitments | |
|---|---|---|---|---|---|---|
| 2023 | $ | 7,834 | $ | 9,875 | $ | 17,709 |
| 2024 | | 9,810 | | 9,814 | | 19,624 |
| 2025 | | 10,048 | | 3,516 | | 13,564 |
| 2026 | | 9,830 | | — | | 9,830 |
| 2027 | | 10,122 | | — | | 10,122 |
| Thereafter | | 79,340 | | — | | 79,340 |
| Total | $ | 126,984 | $ | 23,205 | $ | 150,189 |
| Less imputed interest | | (61,715) | | (2,983) | | |
| Present value of lease liabilities | $ | 65,269 | $ | 20,222 | | |

In the above table, expected operating lease payments for the year ending December 31, 2023 include $2.3 million in lease incentives expected to be received from the lessor of our Emeryville, CA facility related to the construction of tenant improvements.

Total estimated future lease payments of approximately $4.5 million for a finance lease that had not yet commenced as of December 31, 2022, as we did not control the underlying assets, are not included in these consolidated financial statements. We expect this lease to commence in 2023 with a term of 30 months.

The weighted-average remaining lease terms and discount rates related to our leases were as follows:

111

| | December 31, 2022 | |
| --- | --- | --- |
| | Operating | Finance |
| Weighted average remaining lease term (in years) | 12.1 | 2.5 |
| Weighted average discount rate | 11.4% | 11.5% |

## (18) Debt

Debt obligations consisted of the following as of December 31, 2022 and 2021 (in thousands):

| Debt instrument | | Balance at December 31, 2022 |
| --- | --- | --- |
| Current Portion: | | |
| Debentures | $ | 146 |
| Other | | 429 |
| Long-term Portion: | | |
| 2015 Subordinated Notes | | 12,584 |
| Total | $ | 13,159 |

| Debt instrument | | Balance at December 31, 2021 |
| --- | --- | --- |
| Current Portion: | | |
| Debentures | $ | 146 |
| Other | | 582 |
| Long-term Portion: | | |
| 2015 Subordinated Notes | | 12,823 |
| Total | $ | 13,551 |

As of December 31, 2022, and 2021, the principal amount of our outstanding debt balance was $13.6 million and $13.8 million, respectively.

### Subordinated Notes

On February 20, 2015, we, certain existing investors and certain additional investors entered into an Amended and Restated Note Purchase Agreement (the "2015 Subordinated Notes") in the aggregate principal amount of $14.0 million and issued five year warrants (the "2015 Warrants") to purchase 1,400,000 shares of our common stock at an exercise price of $5.10 per share.

The 2015 Subordinated Notes bear interest at a rate of 8% per annum, payable in cash on the first day of each month in arrears. Among other default and acceleration terms customary for indebtedness of this type, the 2015 Subordinated Notes include default provisions which allow for the noteholders to accelerate the principal payment of the 2015 Subordinated Notes in the event we become involved in certain bankruptcy proceedings, become insolvent, fail to make a payment of principal or (after a grace period) interest on the 2015 Subordinated Notes, default on other indebtedness with an aggregate principal balance of $13.5 million or more if such default has the effect of accelerating the maturity of such indebtedness, or become subject to a legal judgment or similar order for the payment of money in an amount greater than $13.5 million if such amount will not be covered by third-party insurance.

On February 18, 2020, we entered into an amendment to the 2015 Subordinated Notes (the "Amendment") pursuant to which we:

• extended the maturity date of $13.5 million of the 2015 Subordinated Notes by three years from February 20, 2020 to February 20, 2023;

• repaid $0.5 million of the 2015 Subordinated Notes;

• extended the exercise period of the warrants to purchase 1,350,000 shares of the Company's common stock previously issued in 2015 by three years from February 20, 2020 to February 20, 2023; and

• issued new warrants to purchase 675,000 shares of the Company's common stock with a term of five years and an exercise price of $4.48 per share, which represented a 20% premium over the 30-day average trailing closing price of the Company's common stock as of the date of the Amendment.

112

In April 2020, we repaid $0.5 million of the outstanding amended 2015 Subordinated Notes and cancelled the related warrants.

On November 30, 2022, we entered into an Amendment to Notes, Termination of Warrants and Sale of New Warrants (the "2022 Amendment") pursuant to which we:

- extended the maturity date of the $13 million 2015 Subordinated Notes by two years from February 20, 2023 to February 20, 2025;

- terminated the warrants held by such noteholders to purchase 1,300,000 shares of the Company's common stock previously issued in 2015;

- terminated the warrants held by such noteholders to purchase 650,000 shares of the Company's common stock previously issued in 2020; and

- issued to such noteholders new warrants to purchase 1,300,000 shares of the Company's common stock that will expire February 20, 2026 and issued new warrants to purchase 650,000 shares of the Company's common stock that will expire February 20, 2028, all such warrants having an exercise price of $2.84 per share, which represented a 15% premium over the 30-day average trailing closing price of the Company's common stock for the period ending November 9, 2022, and (the "New Warrants").

The amended 2015 Subordinated Notes are not convertible into shares of our common stock and are set to mature on February 23, 2025, at which point we would be required to repay the full outstanding balance in cash. We may prepay the amended 2015 Subordinated Notes at any time, in part or in full, without premium or penalty.

The Amendments were accounted for as debt extinguishments under the guidance of *ASU 470: Debt*. For the years ended December 31, 2022 and 2020, we recorded a loss of approximately $1.9 million and $2.7 million, respectively, in other expense in our consolidated statements of operations and comprehensive loss, which primarily represents the fair value of the new and extended warrants. The amended 2015 Subordinated Notes were recorded at fair value.

### *Payroll Protection Program*

In May 2020, we entered into promissory notes with Bank of America, NA for aggregate loan proceeds of approximately $6.2 million (collectively, the "Loan") under the Small Business Administration Paycheck Protection Program of the Coronavirus Aid, Relief and Economic Security Act of 2020. In September 2021, we received notification that our forgiveness applications were approved. As such, the Loan was extinguished, and for the year ended December 31, 2021, a $6.2 million gain was recorded in our consolidated statements of operations and comprehensive loss.

### (19) Liability Related to the Sale of Future Royalties and Milestones

The following table shows the activity within the liability account in the year ended December 31, 2022 and for the period from the inception of the royalty transactions to December 31, 2022 (in thousands):

| | Year ended December 31, 2022 | | Period from inception to December 31, 2022 | |
|---|---|---|---|---|
| Liability related to sale of future royalties and milestones - beginning balance | $ | 254,105 | $ | — |
| Proceeds from sale of future royalties and milestones | | — | | 205,000 |
| Non-cash royalty and milestone revenue | | (45,285) | | (184,919) |
| Non-cash interest expense recognized | | 62,740 | | 251,479 |
| Liability related to sale of future royalties and milestones - ending balance | | 271,560 | | 271,560 |
| Less: unamortized transaction costs | | (297) | | (297) |
| Liability related to sale of future royalties and milestones, net | $ | 271,263 | $ | 271,263 |

### *Healthcare Royalty Partners*

113

On January 6, 2018, we, through Antigenics, entered into the HCR Royalty Purchase Agreement with HCR, which closed on January 19, 2018. Pursuant to the terms of the HCR Royalty Purchase Agreement, we sold to HCR 100% of Antigenics' worldwide rights to receive royalties GSK on sales of GSK's vaccines containing our QS-21 STIMULON adjuvant. At closing, we received gross proceeds of $190.0 million from HCR. As part of the transaction, we reimbursed HCR for transaction costs of $100,000 and incurred approximately $500,000 in transaction costs of our own, which are presented net of the liability in the consolidated balance sheet and will be amortized to interest expense over the estimated life of the HCR Royalty Purchase Agreement. Although we sold all of our rights to receive royalties on sales of GSK's vaccines containing QS-21, as a result of our obligation to HCR, we are required to account for the $190.0 million in proceeds from this transaction as a liability on our consolidated balance sheet that will be relieved in proportion to the royalty payments from GSK to HCR over the estimated life of the HCR Royalty Purchase Agreement. The liability is classified between the current and non-current portion of liability related to sale of future royalties and milestones in the condensed consolidated balance sheets based on the estimated royalty payments to be received by HCR in the next 12 months from the financial statement reporting date.

