# EXHIBIT 2

GASTROINTESTINAL CANCER—COLORECTAL AND ANAL

# Immunotherapy for Microsatellite Stable Colorectal Cancers: Challenges and Novel Therapeutic Avenues

Ibrahim Halil Sahin, MD[1]; Kristen K. Ciombor, MD, MSc[2]; Luis A. Diaz, MD[3]; James Yu, MD[4]; and Richard Kim, MD[1]

Downloaded from ascopubs.org by 170.85.72.185 on April 3, 2025 from 170.085.072.185
Copyright © 2025 American Society of Clinical Oncology. All rights reserved.

overview

**With the development of immune checkpoint inhibitors, immunotherapy researchers have facilitated substantial progress for patients with mismatch repair deficient/microsatellite instability-high colorectal cancer, which has led to practice changes at a head-spinning pace. However, this benefit has not been translated into microsatellite stable colorectal cancer, which carries the hallmarks of chromosomal instability. So far, clinical trials have not shown any substantial clinical benefits of immune checkpoint inhibitor therapy for patients with microsatellite stable colorectal cancer, which has been disappointing. Recently, combinations of immune checkpoint inhibitors with tyrosine kinase inhibitors and targeted therapies have been investigated for potential synergistic effects that may increase antitumor activity in the tumor microenvironment and achieve more substantial clinical and radiologic responses. In this article, we discuss the current state of the science for the use of immune checkpoint inhibitors in microsatellite stable colorectal cancers, and we review the molecular underpinnings of inherited physiologic barriers for the delivery of effective immunotherapy. We also elaborate on existing therapeutic opportunities to convert microsatellite stable colorectal cancer into an "immune hot" cancer, which may define the future treatment paradigm of colorectal cancer for which there is a great unmet need.**

Author affiliations and support information (if applicable) appear at the end of this article.

**Accepted on March 17, 2022, and published at ascopubs.org on June 3, 2022: DOI https://doi.org/10.1200/EDBK_349811**

Colorectal cancer, with its increasing incidence in young adults, remains the most common gastrointestinal cancer and the third leading cause of cancer-related death in both sexes.[1] Over the last 2 decades, the management of locoregional and advanced-stage colorectal cancer has improved greatly, leading to substantial improvement in survival outcomes, particularly for patients with metastatic disease. A multidisciplinary approach, with the implementation of new therapeutic agents into a fluoropyrimidine chemotherapy backbone and discovery of actionable genomic alterations with targeted agents, has achieved substantial improvement in outcomes for patients with metastatic colorectal cancer.[2] Yet at this time, the average expected overall survival for patients with metastatic colorectal cancer is approximately 30 months,[3,4] indicating that there is great unmet need in its management, particularly for those with microsatellite stable (MSS) colorectal cancer. So far, several studies have shown limited to no clinical activity with immune checkpoint inhibitors, largely as a result of MSS colorectal cancer being an "immune cold" tumor.

Immunotherapy—particularly immune checkpoint in-hibitor therapy—has revolutionized the management of several solid tumors, leading to rapid changes in treatment algorithms in the last decade.[5] Immune checkpoint blockade has also resulted in dramatic improvement in the treatment of microsatellite instability-high (MSI-H) colorectal cancer, with deep and durable responses.[6] The MSI-H type of colorectal cancer is highly enriched with neoantigens because of the hypermutable status in the setting of microsatellite instability. On the contrary, MSS colorectal cancer carries characteristics of chromosomal instability, in which aberration occurs at the larger scale of the genomic structure, with lower tumor mutation burden and neoantigen generation.[7] Although this hypothetical theory may explain, in part, the distinct clinical response to immune checkpoint inhibitors of these two subgroups of colorectal cancer, the "immune cold" biology of MSS colorectal cancer may be driven by several molecular factors that play a role in the biologic background of immunotherapy resistance. In this article, we discuss these potential biologic barriers and their actionability to enhance antitumor immunity; we also elaborate on therapeutic opportunities using combination approaches of immunotherapy with other biologic agents, as well as chemotherapeutics, to overcome resistance and achieve clinically meaningful response for patients with MSS colorectal cancer.

Immunotherapy for Patients With Microsatellite Stable Colorectal Cancer

Downloaded from ascopubs.org by 170.85.72.185 on April 3, 2025 from 170.085.072.185
Copyright © 2025 American Society of Clinical Oncology. All rights reserved.

## PRACTICAL APPLICATIONS

- Immune checkpoint inhibitor therapy alone has limited efficacy for patients with microsatellite stable colorectal cancer.

- The "immune cold" nature of microsatellite stable colorectal cancer, which is due to its unique tumor microenvironment and oncogenic pathways that abrogate T-cell activity, remains a major barrier to effective immunotherapy.

- Combinations of immunotherapy with chemotherapy and tyrosine kinase inhibitors have resulted in limited clinical efficacy.

- More research should focus on targeting pathways that directly impact the "immune exclusion" process, which reduces effector immune system activity against cancer cells.

## BARRIERS TO EFFICACY OF IMMUNOTHERAPY FOR MSS COLORECTAL CANCER

Colorectal cancer with chromosomal instability is associated with low tumor mutation burden (< 10 mutations per megabase)[7] and lower neoantigen generation.[8,9] Mutation-associated neoantigens are considered to be fundamental elements of tumor-specific immune activation, orchestrated by the adaptive immune system as it recognizes mutation-associated neoantigens and infiltrates tumor-reactive lymphocytes into tumor microenviron-ments. Tumor-infiltrating lymphocytes are highly enriched in MSI-H colorectal cancers, similar to other "immune hot" tumors such as melanoma.[6,10] However, tumor-infiltrating lymphocytes are relatively uncommon in MSS colorectal cancer for multiple reasons, including a lower amount of mutation-associated neoantigens and a tumor microenvironment that reduces tumor-infiltrating lymphocyte infiltration.[10]

The tumor microenvironment of MSS is distinct from its MSI-H counterpart, which is believed to be one of the most important factors that play a role in its resistance to immune checkpoint inhibitor therapy. For example, the MSS colorectal cancer tumor microenvironment hosts more tumor-associated macrophages,[11] which have been associated with poor prognosis in most studies, although there are controversial studies that report their positive impact on survival outcomes.[12,13] Although there is no consensus on their prognostic value, several studies have consistently shown their negative effect on the adaptive immune response, particularly in "immune exclusion."[14] This phenomenon has been well defined in solid tumors.

