**EXHIBIT 12**

**S&P Global**
Market Intelligence

# Agenus Inc. NasdaqCM:AGEN
# FQ1 2024 Earnings Call Transcripts

## Tuesday, May 07, 2024 12:30 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ1 2024- | | | -FQ2 2024- | -FY 2024- | -FY 2025- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS (GAAP)** | (3.22) | (3.04) | NM | (2.46) | (10.26) | (11.23) |
| **Revenue  (mm)** | 47.17 | 28.00 | ▼(40.62 %) | 57.25 | 228.78 | 190.58 |

Currency: USD
Consensus as of  May-03-2024 2:09 PM GMT



Stock Price [USD] vs. Volume [mm] with earnings surprise annotations

| - EPS (GAAP)  - | | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| **FQ2 2023** | (3.97) | (4.00) | NM |
| **FQ3 2023** | (3.95) | (3.20) | NM |
| **FQ4 2023** | (1.05) | (2.60) | NM |
| **FQ1 2024** | (3.22) | (3.04) | NM |

COPYRIGHT © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

Call Participants ....................................................................................... 3

Presentation ....................................................................................... 4

Question and Answer ....................................................................................... 8

COPYRIGHT © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

spglobal.com/marketintelligence

# Call Participants

**EXECUTIVES**

**Christine M. Klaskin**
*VP of Finance, Principal Financial
Officer & Principal Accounting
Officer*

**Garo H. Armen**
*Founder, Executive Chairman &
CEO*

**Robin G. Taylor**
*Chief Commercial Officer*

**Steven J. O'Day**
*Chief Medical Officer*

**Zack Armen**
*Head of Investor Relations*

**ANALYSTS**

**Emily Claudia Bodnar**
*H.C. Wainwright & Co, LLC,
Research Division*

**Matthew Christopher Phipps**
*William Blair & Company L.L.C.,
Research Division*

**Mayank Mamtani**
*B. Riley Securities, Inc., Research
Division*

**Unknown Analyst**

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Thank you for standing by, and welcome to Agenus' First Quarter 2024 Results Conference Call. [Operator Instructions] I would now like to turn the call over to Zack Armen, Head of Investor Relations. Please go ahead.

**Zack Armen**
*Head of Investor Relations*

Thank you, Rochelle, and thank you all for joining us today. Today's call is being webcast and will be available on our website for replay.

I'd like to remind you that this call will include forward-looking statements, including statements regarding our clinical development, regulatory and commercial plans and timelines, the goal of timelines for data release and partnership opportunities, among other updates. These statements are subject to risks and uncertainties, and we refer you to our SEC filings available on our website for more details on these risks.

Joining me today are Dr. Garo Armen, Chairman and Chief Executive Officer; Dr. Steven O'Day, Chief Medical Officer; and Christine Klaskin, Vice President of Finance. Dr. Robin Taylor, Chief Commercial Officer; and Dr. Todd Yancey, Chief Strategic Adviser, will be participating in the Q&A session.

Now I'd like to turn the call over to Garo to highlight our progress in the first quarter. Garo?

**Garo H. Armen**
*Founder, Executive Chairman & CEO*

Good morning, everyone. Thank you for joining us on today's call.

Three decades ago, Agenus was founded with a profound commitment to transform the landscape of cancer treatment. Ever since, we have been relentlessly pursuing this mission, leveraging the power of the immune system to develop groundbreaking therapies that could dramatically change the lives of those battling cancer. Today, as we edge closer to realizing our goals with our leading BOT/BAL program, I'm thrilled to share a significant milestone that will propel us into the next phase of our journey.

This morning, we announced that we entered into a $100 million royalty financing agreement with Ligand Pharmaceuticals. It's very important to realize that this agreement allows us to keep BOT/BAL in its entirety and also open up our options to bring in partners for this program. This pivotal minimally dilutive capital infusion will support key development initiatives in the BOT/BAL program including our planned confirmatory Phase III study in relapsed refractory, MSS CRC, which stands for colorectal cancer, and our commercialization readiness activities, which are currently underway.

