States and internationally. A number of these studies have shown QS-21 to be significantly more effective in stimulating immune responses than aluminum hydroxide or aluminum phosphate, the adjuvants most commonly used in approved vaccines in the United States today. In January 2019, we announced that the Bill & Melinda Gates Foundation awarded us a grant to develop an alternative, plant cell culture-based manufacturing process to ensure the continuous future supply of QS-21 STIMULON adjuvant which our subsidiary, SaponiQx, is pursuing in partnership with Phyton Biotech and Ginkgo Bioworks. For additional information regarding QS-21 STIMULON, please read Part I-Item 1. "Business" of this Annual Report on Form 10-K.

*Cell Therapies*

Our majority owned subsidiary, MiNK, is a focused on developing allogeneic iNKT cell therapies to treat cancer and other immune-mediated diseases. iNKTs have a dual-mechanism of action with an internal targeting and homing device that modulates both arms of immunity, innate and adaptive. iNKTs combine the killing features of natural killer cells with the durable memory response of T cells. iNKT cells have been demonstrated to be highly effective in treating solid tumor cancers in their native form and MiNK has demonstrated that these cells can be further engineered or edited for super-targeting. For additional information regarding iNKT cell therapies, please read Part I-Item 1. "Business" of this Annual Report on Form 10-K.

**Liquidity and Capital Resources**

We have incurred annual operating losses since inception, and we had an accumulated deficit of $2.18 billion as of December 31, 2024. We expect to incur significant losses over the next several years as we continue development of our technologies and product candidates, manage our regulatory processes, initiate and continue clinical trials, and prepare for potential commercialization of products. From our inception through December 31, 2024, we have raised aggregate net proceeds of approximately $2.01 billion through the sale of common and preferred stock, the exercise of stock options and warrants, proceeds from our Employee Stock Purchase Plan, royalty monetization transactions, and the issuance of convertible and other notes.

We maintain an effective registration statement (the "Registration Statement") covering up to $300.0 million of common stock, preferred stock, warrants, debt securities and units. The Registration Statement includes prospectuses covering the offer, issuance and sale of up to 20.6 million shares of our common stock from time to time in "at-the-market offerings" pursuant to an At Market Issuance Sales Agreement (the "Sales Agreement") with B. Riley Securities, Inc. as our sales agent. We sold approximately 3.6 million and 1.6 million shares of our common stock pursuant to the Sales Agreement during the year ended December 31, 2024 and the period of January 1, 2025 through March 13, 2025, respectively, and received aggregate net proceeds totaling $37.5 million. As of March 13, 2025, approximately 16.5 million shares remained available for sale under the Sales Agreement.

Our cash, cash equivalents and short-term investments at December 31, 2024 were $40.4 million, a decrease of $35.7 million from December 31, 2023. Since year end, we have raised $4.4 million through at-the-market sales. Cash and cash equivalents of our subsidiary, MiNK, at September 30, 2024, were $6.3 million. MiNK cash can only be accessed by Agenus through a declaration of a dividend by the MiNK Board of Directors or through settlement of intercompany balances.

As of December 31, 2024, we had debt outstanding of $35.2 million in principal, $2.5 million of which was paid in February 2025, $10.5 million is due July 2026, and $22.0 million is due November 2026.

Based on our current plans and projections, we believe our cash resources of $40.4 million as of December 31, 2024, along with additional cash inflows we may receive in 2025, will be sufficient to satisfy our critical liquidity requirements through the second quarter of 2025. To support operations on an ongoing basis we require additional funding. Since our founding we have financed our operations principally through income and revenues generated from corporate partnerships, advance royalty sales, and proceeds from debt and equity issuances. We transact at-the-market sales from time to time in order to manage our cash balances. We execute at-the-market offerings based on market conditions and our stock price. We do not have in place a program whereby at-the-market offerings are executed automatically based on our trading volume.

Currently we are in discussions with entities including operating companies and financial entities to provide the funding necessary to support our operations through our planned registration and launch strategy for botensilimab/balstilimab. However, because the completion of cash funding transactions is not entirely within our control, and in accordance with accounting standards, substantial doubt continues to exist about our ability to continue as a going concern for a period of one year after the date of filing of this Annual Report on Form 10-K. The financial statements have been prepared on a basis that assumes Agenus will continue as a going concern and which contemplates the realization of assets and satisfaction of liabilities and commitments in the ordinary course of business. Management continues to diligently address the Company's liquidity needs and has continued to adjust spending in order

to preserve liquidity. We expect our sources of funding to include additional out-licensing agreements, asset sales, project financing, and/or sales of equity securities.

Our future cash requirements include, but are not limited to, supporting clinical trial and regulatory efforts and continuing our other research and development programs. Since inception, we have entered into various cancelable agreements with contract manufacturers, institutions, and clinical research organizations (collectively "third party providers") to perform pre-clinical activities and to conduct and monitor our clinical studies. Under these agreements, subject to the enrollment of patients and performance by the applicable third-party provider, we have estimated our total payments to be $660.7 million over the term of the related activities. Through December 31, 2024, we have expensed $616.5 million as research and development expenses and $578.3 million has been paid under these agreements. The timing of expense recognition and future payments related to these agreements is subject to the enrollment of patients and performance by the applicable third-party provider. We plan to enter into additional agreements with third party providers and we anticipate significant additional expenditures will be required to initiate and advance our various programs.

Net cash used in operating activities for the years ended December 31, 2024 and 2023 was $158.3 million and $224.2 million, respectively. Our future ability to generate cash from operations will depend on achieving regulatory approval and market acceptance of our product candidates, achieving benchmarks as defined in existing collaboration agreements, and our ability to enter into new collaborations. Part of our strategy is to develop and commercialize some of our product candidates by entering into collaborations. As a result of our collaboration agreements, we will not completely control the efforts to attempt to bring those product candidates to market. Please see the "Note Regarding Forward-Looking Statements" of this Annual Report on Form 10-K and the risks highlighted under Part I-Item 1A. "Risk Factors" of this Annual Report on Form 10-K.

The table below summarizes our material cash requirements from known contractual and other obligations as of December 31, 2024 (in thousands).

| | Total | | Payments by Period | | | | | | |
| | | | Less than 1 Year | | 1-3 Years | | 3-5 Years | | More than 5 Years |
|---|---|---|---|---|---|---|---|---|---|
| Long-term debt (1) | $ | 37,459 | $ | 3,660 | $ | 33,799 | $ | — | $ | — |
| Operating leases (2) | | 101,419 | | 8,609 | | 16,819 | | 17,667 | | 58,324 |
| Finance leases | | 5,002 | | 4,879 | | 123 | | — | | — |
| Total | $ | 143,880 | $ | 17,148 | $ | 50,741 | $ | 17,667 | $ | 58,324 |

(1)    Includes fixed interest payments. See Note 16 of the notes to our consolidated financial statements contained elsewhere in this Annual Report on Form 10-K for further description of our debt.
(2)    The leases for our properties expire at various times between 2025 and 2036.

**Critical Accounting Policies and Estimates**

The SEC defines "critical accounting policies" as those that require the application of management's most difficult, subjective, or complex judgments, often as a result of the need to make estimates about the effect of matters that are inherently uncertain and may change in subsequent periods.

The preparation of consolidated financial statements in conformity with U.S. generally accepted accounting principles requires us to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosures of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. We base those estimates on historical experience and on various assumptions that are believed to be reasonable under the circumstances. Actual results could differ from those estimates.

The following listing is not intended to be a comprehensive list of all of our accounting policies. Our significant accounting policies are described in Note 2 of the notes to our consolidated financial statements contained elsewhere in this Annual Report on Form 10-K. In many cases, the accounting treatment of a particular transaction is dictated by U.S. generally accepted accounting principles, with no need for our judgment in its application. There are also areas in which our judgment in selecting an available alternative would not produce a materially different result. We have identified the following as a critical accounting policy.

***Non-cash Interest Expense on Liability Related to Sale of Future Royalties***

We are party to multiple royalty financing transactions. We have recorded the proceeds from these transactions as a liability on our consolidated balance sheets that will be amortized using the interest method over the estimated life of the associated agreement.

As a result, we impute interest on the transactions and record non-cash interest expense at the estimated interest rate. Our estimate of the interest rate under each agreement is based on the amount of royalty payments to be received by the purchaser over the life of the arrangement. We periodically assess the expected royalty payments using multiple sources, including historical results, forecasts from market data sources and internally developed forecasts. To the extent such payments are greater or less than our initial estimates or the timing of such payments is materially different than our original estimates, we will prospectively adjust the amortization of the liability. There are a number of factors that could materially affect the amount and timing of royalty payments, all of which are not fully within our control. Such factors include, but are not limited to, failures or delays in clinical development, failure to receive marketing approval from governmental health authorities or delay in that approval, changing standards of care, the introduction of competing products, manufacturing or other delays, biosimilar competition, patent protection, adverse events that result in governmental health authority imposed restrictions on the use of the drug products, significant changes in foreign exchange rates, and other events or circumstances that could result in reduced royalty payments made to the purchasers, all of which would result in a reduction of non-cash royalty revenues and the non-cash interest expense over the life of the associated agreement. Conversely, if sales of the underlying products are more than expected, the non-cash royalty revenues and the non-cash interest expense recorded by us would be greater over the life of the associated agreement.

**Recent Accounting Pronouncements**

Refer to Note 2 to our consolidated financial statements included within Item 8 of this Annual Report on Form 10-K for a description of recent accounting pronouncements applicable to our business.

**Item 7A.**       *Quantitative and Qualitative Disclosures About Market Risk*

Our primary market risk exposure is foreign currency exchange rate risk. International revenues and expenses are generally transacted by our foreign subsidiaries and are denominated in local currency. Approximately 2.1% and 1.0% of our cash used in operations for the years ended December 31, 2024 and 2023, respectively, was from our foreign subsidiaries. We are exposed to foreign currency exchange rate fluctuation risk related to our transactions denominated in foreign currencies. We do not currently employ specific strategies, such as the use of derivative instruments or hedging, to manage these exposures. Our currency exposures vary but are primarily concentrated in the British Pound and Swiss Franc, in large part due to our subsidiaries, Agenus UK Limited and AgenTus Therapeutics Limited, both with operations in England, and Antigenics SA, a company with operations in Switzerland.

We had cash and cash equivalents at December 31, 2024 of $40.4 million, which are exposed to the impact of interest and foreign currency exchange rate changes, and our interest income fluctuates as interest rates change. Additionally, in the normal course of business, we are exposed to fluctuations in interest rates as we seek debt financing and invest excess cash. Due to the short-term nature of our investments in money market funds, our carrying value approximates the fair value of these investments at December 31, 2024, however, we are subject to investment risk.

We invest our cash and cash equivalents in accordance with our investment policy. The primary objectives of our investment policy are to preserve principal, maintain proper liquidity to meet operating needs, and maximize yields. We review our investment policy periodically and amend it as deemed necessary. Currently, the investment policy prohibits investing in any structured investment vehicles and asset-backed commercial paper. Although our investments are subject to credit risk, our investment policy specifies credit quality standards for our investments and limits the amount of credit exposure from any single issue, issuer, or type of investment. We do not invest in derivative financial instruments. Accordingly, we do not believe that there is currently any material market risk exposure with respect to derivatives or other financial instruments that would require disclosure under this item.

**Item 8.**        *Financial Statements and Supplementary Data*

## INDEX TO FINANCIAL STATEMENTS

| | |
|---|---|
| Report of Independent Registered Public Accounting Firm | 80 |
| Consolidated Balance Sheets | 82 |
| Consolidated Statements of Operations and Comprehensive Loss | 83 |
| Consolidated Statements of Convertible Preferred Stock and Stockholders' Equity (Deficit) | 84 |
| Consolidated Statements of Cash Flows | 87 |
| Notes to Consolidated Financial Statements | 90 |

79

**Report of Independent Registered Public Accounting Firm**

To the Stockholders and Board of Directors
Agenus Inc.:

*Opinion on the Consolidated Financial Statements*

We have audited the accompanying consolidated balance sheets of Agenus Inc. and subsidiaries (the Company) as of December 31, 2024 and 2023, the related consolidated statements of operations and comprehensive loss, convertible preferred stock and stockholders' equity (deficit), and cash flows for each of the years in the three-year period ended December 31, 2024, and the related notes (collectively, the consolidated financial statements). In our opinion, the consolidated financial statements present fairly, in all material respects, the financial position of the Company as of December 31, 2024 and 2023, and the results of its operations and its cash flows for each of the years in the three-year period ended December 31, 2024, in conformity with U.S. generally accepted accounting principles.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States) (PCAOB), the Company's internal control over financial reporting as of December 31, 2024, based on criteria established in Internal Control – Integrated Framework (2013) issued by the Committee of Sponsoring Organizations of the Treadway Commission, and our report dated March 17, 2025 expressed an unqualified opinion on the effectiveness of the Company's internal control over financial reporting.

*Going Concern*

The accompanying consolidated financial statements have been prepared assuming that the Company will continue as a going concern. As discussed in Note 1 to the consolidated financial statements, the Company has suffered recurring losses from operations and has a net capital deficiency that raise substantial doubt about its ability to continue as a going concern. Management's plans in regard to these matters are also described in Note 1. The consolidated financial statements do not include any adjustments that might result from the outcome of this uncertainty.

*Basis for Opinion*

These consolidated financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these consolidated financial statements based on our audits. We are a public accounting firm registered with the PCAOB and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free of material misstatement, whether due to error or fraud. Our audits included performing procedures to assess the risks of material misstatement of the consolidated financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the consolidated financial statements. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the consolidated financial statements. We believe that our audits provide a reasonable basis for our opinion.

*Critical Audit Matter*

The critical audit matter communicated below is a matter arising from the current period audit of the consolidated financial statements that was communicated or required to be communicated to the audit committee and that: (1) relates to accounts or disclosures that are material to the consolidated financial statements and (2) involved our especially challenging, subjective, or complex judgments. The communication of a critical audit matter does not alter in any way our opinion on the consolidated financial statements, taken as a whole, and we are not, by communicating the critical audit matter below, providing a separate opinion on the critical audit matter or on the accounts or disclosures to which it relates.

*Accounting for the Purchase and Sale Agreement with Ligand Pharmaceuticals Incorporated*

As discussed in Note 17 to the consolidated financial statements, the Company received $75.0 million in gross proceeds from the Purchase and Sale Agreement with Ligand Pharmaceuticals Incorporated (the Ligand Purchase Agreement). The $75.0 million in gross proceeds was allocated to the components of the transaction, including the liability related to the sale of future royalties and milestones, the Purchaser Upsize Option, and the Ligand Warrant.

80

We identified the assessment of the accounting for the Ligand Purchase Agreement as a critical audit matter. Subjective auditor judgment was required in evaluating the Company's classification of the components of the transaction because of the nature of the agreement.

The following are the primary procedures we performed to address this critical audit matter. We evaluated the design and tested the operating effectiveness of certain internal controls related to the Company's accounting for the Ligand Purchase Agreement, including the classification of the components of the transaction. We read the Ligand Purchase Agreement and evaluated whether management's accounting position considered the relevant facts and terms included in the agreement. We involved professionals with specialized skills and knowledge who assisted in assessing whether the Company's accounting for the transaction was in accordance with the relevant accounting guidance.

/s/ KPMG LLP

We have served as the Company's auditor since 1997.

Boston, Massachusetts
March 17, 2025

81

**AGENUS INC. AND SUBSIDIARIES**
**CONSOLIDATED BALANCE SHEETS**
**(Amounts in thousands, except share and per share amounts)**

| | December 31, 2024 | December 31, 2023 |
|---|---|---|
| **ASSETS** | | |
| Cash and cash equivalents | $ 40,437 | $ 76,110 |
| Accounts receivable | 407 | 25,836 |
| Prepaid expenses | 2,315 | 8,098 |
| Other current assets | 2,415 | 2,372 |
| Total current assets | 45,574 | 112,416 |
| Property, plant and equipment, net of accumulated amortization and depreciation of $72,553 and $61,943 at December 31, 2024 and 2023, respectively | 120,087 | 133,421 |
| Operating lease right-of-use assets | 27,308 | 29,606 |
| Goodwill | 24,092 | 24,723 |
| Acquired intangible assets, net of accumulated amortization of $16,986 and $17,688 at December 31, 2024 and 2023, respectively | 3,376 | 4,411 |
| Other long-term assets | 5,834 | 9,336 |
| Total assets | $ 226,271 | $ 313,913 |
| **LIABILITIES, CONVERTIBLE PREFERRED STOCK AND STOCKHOLDERS' DEFICIT** | | |
| Current portion, long-term debt | $ 2,698 | $ 146 |
| Current portion, liability related to sale of future royalties and milestones | 111,978 | 132,502 |
| Current portion, deferred revenue | 31 | 18 |
| Current portion, operating lease liabilities | 2,446 | 2,587 |
| Accounts payable | 61,470 | 61,446 |
| Accrued liabilities | 34,961 | 45,283 |
| Other current liabilities | 7,817 | 13,915 |
| Total current liabilities | 221,401 | 255,897 |
| Long-term debt, net of current portion | 30,473 | 12,768 |
| Liability related to sale of future royalties and milestones, net of current portion | 224,389 | 124,556 |
| Deferred revenue, net of current portion | 1,143 | 1,143 |
| Operating lease liabilities, net of current portion | 54,551 | 62,511 |
| Other long-term liabilities | 738 | 5,420 |
| Commitments and contingencies (Note 19) | | |
| STOCKHOLDERS' DEFICIT | | |
| Preferred stock, par value $0.01 per share; 5,000,000 shares authorized: | | |
| Series A-1 convertible preferred stock; 31,620 shares designated, issued, and outstanding at December 31, 2024 and 2023; liquidation value of $34,101 and $33,886 at December 31, 2024, and 2023, respectively | 0 | 0 |
| Common stock, par value $0.01 per share; 800,000,000 shares authorized at December 31, 2024 and 2023; 23,634,670 shares and 19,718,662 shares issued at December 31, 2024 and 2023, respectively | 236 | 197 |
| Additional paid-in capital | 1,857,662 | 1,796,095 |
| Accumulated other comprehensive loss | (1,398 ) | (955 ) |
| Accumulated deficit | (2,182,880 ) | (1,955,668 ) |
| Total stockholders' deficit attributable to Agenus Inc. | (326,380 ) | (160,331 ) |
| Non-controlling interest | 19,956 | 11,949 |
| Total stockholders' deficit | (306,424 ) | (148,382 ) |
| Total liabilities, convertible preferred stock and stockholders' deficit | $ 226,271 | $ 313,913 |

See accompanying notes to consolidated financial statements.

82

**AGENUS INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF OPERATIONS AND COMPREHENSIVE LOSS**
**For the Years Ended December 31, 2024, 2023, and 2022**
**(Amounts in thousands, except per share amounts)**

| | | 2024 | | 2023 | | 2022 |
|---|---|---|---|---|---|---|
| Revenue: | | | | | | |
| Research and development | $ | 482 | $ | 38,764 | $ | 16,975 |
| Service revenue | | 2,003 | | 2,978 | | 10,514 |
| Royalty sales milestone | | — | | — | | 25,250 |
| Non-cash revenue related to the sale of future royalties | | 100,978 | | 114,572 | | 45,285 |
| Total revenues | | 103,463 | | 156,314 | | 98,024 |
| Operating expenses: | | | | | | |
| Cost of service revenue | | (486 ) | | (3,111 ) | | (10,568 ) |
| Research and development | | (155,528 ) | | (234,569 ) | | (186,691 ) |
| General and administrative | | (71,878 ) | | (78,739 ) | | (81,007 ) |
| Fair value adjustments | | 3,954 | | 556 | | 815 |
| Operating loss | | (120,475 ) | | (159,549 ) | | (179,427 ) |
| Other income (expense): | | | | | | |
| Loss on modification of debt | | — | | — | | (1,937 ) |
| Non-operating income | | 5,830 | | 37 | | 12,571 |
| Interest expense, net | | (117,626 ) | | (97,925 ) | | (61,863 ) |
| Net loss | | (232,271 ) | | (257,437 ) | | (230,656 ) |
| Dividends on Series A-1 convertible preferred stock | | (215 ) | | (213 ) | | (212 ) |
| Less: net loss attributable to non-controlling interest | | (5,059 ) | | (11,676 ) | | (10,582 ) |
| Net loss attributable to Agenus Inc. common stockholders | $ | (227,427 ) | $ | (245,974 ) | $ | (220,286 ) |
| Per common share data: | | | | | | |
| Basic and diluted net loss attributable to Agenus Inc. common stockholders | $ | (10.59 ) | $ | (13.75 ) | $ | (15.64 ) |
| Weighted average number of Agenus Inc. common shares outstanding: | | | | | | |
| Basic and diluted | | 21,473 | | 17,894 | | 14,087 |
| Other comprehensive loss: | | | | | | |
| Foreign currency translation loss | $ | (443 ) | $ | (1,870 ) | $ | (577 ) |
| Other comprehensive loss | | (443 ) | | (1,870 ) | | (577 ) |
| Comprehensive loss | $ | (227,870 ) | $ | (247,844 ) | $ | (220,863 ) |

See accompanying notes to consolidated financial statements.

83

**AGENUS INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF CONVERTIBLE PREFERRED STOCK AND STOCKHOLDERS' EQUITY (DEFICIT)**
**For the Years Ended December 31, 2024, 2023, and 2022**
**(Amounts in thousands)**

| | Series A-1 Convertible Preferred Stock | | Common Stock | | Additional Paid-In Capital | Treasury Stock | | Accumulated Other Comprehensive Income (Loss) | Non-controlling Interest | Accumulated Deficit | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number of Shares | Par Value | Number of Shares | Par Value | | Number of Shares | Amount | | | | |
| Balance at December 31, 2021 | 32 | $ 0 | 12,844 | $ 128 | $ 1,522,653 | — | $ — | $ 1,492 | $ 13,469 | $ (1,489,833) | 47,909 |
| Net loss | — | — | — | — | — | — | — | — | (10,582) | (220,074) | (230,656) |
| Other comprehensive loss | — | — | — | — | — | — | — | (577) | — | — | (577) |
| Share-based compensation | — | — | — | — | 15,200 | — | — | — | 3,195 | — | 18,395 |
| Vesting of nonvested shares | — | — | 12 | — | — | — | — | — | — | — | — |
| Shares sold at the market | — | — | 2,257 | 24 | 99,187 | — | — | — | — | — | 99,211 |
| Issuance of warrants | — | — | — | — | 2,332 | — | — | — | — | — | 2,332 |
| Issuance of shares for services | — | — | 2 | — | 138 | — | — | — | — | — | 138 |
| Issuance of director deferred shares | — | — | — | — | 19 | — | — | — | — | — | 19 |
| Exercise of stock options and employee share purchases | — | — | 22 | — | 898 | — | — | — | — | — | 898 |
| Issuance of shares for milestone achievement | — | — | 9 | — | 500 | — | — | — | — | — | 500 |
| Issuance of subsidiary shares for employee bonus | — | — | — | — | — | — | — | — | 294 | — | 294 |
| Issuance of shares for employee bonuses | — | — | 205 | 2 | 6,647 | (1,447) | (3,632) | — | — | — | 3,017 |
| Retirement of treasury shares | — | — | (72) | (1) | (13) | 1,447 | 3,632 | — | — | — | 3,618 |
| Balance at December 31, 2022 | 32 | $ 0 | 15,279 | $ 153 | $ 1,647,561 | — | $ — | $ 915 | $ 6,376 | $ (1,709,907) | $ (54,902) |

See accompanying notes to consolidated financial statements.

84

**AGENUS INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF CONVERTIBLE PREFERRED STOCK AND STOCKHOLDERS' EQUITY (DEFICIT)**
**(Continued)**
**For the Years Ended December 31, 2024, 2023, and 2022**
**(Amounts in thousands)**

| | Series A-1 Convertible Preferred Stock | | Common Stock | | Additional Paid-In Capital | Treasury Stock | | Accumulated Other Comprehensive Income (Loss) | Non-controlling Interest | Accumulated Deficit | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number of Shares | Par Value | Number of Shares | Par Value | | Number of Shares | Amount | | | | |
| Net loss | — | $ — | — | $ — | $ — | — | $ — | $ — | $ (11,676) | $ (245,761) | $ (257,437) |
| Other comprehensive loss | — | — | — | — | — | — | — | (1,870) | — | — | (1,870) |
| Share-based compensation | — | — | — | — | 18,526 | — | — | — | 3,825 | — | 22,351 |
| Shares sold at the market | — | — | 4,221 | 42 | 133,115 | — | — | — | — | — | 133,157 |
| Payment of CEO payroll in shares | — | — | 8 | — | 146 | — | — | — | — | — | 146 |
| Issuance of director deferred shares | — | — | 13 | 1 | 982 | — | — | — | — | — | 983 |
| Issuance of shares for services | — | — | 20 | — | 690 | — | — | — | — | — | 690 |
| Vesting of nonvested shares | — | — | 5 | — | — | — | — | — | — | — | — |
| Exercise of stock options and employee share purchases | — | — | 25 | — | 736 | — | — | — | 71 | — | 807 |
| MiNK stock dividend | — | — | — | — | (14,888) | — | — | — | 14,888 | — | — |
| MiNK stock purchases | — | — | — | — | 1,940 | — | — | — | (2,546) | — | (606) |
| Issuance of subsidiary shares for employee bonus | — | — | — | — | — | — | — | — | 1,011 | — | 1,011 |
| Issuance of shares for employee bonus | — | — | 232 | 2 | 7,303 | (17) | (4,072) | — | — | — | 3,233 |
| Retirement of treasury shares | — | — | (83) | (1) | (16) | 17 | 4,072 | — | — | — | 4,055 |
| Balance at December 31, 2023 | 32 | $ 0 | 19,720 | $ 197 | $ 1,796,095 | — | $ — | $ (955) | $ 11,949 | $ (1,955,668) | $ (148,382) |

See accompanying notes to consolidated financial statements.

