**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| Byron Olsen, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| Agenus Inc., et al, | ) |
|  | ) |
| Defendant (s). | ) |

Civil Action No. 24-CV-12299-AK

**ORDER OF DISMISSAL**

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order [Dkt. 39] entered on 3/24/2026 it is hereby

**ORDERED** that the above-entitled action be, and hereby is, **DISMISSED**.

Dated: 3/24/2026                                                      By the Court,

/s/ Courtney Horvath
Deputy Clerk