UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE AGENUS INC. SECURITIES
LITIGATION SECURITIES LITIGATION

)
)
)
)
)
)
)
)
)

C.A. No. 1:24-cv-12299-AK

## NOTICE OF APPEAL

Notice is hereby given that Byron Olsen, the Plaintiff in the abovenamed matter, hereby appeals to the United States Court of Appeals For the First Circuit from the dismissal entered in this action on March 24, 2026.

Date: April 15, 2026

Respectfully submitted,

*Brian Calandra*

Brian Calandra
Pomerantz LLP
600 3rd Ave., 20th Floor
New York, NY 10016

### Certificate of Service

I, Brian Calandra, certify that on April 15, 2026 I caused a copy of this Notice of Appeal to be served by mailing a copy of the same to Daniel V. McCaughey and James R. Drabick, Ropes & Gray LLP, Prudential Tower, 800 Boylston Street, Boston, MA 02199-3600; Chimso O. Okoji; Ropes & Gray LLP, 2099 Pennsylvania Avenue, NW, Washington, DC 20006-6807; and Anne E. Conroy, Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036.

Date: April 15, 2026

*Brian Calandra*

Brian Calandra