**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

Case Caption:        Olsen v. Agenus Inc. et al

District Court Number:    24cv12299-AK

Fee:    Paid?  Yes __X__  No _____  Government filer _____  *In Forma Pauperis* Yes _____  No _____

Motions Pending      Yes _____ No __X__            Sealed documents      Yes _____ No __X__
*If yes, document #*    _____            *If yes, document #*    _____

*Ex parte* documents   Yes _____ No __X__            Transcripts          Yes __X__ No _____
*If yes, document #*    _____            *If yes, document #*    31_____

Notice of Appeal filed by: Plaintiff/Petitioner __X__   Defendant/Respondent _____   Other: _____

Appeal from:

#39 Memorandum and Order, #40 Order of Dismissal
Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#39, #40, and #41
with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __41_____ filed on _April 15, 2026_____.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on _April 17, 2026____.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**