In the years ended December 31, 2022, 2021 and 2020, we recognized $45.3 million, $44.4 million and $46.5 million, respectively, of non-cash royalty revenue and we recorded $62.7, $64.4 million and $59.7 million, respectively, of related non-cash interest expense related to the HCR Royalty Purchase Agreement.

As royalties are remitted to HCR from GSK, the balance of the recorded liability will be effectively repaid over the life of the HCR Royalty Purchase Agreement. To determine the amortization of the recorded liability, we are required to estimate the total amount of future royalty payments to be received by HCR. The sum of these royalty amounts less the $190.0 million proceeds we received will be recorded as interest expense over the life of the HCR Royalty Purchase Agreement. Periodically, we assess the estimated royalty payments to be paid to HCR from GSK, and to the extent the amount or timing of the payments is materially different from our original estimates, we will prospectively adjust the amortization of the liability, and the related recognition of interest expense. Since the inception of the HCR Royalty Purchase Agreement our estimate of the effective annual interest rate over the life of the agreement increased to 27.8%, which results in a retrospective interest rate of 23.1%.

There are a number of factors that could materially affect the amount and timing of royalty payments from GSK, all of which are not within our control. Such factors include, but are not limited to, changing standards of care, the introduction of competing products, manufacturing or other delays, biosimilar competition, patent protection, adverse events that result in governmental health authority imposed restrictions on the use of the drug products, significant changes in foreign exchange rates, and other events or circumstances that could result in reduced royalty payments from GSK, all of which would result in a reduction of non-cash royalty revenues and the non-cash interest expense over the life of the HCR Royalty Purchase Agreement. Conversely, if sales of GSK's vaccines containing QS-21 are more than expected, the non-cash royalty revenues and the non-cash interest expense recorded by us would be greater over the life of the HCR Royalty Purchase Agreement.

Pursuant to the HCR Royalty Purchase Agreement, we were also entitled to receive up to $40.4 million in milestone payments from HCR (through the royalty payments from GSK) based on sales of GSK's vaccines as follows: (i) $15.1 million upon reaching $2.0 billion last-twelve-months net sales any time prior to 2024 and (ii) $25.3 million upon reaching $2.75 billion last-twelve-months net sales any time prior to 2026. In the fourth quarter of 2019, the $15.1 million milestone was achieved, as sales for the year ended December 31, 2019 exceeded $2.0 billion. In the second quarter of 2022, the final milestone was achieved, as sales for the 12 months ended June 30, 2022 exceeded $2.75 billion. As such, we recognized royalty sales milestone revenue of $25.3 million during the year ended December 31, 2022. This milestone was paid through royalties received from GSK.

### *XOMA*

On September 20, 2018, we, through our wholly-owned subsidiary, Agenus Royalty Fund, LLC, entered into a Royalty Purchase Agreement (the "XOMA Royalty Purchase Agreement") with XOMA (US) LLC ("XOMA"). Pursuant to the terms of the XOMA Royalty Purchase Agreement, XOMA paid us $15.0 million at closing in exchange for the right to receive 33% of the future royalties and 10% of the future milestones that we are entitled to receive from Incyte Corporation ("Incyte") and Merck Sharpe & Dohme ("Merck") under our agreements with each party (see Note 15), net of certain of our obligations to a third party and excluding the $5.0 million milestone from Incyte that we recognized in the quarter ended September 30, 2018. We retained 90% of the future milestones and 67% of the future royalties under our agreements with Incyte and Merck. Although we sold our rights to receive 33% of future royalties and 10% of future milestones, as a result of our significant continued involvement in the generation of the potential royalties and milestones, we are required to account for the full amount of these royalties and milestones as revenue when earned, and we recorded the $15.0 million in proceeds from this transaction as a liability on our consolidated balance sheet. Under the terms of the XOMA Royalty Purchase Agreement, should the percentage of milestones and royalties ultimately received by XOMA fail to repay the amount received by us at closing we would have no further obligation to XOMA.

In the fourth quarter of 2020, we achieved a $10.0 million milestone under the Merck agreement. As such, we recorded $1.0 million in non-cash milestone revenue related to the XOMA Royalty Purchase Agreement for the year ended December 31, 2020 and reduced the XOMA liability by $1.0 million.

114

**(20) Fair Value Measurements**

We measure our contingent purchase price consideration at fair value. The fair values of our PhosImmune and other contingent purchase price consideration of $0.6 million and $0.3 million, respectively, are based on significant inputs not observable in the market, which require them to be reported as Level 3 liabilities within the fair value hierarchy. The valuation of these liabilities use assumptions we believe would be made by a market participant and are mainly based on estimates from a Monte Carlo simulation of our market capitalization and share price, as well as other factors impacting the probability of triggering the milestone payments. Market capitalization and share price were evolved using a geometric Brownian motion, calculated daily for the life of the contingent purchase price considerations.

The significant unobservable inputs include the anticipated timelines to achieve the contingent purchase milestones and our estimated credit spread, the weighted average values of which (weighted based on the value of each contingent liability), as of December 31, 2022 and 2021, are shown in the table below.

|  | December 31, 2022 | December 31, 2021 |
|---|---|---|
| Period of time to achieve milestones (in years) | 2.3 | 2.5 |
| Credit spread | 8.7% | 5.5% |

Liabilities measured at fair value are summarized below (in thousands):

| Description | December 31, 2022 | Quoted Prices in Active Markets for Identical Assets (Level 1) | Significant Other Observable Inputs (Level 2) | Significant Unobservable Inputs (Level 3) |
|---|---|---|---|---|
| Liabilities: |  |  |  |  |
| Contingent purchase price consideration | 874 | — | — | 874 |
| Total | $ 874 | $ — | $ — | $ 874 |

| Description | December 31, 2021 | Quoted Prices in Active Markets for Identical Assets (Level 1) | Significant Other Observable Inputs (Level 2) | Significant Unobservable Inputs (Level 3) |
|---|---|---|---|---|
| Liabilities: |  |  |  |  |
| Contingent purchase price consideration | 1,689 | — | — | 1,689 |
| Total | $ 1,689 | $ — | $ — | $ 1,689 |

The following table presents our liabilities measured at fair value using significant unobservable inputs (Level 3), as of December 31, 2022 (amounts in thousands):

| | |
|---|---|
| Balance, December 31, 2021 | $ 1,689 |
| Change in fair value of contingent purchase price consideration during the period | (815) |
| Balance, December 31, 2022 | $ 874 |

There were no changes in the valuation techniques during the period and there were no transfers into or out of Levels 1 and 2.