Notably, a landmark study identified that increased β-catenin activation by melanoma cells results in decreased $CD8\alpha^+$ and $CD103^+$ dendritic cell populations that eliminate T-cell recruitment to the tumor microenvironment; this is known as T-cell exclusion.[15] β-Catenin, which was found to be a driver oncoprotein for "immune exclusion" in melanoma, is a well-known activator of Wnt signaling in colorectal cancer. The APC protein, which regulates the function of β-catenin, is mutated in more than 70% of MSS colorectal cancers.[16] Notably, APC alterations are seen in approximately 20% of patients with MSI-H colorectal cancer, which provides further insight into distinct driver processes in oncogenesis between the "immune hot" and "immune cold" subgroups of colorectal cancer. Consistent with the negative activity of β-catenin activation in melanoma models, increased Wnt/β-catenin activity in colorectal cancer was correlated with a lack of T-cell infiltration in the tumor microenvironment,[17-19] which sheds further light on the lack of clinical activity by immune checkpoint inhibitors in colorectal cancer. A study in The Cancer Genome Atlas database reported that mutations increased by threefold in the β-catenin signaling pathway of non–T-cell–inflamed cancers compared with T-cell–inflamed cancers.[19] It is also important to note that several other alterations, including but not limited to *RNF43*, *Axin 1/2* mutations, and *R spondin* gene fusions, potentiate Wnt/β-catenin signaling in colorectal cancer.[20-22] Although the latter alterations are less frequent than *APC* alterations in colorectal cancer, they also contribute to the Wnt-mediated immune regulatory process.[19] Collectively, this evidence suggests that Wnt/β-catenin signaling may play an important role in the "immune exclusion" process, creating an instrumental barrier for the effectiveness of immunotherapy.

Transforming growth factor-β (TGF-β) is one of the oncogenic pathways that has been associated with the development of colorectal cancer.[23] Activation of this pathway results in the epithelial-mesenchymal transition, and TGF-β–driven colorectal cancer is included in the consensus molecular subgroup 4 (mesenchymal) subgroup based on its genomic profile.[24] The TGF-β signaling pathway has several important roles in immune regulation in the tumor microenvironment. For example, increased TGF-β is associated with increased regulatory T cells in the tumor microenvironment, leading to downregulation of antitumor immunity. The data also support the downregulatory effect of the TGF-β pathway on the activity of natural killer cells, which operate in innate immunity to recognize cancer cells.[25] Most notably, TGF-β activation has been noted in colorectal cancer liver metastasis in which $CD4^+$ and $CD8^+$ T cells are downregulated.[26] Recent studies have repeatedly demonstrated that liver metastasis is inherently resistant to immunotherapy in colorectal cancer and other solid tumors, and increased TGF-β signaling might contribute to the abrogated antitumor immune response in

Samir et al

Downloaded from ascopubs.org by 170.85.72.185 on April 3, 2025 from 170.085.072.185
Copyright © 2025 American Society of Clinical Oncology. All rights reserved.

the liver.[27] Preclinical models of colorectal cancer show that inhibition of the TGF-β pathway with a small-molecule inhibitor results in reduced liver metastasis and a reduced immune-evasion process.[28,29] Therefore, TGF-β may represent one of the molecular pathways that operate as a barrier to the antitumor immune response, thereby impairing the effectiveness of immune checkpoint inhibitor–based therapies.

Alterations in the mitogen-activated protein kinase (MAPK) pathway, including *RAS* and *BRAF* mutations, are relatively common oncogenic events in colorectal cancer. The MAPK pathway is known to be an oncogenic driver and has been linked to the development of several solid tumors, including colorectal cancer. Increasing evidence suggests that MAPK signaling facilitates carcinogenesis and plays an important role in tumor microenvironment differentiation. For example, the *BRAF* V600E mutation has been shown to reduce T-cell infiltration into the tumor microenvironment and abrogate neoantigen presentation on cancer cells.[30,31] Inhibition of BRAF signaling has been shown to reduce myeloid-derived suppressor cells, increase tumor-infiltrating lymphocyte recruitment to the tumor microenvironment, enhance neoantigen presentation on antigen-presenting cells, and collectively enhance the antitumor immune response.[30,32–34] Similarly, activating mutations of *KRAS*, an upstream regulator of BRAF and potent activator of MAPK, may play a role in immune evasion by impairing interferon-mediated antigen presentation and recruitment of effector T cells to the tumor microenvironment.[35,36] In a mouse-model study, the investigators identified *BRAF* and *MYC* oncogenes as mediators of Ras-dependent immune evasion; loss of BRAF activity restored the antitumor immune response.[35] Another preclinical study suggested the *RAS* oncogene induces immune evasion by stabilizing PD-1 RNA and leading to persistent expression of PD-1.[37] A recent preclinical study identified that inhibition of *KRAS* 12C mutation results in improved T-cell infiltration and also works synergistically with immune checkpoint inhibitors.[38] Rapidly growing evidence suggests that the MAPK pathway may also be involved in the immune exclusion process, and that it represents another biologic barrier to successful outcomes with immunotherapy.

### CAN NOVEL IMMUNOTHERAPY COMBINATIONS OVERCOME RESISTANCE OF MSS METASTATIC COLORECTAL CANCER?

Several clinical trials assessing immune checkpoint inhibitor therapy have been designed to overcome resistance and achieve a clinically meaningful response. Single-agent immune checkpoint inhibitors have not shown any important clinical activity (Table 1). Pembrolizumab, a humanized IgG4 anti–PD-1 antibody, has been investigated for patients with MSS colorectal cancer and did not show any clinical signal; no objective responses were seen.[39] An early study of nivolumab in solid tumors included patients with colorectal cancer; one such patient achieved a complete response (1/14; 7.2%).[40] However, this patient was later found to have mismatch repair deficiency. The dose-expansion cohort of this study showed no objective response among 19 patients with colorectal cancer, confirming the lack of response to single checkpoint inhibitors in MSS colorectal cancer.[41] The CheckMate-142 phase II trial investigated nivolumab in combination with ipilimumab, an anti–CTLA-4 antibody, in patients with MSI-H and MSS colorectal cancer. The response in patients with MSS colorectal cancer was dismal; the median progression-free survival (PFS) was 1.4 months, with no clinical signal for this combination of CTLA-4 and PD-1 blockade.[42] The combination of durvalumab, an anti–PD-1 antibody, and tremelimumab, an anti–CTLA-4 antibody, was investigated in the Cancer Trial Group CO.26 study.[43] In this randomized phase II trial, patients were treated with best supportive care or with the durvalumab/tremelimumab combination. The median PFS for the investigational and control arms was only 1.8 and 1.9 months, respectively. Although the investigators reported improved overall survival, the lack of improvement in PFS compared with best supportive care is consistent with the hypothesis that combined PD-1 and CTLA-4 blockade is not sufficient to provoke an important antitumor immune response in MSS metastatic colorectal cancer. Currently, the LAG-3 inhibitor relatlimab is also being investigated in combination with nivolumab for patients with MSS colorectal cancer (NCT03642067). In conclusion, combination approaches with immune checkpoint inhibitors that do not target molecular pathways involved in immune exclusion have limitations. Perhaps efforts should be directed to molecular pathways to enhance T-cell recruitment to the tumor microenvironment, thereby converting MSS colorectal cancer into an "immune hot" tumor that may facilitate its response to immune checkpoint inhibitors.