Ligand's initial commitment is for $75 million with an option to add $25 million more. And importantly, in addition to this, we can add $100 million more in a syndicated transaction from other parties, several of whom we are already in negotiations, making the total as much as $200 million. This agreement strengthens our financial position and reinforces our commitment to bringing BOT/BAL to patients.

Our cash balance as of the end of the first quarter was $52 million. With the additional cash received from this transaction, we are positioned to ensure the progress of our mission-critical work to bring BOT/BAL to patients in need. We're also in discussions for additional capital infusion mechanisms to further strengthen our balance sheet as we enter a critical phase of our efforts across our BOT/BAL programs.

Also very importantly, over the last few quarters, we have successfully reduced our cash burn rate and will continue to do so even with our strengthened cash position. Our detailed financial scenario planning included various partnership outcomes and potential regulatory timelines, ensuring we are well prepared for the challenges and opportunities ahead.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Our reverse stock split during Q1 was implemented to achieve 3 key objectives. One, to satisfy the eligibility criteria for the Russell Indices. Two, to regain compliance with NASDAQ listing requirements. And three, to maintain a stock price above $5 a share, enabling investments by certain institutional investors that require a minimum share price. We've confirmed regaining compliance with NASDAQ listing requirements last week. And based on our market cap as of the close of the trading on April 30, which is the Russell [indiscernible] day, we are more confident in our continued inclusion in the Russell 2000. Our strategic initiatives are expected to broaden our investment base and to lower our cost of capital, benefiting both our shareholders and optimizing our ability to bring valuable medicines to patients.

I will now turn the call to Dr. Steven O'Day, our Chief Medical Officer, who will provide an update on the latest developments in our BOT/BAL progress. Steven will focus particularly on our progress on colorectal cancer. This focus is in part our potential accelerated filing pathway in advanced stage of disease and also this focus is vital as we expand treatment options in earlier lines of therapy through an externally funded and global investigator-sponsored trial. I might add that we have had requests for an unprecedented number of investigator-sponsored trials in our queue.

The results from both Agenus-sponsored studies and those ISTs continue to reinforce our confidence in BOT/BAL's potential to address significant unmet needs across various solid tumor cancers.

Thank you again for your continued support and commitment to Agenus. We're excited about the future and look forward to sharing more updates on our progress in the near future. Steven?

**Steven J. O'Day**
*Chief Medical Officer*

Thank you, Garo.

Botensilimab in combination with balstilimab has demonstrated deep and durable responses across a wide variety of poorly immunogenic or I-O refractory solid tumors. These poorly immunogenic tumors represent the majority of adults with cancer. And this large group of patients have not previously benefited from the success of established I-O therapies.

Currently, our BOT/BAL program is focused on our lead indication, relapsed refractory colorectal cancer, which is not MSI-high or dMMR and is without active liver metastases. We continue to make substantial progress. As provided in our press release of April 12, we've seen this data set from our expanded Phase Ib cohort mature. In the 77 patients in this indication, treated with the combination of botensilimab and balstilimab, there is now almost 14 months of median follow-up. The confirmed overall response rate in all patients treated is 23% with a median overall survival of 21.2 months, a 12-month overall survival estimate of 71% and an 18-month overall survival estimate of 62%.

The most common safety observations are immune-related diarrhea and colitis, which is managed in accordance with standard therapies. Grade 3 or greater treatment-related diarrhea colitis occurred in approximately 16% of patients. These data, which continue to mature, stand in stark contrast to standard of care therapies in this treatment setting with overall response rates of 1% to 6% and a median overall survival of 12 months or less.