85

**AGENUS INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF CONVERTIBLE PREFERRED STOCK AND STOCKHOLDERS' EQUITY (DEFICIT)**
**(Continued)**
**For the Years Ended December 31, 2024, 2023, and 2022**
**(Amounts in thousands)**

| | Series A-1 Convertible Preferred Stock | | Common Stock | | Additional Paid-In Capital | Treasury Stock | | Accumulated Other Comprehensive Income (Loss) | Non-controlling Interest | Accumulated Deficit | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number of Shares | Par Value | Number of Shares | Par Value | | Number of Shares | Amount | | | | |
| Net loss | — | $ — | — | $ — | $ — | — | $ — | $ — | $ (5,059) | $ (227,212) | $ (232,271) |
| Other comprehensive loss | — | — | — | — | — | — | — | (443) | — | — | (443) |
| Share-based compensation | — | — | — | — | 24,515 | — | — | — | 2,812 | — | 27,327 |
| Shares sold at the market | — | — | 3,632 | 36 | 32,987 | — | — | — | — | — | 33,023 |
| Payment of CEO payroll in shares | — | — | 66 | 1 | 415 | — | — | — | — | — | 416 |
| Issuance of shares in connection with debt agreement | — | — | 153 | 2 | 474 | — | — | — | — | — | 476 |
| Issuance of warrants, net of expenses | — | — | — | — | 6,983 | — | — | — | — | — | 6,983 |
| Vesting of nonvested shares | — | — | 17 | — | — | — | — | — | — | — | — |
| Exercise of stock options and employee share purchases | — | — | 47 | — | 627 | — | — | — | 20 | — | 647 |
| MiNK private placement stock sale | — | — | — | — | (4,434) | — | — | — | 10,234 | — | 5,800 |
| Balance at December 31, 2024 | 32 | $ 0 | 23,635 | $ 236 | $ 1,857,662 | — | $ — | $ (1,398) | $ 19,956 | $ (2,182,880) | $ (306,424) |

See accompanying notes to consolidated financial statements.

86

**AGENUS INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**For the Years Ended December 31, 2024, 2023, and 2022**
**(Amounts in thousands, except per share amounts)**

87

|  | 2024 | 2023 | 2022 |
|---|---|---|---|
| Cash flows from operating activities: | | | |
| Net loss | $ (232,271 ) | $ (257,437 ) | $ (230,656 ) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | | |
| Depreciation and amortization | 13,343 | 13,588 | 6,946 |
| Share-based compensation | 17,390 | 22,869 | 18,337 |
| Non-cash royalty revenue | (100,978 ) | (114,572 ) | (45,285 ) |
| Non-cash interest expense | 118,095 | 100,551 | 62,955 |
| Loss (gain) on sale or disposal of assets, net | 1,153 | (1,408 ) | (16,196 ) |
| Loss on impairment of assets | 1,973 | — | 6,111 |
| Gain on forgiveness of liability | (1,788 ) | — | (2,791 ) |
| Loss on modification of debt | — | — | 1,937 |
| Gain on lease terminations | (5,334 ) | — | — |
| Fair value adjustments | (3,954 ) | (556 ) | (815 ) |
| Other, net | 1,452 | 2,007 | — |
| Changes in operating assets and liabilities: | | | |
| Accounts receivable | 25,344 | (23,461 ) | 122 |
| Prepaid expenses | 5,782 | 6,032 | 11,865 |
| Accounts payable | 2,013 | 21,366 | 6,494 |
| Deferred revenue | 20 | (12,249 ) | (10,368 ) |
| Accrued liabilities and other current liabilities | 136 | 20,613 | 2,034 |
| Other operating assets and liabilities | (691 ) | (1,545 ) | 13,937 |
| Net cash used in operating activities | (158,315 ) | (224,202 ) | (175,373 ) |
| Cash flows from investing activities: | | | |
| Proceeds from sale of property, plant and equipment | 24 | 3,363 | 21,998 |
| Purchases of property, plant and equipment | (576 ) | (9,954 ) | (53,062 ) |
| Purchases of available-for-sale securities | — | (14,647 ) | (24,629 ) |
| Proceeds from sale of available-for-sale securities | — | 30,000 | 25,000 |
| Purchase of long-term investment | — | (5,396 ) | — |
| Proceeds from sale of long-term investment | 579 | 34 | — |
| Cash paid for business acquisition, net | — | — | (2,917 ) |
| Net cash provided by (used in) investing activities | 27 | 3,400 | (33,610 ) |
| Cash flows from financing activities: | | | |
| Net proceeds from sale of equity | 33,023 | 133,157 | 99,211 |
| Net proceeds from sale of subsidiary shares in private placement | 5,800 | — | — |
| Proceeds from employee stock purchases and option exercises | 647 | 807 | 898 |
| Purchase of treasury shares to satisfy tax withholdings | — | (4,566 ) | (3,789 ) |
| Purchase of subsidiary shares | — | (606 ) | — |
| Proceeds from Ligand Purchase Agreement, net of expenses | 73,851 | — | — |
| Proceeds from the issuance of long-term debt, net | 20,000 | — | — |
| Payment of finance lease obligations | (10,481 ) | (8,926 ) | (490 ) |
| Net cash provided by financing activities | 122,840 | 119,866 | 95,830 |
| Effect of exchange rate changes on cash | (260 ) | (628 ) | (104 ) |
| Net decrease in cash, cash equivalents and restricted cash | (35,708 ) | (101,564 ) | (113,257 ) |
| Cash, cash equivalents and restricted cash, beginning of period | 79,779 | 181,343 | 294,600 |
| Cash, cash equivalents and restricted cash, end of period | $ 44,071 | $ 79,779 | $ 181,343 |
| Supplemental cash flow information: | | | |
| Cash paid for interest | $ 2,278 | $ 3,168 | $ 1,143 |
| Supplemental disclosures – non-cash activities: | | | |
| Purchases of plant and equipment in accounts payable and accrued liabilities | $ — | $ — | $ 4,580 |
| Issuance of stock options for payment of certain employee bonuses | 9,321 | — | — |
| Issuance of common stock, $0.01 par value, in connection with the issuance of long-term debt | 220 | — | — |
| Issuance of common stock, $0.01 par value, for payment of certain employee bonuses | — | 7,288 | 6,635 |
| Issuance of common stock, $0.01 par value, in connection with payment for services | — | 690 | 138 |
| Issuance of common stock, $0.01 par value, for milestone achievement | — | — | 500 |
| Issuance of subsidiary stock options for payment of certain employee bonuses | 1,032 | — | — |
| Issuance of subsidiary shares for employee bonus | — | 1,011 | 294 |

88

| | | | |
|---|---|---|---|
| Insurance financing agreements | 771 | 707 | 1,377 |
| Lease right-of-use assets obtained in exchange for new operating lease liabilities | 105 | 318 | 9,206 |
| Lease right-of-use assets obtained in exchange for new finance lease liabilities | 122 | 4,812 | 25,027 |

See accompanying notes to consolidated financial statements.

89

**AGENUS INC. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**(1) Description of Business**

Agenus Inc. (including its subsidiaries, collectively referred to as "Agenus," the "Company," "we," "us," and "our") is a clinical-stage biotechnology company specializing in discovering and developing therapies to activate the body's immune system against cancer and infections. Our pipeline includes immune-modulatory antibodies, adoptive cell therapies (via MiNK Therapeutics, Inc. ("MiNK")), and vaccine adjuvants (via SaponiQx, Inc. ("SaponiQx")). Our primary focus is immuno-oncology ("I-O"), and our diverse pipeline is supported by our in-house capabilities, including current good manufacturing practice ("cGMP") manufacturing and a clinical operations platform. To succeed in I-O, innovation and speed are paramount. We are a vertically integrated biotechnology company equipped with a suite of technology platforms to advance from novel target identification through manufacturing for clinical trials of antibodies and cell therapies. By understanding each patient's cancer, we aim to substantially expand the population benefiting from current I-O therapies. In addition to a diverse pipeline, we have assembled fully integrated end-to-end capabilities including novel target discovery, antibody generation, cell line development and cGMP manufacturing. Leveraging our science and capabilities, we have established strategic partnerships to advance innovation. We believe the next generation of cancer treatment will build on clinically validated antibodies targeting CTLA-4 and PD-1 combined with novel immunomodulatory agents designed to address underlying tumor escape mechanisms.

Our I-O portfolio is driven by several platforms and programs, which we plan to utilize individually and in combination:

- Multiple antibody discovery platforms, including proprietary display technologies, to identify future antibody candidates.

- Antibody candidate programs, including our lead assets, botensilimab (a multifunctional immune cell activator and human Fc-enhanced cytotoxic T-lymphocyte antigen 4 (CTLA-4) blocking antibody, also known as AGEN1181) and balstilimab (a programmed death receptor-1 (PD-1) blocking antibody).

- Our saponin-based vaccine adjuvant platform, primarily centered around our STIMULON™ cultured plant cell ("cpc") QS-21 adjuvant ("STIMULON cpcQS-21").

- A pipeline of novel allogeneic invariant natural killer T cell therapies for treating cancer and other immune-mediated diseases, controlled by MiNK.

Our business activities include product research, preclinical and clinical development, intellectual property prosecution, manufacturing, regulatory and clinical affairs, corporate finance and development activities, and support of our collaborations. Our product candidates require successful clinical trials and approvals from regulatory agencies, as well as acceptance in the marketplace. Part of our strategy is to develop and commercialize some of our product candidates through arrangements with academic and corporate collaborators and licensees.

Our cash and cash equivalents at December 31, 2024 were $40.4 million, a decrease of $35.7 million from December 31, 2023. Cash and cash equivalents of our subsidiary, MiNK, at September 30, 2024, were $6.3 million. MiNK cash can only be accessed by Agenus through a declaration of a dividend by the MiNK Board of Directors or through settlement of intercompany balances. We have incurred significant losses since our inception in 1994. As of December 31, 2024, we had an accumulated deficit of $2.18 billion.

Based on our current plans and projections, we believe that our cash resources of $40.4 million at December 31, 2024, along with additional cash inflows we may receive in 2025, will be sufficient to satisfy our critical liquidity requirements through the second quarter of 2025. To support operations on an ongoing basis we require additional funding. Since our founding we have financed our operations principally through income and revenues generated from corporate partnerships, advance royalty sales, and proceeds from debt and equity issuances.

Currently we are in discussions with entities including operating companies and financial entities to provide the funding necessary to support our operations through our planned registration and launch strategy for botensilimab/balstilimab. However, because the completion of cash funding transactions is not entirely within our control, and in accordance with accounting standards, substantial doubt continues to exist about our ability to continue as a going concern for a period of one year after the date of filing of this Annual Report on Form 10-K. The financial statements have been prepared on a basis that assumes Agenus will continue as a going concern and which contemplates the realization of assets and satisfaction of liabilities and commitments in the ordinary course of business. Management continues to diligently address the Company's liquidity needs and has continued to adjust spending in order to preserve liquidity. We expect our sources of funding to include additional out-licensing agreements, asset sales, project financing, and/or sales of equity securities.

Research and development program costs include compensation and other direct costs plus an allocation of indirect costs, based on certain assumptions, and our review of the status of each program. Our product candidates are in various stages of development and significant additional expenditures will be required if we start new trials, encounter delays in our programs, apply for regulatory

90

approvals, continue development of our technologies, expand our operations, and/or bring our product candidates to market. The eventual total cost of each clinical trial is dependent on a number of factors such as trial design, length of the trial, number of clinical sites, and number of patients. The process of obtaining and maintaining regulatory approvals for new therapeutic products is lengthy, expensive, and uncertain. Because many of our antibody programs are early stage, and because any further development is dependent on clinical trial results, among other factors, we are unable to reliably estimate the cost of completing our research and development programs or the timing for bringing such programs to various markets or substantial partnering or out-licensing arrangements, and, therefore, when, if ever, material cash inflows are likely to commence. We will continue to adjust our spending as needed in order to preserve liquidity.

## (2) Summary of Significant Accounting Policies

### (a) Basis of Presentation and Principles of Consolidation

The consolidated financial statements have been prepared in accordance with U.S. generally accepted accounting principles and include the accounts of Agenus and our subsidiaries. All significant intercompany transactions and accounts have been eliminated in consolidation. Non-controlling interest in the consolidated financial statements represents the portion of two of our subsidiaries not 100% owned by Agenus. Refer to Note 10 for additional detail.

On April 4, 2024, we executed a reverse stock split of our issued and outstanding common stock, par value $0.01, at a ratio of 1-for-20 with a record date of April 12, 2024 (the "Reverse Stock Split"). All common share, per share and related information included in the accompanying financial statements and footnote disclosures have been adjusted retroactively, where applicable, to reflect the Reverse Stock Split. Refer to Note 9 for additional detail.

In the years ended December 31, 2024 and 2023, we deconsolidated certain foreign subsidiaries and recognized gains of approximately $185,000 and $132,000, respectively, included in "Other income (expense)" on our consolidated statements of operations and comprehensive loss.

### (b) Segment Information

We are managed and currently operate as four segments. However, we have concluded that our operating segments meet the criteria required by Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") 280, *Segment Reporting* to be aggregated into one reportable segment. Our operating segments have similar economic characteristics and are similar with respect to the five qualitative characteristics specified in ASC 280. Accordingly, we do not have separately reportable segments as defined by ASC 280. Refer to Note 21 for additional detail.

### (c) Use of Estimates

The preparation of consolidated financial statements in conformity with U.S. generally accepted accounting principles requires us to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosures of contingent assets and liabilities at the date of the consolidated financial statements and the reported amounts of revenues and expenses during the reporting period. We base those estimates on historical experience and on various assumptions that are believed to be reasonable under the circumstances. Actual results could differ from those estimates.

### (d) Cash and Cash Equivalents

We consider all highly liquid investments purchased with maturities at acquisition of three months or less to be cash equivalents. Cash equivalents consist primarily of money market funds.

### (e) Concentrations of Credit Risk

Financial instruments that potentially subject us to concentrations of credit risk are primarily cash equivalents, investments, and accounts receivable. We invest our cash, cash equivalents and short-term investments in accordance with our investment policy, which specifies high credit quality standards and limits the amount of credit exposure from any single issue, issuer, or type of investment. We carry balances in excess of federally insured levels; however, we have not experienced any losses to date from this practice.

### (f) Accounts Receivable

Accounts receivable are amounts due from our collaboration partners and customers as a result of research and development and other services provided, as well as the shipment of clinical product. We considered the need for an allowance for doubtful accounts and have concluded that no allowance was needed as of December 31, 2024 and 2023, as the estimated risk of loss on our accounts receivable was determined to be minimal.

91

### (g) Property, Plant and Equipment

Property, plant and equipment, including software developed for internal use, are carried at cost. Depreciation is computed using the straight-line method over the estimated useful lives of the assets. Amortization of leasehold improvements is computed over the shorter of the lease term or estimated useful life of the asset. Additions and improvements are capitalized, while repairs and maintenance are charged to expense as incurred. Amortization and depreciation of plant and equipment was $12.8 million, $11.9 million, and $4.7 million, for the years ended December 31, 2024, 2023, and 2022, respectively.

Construction in progress represents direct and indirect construction costs for leasehold improvements and costs of acquisition and installation of equipment. Amounts classified as construction in progress are transferred to their respective property and equipment account when the activities necessary to prepare the assets for their intended use are completed and the assets are placed in service. Depreciation is not recorded for assets classified as construction in progress.

### (h) Fair Value of Financial Instruments

The estimated fair values of all our financial instruments approximate their carrying amounts in the consolidated balance sheets. The fair value of our outstanding debt is based on a present value methodology. The outstanding principal amount of our debt, including the current portion, was $35.2 million and $13.1 million at December 31, 2024 and 2023, respectively.

### (i) Revenue Recognition

We account for revenue in accordance with ASC 606, *Revenue from Contracts with Customers* ("ASC 606").

For the years ended December 31, 2024, 2023 and 2022, 98%, 73% and 72%, respectively, of our revenue was earned from one collaboration partner.

In accordance with ASC 606, revenue is recognized when a customer obtains control of promised goods or services. The amount of revenue recognized reflects the consideration to which we expect to be entitled to receive in exchange for these goods and services. To achieve this core principle, we apply the following five steps:

*1) Identify the contract with the customer*

A contract with a customer exists when (i) the Company enters into an enforceable contract with a customer that defines each party's rights regarding the goods or services to be transferred and identifies the related payment terms, (ii) the contract has commercial substance, and (iii) the Company determines that collection of substantially all consideration for goods and services that are transferred is probable based on the customer's intent and ability to pay the promised consideration. The Company applies judgment in determining the customer's intent and ability to pay, which is based on a variety of factors including the customer's historical payment experience, or in the case of a new customer, published credit and financial information pertaining to the customer.

*2) Identify the performance obligations in the contract*

Performance obligations promised in a contract are identified based on the goods and services that will be transferred to the customer that are both capable of being distinct, whereby the customer can benefit from the good or service either on its own or together with other available resources, and are distinct in the context of the contract, whereby the transfer of the good or service is separately identifiable from other promises in the contract. To the extent a contract includes multiple promised goods and services, the Company must apply judgment to determine whether promised goods and services are capable of being distinct and are distinct in the context of the contract. If these criteria are not met, the promised goods and services are accounted for as a combined performance obligation.

*3) Determine the transaction price*

The transaction price is determined based on the consideration to which the Company will be entitled in exchange for transferring goods and services to the customer. To the extent the transaction price includes variable consideration, the Company estimates the amount of variable consideration that should be included in the transaction price utilizing either the expected value method or the most likely amount method depending on the nature of the variable consideration. Variable consideration is included in the transaction price if, in the Company's judgment, it is probable that a significant future reversal of cumulative revenue under the contract will not occur. Any estimates, including the effect of the constraint on variable consideration, are evaluated at each reporting period for any changes. Determining the transaction price requires significant judgment, which is discussed in further detail for each of the Company's contracts with customers in Note 13.

*4) Allocate the transaction price to performance obligations in the contract*

If the contract contains a single performance obligation, the entire transaction price is allocated to the single performance obligation. Contracts that contain multiple performance obligations require an allocation of the transaction price to each performance obligation on a relative stand-alone selling price basis unless the transaction price is variable and meets the criteria to be allocated

entirely to a performance obligation or to a distinct service that forms part of a single performance obligation. The consideration to be received is allocated among the separate performance obligations based on relative stand-alone selling prices. Determining the amount of the transaction price to allocate to each separate performance obligation requires significant judgment, which is discussed in further detail for each of the Company's contracts with customers in Note 13.

*5) Recognize revenue when or as the Company satisfies a performance obligation*

The Company satisfies performance obligations either over time or at a point in time. Revenue is recognized over time if either 1) the customer simultaneously receives and consumes the benefits provided by the entity's performance, 2) the entity's performance creates or enhances an asset that the customer controls as the asset is created or enhanced, or 3) the entity's performance does not create an asset with an alternative use to the entity and the entity has an enforceable right to payment for performance completed to date. If the entity does not satisfy a performance obligation over time, the related performance obligation is satisfied at a point in time by transferring the control of a promised good or service to a customer. Examples of control are using the asset to produce goods or services, enhance the value of other assets, settle liabilities, and holding or selling the asset. ASC 606 requires the Company to select a single revenue recognition method for the performance obligation that faithfully depicts the Company's performance in transferring control of the goods and services. The guidance allows entities to choose between two methods to measure progress toward complete satisfaction of a performance obligation:

1. Output methods - recognize revenue on the basis of direct measurements of the value to the customer of the goods or services transferred to date relative to the remaining goods or services promised under the contract (e.g. surveys of performance completed to date, appraisals of results achieved, milestones reached, time elapsed, and units of produced or units delivered); and

2. Input methods - recognize revenue on the basis of the entity's efforts or inputs to the satisfaction of a performance obligation (e.g., resources consumed, labor hours expended, costs incurred, or time elapsed) relative to the total expected inputs to the satisfaction of that performance obligation.

*Licenses of intellectual property:* If the license to the Company's intellectual property is determined to be distinct from the other performance obligations identified in the arrangement, the Company recognizes revenue from non-refundable, up-front fees allocated to the license when the license is transferred to the customer and the customer is able to use and benefit from the license. For licenses that are bundled with other promises, the Company utilizes judgment to assess the nature of the combined performance obligation to determine whether the combined performance obligation is satisfied over time or at a point in time and, if over time, the appropriate method of measuring progress for purposes of recognizing revenue from non-refundable, up-front fees. The Company evaluates the measure of progress each reporting period and, if necessary, adjusts the measure of performance and related revenue recognition.

*Milestone payments:* At the inception of each arrangement that includes development, regulatory or commercial milestone payments, the Company evaluates whether the milestones are considered probable of being reached and estimates the amount to be included in the transaction price. ASC 606 suggests two alternatives to use when estimating the amount of variable consideration: the expected value method and the most likely amount method. Under the expected value method, an entity considers the sum of probability-weighted amounts in a range of possible consideration amounts. Under the most likely amount method, an entity considers the single most likely amount in a range of possible consideration amounts. Whichever method is used, it should be consistently applied throughout the life of the contract; however, it is not necessary for the Company to use the same approach for all contracts. The Company uses the most likely amount method for development and regulatory milestone payments. If it is probable that a significant revenue reversal would not occur, the associated milestone value is included in the transaction price. The transaction price is then allocated to each performance obligation on a relative stand-alone selling price basis. The Company recognizes revenue as or when the performance obligations under the contract are satisfied. At the end of each subsequent reporting period, the Company re-evaluates the probability or achievement of each such milestone and any related constraint, and if necessary, adjusts its estimates of the overall transaction price. Any such adjustments are recorded on a cumulative catch-up basis, which would affect revenues and earnings in the period of adjustment.

*Royalties:* For arrangements that include sales-based royalties, including milestone payments based on the level of sales, and the license is deemed to be the predominant item to which the royalties relate, the Company recognizes revenue at the later of (i) when the related sales occur, or (ii) when the performance obligation to which some or all of the royalty has been allocated has been satisfied (or partially satisfied).

*Up-front Fees:* Depending on the nature of the agreement, up-front payments and fees may be recorded as deferred revenue upon receipt or when due and may require deferral of revenue recognition to a future period until the Company performs its obligations under these arrangements. Amounts payable to the Company are recorded as accounts receivable when the Company's right to consideration is unconditional. The Company does not assess whether a contract has a significant financing component if the expectation at contract inception is such that the period between payment by the customer and the transfer of the promised goods or services to the customer will be one year or less.

93

*(j) Foreign Currency Transactions*

Gains and losses from our foreign currency-based accounts and transactions, such as those resulting from the translation and settlement of receivables and payables denominated in foreign currencies, are included in the consolidated statements of operations within other income (expense). We recorded a foreign currency losses of $29,000, $0.1 million and $0.4 million for the years ended December 31, 2024, 2023 and 2022, respectively.

*(k) Research and Development*

Research and development expenses include the costs associated with our internal research and development activities, including salaries and benefits, share-based compensation, occupancy costs, clinical manufacturing costs, related administrative costs, and research and development conducted for us by outside advisors, such as sponsored university-based research partners and clinical study partners. We account for our internally managed clinical study costs by estimating the total cost to treat a patient in each clinical trial and recognizing this cost based on estimates of when the patient receives treatment, beginning when the patient enrolls in the trial. Research and development expenses also include the cost of clinical trial materials shipped to our research partners. Research and development costs are expensed as incurred.

*(l) Share-Based Compensation*

We account for share-based compensation in accordance with the provisions of ASC 718, *Compensation—Stock Compensation.* Share-based compensation expense is recognized based on the estimated grant date fair value. Compensation cost for awards with time-based vesting is recognized on a straight-line basis over the requisite service period of the award. Forfeitures are recognized as they occur. See Note 11 for a further discussion on share-based compensation.

*(m) Income Taxes*

Income taxes are accounted for under the asset and liability method with deferred tax assets and liabilities recognized for the future tax consequences attributable to differences between the financial statement carrying amounts of existing assets and liabilities and their respective tax basis and net operating loss and tax credit carryforwards. Deferred tax assets and liabilities are measured using enacted tax rates expected to apply to taxable income in the years in which such items are expected to be reversed or settled. The effect on deferred tax assets and liabilities of a change in tax rates is recognized in the consolidated statement of operations in the period that includes the enactment date. Deferred tax assets which are not more likely than not to be realized are subject to valuation allowance.

*(n) Net Loss Per Share*

Basic income and loss per common share are calculated by dividing the net loss attributable to common stockholders by the weighted average number of common shares outstanding (including common shares issuable under our Directors' Deferred Compensation Plan). Diluted income per common share is calculated by dividing net income attributable to common stockholders by the weighted average number of common shares outstanding (including common shares issuable under our Directors' Deferred Compensation Plan) plus the dilutive effect of outstanding instruments such as warrants, stock options, non-vested shares, convertible preferred stock, and convertible notes. Because we reported a net loss attributable to common stockholders for all periods presented, diluted loss per common share is the same as basic loss per common share, as the effect of utilizing the fully diluted share count would have reduced the net loss per common share. Therefore, the following potentially dilutive securities have been excluded from the computation of diluted weighted average shares outstanding as of December 31, 2024, 2023, and 2022, as they would be anti-dilutive (in thousands):

| | Year Ended | | |
| --- | --- | --- | --- |
| | 2024 | 2023 | 2022 |
| Warrants | 965 | 99 | 99 |
| Stock options | 5,243 | 2,141 | 1,799 |
| Nonvested shares | 42 | 27 | 18 |
| Series A-1 convertible preferred stock | 17 | 17 | 17 |

*(o) Goodwill*

Goodwill represents the excess of cost over the fair value of net assets of businesses acquired. Goodwill is not amortized, but instead tested for impairment at least annually. Annually we assess whether there is an indication that goodwill is impaired, or more frequently if events and circumstances indicate that the asset might be impaired during the year. We perform our annual impairment

94

test as of October 31 of each year. The first step of our impairment analysis compares the fair value of our reporting units to their net book value to determine if there is an impairment. We operate as four reporting units. As of December 31, 2024, our entire goodwill balance is allocated to a reporting unit with a negative carrying amount. In the year ended December 31, 2024, we recognized a goodwill impairment charge of approximately $0.6 million related to the full impairment of the goodwill assigned to one reporting unit. No goodwill impairment was recognized in the years ended December 31, 2023 and 2022.