The fair value of our outstanding debt balance at December 31, 2022 and 2021 was $13.2 million and $13.6 million, respectively, based on the Level 2 valuation hierarchy of the fair value measurements standard using a present value methodology which was derived by evaluating the nature and terms of each note and considering the prevailing economic and market conditions at the balance sheet date. The principal amount of our outstanding debt balance at December 31, 2022 and 2021 was $13.6 million and $13.8, respectively.

115

**(21) Contingencies**

We may currently be, or may become, a party to legal proceedings. While we currently believe that the ultimate outcome of any of these proceedings will not have a material adverse effect on our financial position, results of operations, or liquidity, litigation is subject to inherent uncertainty. Furthermore, litigation consumes both cash and management attention.

**(22) Benefit Plans**

We sponsor a defined contribution 401(k) Savings Plan in the US and a defined contribution Group Personal Pension Plan in the UK (the "Plans") for all eligible employees, as defined in the Plans. Participants may contribute a portion of their compensation, subject to a maximum annual amount, as established by the applicable taxing authority. Each participant is fully vested in his or her contributions and related earnings and losses. During the years ended December 31, 2022, 2021, and 2020 we made discretionary contributions to the Plans of $1.2 million, $1.1 million, and $1.1 million, respectively. For the years ended December 31, 2022, 2021, and 2020, we expensed $1.2 million, $1.1 million, and $1.1 million, respectively, related to the discretionary contribution to the Plans.

**(23) Geographic Information**

The following is geographical information regarding our revenues for the years ended December 31, 2022, 2021 and 2020 and our long-lived assets as of December 31, 2022 and 2021 (in thousands):

|  | 2022 | | 2021 | | 2020 | |
|---|---|---|---|---|---|---|
| Revenue: | | | | | | |
| United States | $ | 87,510 | $ | 288,961 | $ | 83,551 |
| Rest of world | | 10,514 | | 6,704 | | 4,619 |
| | $ | 98,024 | $ | 295,665 | $ | 88,170 |

In the table above, revenue by geographic region is allocated based on the domicile of our respective business operations.

|  | 2022 | | 2021 | |
|---|---|---|---|---|
| Long-lived Assets: | | | | |
| United States | $ | 132,382 | $ | 66,225 |
| Rest of world | | 5,088 | | 3,341 |
| Total | $ | 137,470 | $ | 69,566 |

In the table above, long-lived assets include "Property, plant and equipment, net" and "Other long-term assets" from the consolidated balance sheets, by the geographic location where the asset resides.

**(24) Subsequent Events**

*At the Market Offerings*

During the period of January 1, 2023 through March 10, 2023, we sold approximately 26.3 million shares of our common stock under the Sales Agreement, totaling net proceeds of approximately $48.6 million.

116

**Item 9.**    *Changes in and Disagreements with Accountants on Accounting and Financial Disclosure*

Not applicable.

**Item 9A.**    *Controls and Procedures*

**Conclusion Regarding the Effectiveness of Disclosure Controls and Procedures**

Under the supervision and with the participation of our management, including our Chief Executive Officer and Principal Financial Officer, we conducted an evaluation of the effectiveness of our disclosure controls and procedures, as such term is defined under Rule 13a-15(e) promulgated under the Exchange Act. Based on this evaluation, our Chief Executive Officer and our Principal Financial Officer concluded that our disclosure controls and procedures were functioning effectively as of the end of the period covered by this Annual Report on Form 10-K to provide reasonable assurance that the Company can meet its disclosure obligations.

**Management's Annual Report on Internal Control Over Financial Reporting**

Our management is responsible for establishing and maintaining adequate internal control over financial reporting, as such term is defined in Exchange Act Rule 13a-15(f). Under the supervision and with the participation of our management, including our Chief Executive Officer and Principal Financial Officer, we conducted an evaluation of the effectiveness of our internal control over financial reporting based on the framework in *Internal Control—Integrated Framework* (2013) issued by the Committee of Sponsoring Organizations of the Treadway Commission.  Based on our evaluation under the framework, our management concluded that our internal control over financial reporting was effective as of December 31, 2022.

KPMG LLP, our independent registered public accounting firm, has issued their report, included herein, on the effectiveness of our internal control over financial reporting.

**Changes in Internal Control Over Financial Reporting**

There was no change in our internal control over financial reporting (as defined in Rules 13a-15(f) and 15d-15(f) under the Exchange Act) that occurred during the fourth quarter 2022 that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

117

**Report of Independent Registered Public Accounting Firm**

To the Stockholders and Board of Directors
Agenus Inc.:

*Opinion on Internal Control Over Financial Reporting*

We have audited Agenus Inc. and subsidiaries' (the Company) internal control over financial reporting as of December 31, 2022, based on criteria established in *Internal Control – Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission. In our opinion, the Company maintained, in all material respects, effective internal control over financial reporting as of December 31, 2022, based on criteria established in *Internal Control – Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States) (PCAOB), the consolidated balance sheets of the Company as of December 31, 2022 and 2021, the related consolidated statements of operations and comprehensive loss, convertible preferred stock and stockholders' equity (deficit), and cash flows for each of the years in the three-year period ended December 31, 2022, and the related notes (collectively, the consolidated financial statements), and our report dated March 16, 2023 expressed an unqualified opinion on those consolidated financial statements.

*Basis for Opinion*

The Company's management is responsible for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting, included in the accompanying Management's Annual Report on Internal Control Over Financial Reporting. Our responsibility is to express an opinion on the Company's internal control over financial reporting based on our audit. We are a public accounting firm registered with the PCAOB and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audit in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether effective internal control over financial reporting was maintained in all material respects. Our audit of internal control over financial reporting included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, and testing and evaluating the design and operating effectiveness of internal control based on the assessed risk. Our audit also included performing such other procedures as we considered necessary in the circumstances. We believe that our audit provides a reasonable basis for our opinion.

*Definition and Limitations of Internal Control Over Financial Reporting*

A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (1) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

/s/ KPMG LLP

Boston, Massachusetts
March 16, 2023

118

**Item 9B.**      *Other Information*

None.

119

**Item 9C.**    ***Disclosure Regarding Foreign Jurisdictions that Prevent Inspections***

Not applicable.

120

**PART III**

**Item 10.**    *Directors, Executive Officers and Corporate Governance*

The information required by this Item is incorporated herein by reference to the information that will be contained in our proxy statement related to the 2023 Annual Meeting of Stockholders, which we intend to file with the Securities and Exchange Commission within 120 days of the end of our fiscal year pursuant to General Instruction G(3) of Form 10-K.

**Item 11.**    *Executive Compensation*

The information required by this Item is incorporated herein by reference to the information that will be contained in our proxy statement related to the 2023 Annual Meeting of Stockholders, which we intend to file with the Securities and Exchange Commission within 120 days of the end of our fiscal year pursuant to General Instruction G(3) of Form 10-K.

**Item 12.**    *Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters*

The information required by this Item is incorporated herein by reference to the information that will be contained in our proxy statement related to the 2023 Annual Meeting of Stockholders, which we intend to file with the Securities and Exchange Commission within 120 days of the end of our fiscal year pursuant to General Instruction G(3) of Form 10-K.

**Item 13.**    *Certain Relationships and Related Transactions, and Director Independence*

The information required by this Item is incorporated herein by reference to the information that will be contained in our proxy statement related to the 2023 Annual Meeting of Stockholders, which we intend to file with the Securities and Exchange Commission within 120 days of the end of our fiscal year pursuant to General Instruction G(3) of Form 10-K.