### LEVERAGING TARGETED THERAPY TO ENHANCE THE EFFICACY OF IMMUNOTHERAPY FOR MSS METASTATIC COLORECTAL CANCER

Recently, there has been interest in strategies to enhance immune infiltration into the tumor microenvironment, to achieve a substantial antitumor immune response in colorectal cancer. The combination of tyrosine kinase inhibitors with immune checkpoint inhibitors has been investigated, based on preclinical data suggesting that tyrosine kinase inhibitors—particularly angiogenesis inhibitors—may decrease tumor-associated macrophages and enhance T-cell infiltration.[44,45] The REGONIVO study, which enrolled patients from Asia, investigated regorafenib in combination with nivolumab for patients with MSS and MSI-H colorectal cancer who had progressed on previous systemic chemotherapy.[46] In this phase Ib study, patients were treated with regorafenib, 80 mg (expansion cohort), along with nivolumab, 3 mg/kg intravenously,

Downloaded from ascopubs.org by 170.85.72.185 on April 3, 2025 from 170.085.072.185
Copyright © 2025 American Society of Clinical Oncology. All rights reserved.

**TABLE 1.** Summary of Results From Clinical Trials Investigating Immune Checkpoint Inhibitors in Chemotherapy-Refractory MSS CRC

| Study; Design; Drug | Microsatellite Instability Status | Dose | ORR, % (Number of Patients/ Total Cohort) | DCR, % (Number of Patients/Total Cohort) | Median PFS, Mo | Median OS, Mo | NCT Identifier |
|---|---|---|---|---|---|---|---|
| **KEYNOTE-016**; phase II, parallel cohorts; pembrolizumab | Cohort A: 10 patients with MSI-H CRC | Pembrolizumab, 10 mg/kg every 2 weeks | 40 (4/10) | 90 (9/10) | Not reached | Not reached | NCT01876511[39] |
| | Cohort B: 18 patients with MSS CRC | | 0 (0/18) | 11 (2/18) | 2.2 | 5 | |
| **CheckMate-142**; phase II, multi-cohorts; nivolumab with or without ipilimumab | 23 patients with non–MSI-H CRC included | Nivolumab, 1 or 3 mg/kg every 3 weeks + ipilimumab, 1 or 3 mg/kg every 3 weeks* | N/A | N/A | 1.4 | N/A | NCT02060188[42] |
| **CCTG CO.26**; phase II RCT of D+T+BSC vs. BSC | 119 patients in D+T arm: 98% MSS; 1% MSI-H; 1% unknown | Durvalumab, 1,500 mg every 4 weeks + tremelimumab, 75 mg every 4 weeks (only 4 cycles) | 1 (1/119) | 22.7 (27/119) | 1.8 | 6.6 | NCT02870920[43] |
| | 61 patients in BSC arm: 80% MSS; 2% MSI-H; 18% unknown | | 0 (0/61) | 6.6 (4/61) | 1.9 (HR, 1.01; 95% CI, 0.76–1.34; p = .97) | 4.1 (HR, 0.72; 95% CI, 0.54–0.97; p = .07)** | |
| **IMblaze-370**; phase III open-label RCT of atezolizumab vs. regorafenib vs. atezolizumab + cobimetinib | 90 patients in atezolizumab arm: 92% MSS; 3% MSI-H; 4% unknown | Atezolizumab, 1,200 mg every 3 weeks | 2 (2/90) | 21 (19/90) | 1.9*** | 7.1**** | NCT02788279[55] |
| | | Regorafenib, 160 mg daily, 21 days on/ 7 days off | 2 (2/90) | 34 (31/90) | 2.0 | 8.5 | |
| | | Atezolizumab, 840 mg every 2 weeks + cobimetinib, 60 mg daily, 21 days on 7 days off | 3 (5/183) | 26 (48/183) | 1.9 | 8.9 | |

Abbreviations: BSC, best supportive care; CCTG, Canadian Cancer Trials Group; CRC, colorectal cancer; DCR, disease control rate; D, durvalumab; D+T, durvalumab and tremelimumab; mo, month; MSI-H, microsatellite instability-high; MSS, microsatellite stable; N/A, not available; NCT, National Clinical Trial; ORR, overall response rate; OS, overall survival; PFS, progression-free survival; RCT, randomized controlled trial; T, tremelimumab.

* Three patients were given nivolumab, 1 mg/kg + ipilimumab, 1 mg/kg; 10 patients each were given nivolumab, 1 mg/kg + ipilimumab, 3 mg/kg or nivolumab, 3 mg/kg + ipilimumab, 1 mg/kg.

** In a subgroup analysis of patients with MSS: HR, 0.66; 95% CI, 0.48–0.89; p = .02.

*** Atezolizumab + cobimetinib vs. regorafenib: HR, 1.25; 95% CI, 0.94–1.65; atezolizumab vs. regorafenib: HR, 1.39; 95% CI, 1.00–1.94.

**** Atezolizumab + cobimetinib vs. regorafenib: HR, 1.00; 95% CI, 0.73–1.38; p = .99; atezolizumab vs. regorafenib: HR, 1.19; 95% CI, 0.83–1.71; p = .34.

Immunotherapy for Patients With Microsatellite Stable Colorectal Cancer

Samir et al

Downloaded from ascopubs.org by 170.85.72.185 on April 3, 2025 from 170.085.072.185
Copyright © 2025 American Society of Clinical Oncology. All rights reserved.

every two weeks. Twenty-five patients with chemotherapy-refractory colorectal cancer were enrolled, including one patient with an MSI-H tumor. The investigators reported an overall response rate (ORR) of 33% among patients with MSS disease (Table 2). The median PFS was 7.9 months, and the median overall survival was not reached. The one-year PFS rate was 41.8%, which suggested durable disease control. However, among patients with liver metastasis, the objective response was only 8.3%, whereas it was 63.6% for patients with lung metastasis.[46] This study was followed by a U.S.–based trial that examined the same combination for patients with MSS colorectal cancer.[47] The maximum tolerated dose for regorafenib was found to be 80 mg, and patients received a flat dose of nivolumab, 240 mg intravenously, every 2 weeks. Fifty-two patients were enrolled in this study; among 40 patients with evaluable disease, the ORR and the median PFS were 8% and 4.3 months, respectively. These results were disappointing compared with those of the Asian REGO-NIVO study, because the U.S. study did not meet its primary endpoint. Another study of regorafenib in combination with nivolumab in chemotherapy-refractory MSS colorectal cancer demonstrated a lack of response in liver metastasis, whereas there was modest response in patients with lung metastasis (ORR, 21%).[48] However, the ORR was 7.1% in the overall cohort, indicating a limited value of this combination for an unselected cohort of patients with MSS colorectal cancer. Regorafenib was also combined with pembrolizumab in a phase I/II study of patients with MSS colorectal cancer who had progressed on prior systemic chemotherapy.[49] Seventy-three patients were enrolled in that study, and no objective responses were observed. The median PFS was 2 months, and the median overall survival was 10.9 months. Liver metastasis was present in 78% of the patients, which was higher than in the REGONIVO study (52%) in which patients predominantly had lung metastasis (64%). Another combination of regorafenib with avelumab, an anti–PD-L1 antibody, in a phase II trial did not show any objective response; best response was stable disease in 23 patients (53.5%).[50] The median PFS was 3.6 months, and correlative analysis suggested an association between high tumor-associated macrophages and poor outcomes, whereas increased CD8$^+$ T-cell infiltration predicted better outcomes.[50] Although other trials with similar concepts using lenvatinib and cabozantinib are ongoing,[51,52] a lack of consistent objective responses to tyrosine kinase inhibitor–immune checkpoint inhibitor combinations indicates that these combination approaches carry limited value for unselected patients with MSS colorectal cancer. Currently, a randomized phase III trial of lenvatinib and pembrolizumab for patients with MSS colorectal cancer (LEAP-017) is investigating this approach further in larger cohorts. At this time, it remains undetermined whether signals observed in patients with lung metastasis are driven by the distinct disease biology of lung metastasis or a genuine antitumor immune response.