In November 2023, we completed enrollment in a large randomized global Phase II trial with 234 metastatic colorectal cancer patients, whose tumors were not MSI-high or dMMR and were without active liver metastases. This trial was designed to evaluate dose and contribution of components for the BOT/BAL regimen in this indication and, importantly, also included a contemporaneous standard of care arm.

Results from a March data cut from this top trial demonstrates consistency with our Phase I results at a similar stage of follow-up. We look forward to submitting more mature results from this trial to a scientific meeting in the second half of 2024. Data from this Phase II trial, along with data from the expanded Phase I cohort and a real-world evidence data set, support our anticipated BLA filing by the end of the year. We plan to gain alignment with the FDA on the filing and the design of the confirmatory Phase III trial in an upcoming meeting anticipated in July 2024 so that the Phase III trial will commence this year and enroll in time to support an accelerated approval. We will also discuss our obligations, which include our Phase III dose and regimen, and the structure and cadence of submission.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

In the earlier lines of therapy for colorectal cancer, we have important investigator-sponsored trials ongoing, as Garo has referred to. These include the NEST trial with Dr. Kasi at Cornell, which showed major pathologic responses in 6 out of 9 MS stable colorectal patients treated in a neoadjuvant setting, including 2 pathologic complete responses and 3 out of 3 complete or near complete responses in MSI-high patients. None of these patients had surge or delay due to treatment with BOT and BAL. This NEST trial is continuing to rapidly expand and enroll. Longer follow-up data from the original 12 NEST patients will be presented at an upcoming medical meeting.

The second important early line metastatic colorectal trial I want to highlight is the FOLFOX 3B regimen with Dr. Marwan Fakih at City of Hope. He is investigating BOT and BAL combined with standard of care FOLFOX plus bevacizumab in first-line metastatic or FOLFOX rechallenged metastatic patients. To date, the regimen has been well tolerated and continues to actively enroll patients. Going forward, FOLFOX 3B could serve as an active regimen across several different malignancies, including colorectal cancer, in early-line metastatic settings for example, upper GI malignancies.

Our goal is to improve outcomes in both late-stage and earlier stage colorectal cancer, a disease growing in prevalence and impacting younger patients. Additionally, we continue to follow maturing Agenus-sponsored Phase II trials with BOT or BOT/BAL in several important areas. The first is a refractory melanoma Phase II trial with BOT alone or BOT/BAL combination. And the second is a refractory second-line metastatic pancreas study comparing BOT Gem Abraxane to Gem Abraxane alone. We hope to provide updates on these data in the second half of 2024.

Now I'll turn the call over to Robin Taylor, who will provide more insight into our commercial strategy and operations. Robin?

**Robin G. Taylor**
*Chief Commercial Officer*

Thank you, Steven.

In parallel with our planned BLA submission, all of us at Agenus are focused on preparing for the launch of BOT and BAL. Our Emeryville based CMC team is well prepared to supply BOT and BAL both through our third-party CMO partners and subsequently at our wholly owned and operated GMP-grade commercial facility.

With respect to commercial preparations, I have hired a highly experienced and passionate leadership team across sales and marketing, market access and commercial operations. Together, the members of the commercial leadership team have successfully led or participated in over 20 launches of novel therapeutics or label expansions in colorectal cancer and other solid tumors. We are partnering closely with our global medical affairs and clinical teams to gather insights from the world's experts in GI oncology, and we've conducted market research with over 150 U.S.-based GI oncologists across academic and community settings.

From both the market research and our direct discussions with GI oncologists, it is clear that there is significant anticipation for BOT and BAL, which underscores the urgency we feel to deliver this important treatment option to patients.

Now I'll turn the call over to Christine to discuss financials.

**Christine M. Klaskin**
*VP of Finance, Principal Financial Officer & Principal Accounting Officer*

Thank you, Robin.