### (p) Long-lived Assets

If required based on certain events and circumstances, recoverability of assets to be held and used, other than goodwill and intangible assets not being amortized, is measured by a comparison of the carrying amount of an asset to the undiscounted future net cash flows expected to be generated by the asset or asset group. If the carrying amount of an asset exceeds its estimated future undiscounted cash flows, an impairment charge is recognized for the amount by which the carrying amount of the asset exceeds the fair value of the asset. Authoritative guidance requires companies to separately report discontinued operations and extends that reporting to a component of an entity that either has been disposed of (by sale, abandonment, or in a distribution to owners) or is classified as held for sale. Assets to be disposed of are reported at the lower of the carrying amount or fair value less costs to sell.

### (q) Leases

We account for leases in accordance with ASC 842, *Leases* ("ASC 842").

At the inception of an agreement, we determine whether the contract contains a lease. If a lease is identified in such arrangement, we recognize a right-of-use asset and liability on our consolidated balance sheet and determine whether the lease should be classified as a finance or operating lease. We have elected not to recognize assets or liabilities for leases with lease terms of 12 months or less.

A lease qualifies as a finance lease if any of the following criteria are met at the inception of the lease: (i) there is a transfer of ownership of the leased asset by the end of the lease term, (ii) we hold an option to purchase the leased asset that we are reasonably certain to exercise, (iii) the lease term is for a major part of the remaining economic life of the leased asset, (iv) the present value of the sum of lease payments equals or exceeds substantially all of the fair value of the leased asset, or (v) the nature of the leased asset is specialized to the point that it is expected to provide the lessor no alternative use at the end of the lease term. All other leases are recorded as operating leases.

Our leases commence when the lessor makes the asset available for our use. Finance and operating lease right-of-use assets and liabilities are recognized at the lease commencement date. Lease liabilities are recognized as the present value of the lease payments over the lease term, net of any future lease incentives to be received, using the discount rate implicit in the lease. If the implicit rate is not readily determinable, as is the case with all our current leases, we utilize our incremental borrowing rate at the lease commencement date. Right-of-use assets are recognized based on the amount of the lease liability, adjusted for any advance lease payments paid, initial direct costs incurred, or lease incentives received prior to commencement. Right-of-use assets are subject to evaluation for impairment or disposal on a basis consistent with other long-lived assets.

Operating lease payments are expensed using the straight-line method as an operating expense over the lease term, unless the right-of-use asset reflects impairment. We will then recognize the amortization of the right-of-use asset on a straight-line basis over the remaining lease term with rent expense still included in operating expense in our consolidated statement of operations.

Finance lease assets are amortized to depreciation expense using the straight-line method over the shorter of the useful life of the related asset or the lease term, unless the lease includes a provision that either (i) results in the transfer of ownership of the underlying asset at the end of the lease term or (ii) includes a purchase option whose exercise is reasonably certain. In either of these instances, the right-of-use asset is amortized over the useful life of the underlying asset. Finance lease payments are bifurcated into (i) a portion that is recorded as imputed interest expense and (ii) a portion that reduces the finance lease liability.

We do not separate lease and non-lease components for any of our current asset classes when determining which lease payments to include in the calculation of its lease assets and liabilities. Variable lease payments are expensed in the period incurred. If a lease includes an option to extend or terminate the lease, we reflect the option in the lease term if it is reasonably certain the option will be exercised. Our right of use assets and lease liabilities generally exclude periods covered by renewal options and include periods covered by early termination options (based on our conclusion that it is not reasonably certain that we will exercise such options).

We accounted for the sublease of space in our main Lexington, Massachusetts facility from the perspective of a lessor. Our sublease was classified as an operating lease. We recorded sublease income as a reduction of operating expense.

Operating leases are recorded in "Operating lease right-of-use assets", "Current portion, operating lease liabilities" and "Operating lease liabilities, net of current portion", while finance leases are recorded in "Property, plant and equipment, net", "Other current liabilities" and "Other long-term liabilities" on our consolidated balance sheets.

95

*(r) Recent Accounting Pronouncements*

*Recently Issued and Adopted*

In November 2023, the FASB issued ASU 2023-07, Segment Reporting (Topic 280): Improvements to Reportable Segment Disclosures. ASU 2023-07 requires incremental annual and quarterly disclosures about segment measures of profit or loss as well as significant segment expenditures. It also requires public entities with a single reportable segment to provide all segment disclosures required by the amendments and all existing segment disclosures in Topic 280. We adopted the standard as of December 31, 2024. The adoption of this standard resulted in increased disclosures, including significant segment expenditures, in the notes to our consolidated financial statements.

*Recently Issued, Not Yet Adopted*

In December 2023, the FASB issued ASU 2023-09, Income Taxes (Topic 740): Improvements to Income Tax Disclosures. ASU 2023-09 requires incremental annual disclosures around income tax rate reconciliations, income taxes paid and other related disclosures. For public business entities, ASU 2023-09 is effective for fiscal years beginning after December 15, 2024. Early adoption is permitted for any annual periods for which financial statements have not been issued or made available for issuance. We are currently evaluating the impact that ASU 2023-09 will have on the disclosures in the notes to our consolidated financial statements.

In November 2024, the FASB issued ASU 2024-03, Disaggregation of Income Statement Expenses (DISE). This new guidance requires all public entities to incorporate disclosures about specific types of expenses included in the expense captions presented on the face of the income statement as well as disclosures about selling expenses. Public entities must adopt ASU 2024-03 prospectively for fiscal years beginning after December 15, 2026, and interim reporting periods beginning after December 15, 2027. Early adoption and retrospective application are permitted. We are currently evaluating the impact that ASU 2024-03 will have on our consolidated financial statements.

No other new accounting pronouncement issued or effective during the year ended December 31, 2024 had or is expected to have a material impact on our consolidated financial statements or disclosures.

## (3) Goodwill and Acquired Intangible Assets

The following table sets forth the changes in the carrying amount of goodwill for year ended December 31, 2024 (in thousands):

| | | |
|---|---|---:|
| Balance, December 31, 2023 | $ | 24,723 |
| Impairment | | (602) |
| Effect of foreign currency | | (29) |
| Balance, December 31, 2024 | $ | 24,092 |

Acquired intangible assets consisted of the following at December 31, 2024 and 2023 (in thousands):

| | As of December 31, 2024 | | | |
|---|---|---|---|---|
| | Amortization period (years) | Gross carrying amount | Accumulated amortization | Net carrying amount |
| Intellectual Property | 7-15 years | $ 16,841 | $ (15,522) | $ 1,319 |
| Trademarks | 4-4.5 years | 882 | (882) | — |
| Other | 2-7 years | 582 | (582) | — |
| In-process research and development | Indefinite | 2,057 | — | 2,057 |
| Total | | $ 20,362 | $ (16,986) | $ 3,376 |

| | As of December 31, 2023 | | | |
|---|---|---|---|---|
| | Amortization period (years) | Gross carrying amount | Accumulated amortization | Net carrying amount |
| Intellectual Property | 7-15 years | $ 16,841 | $ (15,184) | $ 1,657 |
| Trademarks | 4-4.5 years | 1,213 | (1,185) | 28 |
| Other | 2-7 years | 1,988 | (1,319) | 669 |
| In-process research and development | Indefinite | 2,057 | — | 2,057 |
| Total | | $ 22,099 | $ (17,688) | $ 4,411 |

The weighted average amortization period of our finite-lived intangible assets is approximately 9 years. Amortization expense for the years ended December 31, 2024, 2023, and 2022 was $0.5 million, $1.5 million and $2.2 million, respectively. Amortization expense related to acquired intangibles is estimated at, $0.3 million for each of 2025, 2026, 2027 and 2028, and $40,000 for 2029.

IPR&D acquired in a business combination is capitalized at fair value until the underlying project is completed and is subject to impairment testing. Once the project is completed, the carrying value of IPR&D is amortized over the estimated useful life of the asset. Post-acquisition research and development expenses related to the acquired IPR&D are expensed as incurred.

## (4) Investments

### Cash Equivalents

Cash equivalents consisted of the following as of December 31, 2024 and 2023 (in thousands):

|  | December 31, 2024 | | December 31, 2023 | |
|  | Cost | Estimated Fair Value | Cost | Estimated Fair Value |
| --- | --- | --- | --- | --- |
| Institutional Money Market Funds | $ 6,954 | $ 6,954 | $ 70,485 | $ 70,485 |
| Total | $ 6,954 | $ 6,954 | $ 70,485 | $ 70,485 |

As a result of the short-term nature of our investments, there were minimal unrealized holding gains or losses for the years ended December 31, 2024, 2023 and 2022.

Of the investments listed above, all were classified as cash equivalents on our consolidated balance sheets as of December 31, 2024 and 2023.

## (5) Restricted Cash

As of December 31, 2024, 2023, and 2022 we maintained non-current restricted cash of $3.6 million, $3.7 million and $2.7 million, respectively. These amounts are included within "Other long-term assets" in our consolidated balance sheets and are comprised of deposits under letters of credit required under our facility leases.

The following table provides a reconciliation of cash, cash equivalents and restricted cash that agrees to the total of the aforementioned amounts shown in our consolidated statements of cash flows as of December 31, 2024, 2023 and 2022, respectively (in thousands):

|  | 2024 | 2023 | 2022 |
| --- | --- | --- | --- |
| Cash and cash equivalents | $ 40,437 | $ 76,110 | $ 178,674 |
| Restricted cash | 3,634 | 3,669 | 2,669 |
| Cash, cash equivalents and restricted cash | $ 44,071 | $ 79,779 | $ 181,343 |

## (6) Property, Plant and Equipment

Property, plant and equipment, net as of December 31, 2024 and 2023 consist of the following (in thousands):

|  | 2024 | 2023 | Estimated Depreciable Lives |
| --- | --- | --- | --- |
| Land | $ 12,286 | $ 12,286 | Indefinite |
| Building and building improvements | 5,837 | 5,837 | 35 years |
| Furniture and fixtures | 6,491 | 6,448 | 3 to 10 years |
| Laboratory, manufacturing and transportation equipment | 63,012 | 64,276 | 4 to 15 years |
| Leasehold improvements | 94,860 | 95,645 | 2 to 14 years |
| Software and computer equipment | 9,370 | 9,360 | 3 years |
| Construction in progress | 784 | 1,512 | |
|  | 192,640 | 195,364 | |
| Less accumulated depreciation and amortization | (72,553 ) | (61,943 ) | |
| Total | $ 120,087 | $ 133,421 | |

During the year ended December 31, 2022, we sold land with a recorded value of $5.7 million and recorded a gain on the sale of $16.3 million, included in "other income" in our consolidated statements of operations and comprehensive loss.

## (7) Income Taxes

We are subject to taxation in the U.S. and in various state, local, and foreign jurisdictions. We remain subject to examination by U.S. Federal, state, local, and foreign tax authorities for tax years 2021 through 2024. With a few exceptions, we are no longer subject

to U.S. Federal, state, local, and foreign examinations by tax authorities for the tax year 2020 and prior. However, net operating losses from the tax year 2020 and prior would be subject to examination if and when used in a future tax return to offset taxable income. Our policy is to recognize income tax related penalties and interest, if any, in our provision for income taxes and, to the extent applicable, in the corresponding income tax assets and liabilities, including any amounts for uncertain tax positions.

As of December 31, 2024, we had available net operating loss carryforwards of $910.1 million and $437.1 million for Federal and state income tax purposes, respectively, which are available to offset future Federal and state taxable income, if any, $404.5 million of these Federal and $1.7 million of these State net operating loss carryforwards do not expire, while the remaining net operating loss carryforwards expire between 2025 and 2044. Our ability to use these net operating losses may be limited by change of control provisions under Internal Revenue Code Section 382 and may expire unused. In addition, we have $5.8 million and $1.4 million of Federal and state research and development credits, respectively, available to offset future taxable income. These Federal and state research and development credits expire between 2025 and 2034 and 2025 and 2030, respectively. Additionally, we have $21,000 of state investment tax credits, available to offset future taxable income that expire in 2026. We also have foreign net operating loss carryforwards, which do not expire, available to offset future foreign taxable income of $2.6 million in the United Kingdom, $9.1 million in Belgium, $715,000 in Ireland, $289,000 in Hong Kong and $2.3 million in Russia. Additionally, we have $3.0 million of net operating loss carryforwards, in Switzerland, which begin to expire in 2030. The potential impacts of these provisions are among the items considered and reflected in management's assessment of our valuation allowance requirements.

Beginning January 1, 2022, the Tax Cuts and Jobs Act (the "Tax Act") eliminated the option to deduct research and development expenditures in the current year and requires taxpayers to capitalize such expenses pursuant to Internal Revenue Code ("IRC") Section 174. The capitalized expenses are amortized over a 5-year period for domestic expenses and a 15-year period for foreign expenses. We have included the impact of this provision, which results in additional deferred tax assets of approximately $87.0 million and $70.9 million as of December 31, 2024 and 2023, respectively.

The tax effect of temporary differences and net operating loss and tax credit carryforwards that give rise to significant portions of the deferred tax assets and deferred tax liabilities as of December 31, 2024 and 2023 are presented below (in thousands).

| | | 2024 | | 2023 |
|---|---|---|---|---|
| Deferred tax assets: | | | | |
| U.S. Federal and State net operating loss carryforwards | $ | 216,158 | $ | 191,671 |
| Foreign net operating loss carryforwards | | 3,906 | | 7,093 |
| Research and development tax credits | | 7,153 | | 8,348 |
| Share-based compensation | | 4,675 | | 5,083 |
| Intangible Assets | | 19,279 | | 24,563 |
| Interest expense carryforward | | 15,369 | | 12,183 |
| Deferred Revenue | | 44,005 | | 46,025 |
| Lease Liability | | 13,246 | | 17,709 |
| Capitalized research expenditures | | 87,041 | | 70,879 |
| Other | | 5,920 | | 8,773 |
| Total deferred tax assets | | 416,752 | | 392,327 |
| Less: valuation allowance | | (401,491 ) | | (376,483 ) |
| Net deferred tax assets | | 15,261 | | 15,844 |
| Foreign intangible assets | | (441 ) | | (462 ) |
| Right of use asset | | (5,875 ) | | (6,761 ) |
| Depreciable assets | | (8,919 ) | | (8,589 ) |
| Other | | (138 ) | | (144 ) |
| Deferred tax liabilities | | (15,373 ) | | (15,956 ) |
| Net deferred tax liability | $ | (112 ) | $ | (112 ) |

In assessing the realizability of deferred tax assets, we consider whether it is more likely than not that some portion or all of the deferred tax assets will not be realized. The ultimate realization of deferred tax assets is dependent upon the generation of future taxable income during the periods in which the net operating loss and tax credit carryforwards can be utilized or the temporary differences become deductible. We consider projected future taxable income and tax planning strategies in making this assessment. In order to fully realize the deferred tax asset, we will need to generate future taxable income sufficient to utilize net operating losses prior to their expiration. Based upon our history of not generating taxable income due to our business activities focused on product development, we believe that it is more likely than not that deferred tax assets will not be realized through future earnings. Accordingly, a valuation allowance has been established for deferred tax assets which will not be offset by the reversal of deferred tax liabilities. The valuation allowance on the deferred tax assets increased by $25.0 million and $28.6 million during the years ended December 31, 2024 and 2023, respectively.

98

Income tax expense was nil for the years ended December 31, 2024, 2023 and 2022. Income taxes recorded differed from the amounts computed by applying the U.S. Federal income tax rate of 21% to loss before income taxes as a result of the following (in thousands).

| | 2024 | 2023 | 2022 |
|---|---|---|---|
| Computed "expected" Federal tax benefit | $ (48,780) | $ (54,096) | $ (48,438) |
| (Increase) reduction in income taxes benefit resulting from: | | | |
| Change in valuation allowance | 25,986 | 27,647 | 50,039 |
| (Decrease) increase due to uncertain tax positions | 40 | — | — |
| Nontaxable liquidation of subsidiaries | 1,402 | 1,925 | — |
| Loan forgiveness | — | — | 1,206 |
| State and local income benefit, net of Federal income tax benefit | 2,002 | 4,565 | (12,533) |
| Equity based compensation | 3,054 | 4,696 | 3,000 |
| Foreign rate differential | 396 | (213) | (267) |
| Change in fair value contingent consideration | — | — | (171) |
| Expiration of tax attributes | 14,250 | 14,288 | 10,428 |
| Other, net | 1,650 | 1,188 | (3,264) |
| Income tax benefit | $ — | $ — | $ — |

A reconciliation of the beginning and ending amount of gross unrecognized tax benefits is as follows (in thousands):

| | 2024 | 2023 | 2022 |
|---|---|---|---|
| Balance, January 1 | $ 3,433 | $ 3,291 | $ 3,148 |
| Increase (decrease) related to current year positions | (51) | (6) | 3 |
| Increase (decrease) related to previously recognized positions | (152) | 148 | 140 |
| Balance, December 31 | $ 3,230 | $ 3,433 | $ 3,291 |

These unrecognized tax benefits would all impact the effective tax rate if recognized. There are no positions which we anticipate could change within the next twelve months.

## (8) Accrued and Other Current Liabilities

Accrued liabilities consist of the following as of December 31, 2024 and 2023 (in thousands):

| | December 31, 2024 | December 31, 2023 |
|---|---|---|
| Payroll | $ 10,872 | $ 14,512 |
| Professional fees | 4,695 | 7,101 |
| Contract manufacturing costs | 2,915 | 7,613 |
| Research services | 9,720 | 10,807 |
| Other | 6,759 | 5,250 |
| Total | $ 34,961 | $ 45,283 |

Other current liabilities consisted of the following as of December 31, 2024 and 2023 (in thousands):

| | December 31, 2024 | December 31, 2023 |
|---|---|---|
| Finance lease liabilities | $ 4,702 | $ 10,457 |
| Other | 3,115 | 3,458 |
| Total | $ 7,817 | $ 13,915 |

## (9) Equity

Effective August 5, 2022, our certificate of incorporation was amended to increase the number of authorized shares of common stock from 400,000,000 to 800,000,000.

99

Under the terms and conditions of the Certificate of Designation creating the Series A-1 Preferred Stock, this stock is convertible by the holder at any time into our common stock, is non-voting, has an initial conversion price of $1,897.20 per common share, subject to adjustment, and is redeemable by us at its face amount ($31.6 million), plus any accrued and unpaid dividends. The Certificate of Designation does not contemplate a sinking fund. The Series A-1 Preferred Stock ranks senior to our common stock. In a liquidation, dissolution, or winding up of the Company, the Series A-1 Preferred Stock's liquidation preference must be fully satisfied before any distribution could be made to the holders of the common stock. Other than in such a liquidation, no terms of the Series A-1 Preferred Stock affect our ability to declare or pay dividends on our common stock as long as the Series A-1 Preferred Stock's dividends are accruing. The liquidation value of this Series A-1 Preferred stock is equal to $1,000 per share outstanding plus any accrued unpaid dividends. Dividends in arrears with respect to the Series A-1 Preferred Stock were approximately $2.5 million or $78.46 per share, and $2.3 million or $71.67 per share, at December 31, 2024 and 2023, respectively.

On July 22, 2020, we filed an Automatic Shelf Registration Statement on Form S-3ASR (file no. 333-240006) (the "First Registration Statement"). The First Registration Statement included both a base prospectus that covered the potential offering, issuance and sale from time to time of common stock, preferred stock, warrants, debt securities and units of Agenus and a prospectus covering the offering, issuance and sale of up to 5.0 million shares of our common stock from time to time in "at-the-market offerings" pursuant to an At Market Issuance Sales Agreement (the "Sales Agreement") entered into with B. Riley on July 22, 2020. On March 1, 2022, we filed a prospectus supplement in connection with the potential offer and sale of up to an additional 5.0 million shares of common stock pursuant to the Sales Agreement. This First Registration Statement expired in July 2023.

On June 23, 2023, we filed an Automatic Shelf Registration Statement on Form S-3ASR (file no. 333-272911) (the "Second Registration Statement"). The Second Registration Statement included both a base prospectus that covered the potential offering, issuance and sale from time to time of common stock, preferred stock, warrants, debt securities and units of Agenus and a prospectus supplement that covered the potential offer and sale of up to 9.2 million shares of common stock pursuant to the Sales Agreement.

On March 14, 2024, we filed a Post-effective Amendment to an Automatic Shelf Registration Statement on Form POSASR (file no. 333-272911) and a Post-Effective Amendment for Registration Statement on Form POS AM (file no. 333-272911) (together, the "Third Registration Statement"). The Third Registration Statement included both a base prospectus that covered the potential offering, issuance and sale from time to time of up to $300.0 million of common stock, preferred stock, warrants, debt securities and units of Agenus and a prospectus supplement for the potential offer and sale of up to 6,725,642 shares of common stock (the "Initial ATM Shares") in "at the market" offerings pursuant to the Sales Agreement. On August 8, 2024, we filed an additional prospectus supplement for the potential offer and sale of up to an additional 13,834,015 shares of common stock (together with the Initial ATM Shares, the "Placement Shares") in "at the market" offerings pursuant to the Sales Agreement. Sales pursuant to the Sales Agreement will be made only upon our instruction to the Sales Agent, and we cannot provide assurances that we will issue any additional Placement Shares pursuant to the Sales Agreement.

During the years ended December 31, 2024, 2023 and 2022 we received net proceeds of approximately $33.0 million, $133.2 million and $99.2 million from the sale of approximately 3.6 million shares, 4.2 million shares and 2.3 million shares, respectively, of our common stock at an average price per share of approximately $9.37, $32.60 and $45.40, respectively, in at-the-market offerings under the Sales Agreement.

On April 3, 2024, our stockholders approved a proposal to amend our Amended and Restated Certificate of Incorporation, as amended (the "Certificate of Incorporation"), to effect the Reverse Stock Split of our issued and outstanding common stock at a ratio of 1-for-20. On April 4, 2024, we filed a Certificate of Eighth Amendment (the "Certificate of Amendment") to our Certificate of Incorporation with the Secretary of State of the State of Delaware to effect the Reverse Stock Split. Pursuant to the Certificate of Amendment, the Reverse Stock Split became effective at 12:01 a.m., Eastern Time, on April 12, 2024. As of the opening of trading on April 12, 2024, our common stock began trading on a post-split basis under CUSIP number 00847G 804.

All common share, per share and related information included in the accompanying financial statements and footnote disclosures have been adjusted retroactively, where applicable, to reflect the Reverse Stock Split.

In connection with the Ligand Purchase Agreement described in Note 17, on May 6, 2024, we issued to Ligand a warrant to purchase 867,052 shares of our common stock, at an exercise price equal to $17.30 per share. The exercise price of the Ligand Warrant and the number of shares issuable upon exercise of the Ligand Warrant are subject to adjustments for stock splits, combinations, stock dividends or similar events. The Ligand Warrant is exercisable until May 6, 2029.

**(10) Non-controlling Interest**

Non-controlling interest recorded in our consolidated financial statements for the years ended December 31, 2024, 2023 and 2022, relates to the following approximate interests in certain consolidated subsidiaries, which we do not own.

|  | 2024 | 2023 | 2022 |
|---|---|---|---|
| MiNK Therapeutics, Inc. | 45% | 37% | 22% |
| SaponiQx, Inc. | 30% | 30% | 30% |

Changes in non-controlling interest for the years ended December 31, 2024, 2023 and 2022 were as follows (in thousands):

100

| | 2024 | 2023 | 2022 |
|---|---|---|---|
| Beginning balance | $ 11,949 | $ 6,376 | $ 13,469 |
| Net loss attributable to non-controlling interest | (5,059) | (11,676) | (10,582) |
| Other items: | | | |
| Sale of subsidiary shares in private placement | 10,234 | — | — |
| Distribution of subsidiary shares to Agenus stockholders | — | 14,888 | — |
| Purchase of subsidiary shares | — | (2,546) | — |
| Issuance of subsidiary shares for employee stock purchase plan and exercise of options | 20 | 71 | — |
| Issuance of subsidiary shares for employee bonus | — | 1,011 | 294 |
| Subsidiary share-based compensation | 2,812 | 3,825 | 3,195 |
| Total other items | 13,066 | 17,249 | 3,489 |
| Ending balance | $ 19,956 | $ 11,949 | $ 6,376 |

***Sale of subsidiary shares in private placement***

On May 13, 2024, MiNK entered into a Stock Purchase Agreement with a certain investor (the "Purchaser"), pursuant to which MiNK issued and sold an aggregate of 464,000 shares of its Common Stock (the "MiNK Common Shares"), at a purchase price of $12.50 per share. The aggregate purchase price paid by the Purchaser for the MiNK Common Shares was approximately $5.8 million, net of offering expenses. The transaction closed on May 14, 2024.

***Distribution of subsidiary shares to Agenus stockholders***

On March 29, 2023, our Board of Directors declared a stock dividend (the "Dividend") consisting of an aggregate of 500,000 shares (the "Dividend Stock") of common stock, par value $0.00001 per share, of MiNK held by Agenus to record holders of Agenus' common stock, par value $0.01 per share as of the close of business on April 17, 2023 (the "Record Date").