**Item 14.**    *Principal Accounting Fees and Services*

Our independent registered public accounting firm is KPMG LLP, Boston, Massachusetts, Auditor Firm ID: 185.

All other information required by this Item is incorporated herein by reference to the information that will be contained in our proxy statement related to the 2023 Annual Meeting of Stockholders, which we intend to file with the Securities and Exchange Commission within 120 days of the end of our fiscal year pursuant to General Instruction G(3) of Form 10-K.

**PART IV**

**Item 15.**       *Exhibits and Financial Statement Schedules*

(a) 1. *Consolidated Financial Statements*

The consolidated financial statements are listed under Item 8 of this Annual Report on Form 10-K.

2. *Financial Statement Schedules*

The financial statement schedules required under this Item and Item 8 are omitted because they are not applicable, or the required information is shown in the consolidated financial statements or the footnotes thereto.

3. *Exhibits*

The exhibits are listed below under Part IV Item 15(b).

(b) Exhibits

| Exhibit No. | Description |
| --- | --- |
| 3.1 | Amended and Restated Certificate of Incorporation of Antigenics Inc. Filed as Exhibit 3.1 to our Current Report on Form 8-K (File No. 0-29089) filed on June 10, 2002 and incorporated herein by reference. |
| 3.1.1 | Certificate of Amendment to the Amended and Restated Certificate of Incorporation of Antigenics Inc. Filed as Exhibit 3.1 to our Current Report on Form 8-K (File No. 0-29089) filed on June 11, 2007 and incorporated herein by reference. |
| 3.1.2 | Certificate of Ownership and Merger changing the name of the corporation to Agenus Inc. Filed as Exhibit 3.1 to our Current Report on Form 8-K (File No. 0-29089) filed on January 6, 2011 and incorporated herein by reference. |
| 3.1.3 | Certificate of Second Amendment to the Amended and Restated Certificate of Incorporation of Agenus Inc. Filed as Exhibit 3.1 to our Current Report on Form 8-K (File No. 0-29089) filed on September 30, 2011 and incorporated herein by reference. |
| 3.1.4 | Certificate of Third Amendment to the Amended and Restated Certificate of Incorporation of Agenus Inc.  Filed as Exhibit 3.1.4 to our Quarterly Report on Form 10-Q (File No. 0-29089) for the quarter ended June 30, 2012 and incorporated herein by reference. |
| 3.1.5 | Certificate of Fourth Amendment to the Amended and Restated Certificate of Incorporation of Agenus Inc.  Filed as Exhibit 3.1 to our Current Report on Form 8-K (File No. 0-29089) filed on April 25, 2014 and incorporated herein by reference. |
| 3.1.6 | Certificate of Fifth Amendment to the Amended and Restated Certificate of Incorporation of Agenus Inc.  Filed as Exhibit 3.1 to our Current Report on Form 8-K (File No. 0-29089) filed on June 16, 2016 and incorporated herein by reference. |
| 3.1.7 | Certificate of Sixth Amendment to the Amended and Restated Certificate of Incorporation of Agenus Inc.  Filed as Exhibit 3.1 to our Current Report on Form 8-K (File No. 0-29089) filed on June 24, 2019 and incorporated herein by reference. |
| 3.1.8 | Certificate of Seventh Amendment to the Amended and Restated Certificate of Incorporation of Agenus Inc.  Filed as Exhibit 3.1 to our Current Report on Form 8-K (File No. 0-29089) filed on August 5, 2022 and incorporated herein by reference. |
| 3.2 | Sixth Amended and Restated By-laws of Agenus Inc. Filed as Exhibit 3.1 to our Current Report on Form 8-K (File No. 0-29089) filed on March 25, 2022 and incorporated herein by reference. |
| 3.3 | Certificate of Designations, Preferences and Rights of the Series A-1 Convertible Preferred Stock of Agenus Inc. Filed as Exhibit 3.1 to our Current Report on Form 8-K (File No. 0-29089) filed on February 5, 2013 and incorporated herein by reference. |
| 3.4 | Form of Certificate of Designation of Preferences, Rights and Limitations of Series C-1 Convertible Preferred Stock. Filed as Exhibit 3.1 to our Current Report on Form 8-K (File No. 0-29089) filed on October 11, 2018 and incorporated herein by reference. |

122

| Exhibit No. | Description |
|---|---|
| 4.1 | Form of Common Stock Certificate. Filed as Exhibit 4.1 to our Current Report on Form 8-K (File No. 0-29089) filed on January 6, 2011 and incorporated herein by reference. |
| 4.2 | Securities Exchange Agreement dated as of February 4, 2013 by and between Agenus Inc., and Mr. Brad Kelley. Filed as Exhibit 10.1 to our Current Report on Form 8-K (File No. 0-29089) filed on February 5, 2013 and incorporated herein by reference. |
| 4.3 | Amended and Restated Note Purchase Agreement dated as of February 20, 2015, as amended, by and between Agenus Inc. and the Purchasers listed on Schedule 1.1 thereto. Filed as Exhibit 4.2 to our Quarterly Report on Form 10-Q (File No. 0-29089) for the quarter ended March 31, 2015 and incorporated herein by reference. |
| 4.4 | Form of Senior Subordinated Note under the Amended and Restated Note Purchase Agreement dated as of February 20, 2015, as amended, by and between Agenus Inc. and the Purchasers listed on Schedule 1.1 thereto. Filed as Exhibit 4.3 to our Quarterly Report on Form 10-Q (File No. 0-29089) for the quarter ended March 31, 2015 and incorporated herein by reference. |
| 4.5 | Form of 2022 A Warrant under the Amended and Restated Note Purchase Agreement dated as of February 20, 2015, as amended, by and between Agenus Inc. and the Purchasers listed on Schedule 1.1 thereto. Filed as Exhibit 4.1 to our Current Report on Form 8-K (File No. 0-29089) on December 2, 2022 and incorporated herein by reference. |
| 4.6 | Form of 2022 B Warrant under the Amended and Restated Note Purchase Agreement dated as of February 20, 2015, as amended, by and between Agenus Inc. and the Purchasers listed on Schedule 1.1 thereto. Filed as Exhibit 4.2 to our Current Report on Form 8-K (File No. 0-29089) on December 2, 2022 and incorporated herein by reference. |
| 4.7 | Amendment to Notes and Warrants dated as of March 15, 2017 by and among Agenus Inc. and the Investors listed therein.  Filed as Exhibit 4.27 to our Annual Report on Form 10-K (File No. 0-29089) for the year ended December 31, 2016 and incorporated herein by reference. |
| 4.8 | Amendment to Notes and Warrants dated as of February 18, 2020 by and among Agenus Inc. and the Investors listed therein. Filed as Exhibit 4.7 to our Annual Report on form 10-K (File No. 0-29089) for the year ended December 31, 2019 and incorporated herein by reference. |
| 4.9 | Amendment to Notes, Termination of Warrants and Sale of New Warrants dated as of November 30, 2022 by and among Agenus Inc. and the Investors listed therein. Filed herewith. |
| 4.10 | Form of Indenture. Filed as Exhibit 4.1 to our Registration Statement on Form S-3 (File No. 333-221008) and incorporated herein by reference. |
| 4.11 | Royalty Purchase Agreement dated January 6, 2018, by and among Antigenics LLC, Healthcare Royalty Partners III, L.P. and certain of its affiliates. Filed as Exhibit 4.1 to our Quarterly Report on Form 10-Q (File No. 0-29089) for the quarter ended March 31, 2018 and incorporated herein by reference. |
| 4.11.1 | Amendment No. 1 to Royalty Purchase Agreement, dated June 22, 2021, by and among Antigenics LLC, Healthcare Royalty Partners III, L.P. and certain of its affiliates. Filed as Exhibit 10.2 to our Quarterly Report on Form 10-Q (File No. 0-29089) for the quarter ended June 30, 2021 and incorporated herein by reference. |
| 4.12 | Royalty Purchase Agreement dated September 20, 2018, by and among Agenus Inc., Agenus Royalty Fund, LLC and XOMA (US) LLC. Filed as Exhibit 4.1 to our Quarterly Report on Form 10-Q (File No. 0-29089) for the quarter ended September 30, 2018 and incorporated herein by reference. |
| 4.13 | Description of Securities. Filed as Exhibit 4.12 to our Annual Report on form 10-K (File No. 0-29089) for the year ended December 31, 2019 and incorporated herein by reference. |