The presence of a *BRAF* V600E mutation in patients with colorectal cancer is associated with a highly aggressive biology, with rapid disease progression leading to dismal outcomes. Recently, the BEACON trial changed practice with the combination of encorafenib and cetuximab.[53] The *BRAF* V600E mutation is particularly important for immune evasion, as discussed above, and the combination of encorafenib and cetuximab with nivolumab has become an area of further research to exploit the immune modulation effects of BRAF inhibition. Recently, a phase I/II trial investigated this approach, enrolling 26 patients with treatment-refractory *BRAF* V600E–mutant MSS colorectal cancer (Table 3). The early results of that study—with the combination of nivolumab, encorafenib, and cetuximab—showed an objective response of 45% and a median PFS of 7.3 months.[54] These results were highly promising compared with the historical control of the BEACON study, in which the doublet regimen resulted in a 20% objective response rate and a median PFS of 4.2 months. This triplet therapy will be investigated in the randomized multicenter SWOG-2107 trial to further validate the combination. Recently, a randomized phase III trial that investigated the combination of atezolizumab and cobimetinib (a MEK inhibitor) in MSS colorectal cancer did not show any improvement in overall survival.[55] The combination of EGFR blockade with immune checkpoint inhibitor therapy has also been investigated for patients with *RAS/RAF* wild-type disease. Panitumumab, in combination with nivolumab and ipilimumab, has been investigated in patients with *RAS/RAF* wild-type metastatic colorectal cancer.[56] The investigators reported an objective response rate of 35%, with a median PFS of 5.7 months, favoring this triplet regimen over single-agent panitumumab.[57] Therefore, targeting EGFR signaling—particularly the MAPK pathway—holds promise to create synergy with immune checkpoint inhibitors.

## LEVERAGING CHEMOTHERAPY TO ENHANCE THE EFFICACY OF IMMUNOTHERAPY FOR MSS METASTATIC COLORECTAL CANCER

In several clinical trials, cytotoxic agents have been combined with immune checkpoint inhibitors to leverage their direct cytotoxic effect; the goal is to eliminate cancer cells and release potential neoantigens into the circulation to trigger the priming of T cells. This approach has been successful in certain solid tumors, including lung cancer, gastric cancer, and most recently, cholangiocarcinoma.[58] The AtezoTRIBE study, an open-label randomized phase II trial, investigated the combination of FOLFOXIRI and bevacizumab, with or without atezolizumab, for patients with metastatic colorectal cancer regardless of MSS/MSI-H status (Table 4).[59] The preliminary results of this study showed it meeting its primary endpoint of PFS in the overall patient population; however, the benefit was very

**TABLE 2.** Summary of Results From Clinical Trials Investigating Immune Checkpoint Inhibitors in Combination with VEGFR-Associated Multitargeted TKIs in MSS Colorectal Cancer

| Study; Design; Drug | Microsatellite Instability Status | Dose | ORR, % (Number of Patients/Total Cohort) | DCR, % | Median PFS, Mo | Median OS, Mo | NCT Identifier |
|---|---|---|---|---|---|---|---|
| **REGONIVO**; phase Ib, single arm, dose escalation and expansion; nivolumab + regorafenib | 25 patients with CRC: 96% (24/25) MSS; 4% (1/25) MSI-H | Nivolumab, 3 mg/kg every 2 weeks + regorafenib, 8 mg daily, 21 days on/ 7 days off during dose-expansion part | 36 (9/25); ORR in MSS subgroup: 33 (8/24) | N/A | 7.9 | Not reached | NCT03406871[46] |
| Phase Ib, single arm, dose escalation and expansion; nivolumab + regorafenib | 52 patients with MSS CRC; 40 evaluable for efficacy | Nivolumab, 240 mg every 2 weeks + regorafenib, 80 mg daily, 21 days on/ 7 days off during dose-expansion part | 8 | 63 (10/17) | 4.3 | 11.1 | NCT03712943[47] |
| Phase II, single arm; nivolumab + regorafenib | 70 patients with MSS CRC | Nivolumab, 480 mg every 4 weeks + regorafenib, 80 mg daily, 21 days on/ 7 days off with a plan to increase to 120 mg* | 7 (5/70) | 39 (27/70) | 1.8 | 12.0 | NCT04126733[48] |
| Phase I/II, single arm; pembrolizumab + regorafenib | 73 patients with MSS CRC: 10 in phase I; 63 in phase II | Pembrolizumab, 200 mg every 3 weeks + regorafenib, 80 mg daily, 14 days on/ 7 days off in phase II | 0 | 49 | 2.0 | 10.9 | NCT03657641[49] |
| **REGOMUNE**; phase II, single arm; avelumab + regorafenib | 48 patients with MSS CRC; 43 evaluable for efficacy | Avelumab, 10 mg/kg every 2 weeks + regorafenib, 160 mg daily, 21 days on/ 7 days off | 0 | 54 | 3.6 | 10.8 | NCT03475953[50] |
| **CAMILLA**; phase II, durvalumab + cabozantinib | 36 patients with MSS CRC in CRC cohort; 29 evaluable for efficacy | Durvalumab, 1500 mg every 4 weeks + cabozantinib, 40 mg daily | 28 (8/29) | 86 (25/29) | 4.4 | 9.1 | NCT03539822[51] |
| **LEAP-005**; phase II, pembrolizumab + lenvatinib | 32 patients with MSS CRC in CRC cohort | Pembrolizumab, 200 mg every 3 weeks + lenvatinib, 20 mg daily | 22 | 47% | 2.3 | 7.5 | NCT03797326[52] |

Abbreviations: CRC, colorectal cancer; DCR, disease control rate; MSI-H, microsatellite instability-high; MSS, microsatellite stable; N/A, not available; NCT, National Clinical Trial; ORR, overall response rate; OS, overall survival; PFS, progression-free survival; TKI, tyrosine kinase inhibitor.
* Forty-one percent of patients were escalated to regorafenib, 120 mg.

Downloaded from ascopubs.org by 170.85.72.185 on April 3, 2025 from 170.085.072.185
Copyright © 2025 American Society of Clinical Oncology. All rights reserved.

Immunotherapy for Patients With Microsatellite Stable Colorectal Cancer

Downloaded from ascopubs.org by 170.85.72.185 on April 3, 2025 from 170.085.072.185
Copyright © 2025 American Society of Clinical Oncology. All rights reserved.