As Garo mentioned, we ended our first quarter of 2024 with a cash and cash equivalent balance of $52.9 million. This compares to $76.1 million at year-end. Also, as Garo mentioned, this morning, we announced a $100 million agreement with Ligand Pharmaceuticals, consisting of an initial investment of $75 million with an option to invest an additional $25 million, thus strengthening our cash position.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Our cash used in operations for this first quarter was $38 million compared to $40 million during the fourth quarter ended December 31, 2023. For the first quarter ended March 31, 2024, we recognized revenue of $28 million and incurred a net loss of $63.5 million, which includes noncash expenses of $38 million. This compares to a net loss of $70.9 million, which includes noncash expenses of $25 million for the same period in 2023. Our net loss per share for this first quarter is $3.04, which compares to $4.31 per share for the first quarter of 2023.

I'll now turn the call back to Garo.

**Garo H. Armen**
*Founder, Executive Chairman & CEO*

Thank you very much, Steven, Robin and Christine.

As we conclude today's earnings call, I want to recap the pivotal developments we anticipate in the coming months of Agenus. We are on track to secure a significant cash infusion of up to $200 million by midyear, which will strengthen our cash position and support our critical research and development activities, our registration efforts and our commercialization efforts.

Another key milestone will be our meeting with the FDA and important before we have their concordance in initiating our biologics license application. Additionally, we will present our Phase II data for colorectal cancer along with additional data in this indication from investigator-sponsored trials, which we believe will further strengthen the strong rationale of our therapies. And these data presentations are expected to be happening at major conferences.

Furthermore, we expect to release, as Steven said, a promising Phase I and II data in melanoma, lung cancer, sarcoma and pancreatic cancer in the second half of this year. We're very encouraged with the outcomes of these trials. These all represent cancers where there is a critical need for effective therapies. These developments underscore our dedication through innovation in oncology and also highlight our potential to make a meaningful impact on patients' lives by altering potentially chemo-free, durable therapies for patients, who have limited or no treatment options left.

Thank you very much once again to our shareholders for your continued support and trust in Agenus. We look forward to sharing more about our progress in these exciting endeavors as the year unfolds.
Now I believe we're ready for any questions you may have.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Your first question comes from the line of Emily Bodnar of HC Wainright.

**Emily Claudia Bodnar**
*H.C. Wainwright & Co, LLC, Research Division*

Congrats on the progress. My first question, could you confirm how many patients you've treated with BOT/BAL at the recommended Phase II dose across the Phase Ib and Phase II studies specifically for MSS CRC patients without liver mets? And your confidence, I guess, that you have enough efficacy data to support an accelerated approval?

And then second question, if you can kind of discuss how you're thinking about strategy for BOT/BAL in melanoma and pancreatic cancer? And if you feel like these are indications that you may also seek regulatory approval for if the Phase II data are positive? Or if your kind of near-term commercial focus is just on CRC?

**Garo H. Armen**
*Founder, Executive Chairman & CEO*

Certainly, Emily, thank you very much for your question. I will give you some topline answer to your questions, and then I'll ask Dr. O'Day get into some depth.

First of all, as you may know, for the last almost 6 months, we have been intensively involved in pulling together the data from all the trials including tracking the maturity of the data, as Steven alluded to, to see how we can make a compelling package in an upcoming meeting with the FDA. And our conviction based on the data from all 3 cohorts, including the Phase II randomized study, as well as the durability and maturity of the data is stronger today than it's ever before that we will maybe take compelling case.

Of course, we cannot make a definitive statement until the outcome of the FDA meeting and we need to get their concordance on our condition. But we are in an optimal state of preparedness with where we are right now and more developments and the progress on this will be coming forward in the next several weeks.

Now in terms of the numbers of patients from each cohort and other questions about whether melanoma, pancreatic and lung cancer can lead to approval. Those are, of course, very important questions that we are actively considering in collaboration with key opinion leaders in these fields. And we will be alluding on the potential of this in coming months, but we understand that we are absolutely fixated on CRC right now, because that is our focus for our first potential approval. So everything else is a little less of a priority. But with the additional financial resources that we expect to put into place between now and the end of the year, those other programs will come to the focus as well.