On May 1, 2023, we paid the Dividend and distributed 0.0292 of a share of the Dividend Stock for each share of Agenus Common Stock outstanding as of the close of business on the Record Date. No fractional shares were issued in connection with the Dividend and the shareholders of Agenus who were entitled to receive fractional shares of the Dividend Stock received cash (without interest) in lieu of such fractional shares. Subsequent to the distribution of the Dividend Stock, we maintained a controlling voting interest in MiNK.

***Purchase of subsidiary shares***

During the year ended December 31, 2023, we purchased 44,649 shares of MiNK common stock in multiple open market transactions.

***Subsidiary Share-based Compensation***

Subsidiary share-based compensation attributed to non-controlling interest represents share-based compensation expense for awards issued by both MiNK Therapeutics and SaponiQx.

**(11) Share-based Compensation Plans**

On April 10, 2019, our Board of Directors adopted, and on June 19, 2019, our stockholders approved, our 2019 Equity Incentive Plan (the "2019 EIP"). On June 11, 2024, June 8, 2022 and June 15, 2021, our stockholders approved amendments to the 2019 EIP, increasing the number of shares available for issuance. The 2019 EIP provides for the grant of incentive stock options intended to qualify under Section 422 of the Code, nonstatutory stock options, restricted stock, unrestricted stock and other equity-based awards, such as stock appreciation rights, phantom stock awards, and restricted stock units, which we refer to collectively as Awards, for up to 6.5 million shares of our common stock (subject to adjustment in the event of stock splits and other similar events).

The Board of Directors appointed the Compensation Committee to administer the 2019 EIP. No awards will be granted under the 2019 EIP after June 19, 2029.

In the second quarter of 2019, our Board of Directors adopted, and on June 16, 2020, our stockholders approved the 2019 Employee Stock Purchase Plan (the "2019 ESPP") to provide eligible employees the opportunity to acquire our common stock in a program designed to comply with Section 423 of the Code. On June 12, 2023 and June 15, 2021, our stockholders approved

amendments to the 2019 ESPP, increasing the number of shares available for issuance. There are 0.1 million shares reserved for issuance under the 2019 ESPP.

Our Directors' Deferred Compensation Plan, as amended, permits each outside director to defer all, or a portion of, their cash compensation until their service as a director ends or until a specified date into a cash account or a stock account. On June 11, 2024 and June 8, 2022, our stockholders approved amendments to this plan, increasing the number of shares available for issuance. There are 63,750 shares of our common stock reserved for issuance under this plan. As of December 31, 2024, 16,363 shares had been issued. Amounts deferred to a cash account will earn interest at the rate paid on one-year Treasury bills with interest added to the account annually. Amounts deferred to a stock account will be converted on a quarterly basis into a number of units representing shares of our common stock equal to the amount of compensation which the participant has elected to defer to the stock account divided by the applicable price for our common stock. The applicable price for our common stock has been defined as the average of the closing price of our common stock for all trading days during the calendar quarter preceding the conversion date as reported by The Nasdaq Capital Market. Pursuant to this plan, a total of 63,750 units, each representing a share of our common stock at a weighted average common stock price of $46.74, had been credited to participants' stock accounts as of December 31, 2024. The compensation charges for this plan were immaterial for all periods presented.

On November 4, 2015, our Board of Directors adopted and approved our 2015 Inducement Equity Plan (the "2015 IEP") in compliance with and in reliance on Nasdaq Listing Rule 5635(c)(4), which exempts inducement grants from the general requirement of the Nasdaq Listing Rules that equity-based compensation plans and arrangements be approved by stockholders. In October 2023, our Board of Directors approved an increase to the number of shares available for issuance. There are 175,000 shares of our common stock reserved for issuance under the 2015 IEP.

We primarily use the Black-Scholes option pricing model to value options granted to employees and non-employees, as well as options granted to members of our Board of Directors. All stock option grants have 10-year terms and generally vest ratably over a 3 or 4-year period.

The fair value of each option granted during the periods was estimated on the date of grant using the following weighted average assumptions:

|  | 2024 | 2023 | 2022 |
|---|---|---|---|
| Expected volatility | 86% | 72% | 68% |
| Expected term in years | 6 | 6 | 6 |
| Risk-free interest rate | 3.8% | 3.3% | 1.8% |
| Dividend yield | 0% | 0% | 0% |

Expected volatility is based exclusively on historical volatility data of our common stock. The expected term of stock options granted is based on historical data and other factors and represents the period of time that stock options are expected to be outstanding prior to exercise. The risk-free interest rate is based on U.S. Treasury strips with maturities that match the expected term on the date of grant.

A summary of option activity for 2024 is presented below:

|  | Options | | Weighted Average Exercise Price | Weighted Average Remaining Contractual Term (in years) | | Aggregate Intrinsic Value |
|---|---|---|---|---|---|---|
| Outstanding at December 31, 2023 | 2,141,360 | $ | 65.00 |  |  |  |
| Granted | 3,334,887 |  | 6.91 |  |  |  |
| Exercised | (16,668) |  | 12.26 |  |  |  |
| Forfeited | (93,758) |  | 26.87 |  |  |  |
| Expired | (122,905) |  | 63.56 |  |  |  |
| Outstanding at December 31, 2024 | 5,242,916 |  | 28.76 | 8.06 | $ | — |
| Vested or expected to vest at December 31, 2024 | 5,242,916 |  | 28.76 | 8.06 | $ | — |
| Exercisable at December 31, 2024 | 2,534,682 | $ | 50.07 | 6.52 | $ | — |

The weighted average grant-date fair values of options granted during the years ended December 31, 2024, 2023, and 2022, was $10.75, $28.20, and $35.00, respectively.

The aggregate intrinsic value in the table above represents the difference between our closing stock price on the last trading day of fiscal 2024 and the exercise price, multiplied by the number of in-the-money options that would have been received by the option holders had all option holders exercised their options on December 31, 2024 (the intrinsic value is considered to be zero if the exercise price is greater than the closing stock price). This amount changes based on the fair market value of our stock. The total intrinsic value of options exercised during the years ended December 31, 2024, 2023, and 2022, determined on the dates of exercise, was $64,000, $13,000, and $70,000, respectively.

During 2024, 2023, and 2022, all options were granted with exercise prices equal to the market value of the underlying shares of common stock on the grant date other than certain awards dated January 16, 2024 and January 17, 2024. In January 2024, our Board of Directors approved certain awards subject to forfeiture in the event stockholder approval was not obtained for an amendment to our 2019 EIP. This approval was obtained in June 2024. Accordingly, these awards have a grant date of June 2024, with an exercise price as of the date the Board of Director's approved the awards in January 2024.

As of December 31, 2024, there was $13.1 million of unrecognized share-based compensation expense related to these stock options and stock options granted under a subsidiary plan which, if all milestones are achieved, will be recognized over a weighted average period of 1.4 years.

Certain employees and consultants have been granted non-vested stock. The fair value of non-vested market-based awards is calculated based on a Monte Carlo simulation as of the date of issuance. The fair value of other non-vested stock is calculated based on the closing sale price of our common stock on the date of issuance.

A summary of non-vested stock activity for 2024 is presented below:

| | Nonvested Shares | | Weighted Average Grant Date Fair Value |
|---|---|---|---|
| Outstanding at December 31, 2023 | 27,163 | $ | 37.20 |
| Granted | 48,561 | | 11.96 |
| Vested | (17,002) | | 29.11 |
| Forfeited | (16,500) | | 21.82 |
| Outstanding at December 31, 2024 | 42,222 | $ | 17.30 |

As of December 31, 2024, there was $1.1 million of unrecognized share-based compensation expense related to these non-vested shares and non-vested shares granted under a subsidiary plan which will be recognized over a weighted average period of 3.1 years. The total intrinsic value of shares vested during the years ended December 31, 2024, 2023, and 2022, was $0.2 million, $11.5 million, and $10.9 million, respectively.

Cash received from option exercises and purchases under our 2019 ESPP for the years ended December 31, 2024, 2023, and 2022, was $0.6 million, $0.8 million, and $0.9 million, respectively.

We issue new shares upon option exercises, purchases under our 2019 ESPP, vesting of non-vested stock and under the Directors' Deferred Compensation Plan. During the years ended December 31, 2024, 2023, and 2022, 16,668 shares, 2,337 shares, and 5,166 shares, respectively, were issued as a result of stock option exercises. During the years ended December 31, 2024, 2023, and 2022, 30,637 shares, 22,469 shares, and 16,310 shares, were issued under the 2019 ESPP, respectively. During the years ended December 31, 2024, 2023, and 2022, 17,002 shares, 4,804 shares, and 11,524 shares, respectively, were issued as a result of the vesting of non-vested stock. Additionally, during the years ended December 31, 2023, and 2022, 232,190 shares and 204,504 shares were issued as payment for certain employee bonuses, with 83,438 and 72,342 of those shares being withheld to cover taxes, resulting in a net share issuance of 148,752 and 132,162, respectively.

The impact on our results of operations from share-based compensation for the years ended December 31, 2024, 2023, and 2022, was as follows (in thousands).

| | Year Ended | | | | | |
|---|---|---|---|---|---|---|
| | 2024 | | 2023 | | 2022 | |
| Research and development | $ | 11,998 | $ | 6,237 | $ | 4,847 |
| General and administrative | | 15,329 | | 16,114 | | 13,391 |
| Total share-based compensation expense | $ | 27,327 | $ | 22,351 | $ | 18,238 |

## (12) License, Research, and Other Agreements

On December 5, 2014, we entered into a license agreement with the Ludwig Institute for Cancer Research Ltd., or Ludwig, which replaced and superseded a prior agreement entered into between the parties in May 2011. Pursuant to the terms of the license

103

agreement, Ludwig granted us an exclusive, worldwide license under certain intellectual property rights of Ludwig and Memorial Sloan Kettering Cancer Center arising from the prior agreement to further develop and commercialize GITR, OX40 and TIM-3 antibodies. On January 25, 2016, we entered into a second license agreement with Ludwig, on substantially similar terms, to develop CTLA-4 and PD-1 antibodies. Pursuant to the December 2014 license agreement, we made an upfront payment of $1.0 million to Ludwig. The December 2014 license agreement also obligates us to make potential milestone payments of up to $20.0 million for events prior to regulatory approval of licensed GITR, OX40 and TIM-3 products, and potential milestone payments in excess of $80.0 million if such licensed products are approved in multiple jurisdictions, in more than one indication, and certain sales milestones are achieved. Under the January 2016 license agreement, we are obligated to make potential milestone payments of up to $12.0 million for events prior to regulatory approval of CTLA-4 and PD-1 licensed products, and potential milestone payments of up to $32.0 million if certain sales milestones are achieved. Under each of these license agreements, we will also be obligated to pay low to mid-single digit royalties on all net sales of licensed products during the royalty period, and to pay Ludwig a percentage of any sublicensing income, ranging from a low to mid-double digit percentage depending on various factors. The license agreements may each be terminated as follows: (i) by either party if the other party commits a material, uncured breach; (ii) by either party if the other party initiates bankruptcy, liquidation or similar proceedings; or (iii) by us for convenience upon 90 days' prior written notice. The license agreements also contain customary representations and warranties, mutual indemnification, confidentiality and arbitration provisions.

We have entered into various cancelable agreements with contract manufacturers, institutions, and clinical research organizations (collectively "third party providers") to perform pre-clinical activities and to conduct and monitor our clinical studies. Under these agreements, subject to the enrollment of patients and performance by the applicable third-party provider, we have estimated our total payments to be $660.7 million over the term of the studies. For the years ended December 31, 2024, 2023, and 2022, $64.2 million, $94.5 million, and $66.3 million, respectively, have been expensed in the accompanying consolidated statements of operations related to these third-party providers. Through December 31, 2024, we have expensed $616.5 million as research and development expenses and $578.3 million of this amount has been paid. The timing of expense recognition and future payments related to these agreements is subject to the enrollment of patients and performance by the applicable third-party provider.

## (13) Revenue from Contracts with Customers

### Bristol Myers Squibb Company License Agreement

On May 17, 2021, we entered into a License, Development and Commercialization Agreement ("BMS License Agreement") with Bristol Myers Squibb Company ("BMS") to collaborate on the development and commercialization of our proprietary anti-TIGIT bispecific antibody program AGEN1777. Pursuant to the BMS License Agreement, we received a non-refundable upfront cash payment of $200.0 million and were eligible to receive up to $1.36 billion in aggregate development, regulatory and commercial milestone payments plus the tiered royalties described below. In July 2021, the BMS License Agreement closed, and we received the $200.0 million upfront payment.

In December 2023, we announced that the first patient was dosed in an AGEN1777 Phase 2 clinical trial, triggering the achievement of a $25.0 million milestone. We received this milestone in January 2024. In October 2021, we announced that the first patient was dosed in the AGEN1777 Phase 1 clinical trial, triggering the achievement of a $20.0 million milestone. We received this milestone in December 2021.

Under the BMS License Agreement, we granted BMS an exclusive worldwide license under certain of our intellectual property rights to develop, manufacture and commercialize AGEN1777 and its derivatives in all fields; provided, we retained an option to access the licensed antibodies for use in clinical studies in combination with certain of our other pipeline assets subject to certain restrictions. In exchange, BMS was responsible for all of the development, regulatory approval, manufacturing and commercialization costs with respect to products containing AGEN1777. On July 30, 2024, we received notice from BMS that it was voluntarily terminating the BMS License Agreement, effective as of January 26, 2025. Upon termination, BMS returned AGEN1777 to us.

#### License Revenue

We identified a single performance obligation under the BMS License Agreement, the license of AGEN1777 ("AGEN1777 License"). All other promised goods/services were deemed immaterial in the context of the contract. We determined that the AGEN1777 License was both capable of being distinct and distinct within the context of the contract as the AGEN1777 License has significant stand-alone functionality as of contract inception and BMS can begin deriving benefit from the AGEN1777 License without consideration of the immaterial services. The $200.0 million upfront payment was allocated to the single performance obligation and recognized as revenue at contract inception.

For the year ended December 31, 2024, no revenue was recognized. For the year ended December 31, 2023, we recognized $25.0 million in research and development revenue related to the achievement of a milestone. For the year ended December 31, 2022, no revenue was recognized.

### Betta License Agreement

In June 2020, we entered into a license and collaboration agreement (the "Betta License Agreement") with Betta Pharmaceuticals Co., Ltd. ("Betta"), pursuant to which we granted Betta an exclusive license to develop, manufacture and

104

commercialize balstilimab and zalifrelimab in Greater China. Under the terms of the Betta License Agreement, we received $15.0 million upfront in July 2020 and are eligible to receive up to $100.0 million in milestone payments plus royalties on any future sales in Greater China.

We also entered into a stock purchase agreement with Betta and a wholly-owned subsidiary of Betta ("Betta HK").

We identified the following performance obligations under the Betta License Agreement: (1) the license of balstilimab and zalifrelimab and (2) our obligation to complete manufacturing technology transfer activities to Betta (the "Technology Transfer") for balstilimab and zalifrelimab.

We determined that the license of balstilimab and zalifrelimab was both capable of being distinct and distinct within the context of the contract as the license has significant stand-alone functionality as of contract inception based on the advanced development stage of balstilimab and zalifrelimab. Betta can begin deriving benefit from the license prior to the Technology Transfer being completed. The Technology Transfer is completed over time and is separate from the transfer of the balstilimab and zalifrelimab license, which occurred at contract inception. As a result, we concluded that the balstilimab and zalifrelimab license and Technology Transfer are separate performance obligations.

We determined that there were no significant financing components, noncash consideration, or amounts that may be refunded to the customer, and as such the total upfront fixed consideration of $15.0 million would be included in the total transaction price and be allocated to the identified performance obligations using the relative standalone selling price method.

We determined the estimated standalone selling price of the balstilimab and zalifrelimab license by applying a risk adjusted, net present value, estimate of future cash flow approach. We determined the estimated standalone selling price of the Technology Transfer by using the estimated costs of satisfying the performance obligation, plus an appropriate margin for such services.

Revenue attributable to the balstilimab and zalifrelimab license was recognized at a point-in-time, upon delivery of the license to Betta at contract inception. The Technology Transfer is satisfied over time and revenue attributable to this performance obligation will be recognized as the related services are being performed using the input of costs incurred over total costs expected to be incurred. We believe this is the best measure of progress because other measures do not reflect how we transfer the performance obligation to Betta.

For the years ended December 31, 2024 and 2023, no revenue was recognized. For the year ended December 31, 2022, we recognized approximately $0.7 million of research and development revenue related to the Betta License Agreement.

### UroGen License Agreement

In November 2019, we entered into a License Agreement with UroGen Pharma Ltd. (the "UroGen License Agreement") in which we granted a license of AGEN1884 for use with UroGen's sustained release technology for intravesical delivery in patients with urinary tract cancers. Pursuant to the terms of the UroGen License Agreement, we received an upfront cash payment from UroGen of $10.0 million. We are eligible to receive up to $200.0 million in potential development, regulatory and commercial milestones, as well as 14-20% royalties on net sales of the products containing AGEN1884.

We identified the following performance obligations under the UroGen License Agreement: (1) the license of AGEN1884 that we granted UroGen, and (2) the clinical supply of AGEN1884 that we agreed to supply to UroGen. We concluded that the combined standalone selling price of the license approximated the $10.0 million upfront fee and as such the full amount was recognized at a point-in-time, upon delivery of the license to UroGen at contract inception. Revenue related to the supply of AGEN1884 is recognized under the "as invoiced" practical expedient.

For the years ended December 31, 2024, 2023 and 2022, we recognized approximately $0.3 million, $0.1 million and $0.2 million, respectively, of research and development revenue related to the UroGen License Agreement.

### Gilead Collaboration Agreement

Pursuant to the terms of two separate option and license agreements between the parties (each, an "Option and License Agreement" and together, the "Option and License Agreements"), we granted Gilead exclusive options to license exclusively ("License Option") our bispecific antibody, AGEN1223, and our monospecific antibody, AGEN2373 (together, the "Option Programs"), during the respective Option Periods (defined below). Pursuant to the terms of the Option and License Agreements, we agreed to grant Gilead an exclusive, worldwide license under our intellectual property rights to develop, manufacture and commercialize AGEN1223 or AGEN2373, as applicable, in all fields of use upon Gilead's exercise of the applicable License Option. In the third quarter of 2021 we ceased development of AGEN1223 and in October 2021 the AGEN1223 option and license agreement was formally terminated. In August 2024, Gilead elected not to exercise the option to license AGEN2373 and the option and license agreement was formally terminated. Gilead was entitled to exercise its License Option for either or both Option Programs at any time up until ninety (90) days following Gilead's receipt of a data package with respect to the first complete Phase 1b clinical trial for each Option Program (the "Option Period"). During the Option Period, we were responsible for the costs and expenses related to the development of the Option Programs.

#### Research and Development Revenue

For the year ended December 31, 2024, no revenue was recognized. For the year ended December 31, 2023, we recognized research and development revenue of $12.2 million based on the partial satisfaction of the over time performance obligations as of period end. For the year ended December 31, 2022, we recognized research and development revenue of $5.0 million related to the

achievement of a milestone and $9.5 million based on the partial satisfaction of the over time performance obligations as of period end.

### Incyte Collaboration Agreement

On January 9, 2015, and effective February 19, 2015, we entered into a global license, development and commercialization agreement (the "Collaboration Agreement") with Incyte pursuant to which the parties plan to develop and commercialize novel immuno-therapeutics using our antibody discovery platforms. The Collaboration Agreement was initially focused on four checkpoint modulator programs directed at GITR, OX40, LAG-3 and TIM-3. In addition to the four identified antibody programs, the parties have an option to jointly nominate and pursue the development and commercialization of antibodies against additional targets during a five-year discovery period which, upon mutual agreement of the parties for no additional consideration, can be extended for an additional three years. In November 2015, we and Incyte jointly nominated and agreed to pursue the development and commercialization of three additional checkpoint targets. In February 2017, we amended the Collaboration Agreement by entering into a First Amendment to License, Development and Commercialization Agreement (the "First Amendment"). In October 2019, we further amended the Collaboration Agreement by entering into a Second Amendment to License, Development and Commercialization Agreement (the "Second Amendment"). See "Amendments" section below.

In October 2022, Incyte notified us of their intent to terminate the OX40 program, effective October 2023. Upon termination, the rights to the OX40 program reverted back to us. In May 2023, Incyte notified us of their intent to terminate both the GITR program and the undisclosed program, effective May 2024. Upon termination, the rights to the GITR program and the undisclosed program reverted back to us. In July 2024, Incyte announced that it would discontinue further development of the LAG-3 program and TIM-3 program and in February 2025, Incyte notified us of their intent to terminate the entire Collaboration Agreement, effective February 2026. Upon termination, the rights to all remaining programs will revert back to us.

Pursuant to the XOMA Royalty Purchase Agreement, we sold to XOMA 33% of the future royalties and 10% of the future milestones that we were entitled to receive from Incyte, excluding the $5.0 million milestone that we recognized in the three months ended September 30, 2018.

### Agreement Structure

Under the terms of the Collaboration Agreement, we received non-creditable, nonrefundable upfront payments totaling $25.0 million. In addition, until the Amendment, the parties shared all costs and profits for the GITR, OX40 and two of the additional antibody programs on a 50:50 basis (profit-share products), and we were eligible to receive up to $20.0 million in future contingent development milestones under these programs. Until the terminations, Incyte was obligated to reimburse us for all development costs that we incur in connection with the TIM-3, LAG-3 and one of the additional antibody programs (royalty-bearing products) and we were eligible to receive (i) up to $155.0 million in future contingent development, regulatory, and commercialization milestone payments and (ii) tiered royalties on global net sales at rates generally ranging from 6% to 12%. For each royalty-bearing product, we also had the right to elect to co-fund 30% of development costs incurred following initiation of pivotal clinical trials in return for an increase in royalty rates. Additionally, we had the option to retain co-promotion participation rights in the United States on any profit-share product. Through the direction of a joint steering committee, until the Amendment, the parties anticipated that, for each program, we would serve as the lead for pre-clinical development activities through investigational new drug ("IND") application filing, and Incyte would serve as the lead for clinical development activities. The parties initiated the first clinical trials of antibodies arising from these programs in 2016.

### Amendments

Pursuant to the terms of the First Amendment, the GITR and OX40 programs immediately converted from profit-share programs to royalty-bearing programs and we became eligible to receive a flat 15% royalty on global net sales should any candidates from either of these two programs be approved. Incyte is now responsible for global development and commercialization and all associated costs for these programs. In addition, the profit-share programs relating to TIGIT and one undisclosed target were removed from the collaboration, with the undisclosed target reverting to Incyte and TIGIT to Agenus. The terms for the remaining three royalty-bearing programs targeting TIM-3, LAG-3 and one undisclosed target remain unchanged, with Incyte being responsible for global development and commercialization and all associated costs. The Amendment gave Incyte exclusive rights and all decision-making authority for manufacturing, development, and commercialization with respect to all royalty-bearing programs.

In connection with the First Amendment, Incyte paid us $20.0 million in accelerated milestones related to the clinical development of the antibody candidates targeting GITR and OX40.

Pursuant to the terms of the Second Amendment, we transitioned preclinical development and IND preparation of the undisclosed target to Incyte.

### Research and Development Revenue

For the year ended December 31, 2024, no revenue was recognized. For the years ended December 31, 2023 and 2022, we recognized approximately $1.4 million and $1.6 million, respectively, of research and development revenue for research and development services provided.

### GSK License and Amended GSK Supply Agreements

106

In July 2006, we entered into a license agreement and a supply agreement with GSK for the use of QS-21 STIMULON (the "GSK License Agreement" and the "GSK Supply Agreement," respectively). In January 2009, we entered into an Amended and Restated Manufacturing Technology Transfer and Supply Agreement (the "Amended GSK Supply Agreement") under which GSK has the right to manufacture all of its requirements of commercial grade QS-21 STIMULON. GSK is obligated to supply us (or our affiliates, licensees, or customers) certain quantities of commercial grade QS-21 STIMULON for a stated period of time. Under these agreements, GSK paid an upfront license fee of $3.0 million and agreed to pay aggregate milestones of $5.0 million. In July 2007, the Amended GSK Supply Agreement was further amended, and we were paid an additional fixed fee of $7.3 million. In March 2012 we entered into a First Right to Negotiate and Amendment Agreement amending the GSK License Agreement and the Amended GSK Supply Agreement to clarify and include additional rights for the use of our QS-21 STIMULON (the "GSK First Right to Negotiate Agreement"). In addition, we granted GSK the first right to negotiate for the purchase of the Company or certain of our assets, which such rights expired in March 2017. As consideration for entering into the GSK First Right to Negotiate Agreement, GSK paid us an upfront, non-refundable payment of $9.0 million, $2.5 million of which is creditable toward future royalty payments. As of December 31, 2017, we had received all of the potential $24.3 million in upfront and milestone payments related to the GSK Agreements. We were also generally entitled to receive 2% royalties on net sales of prophylactic vaccines for a period of 10 years after the first commercial sale of a resulting GSK product. We sold these royalty rights to HCR in January 2018 pursuant to the HCR Royalty Purchase Agreement but continue to recognize revenue under the GSK Agreements because the sale to HCR was accounted for as a borrowing arrangement (See Note 17).

The GSK License and Amended GSK Supply Agreements may be terminated by either party upon a material breach if the breach is not cured within the time specified in the respective agreement. The termination or expiration of the GSK License Agreement does not relieve either party from any obligation which accrued prior to the termination or expiration. Among other provisions, the license rights granted to GSK survive expiration of the GSK License Agreement. The license rights and payment obligations of GSK under the Amended GSK Supply Agreement survive termination or expiration, except that GSK's license rights and future royalty obligations do not survive if we terminate due to GSK's material breach unless we elect otherwise.