### Employment Agreements and Compensation Plans

| | |
|---|---|
| 10.1* | Agenus Inc. Amended and Restated 2009 Equity Incentive Plan. Filed as Exhibit 10.1 to our Current Report on Form 8-K (File No. 0-29089) filed on June 16, 2016 and incorporated herein by reference. |
| 10.1.1* | Form of Restricted Stock Award Agreement for the Agenus Inc. Amended and Restated 2009 Equity Incentive Plan. Filed as Exhibit 10.2 to our Current Report on Form 8-K (File No. 0-29089) filed on June 15, 2009 and incorporated herein by reference. |

123

| Exhibit No. | Description |
| --- | --- |
| 10.1.2* | Form of Restricted Stock Unit Agreement for the Agenus Inc. Amended and Restated 2009 Equity Incentive Plan. Filed as Exhibit 10.2 to our Current Report on Form 8-K (File No. 0-29089) filed on June 30, 2015 and incorporated herein by reference. |
| 10.1.3* | Form of Stock Option Agreement for the Agenus Inc. Amended and Restated 2009 Equity Incentive Plan. Filed as Exhibit 10.3 to our Current Report on Form 8-K (File No. 0-29089) filed on June 15, 2009 and incorporated herein by reference. |
| 10.2 | Agenus Inc. Amended and Restated Directors' Deferred Compensation Plan.  Filed as Appendix B to our Definitive Proxy Statement on Schedule 14A filed on April 26, 2018 and incorporated herein by reference. |
| 10.2.1 | Amendment to Agenus Amended and Restated Directors' Deferred Compensation Plan. Filed as Appendix A to our Definitive Proxy Statement on Schedule 14A filed on April 28, 2020 and incorporated herein by reference. |
| 10.2.2 | Amendment to Agenus Amended and Restated Directors' Deferred Compensation Plan. Filed as Appendix A to our Definitive Proxy Statement on Schedule 14A filed on April 29, 2022 and incorporated herein by reference. |
| 10.3* | Amended and Restated Executive Change-in-Control Plan applicable to Christine M. Klaskin. Filed as Exhibit 10.1 to our Current Report on Form 8-K (File No. 0-29089) filed on November 3, 2010 and incorporated herein by reference. |
| 10.3.1* | Modification of Rights in the Event of a Change of Control, dated as of June 14, 2012, by and between Agenus Inc. and Christine Klaskin. Filed as Exhibit 10.1 to our Quarterly Report on Form 10-Q (File No. 0-29089) for the quarter ended June 30, 2012 and incorporated herein by reference. |
| 10.4* | 2004 Executive Incentive Plan, as amended. Filed as Exhibit 10.1 to our Current Report on Form 8-K (File No. 0-29089) filed on January 27, 2011 and incorporated herein by reference. |
| 10.4.1* | Agenus Inc. 2016 Executive Incentive Plan. Filed as Exhibit 10.2 to our Current Report on Form 8-K (File No. 0-29089) filed on June 16, 2016 and incorporated herein by reference. |
| 10.5* | Employment Agreement dated December 1, 2005 between Agenus Inc. and Garo Armen. Filed as Exhibit 10.1 to our Current Report on Form 8-K (File No. 0-29089) filed on December 7, 2005 and incorporated herein by reference. |
| 10.5.1* | First Amendment to Employment Agreement dated July 2, 2009 between Agenus Inc. and Garo Armen. Filed as Exhibit 10.1 to our Quarterly Report on Form 10-Q (File No. 0-29089) for the quarter ended September 30, 2009 and incorporated herein by reference. |
| 10.5.2* | Second Amendment to Employment Agreement dated December 15, 2010 between Agenus Inc. and Garo Armen. Filed as Exhibit 10.12.2 to our Annual Report on Form 10-K (File No. 0-29089) for the year ended December 31, 2010 and incorporated herein by reference. |
| 10.6* | Agenus Inc. 2015 Inducement Equity Plan. Filed as Exhibit 4.14 to our Registration Statement on Form S-8 (File No. 333-209074) filed on January 21, 2016 and incorporated herein by reference. |
| 10.6.1* | Form of Stock Option Agreement for the Agenus Inc. 2015 Inducement Equity Plan. Filed as Exhibit 4.15 to our Registration Statement on Form S-8 (File No. 333-209074) filed on January 21, 2016 and incorporated herein by reference. |
| 10.6.2* | Form of Restricted Stock Award Agreement for the Agenus Inc. 2015 Inducement Equity Plan. Filed as Exhibit 4.16 to our Registration Statement on Form S-8 (File No. 333-209074) filed on January 21, 2016 and incorporated herein by reference. |
| 10.6.3* | Form of Restricted Stock Unit Agreement for the Agenus Inc. 2015 Inducement Equity Plan. Filed as Exhibit 4.17 to our Registration Statement on Form S-8 (File No. 333-209074) filed on January 21, 2016 and incorporated herein by reference. |
| 10.7 | Agenus Inc. 2019 Employee Stock Purchase Plan. Filed as Exhibit 4.11 to our Registration Statement on Form S-8 (File No. 333-233100) filed on August 7, 2019 and incorporated herein by reference. |
| 10.7.1 | Amendment to the Agenus Inc. 2019 Employee Stock Purchase Plan. Filed as Appendix B to our Definitive Proxy Statement on Schedule 14A filed on April 30, 2021 and incorporated herein by reference. |
| 10.8* | Agenus Inc. Amended and Restated 2019 Equity Incentive Plan. Filed as Appendix B to our Definitive Proxy Statement on Schedule 14A filed on April 29, 2022 and incorporated herein by reference. |