Sahin et al

**TABLE 3.** Summary of Results From Clinical Trials Investigating Immune Checkpoint Inhibitors in Combination With Other Targeted Therapy in MSS Colorectal Cancer

| Study; Design; Drug | Microsatellite Instability Status | Dose | ORR, % (Number of Patients/ Total Cohort) | DCR, % (Number of Patients/ Total Cohort) | Median PFS, Mo | Median OS, Mo | NCT Identifier |
|---|---|---|---|---|---|---|---|
| **IMblaze-370**; phase III open-label RCT of atezolizumab vs. regorafenib vs. atezolizumab + cobimetinib | 183 patients with CRC in atezolizumab + cobimetinib arm: 93% MSS; 2% MSI-H; 5% unknown | Atezolizumab, 1,200 mg every 3 weeks | 2 (2/90) | 21 (19/90) | 1.9* | 7.1** | NCT02788279[55] |
| | | Regorafenib, 160 mg daily, 21 days on/ 7 days off | 2 (2/90) | 34 (31/90) | 2.0 | 8.5 | |
| | | Atezolizumab, 840 mg every 2 weeks + cobimetinib, 60 mg daily, 21 days on/ 7 days off | 3 (5/183) | 26 (48/183) | 1.9 | 8.9 | |
| Phase I/II, single arm; nivolumab + encorafenib + cetuximab | 26 patients with CRC and MSS harboring $BRAF^{V600E}$; 21 evaluable for efficacy | Nivolumab, 480 mg every 4 weeks + encorafenib, 300 mg daily + cetuximab, 500 mg/m² every 2 weeks | 45 | 95 | 7.3 | 11.4 | NCT04017650[54] |
| **LCCC1632**; phase II, single arm; nivolumab + ipilimumab + panitumumab | 56 patients with CRC and MSS with *KRAS/ NRAS/BRAF* WT; 49 evaluable for efficacy | Nivolumab, 240 mg every 2 weeks + ipilimumab, 1 mg/kg every 6 weeks + panitumumab, 6 mg/kg every 2 weeks | 5 (17/49) | N/A | 5.7 | N/A | NCT03442569[56] |

Abbreviations: CRC, colorectal cancer; DCR, disease control rate; MSI-H, microsatellite instability-high; MSS, microsatellite stable; N/A, not available; NCT, National Clinical Trial; ORR, overall response rate; OS, overall survival; PFS, progression-free survival; RCT, randomized controlled trial; WT, wild type.
* Atezolizumab + cobimetinib vs. regorafenib: HR, 1.25; 95% CI, 0.94–1.65; atezolizumab vs. regorafenib: HR, 1.39; 95% CI, 1.00–1.94.
** Atezolizumab + cobimetinib vs. regorafenib: HR, 1.00; 95% CI, 0.73–1.38; p = .99; atezolizumab vs. regorafenib: HR, 1.19; 95% CI, 0.83–1.71; p = .34.

**TABLE 4.** Summary of Results From Clinical Trials Investigating Immune Checkpoint Inhibitors in Combination With Chemotherapy

| Study; Design; Drug | Microsatellite Instability Status | Dose | ORR, % (Number of Patients/Total Cohort) | DCR, % (Number of Patients/ Total Cohort) | Median PFS, Mo | Median OS, Mo | NCT Identifier |
|---|---|---|---|---|---|---|---|
| **AtezoTRIBE**; phase II RCT of FOLFOXIRI + Bev (arm A) vs. Atezo + FOLFOXIRI + Bev (arm B) for patients with previously untreated CRC | 73 patients in arm A: 7% MSI-H | Arm A: Bev, 5 mg/kg + FOLFOXIRI* every 2 weeks (up to 8 cycles), followed by maintenance 5-FU/Bev** | 64 | N/A | 11.5 | N/A | NCT03721653[59] |
| | 145 patients in arm B: 6% MSI-H | Arm B: Atezo 840 mg every 2 weeks + FOLFOXIRI + Bev at the same doses (up to 8 cycles), followed by maintenance 5-FU/Bev/Atezo** | 59 (p = .412) | | 13.1 (HR, 0.69; 95% CI, 0.56–0.85; p = .012). In MSS subgroup, 11.4 vs. 12.9 (HR, 0.78; 95% CI, 0.62–0.97; p = .071). | | |
| **BACCI**; phase II RCT of Atezo + Bev + Cap (arm 1) vs. Bev + Cap (arm 2) for patients with chemotherapy-refractory CRC | 82 patients in arm 1: 84% MSS; 11% MSI-H; 5% unknown | Arm 1: Cap, 850 or 1,000 mg/m$^2$ twice a day, 14 days on/ 7 days off + Bev, 7.5 mg/ kg every 3 weeks + Atezo, 1,200 mg every 3 weeks | In MSS subgroup, 10 (7/69) and 5 (2/ 41); p = .33 | N/A | In MSS subgroup: 5.3 vs. 3.3 (HR, 0.66; 95% CI, 0.44–0.99) | 10.3 vs 10.2 (HR, 0.96; 95% CI, 0.63–1.45; p = .42). N/A for MSS subgroup | NCT02873195[60] |
| | 46 patients in arm 2: 89% MSS; 9% MSI-H; 2% unknown | Arm 2: Cap and Bev at the same doses | | | | | |
| **CheckMate-9X8**; phase II RCT of Nivo + mFOLFOX6/Bev (arm A) vs. mFOLFOX6/Bev (arm B) for patients with previously untreated CRC | N/A | Arm A: Nivo, 240 mg every 2 weeks + mFOLFOX6***/ BEV every 2 weeks | 60 (76/127) | 91 (115/127) | 11.9 | 29.2 | NCT03414983[61] |
| | | Arm B: mFOLFOX6/BEV every 2 weeks | 46 (31/68) | 84 (57/68) | 11.9 (HR, 0.81; 95% CI, 0.53–1.23; p = .30) | Not reached | |

Abbreviations: Atezo, atezolizumab; Bev, bevacizumab; Cap, capecitabine; CRC, colorectal cancer; DCR, disease control rate; MSI-H, microsatellite instability-high; MSS, microsatellite stable; Nivo, nivolumab; N/A, not available; NCT, National Clinical Trial; ORR, overall response rate; OS, overall survival; PFS, progression-free survival; RCT, randomized controlled trial; 5-FU, fluorouracil.

* FOLFOXIRI: irinotecan, 165 mg/m$^2$; leucovorin, 200 mg/m$^2$; oxaliplatin, 85 mg/m$^2$; and 5-FU, 3,200 mg/m$^2$ for 48 hours (continuous infusion).

** Maintenance with 5-FU/leucovorin + Bev, with or without Atezo, according to the randomization arm, is administered biweekly in both arms of the study at the same dose.

*** mFOLFOX6: leucovorin, 400 mg/m$^2$ on day 1; oxaliplatin, 85 mg/m$^2$ on day 1, and 5-FU (400 mg/m$^2$ bolus and then 2,400 mg/m$^2$ over 46 hours).

Downloaded from ascopubs.org by 170.85.72.185 on April 3, 2025 from 170.085.072.185 Copyright © 2025 American Society of Clinical Oncology. All rights reserved.