But Steven, if you can address some of the more specific questions that Emily asked?

**Steven J. O'Day**
*Chief Medical Officer*

Thanks, Garo. So we're not going to get into the absolute specific numbers, but we can -- what I can say is with the Phase I and the Phase II trial, we have 2 active doses and a significant number of patients on the combination of BOT/BAL in both the Phase I and the Phase II randomized trial that we think are supported with safety, efficacy and clinical pharmacology to discuss with the FDA an accelerated pathway given the unmet need in this setting.

**Operator**

Your next question comes from the line of Mayank Mamtani of B. Riley Securities.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Mayank Mamtani**
*B. Riley Securities, Inc., Research Division*

Congrats on the updates noted earlier. So in prior press release team, you've mentioned that your emerging data in Phase II is encouraging. And today, I think you said it's comparable to what you noted in Phase 1 at a similar stage. Are you able to give a little bit more detail on what parameters we are talking about and it's comparable to your expectation at the outset and especially given you're enrolling slightly earlier stage patients there?

And then secondly, on the -- if you are able to clarify the FDA meeting has been scheduled. And if there's a minimum follow-up from the Phase II cohort that you're trying to accomplish before you're able to submit a package that would go alongside that FDA thing. And I have a couple of follow-ups.

**Garo H. Armen**
*Founder, Executive Chairman & CEO*

Okay. On the first question, Mayank, we have said repeatedly that we will not discuss the details of this study and please understand everybody that we're not trying to be cute here, it is just a courtesy call that we will not discuss the data until we have an opportunity to present it to the FDA. And subsequent to that, our preference is, of course, to present the data, which we consider a very important set of data that will address the selection of the dose, contribution of the elements and the efficacy to support the data that we have seen in earlier trials in a major conference. That would be our preference to do. So you will get no further details on this until these steps are underway.

In terms of FDA meeting, the FDA meeting request is going in as we speak. And we expect that based on the timelines, we will be granted a meeting sometime in the second half of July. And this is data that we have not released before so we're not making it public. And as soon as the meeting is scheduled, of course, depending on the circumstances, we may make certain statements about it. But I believe that the outcome of this meeting will be one of the most important milestones for the company as we potentially gear up for accelerated approval filing in the next months following the meeting.

But be rest assured that we are going on all full cylinders as they say, on all modules or are getting ready in a state of readiness for all modules that could potentially be submitted post the FDA meeting.

**Mayank Mamtani**
*B. Riley Securities, Inc., Research Division*

I appreciate that color. On the follow-up from the Phase II, like you are at, I think, 14 months follow-up in the -- from the Phase 1. Is there a particular requirement or best practices in terms of how much follow-up you need to have from Phase II? Or is that sort of subject to discussion?

**Garo H. Armen**
*Founder, Executive Chairman & CEO*

Okay. So on this, of course, the FDA has guidance that is based on historical precedents on the minimum follow-up. But we have had significant input from our regulatory advisers on what that minimum should be. Of course, ideally, we can wait 5 years, but we're not going to do that. But the minimum enrollment in the Phase II ended in October 2023. And based on that, you can sort of extrapolate what the follow-up period will be between now and the potential FDA meeting. And then beyond that FDA meeting, from that point to the filing of a BLA with the clinical module.

**Mayank Mamtani**
*B. Riley Securities, Inc., Research Division*

Makes sense. And then on the number of ISTs that have come up on clinicaltrials.gov. Are you able to comment on what sort of BOT dose level you're using in most of these ISTs? And also about CRC specifically, I believe with one IST data that you expect in the relative near term in the earlier line setting, even if you're able to comment on the implications of that data set in informing what the Phase III trial could look like? And then I have one last financial question after that.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**Garo H. Armen**
*Founder, Executive Chairman & CEO*

So thank you, Mayank, for that question. We have been confronted with an unprecedented number of ISTs. Now what is that number? It's well over 50 IST requests. Now clearly, given our resources, and I don't mean just financial resources, because a number of the ISTs do not require my financial resource from the company, but people, human resources, we cannot satisfy all of these IST requests. So we have zeroed in on a handful of them. And these handful of ISTs are selected based on potential data generation for approval of our agents in subsequent trials. And also, of course, the rationale of generating significant clinical data that will be supporting the rationale of pursuing BOT/BAL in several different indications that are important to us.