For the years ended December 31, 2024 and 2023, we recognized $101.0 million and $114.6 million, respectively, of non-cash royalty revenue. For the year ended December 31, 2022, we recognized $25.3 million of royalty sales milestone revenue, which was cash-settled based on the terms of the arrangement with HCR, and $45.3 million of non-cash royalty revenue.

### *Disaggregation of Revenue*

The following table presents revenue (in thousands) for years ended December 31, 2024, 2023 and 2022, disaggregated by geographic region and revenue type. Revenue by geographic region is allocated based on the domicile of our respective business operations.

107

| Revenue Type | | Year ended December 31, 2024 | | | | |
|---|---|---|---|---|---|---|
| | | United States | | Rest of World | | Total |
| Clinical product revenue | $ | 482 | $ | — | $ | 482 |
| Other services | | — | | 2,003 | | 2,003 |
| Non-cash royalties | | 100,978 | | — | | 100,978 |
| | $ | 101,460 | $ | 2,003 | $ | 103,463 |

| Revenue Type | | Year ended December 31, 2023 | | | | |
|---|---|---|---|---|---|---|
| License fees and milestones | $ | 25,000 | $ | — | $ | 25,000 |
| Clinical product revenue | | 116 | | — | | 116 |
| Research and development services | | 1,435 | | — | | 1,435 |
| Other services | | — | | 2,978 | | 2,978 |
| Recognition of deferred research and development revenue | | 12,213 | | — | | 12,213 |
| Non-cash royalties | | 114,572 | | — | | 114,572 |
| | $ | 153,336 | $ | 2,978 | $ | 156,314 |

| Revenue Type | | Year ended December 31, 2022 | | | | |
|---|---|---|---|---|---|---|
| License fees and milestones | $ | 5,000 | $ | — | $ | 5,000 |
| Royalty sales milestone | | 25,250 | | — | | 25,250 |
| Clinical product revenue | | 762 | | — | | 762 |
| Research and development services | | 1,676 | | — | | 1,676 |
| Other services | | — | | 10,514 | | 10,514 |
| Recognition of deferred research and development revenue | | 9,537 | | — | | 9,537 |
| Non-cash royalties | | 45,285 | | — | | 45,285 |
| | $ | 87,510 | $ | 10,514 | $ | 98,024 |

*Contract Balances*

Contract assets primarily relate to our rights to consideration for work completed in relation to our research and development services performed but not billed at the reporting date. Contract assets are transferred to receivables when the rights become unconditional. Currently, we do not have any contract assets which have not transferred to a receivable. We had no asset impairment charges related to contract assets in the period. Contract liabilities primarily relate to contracts where we received payments but have not yet satisfied the related performance obligations. The advance consideration received from customers for research and development services or licenses bundled with other promises is a contract liability until the underlying performance obligations are transferred to the customer.

The following table provides information about contract liabilities from contracts with customers (in thousands):

| Year ended December 31, 2024 | | Balance at beginning of period | | Additions | | Deductions | | Balance at end of period |
|---|---|---|---|---|---|---|---|---|
| Contract liabilities: | | | | | | | | |
| Deferred revenue | $ | 1,161 | $ | 27 | $ | (14 ) | $ | 1,174 |

In the year ended December 31, 2024, we did not recognize any revenue from amounts included in the contract asset or the contract liability balances from performance obligations satisfied in previous periods. None of the costs to obtain or fulfill a contract were capitalized.

## (14) Related Party Transactions

During the years ended December 31, 2024, 2023 and 2022, our Audit and Finance Committee approved the performance of research and development manufacturing services totaling $97,000, $150,000 and $106,000, respectively, for Protagenic Therapeutics, Inc ("Protagenic"). We are reimbursed for these services on an actual time and materials basis. Dr. Garo H. Armen, our CEO, is Executive Chairman of and has a greater than 10% equity interest in Protagenic.

In 2023, our Audit and Finance Committee approved a contract between Avillion Life Sciences LTD ("Avillion") and Agenus for the performance of up to $450,000 of clinical consulting services. Allison Jeynes, a former member of our Board of Directors, is chief executive officer of Avillion. For the year ended December 31, 2023, approximately $450,000 related to these services is included in "Research and development" expense in our consolidated statements of operations.

In June 2024, Dr. Jennifer Buell was appointed to our Board of Directors. Dr. Buell's spouse is a partner in the law firm of Wolf, Greenfield & Sachs, P.C. ("Wolf Greenfield"), which provides us legal services. For the year ended December 31, 2024, we expensed Wolf Greenfield fees totaling approximately $200,000. Dr. Buell's spouse does not receive direct compensation from the fees we pay Wolf Greenfield and the fees we paid to Wolf Greenfield in the period were an insignificant amount of Wolf Greenfield's revenues. Our Audit and Finance Committee approved these services under its related-party transactions policy.

### (15) Leases

The majority of our operating lease agreements are for the office, research and development and manufacturing space we use to conduct our operations.

We lease space in Lexington, Massachusetts for our manufacturing, research and development, and corporate offices, office space in New York, New York for use as corporate offices, a facility in Emeryville, California for the development of a cGMP manufacturing facility and a facility in Cambridge, United Kingdom for research and development and corporate offices. We had subleased a small portion of the space in our main Lexington facility for part of the associated head lease. This sublease expired in 2022. These agreements expire at various times between 2025 and 2036, with options to extend certain of the leases.

We also have finance lease agreements for research and manufacturing equipment that expire at various times between 2025 and 2027. The terms of one of our finance lease agreements require us to maintain a specified minimum cash balance. As of December 31, 2024, our cash balance was below this threshold. Despite this, we remain current on all lease payments under the agreement. The financial institution has the contractual right to take remedial actions, including potentially reclaiming the leased assets until we regain compliance. As of December 31, 2024, the remaining amounts owed under this lease totaled approximately $4.7 million, with payments scheduled through September 2025.

The components of lease cost recorded in our consolidated statement of operations were as follows (in thousands):

|  | Year ended December 31, | | |
| --- | --- | --- | --- |
|  | 2024 | 2023 | 2022 |
| Operating lease cost | $ 8,695 | $ 10,000 | $ 9,351 |
| Finance lease cost | 5,104 | 5,024 | 309 |
| Variable lease cost | 3,467 | 3,375 | 3,108 |
| Sublease income | — | — | (613) |
| Net lease cost | $ 17,266 | $ 18,399 | $ 12,155 |

Finance lease cost for the years ended December 31, 2024 and 2023 includes $3.8 million and $2.8 million, respectively, related to amortization of the right-of-use assets and $1.2 million and $2.2 million, respectively, related to interest on the lease liabilities. Variable lease cost for the years ended December 31, 2024, 2023 and 2022, primarily related to common area maintenance, taxes, utilities and insurance associated with our operating leases. Short-term lease cost for the years ended December 31, 2024, 2023 and 2022 was immaterial.

Cash paid for amounts included in the measurement of operating lease liabilities for the years ended December 31, 2024, 2023 and 2022 was approximately $2.4 million, $2.8 million and $2.6 million, respectively. Cash paid for amounts included in the measurement of finance lease liabilities for the years ended December 31, 2024, 2023 and 2022 was approximately $10.5 million, $8.9 million and $0.5 million, respectively.

The following table presents supplemental balance sheet information related to our leases as of December 31, 2024 and 2023 (in thousands):

| | As of December 31, 2024 | As of December 31, 2023 |
|---|---|---|
| **Operating Leases** | | |
| Operating lease right-of-use assets | $ 27,308 | $ 29,606 |
| Total operating lease right-of-use assets | 27,308 | 29,606 |
| | | |
| Current portion, operating lease liabilities | 2,446 | 2,587 |
| Operating lease liabilities, net of current portion | 54,551 | 62,511 |
| Total operating lease liabilities | 56,997 | 65,098 |
| | | |
| **Finance Leases** | | |
| Property, plant and equipment, net | 31,686 | 35,629 |
| Total finance lease right-of-use assets | 31,686 | 35,629 |
| | | |
| Other current liabilities | 4,702 | 10,457 |
| Other long-term liabilities | 115 | 4,719 |
| Total finance lease liabilities | $ 4,817 | $ 15,176 |

During the years ended December 31, 2024 and 2022, we recognized operating lease right-of-use asset impairment losses of approximately $0.9 million and $6.1 million, respectively, resulting from the abandonment of three operating facility leases. These impairment losses are recorded in "other expense" in our consolidated statements of operations and comprehensive loss.

During the year ended December 31, 2024, we recognized a $5.3 million gain on the termination of two operating facility leases. This gain was recorded in "other expense" in our consolidated statements of operations and comprehensive loss.

Maturities of our lease liabilities as of December 31, 2024 were as follows (in thousands):

| Year | Operating Leases | Finance leases | Total future lease commitments |
|---|---|---|---|
| 2025 | $ 8,609 | $ 4,879 | $ 13,488 |
| 2026 | 8,297 | 107 | 8,404 |
| 2027 | 8,522 | 16 | 8,538 |
| 2028 | 8,773 | — | 8,773 |
| 2029 | 8,894 | — | 8,894 |
| Thereafter | 58,324 | — | 58,324 |
| Total | $ 101,419 | $ 5,002 | $ 106,421 |
| Less imputed interest | (44,422) | (185) | |
| Present value of lease liabilities | $ 56,997 | $ 4,817 | |

The weighted-average remaining lease terms and discount rates related to our leases were as follows:

| | December 31, 2024 | |
|---|---|---|
| | Operating | Finance |
| Weighted average remaining lease term (in years) | 11.0 | 0.8 |
| Weighted average discount rate | 11.0% | 11.6% |

110

**(16) Debt**

Debt obligations consisted of the following as of December 31, 2024 and 2023 (in thousands):

| Debt instrument | Balance at December 31, 2024 | | Unamortized Debt Discount | | Net balance at December 31, 2024 | |
|---|---|---|---|---|---|---|
| Current Portion: | | | | | | |
| 2015 Subordinated Notes | $ | 2,471 | $ | — | $ | 2,471 |
| Debentures | | 146 | | — | | 146 |
| Other | | 81 | | — | | 81 |
| Long-term Portion: | | | | | | |
| 2015 Subordinated Notes | | 10,500 | | — | | 10,500 |
| Promissory Note | | 22,000 | | (2,027) | | 19,973 |
| Total | $ | 35,198 | $ | (2,027) | $ | 33,171 |

| Debt instrument | Balance at December 31, 2023 | |
|---|---|---|
| Current Portion: | | |
| Debentures | $ | 146 |
| Long-term Portion: | | |
| 2015 Subordinated Notes | | 12,768 |
| Total | $ | 12,914 |

As of December 31, 2024, and 2023, the principal amount of our outstanding debt balance was $35.2 million and $13.1 million, respectively.

*Promissory Note*

On November 26, 2024, we, through a subsidiary, entered into a promissory note (the "Note") with Ocean 1181 LLC (the "Lender") for a loan in an aggregate principal amount of $22.0 million (the "Loan"). The Loan has a two-year term and is principally secured by our manufacturing facility in Berkeley, CA and parcels of land located in Vacaville, CA (collectively, the "Mortgaged Properties").

We unconditionally guarantee to the Lender the payment and performance of the obligations under the Note. The Loan bears interest at a rate of 12% through November 30, 2025 and 13% from December 1, 2025 through November 30, 2026. Interest under the Note is payable monthly, one half in cash and one half of the Company's common stock. Additionally, $1.8 million of the Loan funds were held back to serve as an interest payment reserve for the Loan.

At the closing of the Loan, we paid the Lender 153,003 shares of the Company's common stock, representing the first month of interest, a 1% origination fee, as well as certain transaction expenses.

The Note contains customary representations, warranties and covenants, including customary events of default, including failure to repay the Loan when due. Any event of default, if not cured or waived in a timely manner, could result in the acceleration of the Loan under the Note.

If we pay off or release any of the Mortgaged Properties within 120 days of the closing of the Loan, then there will be a two percent payoff fee assessed on the released amount. In the event of a disposition of a Mortgaged Property, the loan is subject to prepayment in an amount equal to the amount of the Loan applicable to the disposed Mortgaged Property.

The Loan was accounted for as debt under the guidance of *ASU 470: Debt*. As part of the transaction, we reimbursed the Lender for transaction costs and paid a 1% origination fee. These costs totaled approximately $0.4 million. Additionally, as stated above, the Lender withheld approximately $1.8 million of the proceeds to serve as an interest payment reserve. We have deemed this amount to represent debt discount. These amounts are presented net of the liability in our consolidated balance sheets and will be amortized to interest expense over the term of the Loan.

*Subordinated Notes*

On February 20, 2015, we, certain existing investors and certain additional investors entered into an Amended and Restated Note Purchase Agreement (the "2015 Subordinated Notes") in the aggregate principal amount of $14.0 million and issued five year warrants (the "2015 Warrants") to purchase 70,000 shares of our common stock at an exercise price of $102.00 per share.

111

The 2015 Subordinated Notes bear interest at a rate of 8% per annum, payable in cash on the first day of each month in arrears. Among other default and acceleration terms customary for indebtedness of this type, the 2015 Subordinated Notes include default provisions which allow for the noteholders to accelerate the principal payment of the 2015 Subordinated Notes in the event we become involved in certain bankruptcy proceedings, become insolvent, fail to make a payment of principal or (after a grace period) interest on the 2015 Subordinated Notes, default on other indebtedness with an aggregate principal balance of $13.5 million or more if such default has the effect of accelerating the maturity of such indebtedness, or become subject to a legal judgment or similar order for the payment of money in an amount greater than $13.5 million if such amount will not be covered by third-party insurance.

In February 2020 we repaid $0.5 million of the 2015 Subordinated Notes and in April 2020 we repaid an additional $0.5 million of the 2015 Subordinated Notes and cancelled the related warrants.

On November 30, 2022, we entered into an Amendment to Notes, Termination of Warrants and Sale of New Warrants (the "2022 Amendment") pursuant to which we:

- extended the maturity date of the $13.0 million 2015 Subordinated Notes by two years from February 20, 2023 to February 20, 2025;

- terminated the warrants held by such noteholders to purchase 65,000 shares of the Company's common stock previously issued in 2015;

- terminated the warrants held by such noteholders to purchase 32,500 shares of the Company's common stock previously issued in 2020; and

- issued to such noteholders new warrants to purchase 65,000 shares of the Company's common stock that will expire February 20, 2026 and issued new warrants to purchase 32,500 shares of the Company's common stock that will expire February 20, 2028, all such warrants having an exercise price of $56.80 per share, which represented a 15% premium over the 30-day average trailing closing price of the Company's common stock for the period ending November 9, 2022, and (the "New Warrants").

The amended 2015 Subordinated Notes are not convertible into shares of our common stock and are set to mature on February 20, 2025, at which point we would be required to repay the full outstanding balance in cash. We may prepay the amended 2015 Subordinated Notes at any time, in part or in full, without premium or penalty.

In February 2025, we extended the maturity date of $10.5 million of the 2015 Subordinated Notes by sixteen months, from February 20, 2025 to July 20, 2026. Refer to Note 22 for additional detail.

The 2022 Amendment was accounted for as a debt extinguishment under the guidance of *ASU 470: Debt*. For the year ended December 31, 2022, we recorded a loss of approximately $1.9 million in other expense in our consolidated statements of operations and comprehensive loss, which primarily represents the fair value of the new warrants. The amended 2015 Subordinated Notes were recorded at fair value.

## (17) Liability Related to the Sale of Future Royalties and Milestones

The following table shows the activity within the liability account in the year ended December 31, 2024 and for the period from the inception of the royalty transactions to December 31, 2024 (in thousands):

| | Year ended December 31, 2024 | | Period from inception to December 31, 2024 |
|---|---|---|---|
| Liability related to sale of future royalties and milestones - beginning balance | $ 257,296 | $ | — |
| Proceeds from sale of future royalties and milestones | 63,879 | | 268,879 |
| Non-cash royalty and milestone revenue | (100,978) | | (400,468) |
| Non-cash interest expense recognized | 117,342 | | 469,128 |
| Liability related to sale of future royalties and milestones - ending balance | 337,539 | | 337,539 |
| Less: unamortized transaction costs | (1,172) | | (1,172) |
| Liability related to sale of future royalties and milestones, net | $ 336,367 | $ | 336,367 |

*Healthcare Royalty Partners*

112

On January 6, 2018, we, through Antigenics, entered into the HCR Royalty Purchase Agreement with HCR, which closed on January 19, 2018. Pursuant to the terms of the HCR Royalty Purchase Agreement, we sold to HCR 100% of Antigenics' worldwide rights to receive royalties on sales of GSK's vaccines containing our QS-21 STIMULON adjuvant. At closing, we received gross proceeds of $190.0 million from HCR. As part of the transaction, we reimbursed HCR for transaction costs of $100,000 and incurred approximately $500,000 in transaction costs of our own, which are presented net of the liability in the consolidated balance sheet and will be amortized to interest expense over the estimated life of the HCR Royalty Purchase Agreement. Although we sold all of our rights to receive royalties on sales of GSK's vaccines containing QS-21, as a result of our obligation to HCR, we are required to account for the $190.0 million in proceeds from this transaction as a liability on our consolidated balance sheets that will be relieved in proportion to the royalty payments from GSK to HCR over the estimated life of the HCR Royalty Purchase Agreement. The liability is classified between the current and non-current portion of liability related to sale of future royalties and milestones in the consolidated balance sheets based on the estimated royalty payments to be received by HCR in the next 12 months from the financial statement reporting date.

In the years ended December 31, 2024, 2023 and 2022, we recognized $101.0 million, $114.6 million and $45.3 million, respectively, of non-cash royalty revenue and we recorded $106.7, $100.3 million and $62.7 million, respectively, of related non-cash interest expense related to the HCR Royalty Purchase Agreement.

As royalties are remitted to HCR from GSK, the balance of the recorded liability will be effectively repaid over the life of the HCR Royalty Purchase Agreement. To determine the amortization of the recorded liability, we are required to estimate the total amount of future royalty payments to be received by HCR. The sum of these royalty amounts less the $190.0 million proceeds we received will be recorded as interest expense over the life of the HCR Royalty Purchase Agreement. Periodically, we assess the estimated royalty payments to be paid to HCR from GSK, and to the extent the amount or timing of the payments is materially different from our original estimates, we will prospectively adjust the amortization of the liability, and the related recognition of interest expense. Since the inception of the HCR Royalty Purchase Agreement our estimate of the effective annual interest rate over the life of the agreement decreased to 23.8%, which results in a retrospective interest rate of 24.6%.

There are a number of factors that could materially affect the amount and timing of royalty payments from GSK, all of which are not within our control. Such factors include, but are not limited to, changing standards of care, the introduction of competing products, manufacturing or other delays, biosimilar competition, patent protection, adverse events that result in governmental health authority imposed restrictions on the use of the drug products, significant changes in foreign exchange rates, and other events or circumstances that could result in reduced royalty payments from GSK, all of which would result in a reduction of non-cash royalty revenues and the non-cash interest expense over the life of the HCR Royalty Purchase Agreement. Conversely, if sales of GSK's vaccines containing QS-21 are more than expected, the non-cash royalty revenues and the non-cash interest expense recorded by us would be greater over the life of the HCR Royalty Purchase Agreement.

Pursuant to the HCR Royalty Purchase Agreement, we were also entitled to receive up to $40.4 million in milestone payments from HCR (through the royalty payments from GSK) based on sales of GSK's vaccines as follows: (i) $15.1 million upon reaching $2.0 billion last-twelve-months net sales any time prior to 2024 and (ii) $25.3 million upon reaching $2.75 billion last-twelve-months net sales any time prior to 2026. In the fourth quarter of 2019, the $15.1 million milestone was achieved, as sales for the year ended December 31, 2019 exceeded $2.0 billion. In the second quarter of 2022, the final milestone was achieved, as sales for the 12 months ended June 30, 2022 exceeded $2.75 billion. As such, we recognized royalty sales milestone revenue of $25.3 million during the year ended December 31, 2022. This milestone was paid through royalties received from GSK.

### XOMA

On September 20, 2018, we, through our wholly-owned subsidiary, Agenus Royalty Fund, LLC, entered into a Royalty Purchase Agreement (the "XOMA Royalty Purchase Agreement") with XOMA (US) LLC ("XOMA US"). Pursuant to the terms of the XOMA Royalty Purchase Agreement, XOMA US paid us $15.0 million at closing in exchange for the right to receive 33% of the future royalties and 10% of the future milestones that we were then entitled to receive from Incyte and Merck Sharp & Dohme ("Merck") under our agreements with each party (see Note 13), net of certain of our obligations to a third party and excluding the $5.0 million milestone from Incyte that we recognized in the quarter ended September 30, 2018. We retained 90% of the future milestones and 67% of the future royalties under our agreements with Incyte and Merck. Although we sold our rights to receive 33% of future royalties and 10% of future milestones, as a result of our significant continued involvement in the generation of the potential royalties and milestones, we are required to account for the full amount of these royalties and milestones as revenue when earned, and we recorded the $15.0 million in proceeds from this transaction as a liability on our consolidated balance sheet. Under the terms of the XOMA Royalty Purchase Agreement, should the percentage of milestones and royalties ultimately received by XOMA US fail to repay the amount received by us at closing we would have no further obligation to XOMA US. No royalty or milestone revenue was recognized under this agreement in the years ended December 31, 2024, 2023 or 2022.

### Ligand Pharmaceuticals

In May 2024, we and certain wholly-owned subsidiaries, entered into a Purchase and Sale Agreement (the "Ligand Purchase Agreement") with Ligand Pharmaceuticals Incorporated ("Ligand"). Pursuant to the terms of the Ligand Purchase Agreement, Ligand

113

will receive (i) 31.875% of the development, regulatory and commercial milestone payments we were then eligible to receive under our agreements with BMS, UroGen, Gilead, Merck and Incyte, (the "Covered License Agreements") (ii) 18.75% of the royalties the Company receives under the Covered License Agreements; and (iii) a 2.625% synthetic royalty on worldwide net sales of botensilimab and balstilimab (collectively the "Purchased Assets"). In the event that we relicense the programs in the Covered License Agreements, Ligand would retain its economic interest in any new agreement.

The total amounts payable to Ligand are subject to a 50% reduction in the event total payments to Ligand exceed a specified return hurdle. The synthetic royalty is subject to a reduction if annual worldwide net sales exceed a specified level, and a cap on annual worldwide net sales if annual worldwide net sales exceed a higher specified level. The synthetic royalty can increase by 1% based on the occurrence of certain future events.

In consideration for the sale of the Purchased Assets, we received gross proceeds of $75.0 million, less $0.9 million in reimbursable expenses, on the closing date. In addition, Ligand has a time-based option to invest an additional $25.0 million on a pro rata basis ("Purchaser Upsize Option"), which expires on June 30, 2025.

In connection with the sale of the Purchased Assets, we issued to Ligand a warrant (the "Ligand Warrant") to purchase 867,052 shares of our common stock, at an exercise price equal to $17.30 per share. See Note 9 - Equity for further detail.

The $75.0 million in gross proceeds was allocated to the identified components as follows (in thousands):

| | | |
|---|---|---:|
| Liability related to sale of future royalties and milestones | $ | 63,879 |
| Ligand Warrant | | 7,098 |
| Purchaser Upsize Option | | 4,023 |
| Total Ligand Purchase Agreement gross proceeds | $ | 75,000 |

As a result of our significant continuing involvement in the generation of the cash flows of the Purchased Assets, we are required to account for $63.9 million of the proceeds from this transaction as a liability on our condensed consolidated balance sheet that will be recognized into revenue in proportion to the royalty and milestone payments paid to Ligand over the estimated life of the Ligand Purchase Agreement.

The Purchaser Upsize Option is considered a freestanding financial instrument as it is separately exercisable and can be legally transferred from the Ligand Purchase Agreement. As such, it is accounted for as a written option which is accounted for as a liability at fair value and remeasured at each balance sheet date with changes in fair value recorded in earnings. The fair value of the Purchaser Upsize Option at December 31, 2024 was $69,200.

The Ligand Warrant is considered a freestanding financial instrument as it is separately exercisable and can be legally transferred from the Ligand Purchase Agreement, which was determined to be equity-classified under ASC 815.

To allocate the proceeds, the Purchaser Upsize Option liability and equity-classified Ligand Warrants were recognized based on their fair values and the residual was allocated to a liability related to the sale of future royalties and milestones on our consolidated balance sheets.

During the year ended December 31, 2024, we recorded $10.6 million of non-cash interest expense related to the Ligand Purchase Agreement.

As royalties are remitted to us and milestone and sales are earned from the Purchased Assets, the balance of the recorded liability will be effectively repaid over the life of the Ligand Purchase Agreement. To determine the amortization of the recorded liability, we are required to estimate the total amount of future payments that Ligand is entitled to under the Ligand Purchase Agreement. The sum of these amounts less the $63.9 million proceeds allocated to the liability related to sale of future royalties and milestones will be recorded as interest expense over the life of the Ligand Purchase Agreement. Periodically, we assess the estimated royalty and milestone payments to be received and sales to be earned under the Ligand Purchase Agreement, and to the extent the amount or timing of the payments is materially different from our original estimates, we will prospectively adjust the amortization of the liability, and the related recognition of interest expense. As of December 31, 2024, our estimate of the effective annual interest rate over the life of the agreement was 24.3%.