124

| Exhibit No. | Description |
|---|---|
| 10.8.1* | Form of Incentive Stock Option Agreement for the Agenus Inc. 2019 Equity Incentive Plan. Filed as Exhibit 10.10.1 to our Annual Report on form 10-K (File No. 0-29089) for the year ended December 31, 2019 and incorporated herein by reference. |
| 10.8.2* | Form of Non-Qualified Stock Option Agreement for the Agenus Inc. 2019 Equity Incentive Plan. Filed as Exhibit 10.10.2 to our Annual Report on form 10-K (File No. 0-29089) for the year ended December 31, 2019 and incorporated herein by reference. |
| 10.8.3* | Form of Restricted Stock Unit Award Agreement for the Agenus Inc. 2019 Equity Incentive Plan. Filed as Exhibit 10.10.3 to our Annual Report on form 10-K (File No. 0-29089) for the year ended December 31, 2019 and incorporated herein by reference. |
| 10.9* | Consulting Agreement dated January 1, 2020 between Agenus Inc. and Brian Corvese. Filed as Exhibit 4.2 to our Quarterly Report on Form 10-Q (File No. 0-29089) for the quarter ended March 31, 2020 and incorporated herein by reference. |
| 10.9.1* | Amendment to Consulting Agreement between Agenus Inc. and Brian Corvese, dated January 1, 2022. Filed as Exhibit 10.11.1 to our Annual Report on form 10-K (File No. 0-29089) for the year ended December 31, 2021 and incorporated herein by reference. |
| 10.10* | Executive Employment Agreement dated October 27, 2020 between Agenus Inc. and Steven O'Day. Filed as Exhibit 10.1 to our Quarterly Report on Form 10-Q (File No. 0-29089) filed on May 10, 2022 and incorporated herein by reference. |

**License and Collaboration Agreements**

| Exhibit No. | Description |
|---|---|
| 10.11(1) | License Agreement by and between Agenus Inc. and GlaxoSmithKline Biologicals SA dated July 6, 2006. Filed as Exhibit 10.1 to our Quarterly Report on Form 10-Q (File No. 0-29089) for the quarter ended June 30, 2006 and incorporated herein by reference. |
| 10.12(1) | Amended and Restated Manufacturing Technology Transfer and Supply Agreement by and between Agenus Inc. and GlaxoSmithKline Biologicals SA dated January 19, 2009. Filed as Exhibit 10.1 to our Quarterly Report on Form 10-Q (File No. 0-29089) for the quarter ended March 31, 2009 and incorporated herein by reference. |
| 10.13(1) | First Right to Negotiate and Amendment Agreement between Agenus Inc., Antigenics LLC and GlaxoSmithKline Biologicals SA, dated March 2, 2012. Filed as Exhibit 10.1 to our Quarterly Report on Form 10-Q (File No. 0-29089) for the quarter ended March 31, 2012 and incorporated herein by reference. |
| 10.14(1) | License Agreement dated as of December 5, 2014 by and between 4-Antibody AG, a limited liability company organized under the laws of Switzerland (and wholly-owned subsidiary of Agenus Inc.) and Ludwig Institute for Cancer Research Ltd. Filed as Exhibit 10.21 to our Annual Report on Form 10-K (File No. 0-29089) for the year ended December 31, 2014 and incorporated herein by reference. |
| 10.15.1(1) | License, Development and Commercialization Agreement dated as of January 9, 2015 by and among Agenus Inc., 4-Antibody AG, a limited liability company organized under the laws of Switzerland (and wholly-owned subsidiary of Agenus Inc.), Incyte Corporation and Incyte Europe Sarl, a Swiss limited liability company (and wholly-owned subsidiary of Incyte Corporation). Filed as Exhibit 10.22 to our Annual Report on Form 10-K (File No. 0-29089) for the year ended December 31, 2014 and incorporated herein by reference. |
| 10.15.2(1) | First Amendment to License, Development and Commercialization Agreement dated as of February 14, 2017 by and among Agenus Inc., Agenus Switzerland Inc. (f/k/a 4-Antibody AG) and Incyte Europe Sarl. Filed as Exhibit 10.1 to our Quarterly Report on Form 10-Q (File No. 0-29089) for the quarter ended March 31, 2017 and incorporated herein by reference. |
| 10.16(1) | License Agreement dated March 19, 2013, as amended, by and between the University of Virginia Patent Foundation d/b/a University of Virginia Licensing and Ventures Group and Agenus Inc. (as successor by merger to PhosImmune Inc.). Filed as Exhibit 10.24 to our Annual Report on Form 10-K (File No. 0-29089) for the year ended December 31, 2015 and incorporated herein by reference. |
| 10.17(1) | License Agreement dated as of January 25, 2016 by and among Agenus Inc., 4-Antibody AG, a limited liability company organized under the laws of Switzerland (and wholly-owned subsidiary of Agenus Inc.), and Ludwig Institute for Cancer Research Ltd. Filed as Exhibit 10.25 to our Annual Report on Form 10-K (File No. 0-29089) for the year ended December 31, 2015 and incorporated herein by reference. |

| Exhibit No. | Description |
| --- | --- |
| 10.18(1) | Development and Manufacturing Services Agreement dated April 14, 2017 by and between Agenus Inc. and CMC ICOS Biologics, Inc. Filed as Exhibit 10.1 to our Quarterly Report on Form 10-Q (File No. 0-29089) for the quarter ended June 30, 2017 and incorporated herein by reference. |
| 10.19(1) | License Agreement dated December 20, 2018, by and between Agenus Inc. and Gilead Sciences, Inc. Filed as Exhibit 10.25 to our Annual Report on Form 10-K (File No. 0-29089) for the year ended December 31, 2018 and incorporated herein by reference. |
| 10.20(1) | Option and License Agreement (AGEN1223) dated December 20, 2018, by and between Agenus Inc. and Gilead Sciences, Inc. Filed as Exhibit 10.26 to our Annual Report on Form 10-K (File No. 0-29089) for the year ended December 31, 2018 and incorporated herein by reference. |
| 10.21(1) | Option and License Agreement (AGEN2373) dated December 20, 2018, by and between Agenus Inc. and Gilead Sciences, Inc. Filed as Exhibit 10.27 to our Annual Report on Form 10-K (File No. 0-29089) for the year ended December 31, 2018 and incorporated herein by reference. |
| 10.22(1) | License and Collaboration Agreement, dated as of June 20, 2020, by and between Agenus Inc. and Betta Pharmaceuticals Co., Ltd. Filed as Exhibit 10.1 to our Quarterly Report on Form 10-Q (File No. 0-29089) for the quarter ended June 30, 2020 and incorporated herein by reference. |
| 10.23(1) | License, Development and Commercialization Agreement, dated May 17, 2021, by and among Agenus Inc. and Bristol Myers Squibb Company. Filed as Exhibit 10.1 to our Quarterly Report on Form 10-Q (File No. 0-29089) for the quarter ended June 30, 2021 and incorporated herein by reference. |