Immunotherapy for Patients With Microsatellite Stable Colorectal Cancer

Downloaded from ascopubs.org by 170.85.72.185 on April 3, 2025 from 170.085.072.185
Copyright © 2025 American Society of Clinical Oncology. All rights reserved.

limited in patients with MSS colorectal cancer: PFS improved from 11.4 months to 12.9 months (HR, 0.78; 80% CI, 0.62–0.97; p = .071). It is important to note that there was no significant improvement in ORR (59% vs. 64%; p = .412), indicating that the benefit of chemoimmunotherapy in patients with MSS colorectal cancer is relatively limited. The BACCI trial investigated the combination of capecitabine and bevacizumab, with or without atezolizumab (triplet vs. doublet), for patients with chemotherapy-refractory MSS or MSI-H colorectal cancer.[60] In that randomized phase II trial, patients received either a triplet regimen with atezolizumab or a doublet regimen with placebo. The study met the primary endpoint of median PFS, which showed a modest improvement (4.4 vs. 3.6 months; HR, 0.75; 95% CI, 0.52–1.09; p = .07 ). A modest improvement was also noted for patients with MSS disease (median PFS, 5.3 vs. 3.3 months; HR, 0.66; 95% CI, 0.44–0.99); however, in sensitivity analyses, patients with MSS disease did not derive any clinically meaningful benefit from the triplet regimen (sensitivity analysis for median PFS: HR, 0.82; 95% CI, 0.56–1.20).[60] The CheckMate-9X8 trial investigated the combination of FOLFOX, bevacizumab, and nivolumab for patients with untreated metastatic colorectal cancer, regardless of RAS/RAF and microsatellite instability status.[61] The primary endpoint of this randomized phase II study was median PFS. In this study, median PFS was 11.9 months for the interventional arm containing nivolumab, which was similar to the standard-of-care arm without nivolumab (11.9 months). Although the investigators identified a separation of curves beyond 12 months, leading to an improved 18-month PFS rate (28% vs. 9%), the lack of a defined biomarker to identify those patients who may be responding to immunotherapy remains a challenge. The objective response was also numerically higher in the nivolumab-containing arm, with an ORR of 60% vs. 46% in the standard-of-care arm. Notably, that study also included patients with MSI-H disease and did not reveal whether patients had POLE/POLD1 mutations, which create highly immunogenic tumors. At this time, the benefit of adding immune checkpoint inhibitors to chemotherapy appears to be very limited; this combination is not ready to change standard-of-care management. More research should be directed to understanding the mechanisms leading to immune evasion in the tumor microenvironment of colorectal cancer.

## FUTURE PERSPECTIVES

Immunotherapy options for patients with MSS colorectal cancer are limited, particularly with immune checkpoint inhibitor–only approaches. However, the progress made in recent studies of combined immunotherapeutics with targeted therapies may provide opportunities to achieve a clinically important response and make this "immune cold"

cancer type sensitive to immune checkpoint inhibitors. It is hoped that a better understanding of the underpinning of resistance mechanisms, which appear to be highly heterogonous with several distinct pathways, will create novel avenues for the further development of immunotherapy in colorectal cancer.

The SWOG-2107 trial will shed light on the clinical significance of the potential synergistic activity of BRAF double blockade and immune checkpoint inhibitors; if positive, this will open several therapeutic opportunities in other MAPK-targeting approaches. This novel approach will be followed by the addition of immune checkpoint inhibitors to several MAPK-targeting approaches in colorectal cancer, including RAS inhibition. Another important approach is using monoclonal antibodies that target surface oncogenes, such as HER2 amplifications. For example, a recent study showed that a combination of HER2-targeting trastuzumab with immunotherapy and chemotherapy in HER2-amplified gastric and gastroesophageal cancer resulted in a dramatic change in the response to treatment, leading to the U.S. Food and Drug Administration approval of this approach based on the impressive tumor response.[62] This approach is being investigated in gastrointestinal cancers with the use of tucatinib, trastuzumab with pembrolizumab, and chemotherapy combinations for patients with treatment-naive disease (NTC04430738).

Targetability of the Wnt and TGF-β pathways is still under investigation. Further developments in targeted therapeutics directed to these pathways may also open new avenues for immune checkpoint inhibitors and enhance the antitumor immune response. The Wnt signaling pathway, which is often aberrantly active in colorectal cancer, plays an important role in the immune-exclusion process by creating a safe haven for cancer cells with reduced neoantigen presentation; this results in abrogated T-cell infiltration into the tumor microenvironment. A phase I trial is investigating the synergistic activity of the combination of CGX1321, a Wnt inhibitor, and pembrolizumab in advanced-stage solid tumors, including colorectal cancer (NCT02675946). Similar approaches with TGF-β–targeting chemotherapy are being investigated (NCT04952753). It may also be important to determine which subsets of colorectal cancer benefit from each of these approaches. Therefore, molecular correlatives, including consensus molecular subgroup analysis, may serve well to achieve this goal.

Although certain MSS colorectal cancer hypermutator genotypes caused by POLE and POLD1 mutations may derive substantial benefit from immunotherapy,[63] the vast majority of patients with MSS colorectal cancer do

Immunotherapy for Patients With Microsatellite Stable Colorectal Cancer

Downloaded from ascopubs.org by 170.85.72.185 on April 3, 2025 from 170.085.072.185
Copyright © 2025 American Society of Clinical Oncology. All rights reserved.

not benefit from immune checkpoint inhibitor therapy. We must leverage the synergistic potential of targeted therapy and immunotherapy; more research will reveal the potential benefits of targeting molecular pathways that play an important role in the "immune cold" nature of MSS colorectal cancer.

## AFFILIATIONS

[1]H. Lee Moffitt Cancer Center and Research Institute, Tampa FL
[2]Vanderbilt-Ingram Cancer Center, Nashville, TN
[3]Memorial Sloan Kettering Cancer Center, New York, NY
[4]AdventHealth Orlando, FL

## CORRESPONDING AUTHOR

Richard Kim, MD, Department of Gastrointestinal Medical Oncology, Moffitt Cancer Center, 12902 Magnolia Dr. FOB2, Tampa, FL 33136; email: richard.kim@moffitt.org.

AUTHORS' DISCLOSURES OF POTENTIAL CONFLICTS OF INTEREST AND DATA AVAILABILITY STATEMENT

Disclosures provided by the authors and data availability statement (if applicable) are available with this article at DOI https://doi.org/10.1200/EDBK_349811.

## REFERENCES

1. Siegel RL, Miller KD, Fuchs HE, et al. Cancer statistics, 2021 [published correction appears in *CA Cancer J Clin*. 2021;71:359]. CA Cancer J Clin. 2021;71:7-33.

2. Siegel RL, Miller KD, Fedewa SA, et al. Colorectal cancer statistics, 2017. CA Cancer J Clin. 2017;67:177-193.

3. Cremolini C, Loupakis F, Antoniotti C, et al. FOLFOXIRI plus bevacizumab versus FOLFIRI plus bevacizumab as first-line treatment of patients with metastatic colorectal cancer: updated overall survival and molecular subgroup analyses of the open-label, phase 3 TRIBE study. Lancet Oncol. 2015;16:1306-1315.

4. Tsuji A, Ohori H, Yamaguchi T, et al. The randomized phase II study of FOLFOXIRI plus cetuximab versus FOLFOXIRI plus bevacizumab as the first-line treatment in metastatic colorectal cancer with RAS wild-type tumors: The DEEPER trial (JACCRO CC-13). J Clin Oncol. 2021; 39:15s(suppl; abstr 3501).