So these will be reviewed or are in the process of being reviewed on an ongoing basis and we'll make prudent decisions in collaboration with some of our advisers and KOS, but also be rest assured that during the time of our regulatory discussions, we are particularly sensitive to not expanding our IST programs, so that we do not get caught in generating data that cannot be tabulated, cleaned up in time to be provided to the FDA for the potential BLA consideration. So all these considerations are a critical part of our thought process.

Now in addition to that, I think you had another question on ISTs that whether or not it's specific to CRC. That, of course, a great number of the ISTs are not specific to CRC. They are in pancreatic, melanoma, lung, sarcomas. There's a great deal of interest in sarcoma because of the efficacy that we've seen or, I should say, significant clinical activity that we see. The reason I'm saying I shouldn't say efficacy is because that's a term that the FDA has to [indiscernible]. So until that happens we have to be careful how we use the term of efficacy.

But because of the significant activity that we have seen in the sarcoma patients that had failed everything else and they're not responding to any other treatments, there is, of course, a lot of interest in pursuing not just ISTs but also approval strategies. But as I said earlier, we are very, very cognizant of the focus that we need to have on CRC right now.

**Mayank Mamtani**
*B. Riley Securities, Inc., Research Division*

Got it. And then lastly, in the non-dilutive financing, the total of $200 million, if you include some of the expected syndicated offering. Just if you're able to comment on how much contribution BOT/BAL versus the other 6 partnered programs in this broader deal concept, that would be helpful, just a rough range, Garo.

**Garo H. Armen**
*Founder, Executive Chairman & CEO*

So I mean, there is -- the relative contribution is articulated in our press release or the Ligand press release that was put out this morning at 7:30. So -- but other than that, we cannot discuss any additional details. Suffice it to say that this financing completely provides us with the freedom to pursue BOT/BAL on our own and pursue BOT/BAL in connection with partners worldwide. So this particular transaction has absolutely no bearing or puts any restrictions on our ability to advance BOT/BAL to -- in collaboration with partners and by ourselves.

In other words, the economics of this transaction are defined, and that was in the press release. And beyond that, I believe that we are in a superb position to exploit our commercial opportunity with BOT/BAL. And that will be, of course, for the benefit of both the company, our future potential partners and for the benefit of Ligand.

**Operator**

Your next question comes from the line of Kelly Shi of Jefferies.

**Unknown Analyst**

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**AGENUS INC. FQ1 2024 EARNINGS CALL | MAY 07, 2024**

This is Dave on for Kelly Shi. My question is about the catalyst in the second half. You said there will be a number of data in melanoma, lung, pancreatic in the second half. Can you provide like expectation, what kind of data we should expect and number of patients and those details?

**Garo H. Armen**
*Founder, Executive Chairman & CEO*

Okay. So David, clearly, if the data was expected to be not positive, we wouldn't be talking that. But can I provide you with specifics on the data that will compromise our ability to present it in conferences, the answer is no. So we'll have to see as the data matures, we're very encouraged with what we're seeing across a number of indications. As we said before, that includes melanoma, lung cancer, sarcoma, pancreatic cancer and even others. So please be patient and allow us to make the appropriate disclosures and have an opportunity to present the data to review conferences and also in publications.

**Operator**

Your next question comes from the line of Matthew Phipps of William Blair.