114

**(18) Fair Value Measurements**

We measure our contingent purchase price consideration at fair value. The fair values of our contingent purchase price consideration of $0.3 million, included in "Other long-term liabilities" in our consolidated balance sheets, are based on significant inputs not observable in the market, which require them to be reported as Level 3 liabilities within the fair value hierarchy. The valuation of these liabilities uses assumptions we believe would be made by a market participant and are mainly based on estimates from a Monte Carlo simulation of our share price, as well as other factors impacting the probability of triggering the milestone payments. Share price was evolved using a geometric Brownian motion, calculated daily for the life of the contingent purchase price consideration.

We are required to measure the Purchaser Upsize Option issued under the Ligand Purchase Agreement at fair value. The $69,200 fair value of the Purchaser Upsize Option at December 31, 2024, included in "Other current liabilities" in our consolidated balance sheets, is based on significant inputs not observable in the market, which require it to be reported as a Level 3 liability within the fair value hierarchy. The valuation of this liability is determined based on a scenario analysis and uses assumptions we believe would be made by a market participant.

Assets and liabilities measured at fair value are summarized below (in thousands):

| Description | December 31, 2024 | Quoted Prices in Active Markets for Identical Assets (Level 1) | Significant Other Observable Inputs (Level 2) | Significant Unobservable Inputs (Level 3) |
|---|---|---|---|---|
| Assets: | | | | |
| Cash equivalents (Note 4) | $ 6,954 | $ 6,954 | $ — | $ — |
| Long-term investments | 1,006 | 1,006 | — | — |
| Total | $ 7,960 | $ 7,960 | $ — | $ — |
| Liabilities: | | | | |
| Purchaser Upsize Option (Note 17) | $ 69 | $ — | $ — | $ 69 |
| Contingent purchase price consideration | 318 | — | — | 318 |
| Total | $ 387 | $ — | $ — | $ 387 |

| Description | December 31, 2023 | Quoted Prices in Active Markets for Identical Assets (Level 1) | Significant Other Observable Inputs (Level 2) | Significant Unobservable Inputs (Level 3) |
|---|---|---|---|---|
| Assets: | | | | |
| Cash equivalents (Note 4) | $ 70,485 | $ 70,485 | $ — | $ — |
| Long-term investments | 3,222 | 3,222 | — | — |
| Total | $ 73,707 | $ 73,707 | $ — | $ — |
| Liabilities: | | | | |
| Contingent purchase price consideration | $ 318 | $ — | $ — | $ 318 |
| Total | $ 318 | $ — | $ — | $ 318 |

Long-term investments are included in "Other long-term assets" in our consolidated balance sheets.

There were no changes in the valuation techniques during the period and there were no transfers into or out of Levels 1 and 2.

The fair value of our outstanding debt balance at December 31, 2024 and 2023 was $36.3 million and $13.0 million, respectively, based on the Level 2 valuation hierarchy of the fair value measurements standard using a present value methodology which was derived by evaluating the nature and terms of each note and considering the prevailing economic and market conditions at the balance sheet date. The principal amount of our outstanding debt balance at December 31, 2024 and 2023 was $35.2 million and $13.1 million, respectively.

**(19) Contingencies**

In September 2024, a putative securities class action lawsuit was commenced in the U.S. District Court for the District of Massachusetts (the "Court") naming as defendants Agenus and three of its current officers. The complaint alleges that the defendants violated Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, as amended, and Rule 10b-5 thereunder, by making false

115

and misleading statements and omissions of material fact related to the efficacy and commercial prospects of botensilimab and balstilimab. The plaintiff seeks to represent all persons who purchased or otherwise acquired Agenus securities between January 23, 2023, and July 17, 2024. The plaintiff seeks damages and interest, and an award of costs, including attorneys' fees. We are unable to estimate a range of loss, if any, that could result were there to be an adverse decision in this action.

The Company has been served with three derivative actions in the Court filed by purported stockholders, captioned *Royse v. Armen, et al.*, No. 1:24-cv-12823 (the "Royse Action"); *Chen v. Armen, et al.*, No. 1:24-cv-13088 (the "Chen Action"), *Ferraioli v. Armen, et al.*, No. 1:24-cv-13083 (the "Ferraioli Action"). The actions name certain of the Company's executives and directors and allege that defendants made false or misleading statements and omissions of material fact related to the efficacy and commercial prospects of botensilimab and balstilimab. The Court consolidated the Royse Action and Chen Action on January 16, 2025 and defendants submitted an unopposed motion to stay all deadlines pending future developments in the securities class action on February 25, 2025. We are unable to estimate a range of loss, if any, that could result were there to be an adverse decision in this action.

In September 2024, we received a subpoena from the Boston Regional Office of the U.S. Securities and Exchange Commission seeking records relating to certain of our product candidates, correspondence with the FDA, public disclosure, and other matters. We have produced records pursuant to the subpoena. We are unable to estimate a range of loss, if any, that could result were there to be an adverse decision in this action.

### (20) Benefit Plans

We sponsor a defined contribution 401(k) Savings Plan in the US and a defined contribution Group Personal Pension Plan in the UK (the "Plans") for all eligible employees, as defined in the Plans. Participants may contribute a portion of their compensation, subject to a maximum annual amount, as established by the applicable taxing authority. Each participant is fully vested in his or her contributions and related earnings and losses. During the years ended December 31, 2024, 2023, and 2022 we made discretionary contributions to the Plans of $1.3 million, $1.3 million, and $1.2 million, respectively. For the years ended December 31, 2024, 2023, and 2022, we expensed $1.3 million, $1.3 million, and $1.2 million, respectively, related to the discretionary contribution to the Plans.

### (21) Segment and Geographic Information

#### Segments

We are managed and currently operate as four segments. However, we have concluded that our operating segments meet the criteria required by ASC 280 to be aggregated into one reportable segment. Our operating segments have similar economic characteristics and are similar with respect to the five qualitative characteristics specified in ASC 280. Accordingly, we have one reportable segment. Our one reportable segment is focused on the discovery, development and manufacturing of a comprehensive pipeline of immunological agents designed to expand patient populations benefiting from cancer immunotherapy.

Our Chief Executive Officer ("CEO") serves as our Chief Operating Decision Maker ("CODM") and is responsible for reviewing company performance and making decisions regarding resource allocation. Our CODM evaluates company performance based on net loss, as included in the Consolidated Statements of Operations and Comprehensive Loss, ensuring resource allocation

decisions support company goals. The measure of segment assets is total assets, as included in the Consolidated Balance Sheets. Refer to the consolidated financial statements for other financial information regarding our single reportable segment.

The following table presents selected financial information related to our single reportable segment for the years ended December 31, 2024, 2023 and 2022 (in thousands):

| | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| | | 2024 | | 2023 | | 2022 |
| Revenues | $ | 103,463 | $ | 156,314 | $ | 98,024 |
| | | | | | | |
| Operating expenses: | | | | | | |
| External expenses | | (133,683 ) | | (202,205 ) | | (169,812 ) |
| Payroll related expenses | | (61,814 ) | | (75,955 ) | | (70,185 ) |
| Other operating expenses | | (28,441 ) | | (37,703 ) | | (37,454 ) |
| Operating loss | | (120,475 ) | | (159,549 ) | | (179,427 ) |
| | | | | | | |
| Other income (expense): | | | | | | |
| Interest expense | | (120,421 ) | | (103,859 ) | | (64,120 ) |
| Interest income | | 2,795 | | 5,934 | | 2,257 |
| Other income | | 5,830 | | 37 | | 10,634 |
| Net loss | $ | (232,271 ) | $ | (257,437 ) | $ | (230,656 ) |

In the table above, "Other operating expenses" includes items such as depreciation and amortization expense, stock-based compensation expense, fair value adjustments and expenses related to certain foreign subsidiaries.

### *Geographic Information*

The following is geographical information regarding our revenues for the years ended December 31, 2024, 2023 and 2022 and our long-lived assets as of December 31, 2024 and 2023 (in thousands):

| | | 2024 | | 2023 | | 2022 |
|---|---|---|---|---|---|---|
| Revenue: | | | | | | |
| United States | $ | 101,460 | $ | 153,336 | $ | 87,510 |
| Rest of world | | 2,003 | | 2,978 | | 10,514 |
| | $ | 103,463 | $ | 156,314 | $ | 98,024 |

In the table above, revenue by geographic region is allocated based on the domicile of our respective business operations.

| | | 2024 | | 2023 |
|---|---|---|---|---|
| Long-lived Assets: | | | | |
| United States | $ | 122,887 | $ | 138,896 |
| Rest of world | | 3,034 | | 3,861 |
| Total | $ | 125,921 | $ | 142,757 |

In the table above, long-lived assets include "Property, plant and equipment, net" and "Other long-term assets" from the consolidated balance sheets, by the geographic location where the asset resides.

## (22) Subsequent Events

### *At the Market Offerings*

During the period of January 1, 2025 through March 14, 2025, we received net proceeds of approximately $4.4 million under the Sales Agreement.

### *Subordinated Note Amendment*

On February 20, 2025, we entered into an Amendment to Notes, Amendment of Warrants and Sale of New Warrants (the "Amendment") with existing noteholders, pursuant to which we:

117

- extended the maturity date of $10.5 million of the 2015 Subordinated Notes by sixteen months from February 20, 2025 to July 20, 2026;

- increased the interest rate under the 2015 Subordinated Notes from 8% to 9% per annum;

- extended the expiration date of all A Warrants and B Warrants held by such noteholders to purchase a total of 97,500 shares of the Company's common stock previously issued in 2022 to February 20, 2030 and changed the exercise price to $3.25 per share, which represented a 60-day volume weighted average price as of February 14, 2025 (the "Amended A Warrants" and "Amended B Warrants");

- issued to certain noteholders new warrants to purchase 67,500 shares of the Company's common stock to expire February 30, 2030, and have an exercise price of $3.25 per share, (the "C Warrants" and, together with the Amended A Warrants and the Amended B Warrants, the "New Warrants"); and

- provided that if we conduct a financing of greater than $10.0 million at a price per share below $3.25 before February 20, 2026, the exercise price on the New Warrants will be reduced to the same price at which such financing was conducted.

118

**Item 9.**     ***Changes in and Disagreements with Accountants on Accounting and Financial Disclosure***

Not applicable.

**Item 9A.**     ***Controls and Procedures***

**Conclusion Regarding the Effectiveness of Disclosure Controls and Procedures**

Under the supervision and with the participation of our management, including our Chief Executive Officer and Principal Financial Officer, we conducted an evaluation of the effectiveness of our disclosure controls and procedures, as such term is defined under Rule 13a-15(e) promulgated under the Exchange Act. Based on this evaluation, our Chief Executive Officer and our Principal Financial Officer concluded that our disclosure controls and procedures were functioning effectively as of the end of the period covered by this Annual Report on Form 10-K to provide reasonable assurance that the Company can meet its disclosure obligations.

**Management's Annual Report on Internal Control Over Financial Reporting**

Our management is responsible for establishing and maintaining adequate internal control over financial reporting, as such term is defined in Exchange Act Rule 13a-15(f). Under the supervision and with the participation of our management, including our Chief Executive Officer and Principal Financial Officer, we conducted an evaluation of the effectiveness of our internal control over financial reporting based on the framework in *Internal Control—Integrated Framework* (2013) issued by the Committee of Sponsoring Organizations of the Treadway Commission. Based on our evaluation under the framework, our management concluded that our internal control over financial reporting was effective as of December 31, 2024.

KPMG LLP, our independent registered public accounting firm, has issued their report, included herein, on the effectiveness of our internal control over financial reporting.

**Changes in Internal Control Over Financial Reporting**

There was no change in our internal control over financial reporting (as defined in Rules 13a-15(f) and 15d-15(f) under the Exchange Act) that occurred during the fourth quarter 2024 that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

119

**Report of Independent Registered Public Accounting Firm**

To the Stockholders and Board of Directors
Agenus Inc.:

*Opinion on Internal Control Over Financial Reporting*

We have audited Agenus Inc. and subsidiaries' (the Company) internal control over financial reporting as of December 31, 2024, based on criteria established in Internal Control – Integrated Framework (2013) issued by the Committee of Sponsoring Organizations of the Treadway Commission. In our opinion, the Company maintained, in all material respects, effective internal control over financial reporting as of December 31, 2024, based on criteria established in Internal Control – Integrated Framework (2013) issued by the Committee of Sponsoring Organizations of the Treadway Commission.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States) (PCAOB), the consolidated balance sheets of the Company as of December 31, 2024 and 2023, the related consolidated statements of operations and comprehensive loss, convertible preferred stock and stockholders' equity (deficit), and cash flows for each of the years in the three-year period ended December 31, 2024, and the related notes (collectively, the consolidated financial statements), and our report dated March 17, 2025 expressed an unqualified opinion on those consolidated financial statements.

*Basis for Opinion*

The Company's management is responsible for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting, included in the accompanying Management's Annual Report on Internal Control Over Financial Reporting. Our responsibility is to express an opinion on the Company's internal control over financial reporting based on our audit. We are a public accounting firm registered with the PCAOB and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audit in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether effective internal control over financial reporting was maintained in all material respects. Our audit of internal control over financial reporting included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, and testing and evaluating the design and operating effectiveness of internal control based on the assessed risk. Our audit also included performing such other procedures as we considered necessary in the circumstances. We believe that our audit provides a reasonable basis for our opinion.

*Definition and Limitations of Internal Control Over Financial Reporting*

A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (1) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

/s/ KPMG LLP

Boston, Massachusetts
March 17, 2025

120

**Item 9B.**     ***Other Information***

*Trading Plans of Our Directors and Officers*

During the quarter ended December 31, 2024, none of our directors or executive officers adopted or terminated a "Rule 10b5-1 trading arrangement" or "non-Rule 10b5-1 trading arrangement," as each item is defined in Item 408 of Regulation S-K.

121

**Item 9C.**    *Disclosure Regarding Foreign Jurisdictions that Prevent Inspections*

Not applicable.

122

**PART III**

**Item 10.**    *Directors, Executive Officers and Corporate Governance*

The information required by this Item is incorporated herein by reference to the information that will be contained in our proxy statement related to the 2025 Annual Meeting of Stockholders, which we intend to file with the Securities and Exchange Commission within 120 days of the end of our fiscal year pursuant to General Instruction G(3) of Form 10-K.

**Item 11.**    *Executive Compensation*

The information required by this Item is incorporated herein by reference to the information that will be contained in our proxy statement related to the 2025 Annual Meeting of Stockholders, which we intend to file with the Securities and Exchange Commission within 120 days of the end of our fiscal year pursuant to General Instruction G(3) of Form 10-K.

**Item 12.**    *Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters*

The information required by this Item is incorporated herein by reference to the information that will be contained in our proxy statement related to the 2025 Annual Meeting of Stockholders, which we intend to file with the Securities and Exchange Commission within 120 days of the end of our fiscal year pursuant to General Instruction G(3) of Form 10-K.

**Item 13.**    *Certain Relationships and Related Transactions, and Director Independence*

The information required by this Item is incorporated herein by reference to the information that will be contained in our proxy statement related to the 2025 Annual Meeting of Stockholders, which we intend to file with the Securities and Exchange Commission within 120 days of the end of our fiscal year pursuant to General Instruction G(3) of Form 10-K.

**Item 14.**    *Principal Accounting Fees and Services*

Our independent registered public accounting firm is KPMG LLP, Boston, Massachusetts, Auditor Firm ID: 185.

All other information required by this Item is incorporated herein by reference to the information that will be contained in our proxy statement related to the 2025 Annual Meeting of Stockholders, which we intend to file with the Securities and Exchange Commission within 120 days of the end of our fiscal year pursuant to General Instruction G(3) of Form 10-K.

**PART IV**

**Item 15.**        ***Exhibits and Financial Statement Schedules***

(a) 1. *Consolidated Financial Statements*

The consolidated financial statements are listed under Item 8 of this Annual Report on Form 10-K.

2. *Financial Statement Schedules*

The financial statement schedules required under this Item and Item 8 are omitted because they are not applicable, or the required information is shown in the consolidated financial statements or the footnotes thereto.

3. *Exhibits*

The exhibits are listed below under Part IV Item 15(b).

(b) Exhibits

| Exhibit No. | Description |
|---|---|
| 3.1 | Amended and Restated Certificate of Incorporation of Antigenics Inc. Filed as Exhibit 3.1 to our Current Report on Form 8-K (File No. 0-29089) filed on June 10, 2002 and incorporated herein by reference. |
| 3.1.1 | Certificate of Amendment to the Amended and Restated Certificate of Incorporation of Antigenics Inc. Filed as Exhibit 3.1 to our Current Report on Form 8-K (File No. 0-29089) filed on June 11, 2007 and incorporated herein by reference. |
| 3.1.2 | Certificate of Ownership and Merger changing the name of the corporation to Agenus Inc. Filed as Exhibit 3.1 to our Current Report on Form 8-K (File No. 0-29089) filed on January 6, 2011 and incorporated herein by reference. |
| 3.1.3 | Certificate of Second Amendment to the Amended and Restated Certificate of Incorporation of Agenus Inc. Filed as Exhibit 3.1 to our Current Report on Form 8-K (File No. 0-29089) filed on September 30, 2011 and incorporated herein by reference. |
| 3.1.4 | Certificate of Third Amendment to the Amended and Restated Certificate of Incorporation of Agenus Inc.  Filed as Exhibit 3.1.4 to our Quarterly Report on Form 10-Q (File No. 0-29089) for the quarter ended June 30, 2012 and incorporated herein by reference. |
| 3.1.5 | Certificate of Fourth Amendment to the Amended and Restated Certificate of Incorporation of Agenus Inc.  Filed as Exhibit 3.1 to our Current Report on Form 8-K (File No. 0-29089) filed on April 25, 2014 and incorporated herein by reference. |
| 3.1.6 | Certificate of Fifth Amendment to the Amended and Restated Certificate of Incorporation of Agenus Inc.  Filed as Exhibit 3.1 to our Current Report on Form 8-K (File No. 0-29089) filed on June 16, 2016 and incorporated herein by reference. |
| 3.1.7 | Certificate of Sixth Amendment to the Amended and Restated Certificate of Incorporation of Agenus Inc.  Filed as Exhibit 3.1 to our Current Report on Form 8-K (File No. 0-29089) filed on June 24, 2019 and incorporated herein by reference. |
| 3.1.8 | Certificate of Seventh Amendment to the Amended and Restated Certificate of Incorporation of Agenus Inc.  Filed as Exhibit 3.1 to our Current Report on Form 8-K (File No. 0-29089) filed on August 5, 2022 and incorporated herein by reference. |
| 3.1.9 | Certificate of Eighth Amendment to the Amended and Restated Certificate of Incorporation of Agenus Inc.  Filed as Exhibit 3.1 to our Current Report on Form 8-K (File No. 0-29089) filed on April 5, 2024 and incorporated herein by reference. |
| 3.2 | Sixth Amended and Restated By-laws of Agenus Inc. Filed as Exhibit 3.1 to our Current Report on Form 8-K (File No. 0-29089) filed on March 25, 2022 and incorporated herein by reference. |
| 3.3 | Certificate of Designations, Preferences and Rights of the Series A-1 Convertible Preferred Stock of Agenus Inc. Filed as Exhibit 3.1 to our Current Report on Form 8-K (File No. 0-29089) filed on February 5, 2013 and incorporated herein by reference. |

124

| Exhibit No. | Description |
| --- | --- |
| 3.4 | Form of Certificate of Designation of Preferences, Rights and Limitations of Series C-1 Convertible Preferred Stock. Filed as Exhibit 3.1 to our Current Report on Form 8-K (File No. 0-29089) filed on October 11, 2018 and incorporated herein by reference. |
| 4.1 | Form of Common Stock Certificate. Filed as Exhibit 4.1 to our Current Report on Form 8-K (File No. 0-29089) filed on January 6, 2011 and incorporated herein by reference. |
| 4.2 | Securities Exchange Agreement dated as of February 4, 2013 by and between Agenus Inc., and Mr. Brad Kelley. Filed as Exhibit 10.1 to our Current Report on Form 8-K (File No. 0-29089) filed on February 5, 2013 and incorporated herein by reference. |
| 4.3 | Amended and Restated Note Purchase Agreement dated as of February 20, 2015, as amended, by and between Agenus Inc. and the Purchasers listed on Schedule 1.1 thereto. Filed as Exhibit 4.2 to our Quarterly Report on Form 10-Q (File No. 0-29089) for the quarter ended March 31, 2015 and incorporated herein by reference. |
| 4.4 | Form of Senior Subordinated Note under the Amended and Restated Note Purchase Agreement dated as of February 20, 2015, as amended, by and between Agenus Inc. and the Purchasers listed on Schedule 1.1 thereto. Filed as Exhibit 4.3 to our Quarterly Report on Form 10-Q (File No. 0-29089) for the quarter ended March 31, 2015 and incorporated herein by reference. |
| 4.5 | Form of 2022 A Warrant under the Amended and Restated Note Purchase Agreement dated as of February 20, 2015, as amended, by and between Agenus Inc. and the Purchasers listed on Schedule 1.1 thereto. Filed as Exhibit 4.1 to our Current Report on Form 8-K (File No. 0-29089) on December 2, 2022 and incorporated herein by reference. |
| 4.6 | Form of 2022 B Warrant under the Amended and Restated Note Purchase Agreement dated as of February 20, 2015, as amended, by and between Agenus Inc. and the Purchasers listed on Schedule 1.1 thereto. Filed as Exhibit 4.2 to our Current Report on Form 8-K (File No. 0-29089) on December 2, 2022 and incorporated herein by reference. |
| 4.7 | Amendment to Notes and Warrants dated as of March 15, 2017 by and among Agenus Inc. and the Investors listed therein.  Filed as Exhibit 4.27 to our Annual Report on Form 10-K (File No. 0-29089) for the year ended December 31, 2016 and incorporated herein by reference. |
| 4.8 | Amendment to Notes and Warrants dated as of February 18, 2020 by and among Agenus Inc. and the Investors listed therein. Filed as Exhibit 4.7 to our Annual Report on Form 10-K (File No. 0-29089) for the year ended December 31, 2019 and incorporated herein by reference. |
| 4.9 | Amendment to Notes, Termination of Warrants and Sale of New Warrants dated as of November 30, 2022 by and among Agenus Inc. and the Investors listed therein. Filed as Exhibit 4.9 to our Annual Report on Form 10-K (File No. 0-29089) for the year ended December 31, 2022 and incorporated herein by reference. |
| 4.10 | Form of Indenture. Filed as Exhibit 4.1 to our Registration Statement on Form S-3 (File No. 333-221008) and incorporated herein by reference. |
| 4.11 | Royalty Purchase Agreement dated January 6, 2018, by and among Antigenics LLC, Healthcare Royalty Partners III, L.P. and certain of its affiliates. Filed as Exhibit 4.1 to our Quarterly Report on Form 10-Q (File No. 0-29089) for the quarter ended March 31, 2018 and incorporated herein by reference. |
| 4.11.1 | Amendment No. 1 to Royalty Purchase Agreement, dated June 22, 2021, by and among Antigenics LLC, Healthcare Royalty Partners III, L.P. and certain of its affiliates. Filed as Exhibit 10.2 to our Quarterly Report on Form 10-Q (File No. 0-29089) for the quarter ended June 30, 2021 and incorporated herein by reference. |
| 4.12 | Royalty Purchase Agreement dated September 20, 2018, by and among Agenus Inc., Agenus Royalty Fund, LLC and XOMA (US) LLC. Filed as Exhibit 4.1 to our Quarterly Report on Form 10-Q (File No. 0-29089) for the quarter ended September 30, 2018 and incorporated herein by reference. |
| 4.13 | Description of Securities. Filed as Exhibit 4.12 to our Annual Report on form 10-K (File No. 0-29089) for the year ended December 31, 2019 and incorporated herein by reference. |
| 4.14 | Amendment to Notes, Amendment of Warrants and Sale of New Warrants dated as of February 20, 2025 by and among Agenus Inc. and the Purchasers listed therein. Filed herewith. |
| 4.15 | Form of 2024 A Warrant. Filed as Exhibit 4.1 to our Current Report on Form 8-K (File No. 0-29089) on May 7, 2024 and incorporated herein by reference. |

125

| Exhibit No. | Description |
|---|---|
| 4.16 | Form of Amended and Restated 2022 A Warrant. Filed as Exhibit 4.1 to our Current Report on Form 8-K (File No. 0-29089) on February 26, 2025 and incorporated herein by reference. |
| 4.17 | Form of Amended and Restated 2022 B Warrant. Filed as Exhibit 4.2 to our Current Report on Form 8-K (File No. 0-29089) on February 26, 2025 and incorporated herein by reference. |
| 4.18 | Form of 2025 C Warrant. Filed as Exhibit 4.3 to our Current Report on Form 8-K (File No. 0-29089) on February 26, 2025 and incorporated herein by reference. |