### Real Estate Leases

| Exhibit No. | Description |
| --- | --- |
| 10.24 | Lease of Premises at 3 Forbes Road, Lexington, Massachusetts dated as of December 6, 2002 from BHX, LLC, as Trustee of 3 Forbes Realty Trust, to Agenus Inc. Filed as Exhibit 10.1 to our Current Report on Form 8-K (File No. 0-29089) filed on January 8, 2003 and incorporated herein by reference. |
| 10.24.1 | First Amendment of Lease dated as of August 15, 2003 from BHX, LLC, as trustee of 3 Forbes Road Realty, to Agenus Inc. Filed as Exhibit 10.1 to our Quarterly Report on Form 10-Q (File No. 0-29089) for the quarter ended March 31, 2004 and incorporated herein by reference. |
| 10.24.2 | Second Amendment of Lease dated as of March 7, 2007 from BHX, LLC as trustee of 3 Forbes Road Realty, to Agenus Inc. Filed as Exhibit 10.1 to our Quarterly Report on Form 10-Q (File No. 0-29089) for the quarter ended March 31, 2007 and incorporated herein by reference. |
| 10.24.3 | Third Amendment to Lease dated April 23, 2008 between TBCI, LLC, as successor to BHX, LLC, as Trustee of 3 Forbes Road Realty Trust, and Agenus Inc. Filed as Exhibit 10.2 to our Quarterly Report on Form 10-Q (File No. 0-29089) for the quarter ended June 30, 2008 and incorporated herein by reference. |
| 10.24.4 | Fourth Amendment to Lease dated September 30, 2008 between TBCI, LLC, as successor to BHX, LLC, as Trustee of 3 Forbes Road Realty Trust, and Agenus Inc. Filed as Exhibit 10.2 to our Quarterly Report on Form 10-Q (File No. 0-29089) for the quarter ended September 30, 2008 and incorporated herein by reference. |
| 10.24.5 | Fifth Amendment to Lease dated April 11, 2011 between TBCI, LLC, as successor to BHX, LLC, as Trustee of 3 Forbes Road Realty Trust, and Agenus Inc. Filed as Exhibit 10.3 to our Quarterly Report on Form 10-Q (File No. 0-29089) for the quarter ended March 31, 2011 and incorporated herein by reference. |
| 10.25 | Office Lease by and between Bay Center Investor LLC and Agenus Inc. dated November 25, 2020. Filed as Exhibit 10.1 to our Current Report on Form 8-K (File No. 0-29089) filed on November 25, 2020 and incorporated herein by reference. |

### Sales Agreement

| Exhibit No. | Description |
| --- | --- |
| 10.26 | At Market Issuance Sales Agreement dated July 22, 2020 by and between Agenus Inc. and B. Riley FBR, Inc. Filed as Exhibit 1.2 to our Registration Statement on Form S-3ASR (File No. 333-240006) on July 22, 2020 and incorporated herein by reference. |
| 21.1 | Subsidiaries of Agenus Inc. Filed herewith. |
| 23.1 | Consent of KPMG LLP, independent registered public accounting firm. Filed herewith. |

126

| Exhibit No. | Description |
|---|---|
| 31.1 | Certification of Chief Executive Officer pursuant to Rules 13a-14(a) and 15d-14(a) under the Securities Exchange Act of 1934, as amended. Filed herewith. |
| 31.2 | Certification of Principal Financial Officer pursuant to Rules 13a-14(a) and 15d-14(a) under the Securities Exchange Act of 1934, as amended. Filed herewith. |
| 32.1 | Certification of Chief Executive Officer and Principal Financial Officer pursuant to 18 U.S.C. Section 1350 as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. Submitted herewith. |
| 101.INS | XBRL Instance Document (the instance document does not appear in the Interactive Data File because its XBRL tags are embedded within the Inline XBRL document) |
| 101.SCH | Inline XBRL Taxonomy Extension Schema Document |
| 101.CAL | Inline XBRL Taxonomy Extension Calculation Linkbase Document |
| 101.DEF | Inline XBRL Taxonomy Extension Definition Linkbase Document |
| 101.LAB | Inline XBRL Taxonomy Extension Label Linkbase Document |
| 101.PRE | Inline XBRL Taxonomy Extension Presentation Linkbase Document |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document) |

\* Indicates a management contract or compensatory plan.

(1)    Certain confidential material contained in the document has been omitted and filed separately with the Securities and Exchange Commission pursuant to Rule 406 of the Securities Act or Rule 24b-2 of the Securities Exchange Act.

**Item 16.**    *Form 10-K Summary*

None.

127

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

AGENUS INC.

By:                    /s/    GARO H. ARMEN, PH.D.

**Garo H. Armen, Ph.D.**

*Chief Executive Officer and*

*Chairman of the Board*

Dated: March 16, 2023

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /S/   GARO H. ARMEN, PH.D. <br> **Garo H. Armen, Ph.D.** | Chief Executive Officer and Chairman of the Board of Directors <br> (Principal Executive Officer) | March 16, 2023 |
| /S/   CHRISTINE M. KLASKIN <br> **Christine M. Klaskin** | Vice President Finance <br> (Principal Financial and Accounting Officer) | March 16, 2023 |
| /S/   BRIAN CORVESE <br> **Brian Corvese** | Director | March 16, 2023 |
| /S/   SUSAN HIRSCH <br> **Susan Hirsch** | Director | March 16, 2023 |
| /S/   ALLISON JEYNES-ELLIS <br> **Allison Jeynes-Ellis** | Director | March 16, 2023 |
| /S/   ULF WIINBERG <br> **Ulf Wiinberg** | Director | March 16, 2023 |
| /S/   TIMOTHY R. WRIGHT <br> **Timothy R. Wright** | Director | March 16, 2023 |

128

Exhibit 4.9

## AMENDMENT TO NOTES, TERMINATION OF WARRANTS AND SALE OF NEW WARRANTS

This Amendment to Notes, Termination of Warrants and Sale of New Warrants (this "**Amendment**") is entered into this 30th day of November 2022 by and between (a) Agenus Inc., a Delaware corporation, having an address at 3 Forbes Road, Lexington, MA 02421 (the "**Borrower**"), and (b) Mark Berg and Nicole Berg, Nicky V LLC and MSB Research Inc. (collectively, the "**Signing Purchasers**").

## WITNESSETH

WHEREAS, the Borrower and the Required Purchases (as defined below) are parties to that certain Amended and Restated Note Purchase Agreement dated February 20, 2015, as amended (the "**2015 Purchase Agreement**"), pursuant to which the Borrower issued to the Purchasers, among other things, 8% senior subordinated notes that mature on February 20, 2022 (the "**2015 Notes**"), warrants to purchase an aggregate of 1,400,000 shares of Borrower common stock at a price of $5.10 per share that expire on February 20, 2023 (the "**2015 Warrants**") and warrants to purchase an aggregate of 650,000 shares of Borrower common stock at a price of $4.48 per share that expire on February 18, 2025 (the "**2020 Warrants**");

WHEREAS, the parties now wish to (i) extend the term of the 2015 Notes by two years from February 20, 2023 to February 20, 2025, (ii) cancel the 2015 Warrants and the 2020 Warrants and (ii) issue new Warrants to the Purchasers as set forth herein; and

WHEREAS, Section 5.13(a) of the 2015 Purchase Agreement provides that the 2015 Notes, 2015 Warrants and 2020 Warrants may be amended or terminated by the Purchasers of Notes (as defined therein) representing at least a majority of the aggregate principal amount outstanding under all of the 2015 Notes (the "**Required Purchasers**"), and the undersigned Signing Purchasers constitute the Required Purchasers.

NOW, THEREFORE, the parties hereby agree as follows:

1.      Defined Terms. Terms used, but not defined here, shall have the meaning assigned such terms in the 2015 Purchase Agreement.

2.      Termination of 2015 Warrants and Termination of 2020 Warrants.  The 2015 Warrants and the 2020 Warrants are hereby terminated in their entirety.

3.      Amendment to 2015 Notes.  The maturity date for each of the 2015 Notes is hereby extended by two years from February 20, 2023 to February 20, 2025.

4.      No other Amendments.  The parties acknowledge and agree that, except as set forth in this Amendment, the 2015 Notes shall remain in full force and effect.