5. Webster RM. The immune checkpoint inhibitors: where are we now? Nat Rev Drug Discov. 2014;13:883-884.

6. Tan E, Sahin IH. Defining the current role of immune checkpoint inhibitors in the treatment of mismatch repair-deficient/microsatellite stability-high colorectal cancer and shedding light on future approaches. Expert Rev Gastroenterol Hepatol. 2021;15:735-742.

7. Kim JE, Chun S-M, Hong YS, et al. Mutation burden and I index for detection of microsatellite instability in colorectal cancer by targeted next-generation sequencing. J Mol Diagn. 2019;21:241-250.

8. Guler I, Askan G, Klostergaard J, et al. Precision medicine for metastatic colorectal cancer: an evolving era. Expert Rev Gastroenterol Hepatol. 2019;13:919-931.

9. Van Allen EM, Miao D, Schilling B, et al. Genomic correlates of response to CTLA-4 blockade in metastatic melanoma. Science. 2015;350:207-211.

10. Sahin IH, Akce M, Alese O, et al. Immune checkpoint inhibitors for the treatment of MSI-H/MMR-D colorectal cancer and a perspective on resistance mechanisms. Br J Cancer. 2019;121:809-818.

11. Kang JC, Chen JS, Lee CH, et al. Intratumoral macrophage counts correlate with tumor progression in colorectal cancer. J Surg Oncol. 2010;102:242-248.

12. Pinto ML, Rios E, Durães C, et al. The two faces of tumor-associated macrophages and their clinical significance in colorectal cancer. Front Immunol. 2019;10:1875.

13. Zhong X, Chen B, Yang Z. The role of tumor-associated macrophages in colorectal carcinoma progression [public correction appears in *Cell Physiol Biochem*. 2018;48:2659]. Cell Physiol Biochem. 2018;45:356-365.

14. Allavena P, Sica A, Solinas G, et al. The inflammatory micro-environment in tumor progression: the role of tumor-associated macrophages. Crit Rev Oncol Hematol. 2008;66:1-9.

15. Spranger S, Bao R, Gajewski TF. Melanoma-intrinsic $\beta$-catenin signalling prevents anti-tumour immunity. Nature. 2015;523:231-235.

16. Miyaki M, Iijima T, Kimura J, et al. Frequent mutation of $\beta$-catenin and APC genes in primary colorectal tumors from patients with hereditary nonpolyposis colorectal cancer. Cancer Res. 1999;59:4506-4509.

17. Sun X, Liu S, Wang D, et al. Colorectal cancer cells suppress CD4+ T cells immunity through canonical Wnt signaling. Oncotarget. 2017;8:15168-15181.

18. Grasso CS, Giannakis M, Wells DK, et al. Genetic mechanisms of immune evasion in colorectal cancer. Cancer Discov. 2018;8:730-749.

19. Luke JJ, Bao R, Sweis RF, et al. WNT/$\beta$-catenin pathway activation correlates with immune exclusion across human cancers. Clin Cancer Res. 2019;25:3074-3083.

20. Bugter JM, Fenderico N, Maurice MM. Mutations and mechanisms of WNT pathway tumour suppressors in cancer [public correction appears in *Nat Rev Cancer*. 2021;21:649]. Nat Rev Cancer. 2021;21:5-21.

21. Seshagiri S, Stawiski EW, Durinck S, et al. Recurrent R-spondin fusions in colon cancer. Nature. 2012;488:660-664.

22. Lai C, Sun W, Wang X, et al. RNF43 frameshift mutations contribute to tumourigenesis in right-sided colon cancer. Pathol Res Pract. 2019;215:152453.

23. Friedman E, Gold LI, Klimstra D, et al. High levels of transforming growth factor beta 1 correlate with disease progression in human colon cancer. Cancer Epidemiol Biomarkers Prev. 1995;4:549-554.

24. Guinney J, Dienstmann R, Wang X, et al. The consensus molecular subtypes of colorectal cancer. Nat Med. 2015;21:1350-1356.

25. Otegbeye F, Ojo E, Moreton S, et al. Inhibiting TGF-beta signaling preserves the function of highly activated, in vitro expanded natural killer cells in AML and colon cancer models [public correction appears in *PLoS One*. 2018;13:e0197008]. PLoS One. 2018;13:e0191358.

Sahin et al

Downloaded from ascopubs.org by 170.85.72.185 on April 3, 2025 from 170.085.072.185
Copyright © 2025 American Society of Clinical Oncology. All rights reserved.

26. Huang X-M, Zhang N-R, Lin X-T, et al. Antitumor immunity of low-dose cyclophosphamide: changes in T cells and cytokines TGF-beta and IL-10 in mice with colon-cancer liver metastasis. Gastroenterol Rep (Oxf). 2019;8:56-65.

27. Sahin IH, Goyal S, Pumpalova Y, et al. Mismatch Repair (MMR) gene alteration and BRAF V600E mutation are potential predictive biomarkers of immune checkpoint inhibitors in MMR-deficient colorectal cancer. Oncologist. 2021;26:668-675.

28. Zhang B, Halder SK, Zhang S, et al. Targeting transforming growth factor-$\beta$ signaling in liver metastasis of colon cancer. Cancer Lett. 2009;277:114-120.

29. Ghahremanifard P, Chanda A, Bonni S, et al. TGF-$\beta$ mediated immune evasion in cancer-spotlight on cancer-associated fibroblasts. Cancers (Basel). 2020;12:3650.

30. Wilmott JS, Long GV, Howle JR, et al. Selective BRAF inhibitors induce marked T-cell infiltration into human metastatic melanoma. Clin Cancer Res. 2012;18:1386-1394.

31. Bradley SD, Chen Z, Melendez B, et al. BRAFV600E co-opts a conserved MHC class I internalization pathway to diminish antigen presentation and CD8+ T-cell recognition of melanoma. Cancer Immunol Res. 2015;3:602-609.

32. Liu C, Peng W, Xu C, et al. BRAF inhibition increases tumor infiltration by T cells and enhances the antitumor activity of adoptive immunotherapy in mice. Clin Cancer Res. 2013;19:393-403.

33. Frederick DT, Piris A, Cogdill AP, et al. BRAF inhibition is associated with enhanced melanoma antigen expression and a more favorable tumor microenvironment in patients with metastatic melanoma. Clin Cancer Res. 2013;19:1225-1231.

34. Hu-Lieskovan S, Mok S, Moreno BH, et al. Improved antitumor activity of immunotherapy with BRAF and MEK inhibitors in BRAFV600E melanoma. Sci Transl Med. 2015;7:279ra41.

35. Ischenko I, D'Amico S, Rao M, et al. KRAS drives immune evasion in a genetic model of pancreatic cancer. Nat Commun. 2021;12:1482.

36. Klampfer L, Huang J, Corner G, et al. Oncogenic Ki-ras inhibits the expression of interferon-responsive genes through inhibition of STAT1 and STAT2 expression. J Biol Chem. 2003;278:46278-46287.

37. Glodde N, Hölzel M. RAS and PD-L1: a masters' liaison in cancer immune evasion. Immunity. 2017;47:1007-1009.

38. van Maldegem F, Downward J. Mutant KRAS at the heart of tumor immune evasion. Immunity. 2020;52:14-16.