**Matthew Christopher Phipps**
*William Blair & Company L.L.C., Research Division*

Congrats on the Ligand financing. Just wondering, the additional $25 million that can come from Ligand. Is that purely based on Ligand's decision? Or is there anything that can trigger that decision?

**Garo H. Armen**
*Founder, Executive Chairman & CEO*

Yes, it is based on Ligand's decision.

**Matthew Christopher Phipps**
*William Blair & Company L.L.C., Research Division*

Great. And then maybe for Dr. O'Day. The melanoma on the slide that's on the front line trial and front line registrational trial versus standard of care. Wondering if you consider that to be PD-1 monotherapy, PD-1 -- a different PD-1 CTLA4 or PD-1 LAG-3 at this point?

**Garo H. Armen**
*Founder, Executive Chairman & CEO*

Perfect question for one of the world's foremost experts on melanoma that is our Dr. Steven O'Day.

**Steven J. O'Day**
*Chief Medical Officer*

So Matt, can you clarify the question? Again, I didn't quite get the first line piece of it.

**Matthew Christopher Phipps**
*William Blair & Company L.L.C., Research Division*

Yes. So there's a slide you guys in your news deck that says first-line melanoma registrational study versus first-line standard of care. Just kind of curious what you consider to be that standard of care right now because there's maybe 3 different I-O regimens out there.

**Steven J. O'Day**
*Chief Medical Officer*

Yes. Well, as you know, the first-line treatment is split sort of between PD-1 monotherapy, PD-1 LAG-3 or PD-1 CTLA 4. I think what we're discussing going forward and presenting later this year is a refractory setting. And obviously, we need to see what that data as it fully matures in the coming weeks and months. This is in a refractory PD-1 and PD-1 CTLA-4 and BRAF refractory setting. So depending on the strength of this data and sort of the further discussions, obviously, if there is an accelerated path, it would likely lead

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

to a first-line confirmatory trial. Again, the FDA would have to advise on the best comparator arm in that setting.

**Operator**

[Operator Instructions] Your next question comes from the line -- I think we lost -- all right. So we have the next question from Gabriel Kims.

**Unknown Analyst**

Congratulations on the Ligand financing. Could you just say when is the anticipated closing date? And then I had a follow-up.

**Operator**

Yes, we can hear you.

**Garo H. Armen**
*Founder, Executive Chairman & CEO*

I think we mentioned that we expect to close the transaction this month.

**Unknown Analyst**

Okay. Wonderful. And then in terms of share count, are you able to provide an end of quarter or current share count?

**Garo H. Armen**
*Founder, Executive Chairman & CEO*

I don't have the share count with me, but I believe going into all of this, it was 20 million, something like that. Christine, do you have the exact share count?

**Christine M. Klaskin**
*VP of Finance, Principal Financial Officer & Principal Accounting Officer*

Yes, it's just over 20 million. And we did file our 10-Q this morning, so you can see that on our filing.

**Unknown Analyst**

Okay. And is that also -- okay, wonderful. So that's the current share count as well.

**Christine M. Klaskin**
*VP of Finance, Principal Financial Officer & Principal Accounting Officer*

Yes.

**Operator**

There are no further questions at this time. I will now turn the conference back over to Garo Armen for the closing remarks.

**Garo H. Armen**
*Founder, Executive Chairman & CEO*

Thank you very much. Thank you very much for your attention and your patience. As you know, a number of our shareholders were concerned about how we would be able to get our financial conditions strengthened, our balance sheet strengthened. And what I expect is that today's announcement is the very first step in this process. And so throughout the next weeks, months, we will see additional activities that I expect will strengthen our balance sheet and allow us to be able to pursue our very important mission of getting BOT/BAL to the finish line. Thank you very much.

**Operator**

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Thank you. That does conclude our conference for today. Thank you all for joining. You may now disconnect.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**AGENUS INC. FQ1 2024 EARNINGS CALL | MAY 07, 2024**

Copyright © 2024 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2024 S&P Global Market Intelligence.