**Employment Agreements and Compensation Plans**

| Exhibit No. | Description |
|---|---|
| 10.1* | Agenus Inc. Amended and Restated 2009 Equity Incentive Plan. Filed as Exhibit 10.1 to our Current Report on Form 8-K (File No. 0-29089) filed on June 16, 2016 and incorporated herein by reference. |
| 10.1.1* | Form of Restricted Stock Award Agreement for the Agenus Inc. Amended and Restated 2009 Equity Incentive Plan. Filed as Exhibit 10.2 to our Current Report on Form 8-K (File No. 0-29089) filed on June 15, 2009 and incorporated herein by reference. |
| 10.1.2* | Form of Restricted Stock Unit Agreement for the Agenus Inc. Amended and Restated 2009 Equity Incentive Plan. Filed as Exhibit 10.2 to our Current Report on Form 8-K (File No. 0-29089) filed on June 30, 2015 and incorporated herein by reference. |
| 10.1.3* | Form of Stock Option Agreement for the Agenus Inc. Amended and Restated 2009 Equity Incentive Plan. Filed as Exhibit 10.3 to our Current Report on Form 8-K (File No. 0-29089) filed on June 15, 2009 and incorporated herein by reference. |
| 10.2 | Agenus Inc. Amended and Restated Directors' Deferred Compensation Plan.  Filed as Appendix B to our Definitive Proxy Statement on Schedule 14A filed on April 26, 2018 and incorporated herein by reference. |
| 10.2.1 | Amendment to Agenus Amended and Restated Directors' Deferred Compensation Plan. Filed as Appendix A to our Definitive Proxy Statement on Schedule 14A filed on April 28, 2020 and incorporated herein by reference. |
| 10.2.2 | Amendment to Agenus Amended and Restated Directors' Deferred Compensation Plan. Filed as Appendix A to our Definitive Proxy Statement on Schedule 14A filed on April 29, 2022 and incorporated herein by reference. |
| 10.3* | Amended and Restated Executive Change-in-Control Plan applicable to Christine M. Klaskin. Filed as Exhibit 10.1 to our Current Report on Form 8-K (File No. 0-29089) filed on November 3, 2010 and incorporated herein by reference. |
| 10.3.1* | Modification of Rights in the Event of a Change of Control, dated as of June 14, 2012, by and between Agenus Inc. and Christine Klaskin. Filed as Exhibit 10.1 to our Quarterly Report on Form 10-Q (File No. 0-29089) for the quarter ended June 30, 2012 and incorporated herein by reference. |
| 10.4* | 2004 Executive Incentive Plan, as amended. Filed as Exhibit 10.1 to our Current Report on Form 8-K (File No. 0-29089) filed on January 27, 2011 and incorporated herein by reference. |
| 10.4.1* | Agenus Inc. 2016 Executive Incentive Plan. Filed as Exhibit 10.2 to our Current Report on Form 8-K (File No. 0-29089) filed on June 16, 2016 and incorporated herein by reference. |
| 10.5* | Employment Agreement dated December 1, 2005 between Agenus Inc. and Garo Armen. Filed as Exhibit 10.1 to our Current Report on Form 8-K (File No. 0-29089) filed on December 7, 2005 and incorporated herein by reference. |
| 10.5.1* | First Amendment to Employment Agreement dated July 2, 2009 between Agenus Inc. and Garo Armen. Filed as Exhibit 10.1 to our Quarterly Report on Form 10-Q (File No. 0-29089) for the quarter ended September 30, 2009 and incorporated herein by reference. |
| 10.5.2* | Second Amendment to Employment Agreement dated December 15, 2010 between Agenus Inc. and Garo Armen. Filed as Exhibit 10.12.2 to our Annual Report on Form 10-K (File No. 0-29089) for the year ended December 31, 2010 and incorporated herein by reference. |
| 10.6* | Agenus Inc. 2015 Inducement Equity Plan. Filed as Exhibit 4.14 to our Registration Statement on Form S-8 (File No. 333-209074) filed on January 21, 2016 and incorporated herein by reference. |
| 10.6.1* | Form of Stock Option Agreement for the Agenus Inc. 2015 Inducement Equity Plan. Filed as Exhibit 4.15 to our Registration Statement on Form S-8 (File No. 333-209074) filed on January 21, 2016 and incorporated herein by reference. |

126

| Exhibit No. | Description |
| --- | --- |
| 10.6.2* | Form of Restricted Stock Award Agreement for the Agenus Inc. 2015 Inducement Equity Plan. Filed as Exhibit 4.16 to our Registration Statement on Form S-8 (File No. 333-209074) filed on January 21, 2016 and incorporated herein by reference. |
| 10.6.3* | Form of Restricted Stock Unit Agreement for the Agenus Inc. 2015 Inducement Equity Plan. Filed as Exhibit 4.17 to our Registration Statement on Form S-8 (File No. 333-209074) filed on January 21, 2016 and incorporated herein by reference. |
| 10.7* | Agenus Inc. 2019 Employee Stock Purchase Plan. Filed as Exhibit 4.11 to our Registration Statement on Form S-8 (File No. 333-233100) filed on August 7, 2019 and incorporated herein by reference. |
| 10.7.1* | Amendment to the Agenus Inc. 2019 Employee Stock Purchase Plan. Filed as Appendix B to our Definitive Proxy Statement on Schedule 14A filed on April 30, 2021 and incorporated herein by reference. |
| 10.7.2* | Second Amendment to the Agenus Inc. 2019 Employee Stock Purchase Plan. Filed as Appendix A to our Definitive Proxy Statement on Schedule 14A filed on April 28, 2023 and incorporated herein by reference. |
| 10.8* | Agenus Inc. Amended and Restated 2019 Equity Incentive Plan. Filed as Appendix B to our Definitive Proxy Statement on Schedule 14A filed on April 29, 2022 and incorporated herein by reference. |
| 10.8.1* | Form of Incentive Stock Option Agreement for the Agenus Inc. 2019 Equity Incentive Plan. Filed as Exhibit 10.10.1 to our Annual Report on form 10-K (File No. 0-29089) for the year ended December 31, 2019 and incorporated herein by reference. |
| 10.8.2* | Form of Non-Qualified Stock Option Agreement for the Agenus Inc. 2019 Equity Incentive Plan. Filed as Exhibit 10.10.2 to our Annual Report on form 10-K (File No. 0-29089) for the year ended December 31, 2019 and incorporated herein by reference. |
| 10.8.3* | Form of Restricted Stock Unit Award Agreement for the Agenus Inc. 2019 Equity Incentive Plan. Filed as Exhibit 10.10.3 to our Annual Report on form 10-K (File No. 0-29089) for the year ended December 31, 2019 and incorporated herein by reference. |
| 10.9* | Consulting Agreement dated January 1, 2020 between Agenus Inc. and Brian Corvese. Filed as Exhibit 4.2 to our Quarterly Report on Form 10-Q (File No. 0-29089) for the quarter ended March 31, 2020 and incorporated herein by reference. |
| 10.9A* | Amendment to Consulting Agreement between Agenus Inc. and Brian Corvese, dated December 31, 2023. Filed as Exhibit 10.9A to our Annual Report on Form 10-K (File No. 0-29089) for the year ended December 31, 2024 and incorporated herein by reference. |
| 10.10* | Executive Employment Agreement dated October 27, 2020 between Agenus Inc. and Steven O'Day. Filed as Exhibit 10.1 to our Quarterly Report on Form 10-Q (File No. 0-29089) filed on May 10, 2022 and incorporated herein by reference. |
| | **License and Collaboration Agreements** |
| 10.11(1) | License Agreement by and between Agenus Inc. and GlaxoSmithKline Biologicals SA dated July 6, 2006. Filed as Exhibit 10.1 to our Quarterly Report on Form 10-Q (File No. 0-29089) for the quarter ended June 30, 2006 and incorporated herein by reference. |
| 10.12(1) | Amended and Restated Manufacturing Technology Transfer and Supply Agreement by and between Agenus Inc. and GlaxoSmithKline Biologicals SA dated January 19, 2009. Filed as Exhibit 10.1 to our Quarterly Report on Form 10-Q (File No. 0-29089) for the quarter ended March 31, 2009 and incorporated herein by reference. |
| 10.13(1) | First Right to Negotiate and Amendment Agreement between Agenus Inc., Antigenics LLC and GlaxoSmithKline Biologicals SA, dated March 2, 2012.  Filed as Exhibit 10.1 to our Quarterly Report on Form 10-Q (File No. 0-29089) for the quarter ended March 31, 2012 and incorporated herein by reference. |
| 10.14(1) | License Agreement dated as of December 5, 2014 by and between 4-Antibody AG, a limited liability company organized under the laws of Switzerland (and wholly-owned subsidiary of Agenus Inc.) and Ludwig Institute for Cancer Research Ltd. Filed as Exhibit 10.21 to our Annual Report on Form 10-K (File No. 0-29089) for the year ended December 31, 2014 and incorporated herein by reference. |

| Exhibit No. | Description |
|---|---|
| 10.15.1(1) | License, Development and Commercialization Agreement dated as of January 9, 2015 by and among Agenus Inc., 4-Antibody AG, a limited liability company organized under the laws of Switzerland (and wholly-owned subsidiary of Agenus Inc.), Incyte Corporation and Incyte Europe Sarl, a Swiss limited liability company (and wholly-owned subsidiary of Incyte Corporation). Filed as Exhibit 10.22 to our Annual Report on Form 10-K (File No. 0-29089) for the year ended December 31, 2014 and incorporated herein by reference. |
| 10.15.2(1) | First Amendment to License, Development and Commercialization Agreement dated as of February 14, 2017 by and among Agenus Inc., Agenus Switzerland Inc. (f/k/a 4-Antibody AG) and Incyte Europe Sarl. Filed as Exhibit 10.1 to our Quarterly Report on Form 10-Q (File No. 0-29089) for the quarter ended March 31, 2017 and incorporated herein by reference. |
| 10.16(1) | License Agreement dated March 19, 2013, as amended, by and between the University of Virginia Patent Foundation d/b/a University of Virginia Licensing and Ventures Group and Agenus Inc. (as successor by merger to PhosImmune Inc.). Filed as Exhibit 10.24 to our Annual Report on Form 10-K (File No. 0-29089) for the year ended December 31, 2015 and incorporated herein by reference. |
| 10.17(1) | License Agreement dated as of January 25, 2016 by and among Agenus Inc., 4-Antibody AG, a limited liability company organized under the laws of Switzerland (and wholly-owned subsidiary of Agenus Inc.), and Ludwig Institute for Cancer Research Ltd. Filed as Exhibit 10.25 to our Annual Report on Form 10-K (File No. 0-29089) for the year ended December 31, 2015 and incorporated herein by reference. |
| 10.18(1) | Development and Manufacturing Services Agreement dated April 14, 2017 by and between Agenus Inc. and CMC ICOS Biologics, Inc. Filed as Exhibit 10.1 to our Quarterly Report on Form 10-Q (File No. 0-29089) for the quarter ended June 30, 2017 and incorporated herein by reference. |
| 10.19(1) | License Agreement dated December 20, 2018, by and between Agenus Inc. and Gilead Sciences, Inc. Filed as Exhibit 10.25 to our Annual Report on Form 10-K (File No. 0-29089) for the year ended December 31, 2018 and incorporated herein by reference. |
| 10.20(1) | Option and License Agreement (AGEN1223) dated December 20, 2018, by and between Agenus Inc. and Gilead Sciences, Inc. Filed as Exhibit 10.26 to our Annual Report on Form 10-K (File No. 0-29089) for the year ended December 31, 2018 and incorporated herein by reference. |
| 10.21(1) | Option and License Agreement (AGEN2373) dated December 20, 2018, by and between Agenus Inc. and Gilead Sciences, Inc. Filed as Exhibit 10.27 to our Annual Report on Form 10-K (File No. 0-29089) for the year ended December 31, 2018 and incorporated herein by reference. |
| 10.22(1) | License and Collaboration Agreement, dated as of June 20, 2020, by and between Agenus Inc. and Betta Pharmaceuticals Co., Ltd. Filed as Exhibit 10.1 to our Quarterly Report on Form 10-Q (File No. 0-29089) for the quarter ended June 30, 2020 and incorporated herein by reference. |
| 10.23(1) | License, Development and Commercialization Agreement, dated May 17, 2021, by and among Agenus Inc. and Bristol Myers Squibb Company. Filed as Exhibit 10.1 to our Quarterly Report on Form 10-Q (File No. 0-29089) for the quarter ended June 30, 2021 and incorporated herein by reference. |
| | **Real Estate Leases** |
| 10.24 | Lease of Premises at 3 Forbes Road, Lexington, Massachusetts dated as of December 6, 2002 from BHX, LLC, as Trustee of 3 Forbes Realty Trust, to Agenus Inc. Filed as Exhibit 10.1 to our Current Report on Form 8-K (File No. 0-29089) filed on January 8, 2003 and incorporated herein by reference. |
| 10.24.1 | First Amendment of Lease dated as of August 15, 2003 from BHX, LLC, as trustee of 3 Forbes Road Realty, to Agenus Inc. Filed as Exhibit 10.1 to our Quarterly Report on Form 10-Q (File No. 0-29089) for the quarter ended March 31, 2004 and incorporated herein by reference. |
| 10.24.2 | Second Amendment of Lease dated as of March 7, 2007 from BHX, LLC as trustee of 3 Forbes Road Realty, to Agenus Inc. Filed as Exhibit 10.1 to our Quarterly Report on Form 10-Q (File No. 0-29089) for the quarter ended March 31, 2007 and incorporated herein by reference. |
| 10.24.3 | Third Amendment to Lease dated April 23, 2008 between TBCI, LLC, as successor to BHX, LLC, as Trustee of 3 Forbes Road Realty Trust, and Agenus Inc. Filed as Exhibit 10.2 to our Quarterly Report on Form 10-Q (File No. 0-29089) for the quarter ended June 30, 2008 and incorporated herein by reference. |

128

| Exhibit No. | Description |
|---|---|
| 10.24.4 | Fourth Amendment to Lease dated September 30, 2008 between TBCI, LLC, as successor to BHX, LLC, as Trustee of 3 Forbes Road Realty Trust, and Agenus Inc. Filed as Exhibit 10.2 to our Quarterly Report on Form 10-Q (File No. 0-29089) for the quarter ended September 30, 2008 and incorporated herein by reference. |
| 10.24.5 | Fifth Amendment to Lease dated April 11, 2011 between TBCI, LLC, as successor to BHX, LLC, as Trustee of 3 Forbes Road Realty Trust, and Agenus Inc. Filed as Exhibit 10.3 to our Quarterly Report on Form 10-Q (File No. 0-29089) for the quarter ended March 31, 2011 and incorporated herein by reference. |
| 10.25 | Office Lease by and between Bay Center Investor LLC and Agenus Inc. dated November 25, 2020. Filed as Exhibit 10.1 to our Current Report on Form 8-K (File No. 0-29089) filed on November 25, 2020 and incorporated herein by reference. |

**Sales Agreement**

| Exhibit No. | Description |
|---|---|
| 10.26 | At Market Issuance Sales Agreement dated July 22, 2020 by and between Agenus Inc. and B. Riley FBR, Inc. Filed as Exhibit 1.2 to our Registration Statement on Form S-3ASR (File No. 333-240006) on July 22, 2020 and incorporated herein by reference. |
| 19.1 | Insider Trading Policy. Filed herewith. |
| 21.1 | Subsidiaries of Agenus Inc. Filed herewith. |
| 23.1 | Consent of KPMG LLP, independent registered public accounting firm. Filed herewith. |
| 31.1 | Certification of Chief Executive Officer pursuant to Rules 13a-14(a) and 15d-14(a) under the Securities Exchange Act of 1934, as amended. Filed herewith. |
| 31.2 | Certification of Principal Financial Officer pursuant to Rules 13a-14(a) and 15d-14(a) under the Securities Exchange Act of 1934, as amended. Filed herewith. |
| 32.1 | Certification of Chief Executive Officer and Principal Financial Officer pursuant to 18 U.S.C. Section 1350 as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. Submitted herewith. |
| 97.1 | Policy for Recoupment of Executive Incentive Compensation in the Event of an Accounting Restatement. Filed as Exhibit 97.1 to our Annual Report on Form 10-K (File No. 0-29089) for the year ended December 31, 2024 and incorporated herein by reference. |
| 101.INS | XBRL Instance Document (the instance document does not appear in the Interactive Data File because its XBRL tags are embedded within the Inline XBRL document) |
| 101.SCH | Inline XBRL Taxonomy Extension Schema With Embedded Linkbase Documents |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document) |

\* Indicates a management contract or compensatory plan.

(1)   Certain confidential material contained in the document has been omitted and filed separately with the Securities and Exchange Commission pursuant to Rule 406 of the Securities Act or Rule 24b-2 of the Securities Exchange Act.

**Item 16.**     *Form 10-K Summary*

None.

129

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

AGENUS INC.

By:             /s/   GARO H. ARMEN, PH.D.
_____
**Garo H. Armen, Ph.D.**
*Chief Executive Officer and*
*Chairman of the Board*

Dated: March 17, 2025

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /S/   GARO H. ARMEN, PH.D.<br>**Garo H. Armen, Ph.D.** | Chief Executive Officer and Chairman of the Board of Directors<br>(Principal Executive Officer) | March 17, 2025 |
| /S/   CHRISTINE M. KLASKIN<br>**Christine M. Klaskin** | Vice President Finance<br>(Principal Financial and Accounting Officer) | March 17, 2025 |
| /S/   JENNIFER S. BUELL, PH.D.<br>**Jennifer S. Buell, Ph.D.** | Director | March 17, 2025 |
| /S/   BRIAN CORVESE<br>**Brian Corvese** | Director | March 17, 2025 |
| /S/   TOM HARRISON<br>**Tom Harrison** | Director | March 17, 2025 |
| /S/   SUSAN HIRSCH<br>**Susan Hirsch** | Director | March 17, 2025 |
| /S/   TIMOTHY R. WRIGHT<br>**Timothy R. Wright** | Director | March 17, 2025 |

130

Exhibit 4.14

## AMENDMENT TO NOTES, AMENDMENT OF WARRANTS
## AND SALE OF NEW WARRANTS

This Amendment to Notes, Amendment of Warrants and Sale of New Warrants (this "**Amendment**") effective as of February 20, 2025 by and between (a) Agenus Inc., a Delaware corporation, having an address at 3 Forbes Road, Lexington, MA 02421 (the "**Borrower**"), and (b) Mark Berg and Nicole Berg, Alice Saraydarian, Khalil Barrage, Nicky V LLC, MSB Research Inc. and Pacific Premier Trust LLC, Custodian FBO: Mark Berg IRA (collectively, the "**Purchasers**").

## WITNESSETH

WHEREAS, the Borrower and the Purchasers are parties to that certain Amended and Restated Note Purchase Agreement dated February 20, 2015, as amended (the "**2015 Purchase Agreement**"), pursuant to which the Borrower issued to the Purchasers, among other things, 8% senior subordinated notes that mature on February 20, 2022 (as amended, the "**2015 Notes**"), as originally provided (prior to reverse stock split effective April 12, 2024), warrants to purchase an aggregate of 1,400,000 shares of Borrower common stock at a price of $5.10 per share that expire on February 20, 2023 (the "**2015 Warrants**") and, as originally provided (prior to reverse stock split effective April 12, 2024), warrants to purchase an aggregate of 675,000 shares of Borrower common stock at a price of $4.48 per share that expired on February 18, 2025 (the "**2020 Warrants**"), as amended by that certain Amendment to Notes, Termination of Warrants and Sale of New Warrants dated as of November __, 2022 (the "**2022 Amendment**") pursuant to which the parties extended the term of the 2015 Notes by two years from February 20, 2023 to February 20, 2025, (ii) canceled the 2015 Warrants and the 2020 Warrants, and (ii) issued new Warrants to the Purchasers known as the 2022 Warrants (as defined in the 2022 Amendment) as more particularly described in the 2022 Amendment as the Allocation of 2022 A Warrants (the "**2022 A Warrants**") and the Allocation of 2022 B Warrants (the "**2022 B Warrants**"); and

WHEREAS, the parties now wish to (i) further extend the stated maturity date of the 2015 Notes by sixteen (16) months from February 20, 2025 to June 20, 2026, (ii) increase the applicable interest rate under the 2015 Notes from 8% to 9% per annum, (iii) further secure the Borrower's obligation to pay the 2015 Notes by the grant to the Purchasers of a subordinate mortgage on certain properties owned by Borrower's wholly owned subsidiary, Agenus West, LLC, a Delaware limited liability company ("**Agenus West**"), pursuant to a certain mortgage dated as of the date hereof, (iv) provide for a $2,500,000 paydown by Borrower of the principal balance of the $4,000,000 Senior Subordinated Note dated February 20, 2015 in favor of Mark Berg and Nicole Berg on the date hereof, (v) reduce the strike price for the 2022 Warrants to $3.25 per share, (vi) extend the expiration date of all of the 2022 Warrants to February 20, 2030, (vii) issue new Warrants (the "**2025 C Warrants**") to certain of the Purchasers to purchase an aggregate of 67,500  shares of Borrower common stock at a price of $3.25 per share that expire on February 20, 2030 and to provide for the 2022 A Warrants, the 2022 B Warrants and the 2025 C Warrants to be registered with the SEC within ninety (90) days after the date hereof,

1

Exhibit 4.14

and (viii) provide that if Borrower conducts a financing of greater than $10,000,000 at a price per share below $3.25 any time before February 20, 2026, the strike price on the 2022 A Warrants, 2022 B Warrants, and 2025 C Warrants will be reduced to the same price at which such financing was conducted, together with certain additional modifications all as described herein.

NOW, THEREFORE, the parties hereby agree as follows:

1. Defined Terms. Terms used, but not defined here, shall have the meaning assigned such terms in the 2015 Purchase Agreement.

2. Amendments to 2015 Notes.  (a) The maturity date for each of the 2015 Notes is hereby extended by sixteen (16) months from February 20, 2025 to June 20, 2026 (the "**Extended Maturity Date**").

(b)    The stated interest rate in each of the 2015 Notes is hereby increased from 8% per annum to 9% per annum.

(c)    All payments under the 2015 Notes must be made by ACH or federal funds wire transfer by the 4th day of each calendar month; payments by check are not permitted.

(d)    Borrower will pay to Mark Berg and Nicole Berg on the date hereof the amount of $2,500,000 which shall be applied to reduce the outstanding principal balance of the $4,000,000 Senior Subordinated Note dated February 20, 2015 in favor of Mark Berg and Nicole Berg.

3. Grant of Additional Security.  Borrower has agreed to further secure Borrower's obligations under the 2015 Notes by causing Agenus West to grant to the Purchasers a subordinate mortgage (the "**Subordinate Mortgage**") on certain real property owned by Agenus West identified as 901 Heinz Avenue, Berkeley, Alameda County, California 94710-4710 ("**Heinz**"), and (2) Parcel Numbers: 0133-120-540 and 0133-480-[490-500-510], Vacaville, Solano County, California 95688 ("**Vacaville**", together with Heinz, referred to as the "**Properties**").  Purchasers acknowledge that Ocean 1181 LLC ("**Senior Lender**") currently holds a first priority deed of trust lien securing the original principal amount of $22,000,000 (as may be increased and amended from time to time but not to exceed the to-be-outstanding amount of $24,750,000, the "**Senior Loan**") on the Properties and that the Purchaser's rights under the Mortgage will be subordinate in all respects to the Senior Lender's security interests in all such collateral pursuant to an intercreditor agreement to be entered into between Purchasers and Senior Lender.  Purchasers have agreed that upon payment in full of Senior Lender's loan to Agenus West, provided that Purchaser's rights under the Mortgage are no longer subordinate to any senior lender, Borrower shall have the right to extend the Extended Maturity Date with respect to any or all of the 2015 Notes to February 19, 2028.  In addition, Borrower has agreed to move Purchasers into Senior Lender position alongside any new lender if Purchaser agrees to extend the Extended Maturity Date to February 19, 2028 with no changes to warrant terms.

2

Exhibit 4.14

4.<u>Amendments to 2022 Warrants</u>.  (a)  The current allocations for the Purchasers with respect to the 2022 A Warrants and 2022 B Warrants are set forth on <u>Schedule 1</u> annexed hereto and made a part hereof, which reflects the Borrower's reverse stock split effective as of April 12, 2024.

(b)    The strike price for all of the 2022 Warrants is hereby reduced to $3.25 per share.

(c)    The expiration date of all of the 2022 Warrants is hereby extended to February 20, 2030.

5.<u>No other Amendments</u>.   The parties acknowledge and agree that, except as set forth in a 2020 amendment, the 2022 Amendment, and this Amendment, the 2015 Notes shall remain in full force and effect.

6.<u>New Warrants</u>.   In consideration of the amendments hereunder, the Borrower shall issue to the Purchasers, excluding Mark Berg and Nicole Berg, the 2025 C Warrants in accordance with the applicable Purchaser's individual allocation set forth opposite such Purchaser's name on Schedule 2 under the heading "Allocation of 2025 C Warrants" which warrants shall be in the form attached hereto as Exhibit I.  The 2025 C Warrants are deemed to be issued by, and governed in accordance with, the Purchase Agreement as if they are Warrants issued thereunder. Borrower will cause the 2025 C Warrants (as well as the 2022 A Warrants and the 2022 B Warrants) to be registered with the SEC within ninety (90) days after the date hereof.

7.<u>One-Year Warrant Strike Price Protection</u>: If Borrower conducts a financing of greater than $10,000,000 at a price per share below $3.25 anytime before February 20, 2026, the strike price on all warrants (2022 A Warrants, 2022 B Warrants, and 2025 C Warrants) will be reduced to the same price at which such financing was conducted

8.<u>Governing Law</u>.  This Amendment shall be governed by and construed in accordance with the laws of the State of New York irrespective of any conflicts of law principles thereof.

9.<u>Counterparts</u>.  This Amendment may be executed in counterparts, which, when taken together, shall constitute one agreement. If any signature is delivered by facsimile transmission or by e-mail delivery of a ".pdf" format data file, such signature shall create a valid and binding obligation of the party executing (or on whose behalf such signature is executed) with the same force and effect as if such facsimile or ".pdf" signature page were an original thereof.

*[Signature Page Follows]*

3

Exhibit 4.14

IN WITNESS WHEREOF, the parties hereto have caused this Amendment to be duly executed by their respective authorized officers as of the day and year first above written.

**BORROWER**:

AGENUS INC.


By: /s/ Garo H. Armen
    Name:  Garo H. Armen
    Title:   Chairman and CEO


**PURCHASERS**:


/s/ Mark Berg and Nicole Berg
Mark Berg and Nicole Berg

NICKY V LLC


By: /s/ Nicole Berg
    Name:  Nicole Berg
    Title:   Owner


MSB RESEARCH INC.