Exhibit 4.9

5.      New Warrants.  In consideration of the amendments hereunder, the Borrower shall issue to the Purchasers warrants to purchase that number of shares of Common Stock of the Borrower (collectively, the "**2022 Warrants**") in accordance with such Purchaser's individual allocation set forth opposite such Purchaser's name on Schedule 1 under the headings "Allocation of 2022 A Warrants" and "Allocation of 2022 B Warrants" which warrants shall be in the form attached hereto as Exhibits IA and IB.  The 2022 Warrants are deemed to be issued by, and governed in accordance with, the Purchase Agreement as if they are Warrants issued thereunder.

6.      Governing Law.  This Amendment shall be governed by and construed in accordance with the laws of the State of New York irrespective of any conflicts of law principles thereof.

7.      Counterparts.  This Amendment may be executed in counterparts, which, when taken together, shall constitute one agreement. If any signature is delivered by facsimile transmission or by e-mail delivery of a ".pdf" format data file, such signature shall create a valid and binding obligation of the party executing (or on whose behalf such signature is executed) with the same force and effect as if such facsimile or ".pdf" signature page were an original thereof.

*[Signature Page Follows]*

Exhibit 4.9

IN WITNESS WHEREOF, the parties hereto have caused this Amendment to be duly executed by their respective authorized officers as of the day and year first above written.

**BORROWER**:

AGENUS INC.


By:  /s/ Garo H. Armen
    Name:  Garo H. Armen
    Title:   Chairman and CEO


**PURCHASERS**:


/s/ Mark Berg  /s/ Nicole Berg
Mark Berg and Nicole Berg


NICKY V LLC


By:  /s/ Nicole Berg
    Name:  Nicole Berg
    Title:   Owner


MSB RESEARCH INC.


By:  /s/ Mark Berg
    Name:  Mark Berg
    Title:   President

EXHIBIT 21.1

SUBSIDIARIES OF AGENUS INC.

Antigenics LLC., a Delaware limited liability company and a wholly-owned subsidiary of Agenus Inc.

Agenus Royalty Fund, LLC, a Delaware limited liability company and a wholly-owned subsidiary of Agenus Inc.

Agenus Switzerland Inc., a joint stock company organized under the laws of Switzerland formerly known as 4-Antibody AG, and a wholly-owned subsidiary of Agenus Inc.

Agenus West, LLC, a Delaware limited liability company and a wholly-owned subsidiary of Agenus Inc.

Agenus UK Limited, a private limited company organized under the laws of England and Wales and a wholly-owned subsidiary of Agenus Inc.

SaponiQx, Inc., a Delaware corporation and a majority-owned subsidiary of Agenus Inc.

MiNK Therapeutics, Inc., a Delaware corporation and a majority-owned subsidiary of Agenus Inc.

AgenTus Therapeutics Limited, a private limited company organized under the laws of England and Wales and a wholly-owned subsidiary of MiNK Therapeutics, Inc.

AgenTus Therapeutics SA, a company organized under the laws of Belgium and a wholly-owned subsidiary of AgenTus Therapeutics, Inc.

**Exhibit 23.1**

**Consent of Independent Registered Public Accounting Firm**

The Board of Directors
Agenus Inc.:

We consent to the incorporation by reference in the registration statements (Nos. 333-40440, 333-40442, 333-50434, 333-69580, 333-106072, 333-115984, 333-143807, 333-143808, 333-151745, 333-160084, 333-160087, 333-160088, 333-176609, 333-183066, 333-183067, 333-189926, 333-195851, 333-209074, 333-212889, 333-228271, 333-233097, 333-233100 and 333-266790) on Form S-8 and (Nos. 333-163221, 333-189534, 333-195852, 333-203807, 333-206513, 333-208135, 333-208890, 333-209749, 333-209941, 333-215640, 333-221465, 333-222670, 333-228273, 333-234333, 333-240006, 333-261032 and 333-268988) on Form S-3 of Agenus Inc. of our reports dated March 16, 2023, with respect to the consolidated financial statements of Agenus Inc. and the effectiveness of internal control over financial reporting.

/s/ KPMG LLP

Boston, Massachusetts
March 16, 2023

**Exhibit 31.1**

Certification Pursuant to Rules 13a-14(a) and 15d-14(a) under the Securities Exchange Act of 1934, as amended

I, Garo H. Armen, certify that:

1. I have reviewed this Annual Report on Form 10-K of Agenus Inc.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the Registrant as of, and for, the periods presented in this report;

4. The Registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the Registrant and have:

    a. designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the Registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    b. designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with U.S. generally accepted accounting principles;

    c. evaluated the effectiveness of the Registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    d. disclosed in this report any change in the Registrant's internal control over financial reporting that occurred during the Registrant's most recent fiscal quarter (the Registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the Registrant's internal control over financial reporting; and

5. The Registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the Registrant's auditors and the audit committee of the Registrant's board of directors (or persons performing the equivalent function):

    a. all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the Registrant's ability to record, process, summarize and report financial information; and

    b. any fraud, whether or not material, that involves management or other employees who have a significant role in the Registrant's internal control over financial reporting.

Date:    March 16, 2023

/s/ GARO H. ARMEN, PH.D.

**Garo H. Armen, Ph.D.**
**Chief Executive Officer and Principal Executive Officer**

**Exhibit 31.2**

Certification Pursuant to Rules 13a-14(a) and 15d-14(a) under the Securities Exchange Act of 1934, as amended

I, Christine M. Klaskin, certify that:

1.   I have reviewed this Annual Report on Form 10-K of Agenus Inc.;

2.   Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.   Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the Registrant as of, and for, the periods presented in this report;

4.   The Registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the Registrant and have:

   a.   designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the Registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   b.   designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with U.S. generally accepted accounting principles;

   c.   evaluated the effectiveness of the Registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   d.   disclosed in this report any change in the Registrant's internal control over financial reporting that occurred during the Registrant's most recent fiscal quarter (the Registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the Registrant's internal control over financial reporting; and

5.   The Registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the Registrant's auditors and the audit committee of the Registrant's board of directors (or persons performing the equivalent function):

   a.   all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the Registrant's ability to record, process, summarize and report financial information; and

   b.   any fraud, whether or not material, that involves management or other employees who have a significant role in the Registrant's internal control over financial reporting.

Date:    March 16, 2023

/s/ CHRISTINE M. KLASKIN

**Christine M. Klaskin**
**VP, Finance and Principal Financial Officer**

**Exhibit 32.1**

Certification
Pursuant to 18 U.S.C. Section 1350,
As Adopted Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002

In connection with the Annual Report on Form 10-K of Agenus Inc. (the "Company") for the year ended December 31, 2022 as filed with the Securities and Exchange Commission on the date hereof (the "Report"), each of the undersigned to his/her knowledge hereby certifies, pursuant to 18 U.S.C. Section 1350, that:

(i)     The Report fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended; and

(ii)    The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

/s/ GARO H. ARMEN, PH.D.
**Garo H. Armen, Ph.D.**
**Chief Executive Officer and Principal Executive Officer**

/s/ CHRISTINE M. KLASKIN
**Christine M. Klaskin**
**VP, Finance and Principal Financial Officer**

Date: March 16, 2023

A signed original of this written statement required by Section 906 has been provided to the Company and will be retained by the Company and furnished to the Securities and Exchange Commission or its staff upon request.

The foregoing certification is being furnished to the Securities and Exchange Commission as an exhibit to the Annual Report on Form 10-K for the year ended December 31, 2022 and should not be considered filed as part of the Annual Report on Form 10-K.