39. Le DT, Uram JN, Wang H, et al. PD-1 blockade in tumors with mismatch-repair deficiency. N Engl J Med. 2015;372:2509-2520.

40. Brahmer JR, Drake CG, Wollner I, et al. Phase I study of single-agent anti-programmed death-1 (MDX-1106) in refractory solid tumors: safety, clinical activity, pharmacodynamics, and immunologic correlates. J Clin Oncol. 2010;28:3167-3175.

41. Topalian SL, Hodi FS, Brahmer JR, et al. Safety, activity, and immune correlates of anti-PD-1 antibody in cancer. N Engl J Med. 2012;366:2443-2454.

42. Overman MJ, Kopetz S, McDermott RS, et al. Nivolumab ± ipilimumab in treatment (tx) of patients (pts) with metastatic colorectal cancer (mCRC) with and without high microsatellite instability (MSI-H): CheckMate-142 interim results. J Clin Oncol; 2016;34:15s (suppl; abstr 3501).

43. Chen EX, Jonker DJ, Loree JM, et al. Effect of combined immune checkpoint inhibition vs best supportive care alone in patients with advanced colorectal cancer: The Canadian Cancer Trials Group CO. 26 Study. JAMA Oncol. 2020;6:831-838.

44. Hoff S, Grünewald S, Röse L, et al. Immunomodulation by regorafenib alone and in combination with anti PD1 antibody on murine models of colorectal cancer. Ann Oncol. 2017;28:V423.

45. Chen C-W, Ou D-L, Hsu C-L, et al. FRI-471-Regorafenib may enhance efficacy of anti-program cell death-1 therapy in hepatocellular carcinoma through modulation of macrophage polarization. J Hepatol. 2019;70:e605-e606.

46. Fukuoka S, Hara H, Takahashi N, et al. Regorafenib plus nivolumab in patients with advanced gastric or colorectal cancer: an open-label, dose-escalation, and dose-expansion phase Ib trial (REGONIVO, EPOC1603). J Clin Oncol. 2020;38:2053-2061.

47. Kim R, Imanirad I, Strosberg J, et al. PD-2 Final result of phase IB study of regorafenib and nivolumab in mismatch repair proficient advanced refractory colorectal cancer. Ann Oncol. 2021;32:3s:(suppl;S199).

48. Fakih M, Raghav KPS, Chang DZ, et al. Single-arm, phase 2 study of regorafenib plus nivolumab in patients with mismatch repair-proficient (pMMR)/microsatellite stable (MSS) colorectal cancer (CRC). J Clin Oncol. 2021;39:15s (suppl; abstr 3560).

49. Barzi A, Azad NS, Yang Y, et al. Phase I/II study of regorafenib (rego) and pembrolizumab (pembro) in refractory microsatellite stable colorectal cancer (MSSCRC). J Clin Oncol; 2022;40:4s (suppl; abstr 15).

50. Cousin S, Cantarel C, Guegan J-P, et al. Regorafenib-avelumab combination in patients with microsatellite stable colorectal cancer (REGOMUNE): a single-arm, open-label, phase II trial. Clin Cancer Res. 2021;27:2139-2147.

51. Saeed A, Park R, Dai J, et al. Phase II trial of cabozantinib (Cabo) plus durvalumab (Durva) in chemotherapy refractory patients with advanced mismatch repair proficient/microsatellite stable (pMMR/MSS) colorectal cancer (CRC): CAMILLA CRC cohort results. J Clin Oncol.; 2022;40:4s (suppl; abstr 135).

52. Gomez-Roca C, Yanez E. LEAP-005: a phase II multicohort study of lenvatinib plus pembrolizumab in patients with previously treated selected solid tumors—results from the colorectal cancer cohort. J Clin Oncol.; 2021;39:3s (suppl; abstr 94).

53. Kopetz S, Grothey A, Yaeger R, et al. Encorafenib, binimetinib, and cetuximab in BRAF V600E–mutated colorectal cancer. N Engl J Med. 2019;381:1632-1643.

54. Morris VK, Parseghian CM, Escano M, et al. Phase I/II trial of encorafenib, cetuximab, and nivolumab in patients with microsatellite stable, BRAF V600E metastatic colorectal cancer. J Clin Oncol.; 2022;40:4s (suppl; abstr 12).

55. Eng C, Kim TW, Bendell J, et al; IMblaze370 Investigators. Atezolizumab with or without cobimetinib versus regorafenib in previously treated metastatic colorectal cancer (IMblaze370): a multicentre, open-label, phase 3, randomised, controlled trial. Lancet Oncol. 2019;20:849-861.

Downloaded from ascopubs.org by 170.85.72.185 on April 3, 2025 from 170.085.072.185
Copyright © 2025 American Society of Clinical Oncology. All rights reserved.

56. Lee MS, Loehrer PJ, Imanirad I, et al. Phase II study of ipilimumab, nivolumab, and panitumumab in patients with KRAS/NRAS/BRAF wild-type (WT) microsatellite stable (MSS) metastatic colorectal cancer (mCRC). J Clin Oncol; 2021;39:3s (suppl; abstr 7).

57. Van Cutsem E, Peeters M, Siena S, et al. Open-label phase III trial of panitumumab plus best supportive care compared with best supportive care alone in patients with chemotherapy-refractory metastatic colorectal cancer. J Clin Oncol. 2007;25:1658-1664.

58. Oh D-Y, He AR, Qin S, et al. A phase 3 randomized, double-blind, placebo-controlled study of durvalumab in combination with gemcitabine plus cisplatin (GemCis) in patients (pts) with advanced biliary tract cancer (BTC): TOPAZ-1. J Clin Oncol. 2022:40:4s (suppl; abstr 378).

59. Cremolini C, Rossini D, Antoniotti C, et al. LBA20 FOLFOXIRI plus bevacizumab (bev) plus atezolizumab (atezo) versus FOLFOXIRI plus bev as first-line treatment of unresectable metastatic colorectal cancer (mCRC) patients: results of the phase II randomized AtezoTRIBE study by GONO. Ann Oncol. 2021;32:S1294-S1295.

60. Mettu NB, Ou F-S, Zemla TJ, et al. Assessment of capecitabine and bevacizumab with or without atezolizumab for the treatment of refractory metastatic colorectal cancer: a randomized clinical trial. JAMA Netw Open. 2022;5:e2149040.

61. Lenz H-J, Parikh AR, Spigel DR, et al. Nivolumab (NIVO)+ 5-fluorouracil/leucovorin/oxaliplatin (mFOLFOX6)/bevacizumab (BEV) versus mFOLFOX6/BEV for first-line (1L) treatment of metastatic colorectal cancer (mCRC): phase 2 results from CheckMate 9X8. J Clin Oncol. 2022;40:4s (suppl; abstr 8).

62. Janjigian YY, Kawazoe A, Yañez P, et al. The KEYNOTE-811 trial of dual PD-1 and HER2 blockade in HER2-positive gastric cancer. Nature. 2021;600:727-730.

63. Gong J, Wang C, Lee PP, et al. Response to PD-1 blockade in microsatellite stable metastatic colorectal cancer harboring a POLE mutation. J Natl Compr Canc Netw. 2017;15:142-147.