By: /s/ Mark Berg
    Name:  Mark Berg
    Title:   President

  /s/ Alice Saraydarian
Alice Saraydarian


  /s/ Khalil Barrage
Khalil Barrage

Pacific Premier Trust LLC, Custodian
FBO: Mark Berg IRA

By: /s/ Mark Berg
    Name:  Mark Berg
    Title:   Owner

4

Exhibit 19.1

# AGENUS INC.

## Securities Trading Policy

This Securities Trading Policy (this **"Policy"**) describes the requirements that Agenus Inc. and its subsidiaries (with the exception of MiNK Therapeutics, Inc.[1]) (collectively, the "**Company**" or **"Agenus"**) have adopted regarding the trading, and causing the trading of, the Company's securities.

## I.    PURPOSE

Agenus is committed to complying with all relevant laws and regulations pertaining to the listing, trading and disclosure obligations arising from any transactions involving its securities. This Policy sets forth the requirements for Agenus, as well as its directors, officers, employees, consultants with access to confidential Company information, and their respective immediate family members (collectively, **"Covered Persons")** to comply with such laws and regulations.

The insider trading laws of the United States ("U.S.") prohibit buying or selling a company's securities by certain persons while they are aware of material, nonpublic information about that company. It may also violate U.S. securities laws to disclose material, non-public information (deliberately or inadvertently) to another person (including your family member) if that person either buys or sells securities while aware of the information disclosed or passes that information to a third party who does. Providing advice regarding a company's stock while aware of material, non-public information regarding that company may also violate civil and criminal U.S. securities laws and must be avoided.

## II.    APPLICABILITY

This Policy applies to all trading or other transactions in (i) the Company's securities, including common stock, options and any other securities that the Company may issue, such as preferred stock, notes, bonds and convertible securities, as well as to derivative securities relating to any of the Company's securities, whether or not issued by the Company and (ii) the securities of certain other companies, including common stock, options and other securities issued by those companies as well as derivative securities relating to any of those companies' securities where Agenus has access to confidential information related to such other companies.

---

[1] MiNK Therapeutics, Inc. has a separate, but similar policy to which it adheres.

1

Exhibit 19.1

This Policy applies to all Covered Persons, with additional trading restrictions that apply to Company directors, officers, employees at the level of Vice President or above, and additional employees who may from time to time be identified by the Chief Compliance Officer based on their position, responsibilities or their actual or potential access to material information (collectively, "**Company Insiders**").  The Chief Compliance Officer will inform you if you are deemed to be a Company Insider.

## III.  DEFINITIONS

**Material.**  Information is "material" if a reasonable investor would consider it significant in a decision to buy, hold or sell securities.  Put another way, information that could reasonably be expected to affect the price of a security, either positively or negatively, is material.

Common examples of information that will frequently be regarded as material are information relating to:

- earnings or losses that are inconsistent with the expectations of the investment community;

- projections of future earnings or losses or other earnings guidance;

- proposals, plans or agreements, even if preliminary in nature, involving a proposed merger, acquisition, strategic alliance, licensing agreement or sale of part of the Company's business;

- impending securities offerings by the Company;

- changes in management or the board of directors;

- cybersecurity risks and incidents, including vulnerabilities and breaches;

- results of clinical trials, collaborations, licenses or matters related to the status of clinical trials (e.g., enrollment);

- new products or significant discoveries;

- negotiations regarding an important license, distribution agreement, or joint venture;

2

Exhibit 19.1

- pending action from governmental agencies, including the Food and Drug Administration ("FDA"), other relevant regulatory agency actions;

- a proposed stock split or stock dividend;

- impending financial problems;

- changes in the status of any of the Company's activities which may have an adverse or favorable impact on the Company's business; or

- actual or threatened litigation with the potential to have a meaningful impact on the business, or governmental investigations or major developments in such matters.

Other types of information may also be material; no complete list can be provided.  If you have questions regarding the materiality of information, it is best to check with the Chief Compliance Officer (defined below) <u>before</u> undertaking any activity in the Company's securities.

<u>Nonpublic</u>.  Information is "nonpublic" or "inside information" if it has not been disseminated in a manner making it available to investors generally.  To show that information is public, it may be necessary to point to some fact that establishes that the information has become publicly available, such as the filing of a report with the SEC, the distribution of a press release through a widely disseminated news or wire service, or by other means that are reasonably designed to provide broad public access.  Before a person who possesses material, nonpublic information can trade, there also must be adequate time for the market as a whole to absorb the information that has been disclosed.  As a general rule, if you know of material, nonpublic information about the Company, you should not engage in any stock transactions before the second business day after the day on which the information is publicly announced.  If the information relates to the Company's financial performance, you should wait until the second business day after the Company publishes its annual or quarterly earnings report.  If you are not sure whether information is considered public, you should check with the Chief Compliance Officer or assume that the information is nonpublic and treat it as confidential.

**IV.   COVERED PERSONS CANNOT TRADE OR CAUSE TRADING OF COMPANY SECURITIES WHILE IN POSESSIONS OF MATERIAL, NONPUBLIC INFORMATION:**

A.      Covered Persons may not purchase or sell, or offer to purchase or sell, any Company security, whether or not issued by the Company, while in possession of material nonpublic information about the Company.

3

Exhibit 19.1

**B.**      Covered Persons who know of any material nonpublic information about the Company may not communicate that information to ("tip") any other person, including family members and friends, or otherwise disclose such information without the Company's authorization.

**C.**      Covered Persons may not purchase or sell any security of any other publicly-traded company while in possession of material nonpublic information that was obtained in the course of his or her involvement with the Company. Covered Persons who know of any such material nonpublic information cannot communicate that information to, or tip, any other person, including family members and friends, or otherwise disclose such information without the Company's authorization.

## V.    SPECIAL RESTRICTIONS APPLICABLE TO COMPANY INSIDERS

**A.**      <u>**Pre-Clearance by Chief Compliance Officer for Company Insider Transactions**</u>.

In all instances, no Company Insider may trade in Company securities unless the trade has been approved by the Chief Compliance Officer in accordance with the procedures set forth below. The Chief Compliance Officer will review and either approve or prohibit all proposed trades by Company Insiders. The Chief Compliance Officer may consult with the Company's other executive officers and/or outside legal counsel and will receive approval for his/her own trades from the Company's Chief Executive Officer.

*Procedures*. No Company Insider may trade in Company securities until:

- The Company Insider has notified in writing (including by email) the Chief Compliance Officer of the amount and nature of the proposed trade(s). In order to provide adequate time for the preparation of any required reports under Section 16 of the Exchange Act, a request to trade must be received by the Chief Compliance Officer at least two (2) business days prior to the intended trade date; and

- The Chief Compliance Officer or his/her designee has approved the trade(s) in writing.

*Completion of Trades*. After receiving written clearance to engage in a trade by the Chief Compliance Officer, a Company Insider must complete the proposed trade within five (5) business days or make a new trading request.

4

Exhibit 19.1

*Post-Trade Reporting.*  Any transactions in the Company's securities by a Company director or executive officer (including transactions effected pursuant to a Rule 10b5-1 Plan (as defined below)) must be reported in writing (including by email) to the Chief Compliance Officer on the same day such a transaction occurs specifying the number of shares purchased or sold, the price per share, and the date the trade was executed (not settled).  A written report directly from the individual's broker to the Chief Compliance Officer will be deemed compliance with this reporting requirement. Compliance with this provision is imperative given the requirement of Section 16 of the Exchange Act requiring certain persons report changes in ownership of Company securities within two (2) business days.  The sanctions for noncompliance with this reporting deadline include mandatory disclosure in the Company's proxy statement for the next annual meeting of stockholders, as well as possible civil or criminal sanctions for chronic or egregious violators.

**B.    Blackout Periods**

All Company Insiders are prohibited from trading in the Company's securities during blackout periods as defined below.

From time to time when material nonpublic information regarding the Company (such as negotiation of mergers, acquisitions or dispositions, investigation and assessment of cybersecurity incidents or new product developments) may be pending and not yet publicly disclosed may necessitate a so-called "blackout period" during which Company Insiders are prohibited from trading in the Company's securities. While such material nonpublic information is pending, the Company may impose a blanket prohibition on any trading in the Company's securities. The Chief Compliance Officer will notify Company Insiders of such blackout period, as necessary.

It is a violation of this Policy for any individual, subject to any blackout period, to make any transaction in the market (purchase or sale) during such blackout period. Individuals who are subject to a blackout period should not make any transaction in the market until either (i) the individuals have been notified by the Chief Compliance Officer that the blackout period has been lifted, or (ii) the second business day after the Company issues a press release or SEC filing announcing the news that was the subject of the blackout period.

Company Insiders are also prohibited from entering into hedging arrangements with respect to Company securities, such as collars, swaps, and exchange funds, or trading in derivative securities tied to the price of Company securities, including put options, call options, and futures

5

Exhibit 19.1

contracts, in each case, without the prior consent of the Company's board of directors.

**C.    Trading Window**

Company Insiders are permitted to trade in the Company's securities when no blackout period is in effect. Generally, this means that Company Insiders can trade (subject to the pre-clearance requirement noted above) during the period beginning two business days after the nonpublic information was publicly disclosed. Even during an open trading window, a Company Insider who is in possession of any material nonpublic information **may not** trade in the Company's securities until the information has been made publicly available (via the appropriate SEC filing and/or press release) or is no longer material. In addition, the Company may close this trading window if a special blackout period is imposed and will re-open the trading window once the blackout period has ended.

## VI.  TRANSACTIONS NOT INVOLVING A PURCHASE OR SALE

*Bona fide* gifts of securities are not transactions subject to this policy, unless the person making the gift has reason to believe that the recipient intends to sell the Company's securities at a time when the transferor is aware of material, nonpublic information or the person making the gift is subject to the trading restrictions specified under the heading, "Blackout Periods" of this policy and the sale by the recipient of the Company's securities would be expected to occur during such a "blackout period."

Further, transactions in mutual funds that are invested in Company securities are not transactions subject to this policy.

## VII.      SPECIAL AND PROHIBITED TRANSACTIONS APPLICABLE TO COVERED PERSONS

The Company has determined that there is a heightened legal risk and/or the appearance of improper or inappropriate conduct if Covered Persons (you) engage in certain types of transactions. Therefore, it is the Company's policy that you may not engage in any of the following transactions, or should otherwise consider the Company's preferences as described below:

**A.      Short Sales.**  Short sales of Company securities (i.e., the sale of a security that the seller does not own) may evidence an expectation on the part of the seller that the securities will decline in value, and therefore have the potential to signal to the market that the seller lacks confidence in the Company's prospects.  In addition, short sales may reduce a seller's incentive to seek to improve the Company's performance.  For these

6

Exhibit 19.1

reasons, short sales of Company securities are prohibited.  In addition, Section 16(c) of the Securities Exchange Act of 1934, as amended (the
"Exchange Act") prohibits officers and directors from engaging in short sales.  (Short sales arising from certain types of hedging transactions are governed by the paragraph below captioned "Hedging Transactions.")

B.      **Publicly-Traded Options.**  Given the relatively short term of publiclytraded options, transactions in options may create the appearance that you
are trading based on material nonpublic information and focus your attention on short-term performance at the expense of the Company's long-term objectives.  Accordingly, transactions in put options, call options or other derivative securities, on an exchange or in any other organized market, are prohibited by this policy.  (Options positions arising from certain types of hedging transactions are governed by the next paragraph below.)

C.      **Hedging Transactions.**  Hedging or monetization transactions can be accomplished through a number of possible mechanisms, including through the use of financial instruments such as prepaid variable forwards, equity swaps, put and call options, collars and exchange funds.  Such transactions may permit you to continue to own Company securities obtained through employee benefit plans or otherwise, but without the full risks and rewards of ownership.  When that occurs, you may no longer have the same objectives as the Company's other shareholders. Therefore, the Company strongly discourages you from engaging in such transactions. Any person wishing to enter into such an arrangement must first submit the proposed transaction for approval to the Chief Compliance Officer. Any request for pre-clearance of a hedging or similar arrangement must be submitted to the Chief Compliance Officer at least two weeks prior to the proposed execution of documents evidencing the proposed transaction and must set forth a justification for the proposed transaction.

D.      **Margin Accounts and Pledge Securities.**  Securities held in a margin account as collateral for a margin loan may be sold by the broker without the customer's consent if the customer fails to meet a margin call.  Similarly, securities pledged (or hypothecated) as collateral for a loan may be sold in foreclosure if the borrower defaults on the loan.  Because a margin sale or foreclosure sale may occur at a time when the pledger is aware of material non-public information or otherwise is not permitted to trade in Company securities, you are prohibited form holding Company securities in a margin account or otherwise pledging Company securities as collateral for a loan.

E.      **Standing and Limit Orders.**   Standing and limit orders (except standing and limit orders under approved Rule 10b5-1 Plans, as described below)

7

Exhibit 19.1

create heightened risks for Company Insider trading violations similar to the use of margin accounts.  There is no control over the timing of purchases or sales that result from standing instructions to a broker, and as a result the broker could execute a transaction when a director, officer or other employee is in possession of material nonpublic information.  The Company therefore discourages placing standing or limit orders on Company securities other than pursuant to Rule 10b5-1 Plans.  If a person subject to this policy determines that they must use a standing order or limit order, the order should be limited to short duration and should otherwise comply with the restrictions and procedures outlined below under the section "Special Restrictions Applicable to Company Insiders" above.

## VIII.  POST-TERMINATION TRANSACTIONS APPLICABLE TO COVERED PERSONS

This Policy continues to apply to your transactions in the Company's securities even after you have terminated employment or other services to the Company as follows:  if you are aware of material, nonpublic information when your employment or service relationship terminates, you may not trade in the Company's securities until that information has become public or is no longer material.  You may contact the Chief Compliance Officer prior to and after you have terminated employment or your services to the Company regarding the trading of the Company's securities in compliance with this Policy.

## IX.  EXCEPTIONS TO THIS POLICY

A.          **Exception for Pre-Approved Rule 10b5-1 Plans**.  Transactions effected pursuant to a Rule 10b5-1 Plan approved by the Chief Compliance Officer prior to its effective date will not be subject to the Company's blackout periods or pre-clearance procedures, and Company Insiders are not required to seek preclearance for such transactions.  Rule 10b5-1 of the Exchange Act provides an affirmative defense from insider trading liability under the federal securities laws for trading plans that meet certain requirements.  A trading plan, arrangement or instruction that meets the requirements of Rule 10b5-1 (a "Rule 10b5-1 Plan") enables Company Insiders to establish arrangements to trade in Company securities outside of the Company's trading windows, even when in possession of material, nonpublic information.  If a Company Insider intends to trade pursuant to a Rule 10b5-1 Plan, such plan must:

- satisfy the requirements of Rule 10b5-1;
- be documented in writing;

8

Exhibit 19.1

- be established during a trading window when such Insider does not possess material, nonpublic information; and
- be pre-approved by the Chief Compliance Officer.

Any deviation from, or alteration to, the specifications of an approved Rule 10b5-1 Plan (including, without limitation, the amount, price or timing of a purchase or sale) must be reported immediately to the Chief Compliance Officer. Any modification of an Insider's prior Rule 10b5-1 Plan requires pre-approval by the Chief Compliance Officer. A modification must occur during a trading window and while such Insider is not aware of material, nonpublic information.

The Chief Compliance Officer may refuse to approve a Rule 10b5-1 Plan or any modification thereto as he or she deems appropriate including, without limitation, if he or she determines that such plan does not satisfy the requirements of Rule 10b5-1.  The Chief Compliance Officer may consult with the Company's external legal counsel before approving a Rule 10b5-1 Plan.  If the Chief Compliance Officer does not approve a
Company Insider's Rule 10b5-1 Plan, such Company Insider must adhere to the pre-clearance procedures and blackout periods set forth above until such time as a Rule 10b5-1 Plan is approved.

B.      **Stock Option Exercises.**  This Policy does not apply to the exercise of a stock option acquired pursuant to a Company equity incentive plan or to a transaction in which a person has elected to have the Company withhold shares subject to an option award to satisfy tax withholding requirements. This policy does, however, apply to any sale of shares as part of a brokerassisted cashless exercise of an option or any other market sale for the purpose of generating the cash needed to pay the exercise price of or taxes associated with an option.

C.      **Restricted Shares and Similar Awards**. This policy does not apply to the vesting of restricted shares, the settlement of restricted stock units or similar awards, or to a transaction in which there is an election to have the Company withhold shares to satisfy tax withholding requirements upon the vesting of any restricted shares or the vesting or settlement of any restricted stock unit.  This policy does apply, however, to any market sale of Company securities received upon the settlement of any restricted stock unit or similar award.

D.      **Employee Stock Purchase Plan ("ESPP").** This Policy does not apply to periodic purchases through automatic payroll contributions under a ESPP, if such plan exists, that are made as the result of an election made at the beginning of the purchase period.  This policy would apply, however, to an initial decision to participate/enroll in ESPP or a decision to increase the

9

Exhibit 19.1

level of contribution in a subsequent purchase period.  It would also apply to any sales of shares purchased under the ESPP.

E.    **401(k) Plan.** This Policy does not apply to purchases of Company securities in the Company's 401(k) plan as a result of periodic contributions made pursuant to payroll deduction.  The policy does apply, however, to initial elections to participate, and increases or decreases in the level of participation, in a Company stock fund and transfers in or out of a Company stock fund (including in connection with a plan loan).

## X.   CONSEQUENCES OF VIOLATING THIS POLICY

Penalties for trading on or communicating material nonpublic information can be severe, both for individuals involved in such unlawful conduct and their employers and supervisors, and may include jail terms, criminal fines, civil penalties, and civil enforcement injunctions. Given the severity of the potential penalties, compliance with this Policy is absolutely mandatory.

A.    **Legal Penalties.**  Federal law imposes serious penalties on those who, in violation of the law, either buy or sell securities while aware of material nonpublic information or pass the material nonpublic information to others who use it to buy or sell securities (known as "tipping").  Potential penalties for individual violators are:
- disgorgement of the profit gained or loss avoided by the trading;
- payment of the loss suffered by the persons who, contemporaneously with the purchase or sale of securities that are subject of such violation, have purchased or sold, as applicable, securities of the same class;
- civil penalties of up to $1,000,000 per violation or three times the amount of the profit gained or loss avoided;
- a criminal fine of up to $5,000,000 (no matter how small the profit); and
- a jail term of up to 20 years.

In addition, the Company and/or the supervisors of the person engaged in insider trading may also be required to pay civil penalties of up to the greater of $1,275,000 or three times the profit made or loss avoided, as well as a criminal penalty of up to $25 million if the Company failed to take appropriate steps to prevent such trading, and could under certain circumstances be subject to private lawsuits based on the misconduct.

B.    **Company Sanctions.**  In view of the seriousness of this matter, the Company may discipline any person who violates this Policy as appropriate, including dismissal for cause.  The Company reserves the right to determine,

10

Exhibit 19.1

in its own discretion and on the basis of the information available to it, whether this Policy has been violated.  The Company may determine that specific conduct violates this Policy, whether or not the conduct also violates the law. It is not necessary for the Company to await the filing or conclusion of a civil or criminal action against the alleged violator before taking disciplinary action.

Any of these consequences, and even an investigation that does not result in prosecution, can tarnish your reputation and irreparably damage you and the Company.

## XI.  REPORTING VIOLATIONS

If you violate this policy or any federal or state laws governing Company Insider trading, or know of any such violation by any Covered Person, you must report the violation immediately to the Chief Compliance Officer, or anonymously to compliance@agenusbio.com or 855-446-0303.  If the conduct in question involves the Chief Compliance Officer, or if you do not feel that you can discuss the matter with the Chief Compliance Officer, you may raise the matter with another member of senior management or chair of the Audit Committee of the Board of Directors.

## XII.      COMPANY ASSISTANCE

Anyone with questions about specific transactions may obtain additional guidance from the Chief Compliance Officer at compliance@agenusbio.com. Ultimately, the responsibility for adhering to this policy and avoiding unlawful transactions rests with the individual Company Insider or other parties that are subject to this Policy.

## XIII.  ACKNOWLEDGEMENT AND CERTIFICATION

All Covered Persons are required to read and certify acknowledgment to this Policy annually.

11

**EXHIBIT 21.1**

SUBSIDIARIES OF AGENUS INC.

Antigenics LLC., a Delaware limited liability company and a wholly-owned subsidiary of Agenus Inc.

Agenus Holdings 2024, LLC, a Delaware limited liability company and a wholly-owned subsidiary of Agenus Inc.

Agenus Royalty Fund, LLC, a Delaware limited liability company and a wholly-owned subsidiary of Agenus Inc.

Agenus West, LLC, a Delaware limited liability company and a wholly-owned subsidiary of Agenus Inc.

Agenus UK Limited, a private limited company organized under the laws of England and Wales and a wholly-owned subsidiary of Agenus Inc.

SaponiQx, Inc., a Delaware corporation and a majority-owned subsidiary of Agenus Inc.

MiNK Therapeutics, Inc., a Delaware corporation and a majority-owned subsidiary of Agenus Inc.

AgenTus Therapeutics Limited, a private limited company organized under the laws of England and Wales and a wholly-owned subsidiary of MiNK Therapeutics, Inc.

**Exhibit 23.1**

**Consent of Independent Registered Public Accounting Firm**

The Board of Directors
Agenus Inc.:

We consent to the incorporation by reference in the registration statements (Nos. 333-40440, 333-40442, 333-50434, 333-69580, 333-106072, 333-115984, 333-143807, 333-143808, 333-151745, 333-160084, 333-160087, 333-160088, 333-176609, 333-183066, 333-183067, 333-189926, 333-195851, 333-209074, 333-212889, 333-228271, 333-233097, 333-233100, 333-266790, 333-272888, 333-277988 and 333-280462) on Form S-8 and (Nos. 333-163221,333-185657, 333-189534, 333-195852, 333-203807, 333-206513, 333-208135, 333-208890, 333-209749, 333-209941, 333-215640, 333-221465, 333-222670, 333-228273, 333-234333, 333-261032, 333-268988 and 333-272911) on Form S-3 of our reports dated March 17, 2025, with respect to the consolidated financial statements of Agenus Inc. and the effectiveness of internal control over financial reporting.

/s/ KPMG LLP

Boston, Massachusetts
March 17, 2025

**Exhibit 31.1**

Certification Pursuant to Rules 13a-14(a) and 15d-14(a) under the Securities Exchange Act of 1934, as amended

I, Garo H. Armen, certify that:

1.    I have reviewed this Annual Report on Form 10-K of Agenus Inc.;

2.    Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.    Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the Registrant as of, and for, the periods presented in this report;

4.    The Registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the Registrant and have:

      a.    designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the Registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

      b.    designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with U.S. generally accepted accounting principles;

      c.    evaluated the effectiveness of the Registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

      d.    disclosed in this report any change in the Registrant's internal control over financial reporting that occurred during the Registrant's most recent fiscal quarter (the Registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the Registrant's internal control over financial reporting; and

5.    The Registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the Registrant's auditors and the audit committee of the Registrant's board of directors (or persons performing the equivalent function):

      a.    all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the Registrant's ability to record, process, summarize and report financial information; and

      b.    any fraud, whether or not material, that involves management or other employees who have a significant role in the Registrant's internal control over financial reporting.

Date:      March 17, 2025

/s/ GARO H. ARMEN, PH.D.
**Garo H. Armen, Ph.D.**
**Chief Executive Officer and Principal Executive Officer**

**Exhibit 31.2**

Certification Pursuant to Rules 13a-14(a) and 15d-14(a) under the Securities Exchange Act of 1934, as amended

I, Christine M. Klaskin, certify that:

1.  I have reviewed this Annual Report on Form 10-K of Agenus Inc.;

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the Registrant as of, and for, the periods presented in this report;

4.  The Registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the Registrant and have:

    a.  designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the Registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    b.  designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with U.S. generally accepted accounting principles;

    c.  evaluated the effectiveness of the Registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    d.  disclosed in this report any change in the Registrant's internal control over financial reporting that occurred during the Registrant's most recent fiscal quarter (the Registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the Registrant's internal control over financial reporting; and

5.  The Registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the Registrant's auditors and the audit committee of the Registrant's board of directors (or persons performing the equivalent function):

    a.  all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the Registrant's ability to record, process, summarize and report financial information; and

    b.  any fraud, whether or not material, that involves management or other employees who have a significant role in the Registrant's internal control over financial reporting.

Date:    March 17, 2025

/s/ CHRISTINE M. KLASKIN

**Christine M. Klaskin**
**VP, Finance and Principal Financial Officer**

**Exhibit 32.1**

Certification
Pursuant to 18 U.S.C. Section 1350,
As Adopted Pursuant to Section 906 of the Sarbanes‑Oxley Act of 2002

In connection with the Annual Report on Form 10‑K of Agenus Inc. (the "Company") for the year ended December 31, 2024 as filed with the Securities and Exchange Commission on the date hereof (the "Report"), each of the undersigned to his/her knowledge hereby certifies, pursuant to 18 U.S.C. Section 1350, that:

(i)     The Report fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended; and

(ii)    The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

/s/ GARO H. ARMEN, PH.D.

**Garo H. Armen, Ph.D.**
**Chief Executive Officer and Principal Executive Officer**

/s/ CHRISTINE M. KLASKIN

**Christine M. Klaskin**
**VP, Finance and Principal Financial Officer**

Date: March 17, 2025

A signed original of this written statement required by Section 906 has been provided to the Company and will be retained by the Company and furnished to the Securities and Exchange Commission or its staff upon request.

The foregoing certification is being furnished to the Securities and Exchange Commission as an exhibit to the Annual Report on Form 10‑K for the year ended December 31, 2024 and should not be considered filed as part of the Annual Report on Form 10‑K.